**Fill in this information to identify the case:**

Debtor name _____Electrotek Corporation_____

United States Bankruptcy Court for the: _Northern District of Texas_____

Case number (If known): ____21-30409-mvl_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kinwong Electronic Ltd. 19/FL, Block C, Tiely Central Plaza No. 3 Haide Road, Nashan District Shenzhen, China | | | | | | 1,563,251.89 |
| 2 | Sid Grinker Restoration Inc 1719 Vel R Phillips Ave Milwaukee, WI, 53212 | | | | | | 117,958.84 |
| 3 | WE Energies PO Box 90001 Milwaukee, WI, 53290-0001 | | | | | | 80,454.09 |
| 4 | Insulectro Attn: Credit Department 20362 Windrow Drive Lake Forest, CA, 92630 | | | | | | 76,739.55 |
| 5 | North Central Insulation PO Box 91 Eau Claire, WI, 54702 | | | | | | 76,000.00 |
| 6 | Yan Tat Technology Limited co Euler Hermes Collection 800 Red Brook Blvd - Ste 400 C Owings Mills, MD, 21117 | | | | | | 74,536.38 |
| 7 | Woods & Associates 2512 Clearbrook Drive Arlington Heights, IL, 60005-4652 | | | | | | 65,617.47 |
| 8 | Uyemura International Corp PO Box 60217 Los Angeles, CA, 90060-0217 | | | | | | 45,918.28 |

Debtor    Electrotek Corporation
           _____
           Name

Case number (*if known*)  21-30409-mvl
                          _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Rogers Corporation 26995 Network Place Chicago, IL, 60673-1269 | | | | | | 40,580.97 |
| 10 | Orbotech Inc. Dept. LA 24620 Pasadena, CA, 91185-4620 | | | | | | 38,750.00 |
| 11 | Oak Creek Water & Sewer PO Box 673115 Chicago, IL, 60695-3215 | | | | | | 37,637.18 |
| 12 | Macdermid Inc. Mail Code 5283 PO Box 660367 Dallas, TX, 75266-0367 | | | | | | 36,070.95 |
| 13 | Veolia Environmental Services PO Box 73709 Chicago, IL, 60673-7709 | | | | | | 25,764.97 |
| 14 | Arlon Electronic Materials 9433 Hyssop Drive Rancho Cucamonga, CA, 91730 | | | | | | 25,423.30 |
| 15 | MRA the Management Association N19W 24400 Riverwood Drive Waukesha, WI, 53188 | | | | | | 24,183.75 |
| 16 | Shenzhen Huafeng EEDM Co LTD 1-4F B, Yuehua Industrial Zone Yuehua Road, Shangmelin Futain District Shenzhen | | | | | | 22,243.09 |
| 17 | Pieper Electric Inc. PO Box 88601 Milwaukee, WI, 53288-8601 | | | | | | 21,495.22 |
| 18 | Valley Labs Inc 3529 Old Conejo Droad Suite 112 Newbury Park, CA, 91320 | | | | | | 20,196.00 |
| 19 | Artnet Pro Inc. 2315 Paragon Drive San Jose, CA, 95131 | | | | | | 20,000.00 |
| 20 | Taiyo America Inc 2675 Antler Drive Carson City, NV, 89701 | | | | | | 19,045.80 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2