**Electrotek Corporation** — ID: SPOON
F0367E Page: 1
*Balance Sheet* — 01/20/2021 11:33:03 AM

2020 December
Prior Year
Current Month

Not Final

| | |
|---|---:|
| **Assets** | |
| **Current Assets** | |
| Cash and Cash Equivalents | |
|   Petty Cash | 400.00 |
|   Cash - Chase Bank | 95,693.87 |
| | 96,093.87 |
| Accounts Receivable | |
|   Accounts Receivable | 797,559.89 |
|   Allowance For Doubtful Account | (60,000.00) |
| | 737,559.89 |
| Other Receivables | |
|   Scrap Receivable | 38,750.00 |
|   P/R Clearing-Garnishments | 944.63 |
|   P/R-Temporary Holding Acct | (2,445.43) |
|   P/R Clearing-AFLAC-Life | 47.40 |
|   P/R Clearing-AFLAC-Health | (815.33) |
|   P/R Clearing-Colonial Life | 1,131.41 |
| | 37,612.68 |
| Finished Goods/WIP Inventory | |
|   Finished Goods Inventory | 5,373.00 |
|   Finished Goods - PP | 75,511.00 |
|   Work-In-Process Inventory | 975,121.00 |
|   Finished Goods Over Run Value | 115,163.00 |
| | 1,171,168.00 |
| Inventory | |
|   Multilayer Inventory | 670,340.12 |
|   Laminate Inventory | 71,370.03 |
|   Photo Tooling Inventory | 2,574.14 |
|   Drill Room BU/E Inventory | 24,609.81 |
|   Print Room Inventory | 19,180.36 |
|   Plating Room Inventory | 44,463.38 |
|   Screening Room Inventory | 19,649.28 |
|   Routing Room Inventory | 4,445.72 |
|   Plating Rm Inv-H&S Gold&Nickl | 303,702.16 |
|   Plating Room Inv-Copper | 27,936.08 |
|   Plating Inv- ENIG | 38,319.01 |
|   Plating Room - Inv Silver | 6,095.25 |
|   Plating Inv-Etching (SES&DES) | 6,410.95 |
|   Plating Inv-HAL | 5,521.24 |
|   Plating Inv-OSP | 853.00 |
|   Plating Inv-Oxide | 5,402.55 |
|   Plating Inv - PTH | 19,417.03 |
|   Flex Material Inventory | 62,070.69 |
| | 1,332,360.80 |
| **Total: Current Assets** | **3,374,795.24** |
| **Other Assets** | |
| Prepaid Expenses | |
|   Transformer Power Outage Costs | 174,206.41 |
|   Prepaid and Deposits | 289,346.00 |
|   Travelers Transformer Reimburs | (364,795.63) |
|   Transformer Consultant Reimbur | 27,684.37 |
| | 126,441.15 |
| Land and Building | |
|   Land | 186,000.00 |
|   Building | 3,204,078.74 |
|   Land Improvements | 21,227.00 |
|   Accum Deprec - Building | (1,487,486.48) |

**Electrotek Corporation**

ID: SPOON
F0367E Page: 2
01/20/2021 11:33:03 AM

*Balance Sheet*

|  | Prior Year Current Month |
|---|---:|
|  | 1,923,819.26 |
| **M&E/F&F** |  |
|   Machinery & Equipment | 10,001,399.10 |
|   Furniture & Fixtures | 662,733.11 |
|   Accum Deprec - M&E | (9,011,805.37) |
|   Accum Deprec - F&F | (662,733.11) |
|  | 989,593.73 |
| **Total: Other Assets** | 3,039,854.14 |
| **Total: Assets** | 6,414,649.38 |
| **Liabilities** |  |
|   **Current Liabilities** |  |
|     Accounts Payable |  |
|       Accounts Payable | 2,662,007.81 |
|       Accrued Accounts Payable | 163,895.45 |
|       Credit Card Accrued Payable | 18,969.03 |
|       Account Payable - Checks Cut | 171,643.13 |
|       Electro Plate | 727,252.91 |
|  | 3,743,768.33 |
|     Accrued Expenses - Other |  |
|       Accrued Wages | 9,620.37 |
|       Accrued Holiday Pay | 12,613.11 |
|       Accrued Legal & Audit Fees | 4,248.10 |
|       Accrued FICA | 735.94 |
|       Accrued Vacation Pay | 165,585.26 |
|       Accrued Interest - Shareholder | 731,294.00 |
|  | 924,096.78 |
|     Current Portion of LT Debt |  |
|       Note Payable Insulectro | 394,532.18 |
|  | 394,532.18 |
| **Total: Current Liabilities** | 5,062,397.29 |
|   **Long-Term Liabilities** |  |
|     Long Term Debt |  |
|       Texas Champion Bank - PPP | 1,316,935.71 |
|       Shareholder Loan - Chase | 300.00 |
|       Shareholder Note #1 | 1,100,000.00 |
|       Shareholder Note #2 | 5,235,000.00 |
|       Intercompany - Electroplate | 65,000.00 |
|  | 7,717,235.71 |
| **Total: Long-Term Liabilities** | 7,717,235.71 |
| **Total: Liabilities** | 12,779,633.00 |
| **Shareholders Equity** |  |
|   Shareholders Equity |  |
|     Common Stock |  |
|       Common Stock - Class A | 33,872.31 |
|  | 33,872.31 |
|     Additional Paid In Capital |  |
|       Paid-In-Capital | 3,674,866.90 |

**Electrotek Corporation**

ID: SPOON
F0367E Page: 3
01/20/2021 11:33:03 AM

*Balance Sheet*

|  | Prior Year Current Month |
|---|---:|
|  | 3,674,866.90 |
| Retained Earnings-Current Year |  |
| MLB - Returns & Allowances | (1,138,214.97) |
| Expedited Material Expense | (1,388.13) |
| Freight-Out | (99,083.89) |
| Sales Commissions Expense | (12,212.03) |
| Sales Discounts | 7,392.61 |
| Drilling Spindles | (30,991.08) |
| Drilling Machine Parts | (3,499.39) |
| Other Drilling R&M | (1,009.24) |
| Dry Film Laminator | (2,628.03) |
| VCM Developer | (2,798.19) |
| Dry Film Solder Mask Unit | (276.97) |
| Cut Sheet Laminator | (9,510.07) |
| Other Printing R&M | (1,865.93) |
| PTH Plating Line | (10,313.51) |
| Desmear Line | (1,610.22) |
| Deep Nickel Tank | (1,220.76) |
| M.E. Baker Copper Line | (14,527.45) |
| Chemcut Dry Film Stripper | (3,887.68) |
| Chemcut Dry Rinse (Autocopper) | (1,548.00) |
| Horizontal HAL | (12,046.87) |
| HAL PreClean | (2,882.10) |
| HAL PostClean | (7,678.08) |
| Chemcut Chemical Clean | (1,444.00) |
| Marseco Deburring Equipment | (14,099.86) |
| OSP Line | (58.00) |
| Other Plating Room R&M | (12,026.50) |
| Aluminum Chip Reactor | (1,601.61) |
| Other Waste Treatment R&M | (441.43) |
| TC120 Tunnel Oven | (1,390.00) |
| Screen Making Exposure Unit | (511.00) |
| Screen Reclaiming Booths | (360.78) |
| Other Screening Room R&M | (2,042.00) |
| Batch Oven | (525.58) |
| Union Carbide Photocure System | (184.60) |
| Pumice Scrubber | (8,750.58) |
| Other PISM R&M | (1,719.10) |
| Routing Spindles | (18,230.99) |
| Routing Machine Parts | (4,603.74) |
| Fab Dust Collector | (31.65) |
| Other Routing Room R&M | (54.51) |
| Accuscore Scoring Machine | (2,895.00) |
| Score Blades | (1,648.00) |
| Dry Lab Inspection Equipment | (735.32) |
| Cyclops Unit | (134.00) |
| Tools | (2,542.03) |
| Supplies | (7,164.74) |
| Electrical Supplies | (1,303.14) |
| Plumbing Supplies | (1,072.72) |
| Janitorial Supplies | (16,997.91) |
| Trash Disposal | (20,851.44) |
| Grounds Upkeep | (14,419.03) |
| Housekeeping | (41,850.00) |
| Other Maintenance Expense | (6,539.38) |
| Licenses & Fees | (7,974.25) |
| Waste Recovery | (102,239.67) |
| Copper Recycle | (46.92) |
| Electric | (568,615.14) |
| Gas | (14,519.10) |
| Water | (154,366.00) |
| Sewer | (112,014.04) |
| Real Estate Tax | (40,701.70) |
| Depreciation | (556,084.80) |
| Selling Salaries | (167,016.97) |

*Balance Sheet*

|  | Prior Year Current Month |
|---|---:|
| Fringe Benefits | (40,104.44) |
| Meals & Entertainment | (18.75) |
| Administrative Salaries | (340,735.41) |
| Accounting Salaries | (201,906.54) |
| MIS Salaries | (87,043.99) |
| QA Salaries | (227,383.21) |
| Fringe Benefits | (127,821.73) |
| Vacation | (244,144.97) |
| Holiday Pay | (33,388.24) |
| FICA - Employer | (280,681.18) |
| UC - Federal | (4,499.44) |
| UC - State | (28,028.71) |
| Life AD&D | (5,960.69) |
| LTD Premiums | (19,575.38) |
| Section 125 Plan W/H | (67.04) |
| Cost of Health Insurance | (427,506.57) |
| Insurance Fees From Employees | 235,541.10 |
| Worker's Compensation | (27,921.32) |
| 401k Company Match | (6,402.26) |
| Fringe Benefit Offset | 817,194.00 |
| Copier Lease | (16,143.99) |
| Copier Maintenance | (1,382.73) |
| Copier Supplies | (3,287.79) |
| Telephone Expense - G & A | (10,520.78) |
| Business Forms | (1,719.04) |
| Postage | (1,826.72) |
| Postage Meter Rental | (937.50) |
| Other Office Supplies | (7,066.63) |
| MIS Software | (44,204.84) |
| MIS Hardware | (5,758.90) |
| MIS Supplies | (10,111.09) |
| MIS Repairs & Maintenance | (21,442.99) |
| MIS Subscriptions | (5,414.00) |
| Payroll - ADP | (23,927.30) |
| Audit & Tax Service | (36,759.68) |
| Parties & Events | (3,367.11) |
| Recruitment Advertising | (7,765.20) |
| Drug Testing | (2,446.50) |
| Other Human Resources Expense | (3,004.17) |
| Legal Fees | (51,980.52) |
| Seminar & Courses | (1,975.00) |
| Professional Memberships | (5,186.00) |
| Technical Library Materials | (1,493.00) |
| Subscriptions | (27.60) |
| Travel | (9,454.44) |
| Meals & Entertainment | (1,264.31) |
| Consulting | (29,936.34) |
| Charitable Donations | (2,500.00) |
| Key Man Life Insurance | (5,838.27) |
| Business Insurance | (46,512.53) |
| Use Tax Expense | (886.16) |
| ISO 9002/AS9100 | (13,715.00) |
| Other Administrative Costs | (46,049.41) |
| Bad Debt Expense | (3,499.20) |
| Other G&A Expense | (500.00) |
| P.A.R. | (77.68) |
| Direct Labor | (1,629,821.66) |
| O/L - Plating | (355.00) |
| O/L - Die Blanking | (34,772.30) |
| Film Purchases | (33,558.34) |
| Multilayer Purchases | (1,561,284.86) |
| Laminate Purchases | (120,926.44) |
| BU/E Purchases - Drill Room | (169,543.20) |
| Drill Bit Purchases | (67,885.62) |
| Drill Bit Resharpening | (25,671.04) |

**Electrotek Corporation**

ID: SPOON
F0367E Page: 5
01/20/2021 11:33:03 AM

*Balance Sheet*

| | Prior Year Current Month |
|---|---:|
| Collet Purchases | (3,663.39) |
| Dry Film Purchases | (179,566.71) |
| Plating - Hard & Soft Gold | (214,667.54) |
| Plating - Copper | (161,879.79) |
| Plating - ENIG | (307,827.18) |
| Plating - Misc. (Reclaim, etc) | (82,789.14) |
| Plating - Etching SES & DES | (56,684.27) |
| Plating - PTH | (136,680.27) |
| Screening Ink Purchases | (183,263.49) |
| PISM Inks Purchases | (3,570.00) |
| BU/E Purchases - Routing Room | (21,743.36) |
| Router Bit Purchases | (25,830.00) |
| Router Collet Purchases | (550.00) |
| Overtime Premium | (172,773.93) |
| Fringe - Direct Labor | (398,838.57) |
| Health & Safety | (70,033.36) |
| Production Support & Suprvsn | (578,958.09) |
| Materials Management | (93,489.66) |
| Engineering | (222,971.43) |
| Maintenance | (228,816.88) |
| Fringe Benefits | (250,429.26) |
| Photo Supplies | (16,323.10) |
| Multilayer Supplies | (39,371.31) |
| Drill Room Supplies | (22,753.64) |
| Print Room Supplies | (6,056.59) |
| Plating Room Supplies | (72,077.81) |
| Screening Room Supplies | (49,171.68) |
| PISM Room Supplies | (13,071.69) |
| Routing Room Supplies | (4,139.11) |
| Shipping Supplies | (31,006.77) |
| P.A.R. Supplies | (1,374.82) |
| Quality A/C Supplies | (111,085.83) |
| Quality Control - Plug Gauges | (931.80) |
| Electrical Test Supplies | (13,222.56) |
| Waste Treatment Supplies | (39,022.19) |
| Wet Lab Supplies | (37,219.77) |
| Other Production Supplies | (74,167.64) |
| Drill Room Equipment | (2,340.27) |
| Plating Room Equipment | (710.92) |
| Screening Room Equipment | (284.20) |
| Routing Room Equipment | (1,401.08) |
| Other Equipment | (2,073.97) |
| Travel | (2.98) |
| Meals & Entertainment | (71.28) |
| Uniforms - Cintas | (28,911.69) |
| Uniforms - Other | (859.49) |
| Licenses & Fees | (10,189.47) |
| Shop Forms | (280.78) |
| Production Telephone | (979.78) |
| LDI #2 Maintenance | (7,222.00) |
| Polar Maintenance | (37.38) |
| Genisis Maintenance Contract | (28,880.50) |
| Q/C Callibration | (38,814.03) |
| Celtic CML-3691A01 Lease | (26,760.00) |
| Celtic CML-3691A02 lease | (30,936.00) |
| Tetra Financial Group lease | (227,849.38) |
| Other Production Expense | (16,515.40) |
| Air Compressors | (12,856.00) |
| HVAC System South Plant | (12,539.62) |
| HVAC System North Plant | (2,932.67) |
| Waste Treatment System | (38.98) |
| Other Building R & M | (36,710.06) |
| Other Tooling R&M | (201.00) |
| Brown Oxide Line | (66.42) |
| TMP Multilayer Press #1 | (2,631.65) |

*Balance Sheet*

| | Prior Year Current Month |
|---|---:|
| Other Multilayer R&M | (3,108.68) |
| EX200 Drill | (1,097.46) |
| CNC5-B Drill (S/N 001) | (4,849.27) |
| CNC5-C Drill (S/N 773) Leased | (725.00) |
| Interest - Insulectro | (17,350.09) |
| Mark VI Drill (S/N 6612) | (137.88) |
| Celtic CML-3691A03 lease | (35,508.00) |
| CimNet Software Maint Contract | (46,407.14) |
| MLB - Sales | 9,269,531.60 |
| MLB - Tooling | 44,325.00 |
| MLB - WIP Variance | (120,177.06) |
| DS - Sales | 2,341,616.95 |
| DS - Tooling | 4,225.00 |
| DS - WIP Variation | (61,598.30) |
| SS - Sales | 500.00 |
| Plotter | (58.00) |
| Component costs on returns | (3,247.45) |
| Sales Tax | (20,527.85) |
| Pluritec X-Ray Drill | (5,255.74) |
| Freight-In | (177,370.49) |
| 20 Ton Chiller | (4,631.80) |
| Fab Arco Wand Dust Collector | (1,207.47) |
| Processor | (163.00) |
| Plating - Inversion Silver | (22,846.93) |
| Safety Shoes & Glasses | (795.00) |
| MLB - Testing | 7,260.00 |
| DS - Testing | 1,200.00 |
| SS - Testing | 575.00 |
| ECSO Pay | (4,200.00) |
| TMP Multilayer Press #2 | (3,935.09) |
| GSS - Sales | 2,464.72 |
| GSS - Returns & Allowances | (1,376.00) |
| Freight-Petroleum Surcharge | (5,001.55) |
| Freight-Hazardous Fee | (2,381.56) |
| Freight-Handling Charge | (1,532.70) |
| Freight In - China | (8,379.70) |
| GSS- Outside Purchased Product | (4,478.00) |
| Freight out - China | (418.74) |
| ENIG Line | (16,354.08) |
| Tariff charges | (3,870.23) |
| Freight in - Malaysia | (1,246.80) |
| Freight out - Malasyia | (541.38) |
| AOI Supplies | (683.14) |
| LDI Maintenance Agreemnt | (155,778.00) |
| Interest Exp - Shareholder | (627,869.00) |
| In-House Consignment Core | (2,447.79) |
| O/L - Tensil Strength-Elong. | (6,500.00) |
| Freight In - Mexico | (180.32) |
| Freight out - Canada | (55.26) |
| First Business Bank Fees | (6,803.74) |
| Cost of Dental Insurance | (31,564.68) |
| 689 Drill (S/N 9014) | (3,964.58) |
| 689 Drill (S/N 9016) | (12,979.76) |
| DES Line | (14,156.44) |
| Outside Service - Engineering | (5,220.00) |
| Med Ded Reimbursement Admin | 966.75 |
| Health Cost - Diversified | (1,943.20) |
| Via Fill | (46,824.44) |
| Outside Service-Miscellaneous | 97.00 |
| Outside Service - Inspection | (183,621.00) |
| HVAC System West | (5,020.29) |
| Drake Chiller | (4,958.42) |
| Culligan RO/DI System | (37,127.07) |
| 25 HP Dust Collector | (240.15) |
| OLEC AT-30 (6KW) | (3,941.50) |

Case 21-30409-mvl11 Doc 8 Filed 03/12/21 Entered 03/12/21 14:43:45 Page 7 of 7

**Electrotek Corporation**

*Balance Sheet*

ID: SPOON
F0367E Page: 7
01/20/2021 11:33:03 AM

|  | Prior Year Current Month |
|---|---:|
| Chemcut Dry Rinse (PTH) | (110.00) |
| DP1500 Screen Press | (8,043.61) |
| OLEC AT-30 (8KW) | (7,013.66) |
| EMMA #1 (s/n E8176500) | (78.00) |
| EMMA #2 (s/n EA276500) | (233.15) |
| EMMA #3 (s/n FA056400) | (2,250.00) |
| A.O.I. Discovery 1 | (7,116.50) |
| A.O.I. Discovery 2 | (509.88) |
| Orbotech Sprint 8 Legend Ink | (3,047.46) |
| Mark VI CNC-6 Router(s/n 0151) | (1,508.65) |
| Pill CobraBond Oxide Line 952 | (2,851.82) |
| Orbotech Laser Direct Imager | (34.72) |
| Viafill/Planerizer/Rinsedry | (1,435.19) |
| C-II Vacuum Packaging Machine | (200.00) |
| Kuttler Equipment | (3.99) |
| Freight In - Canada | (6,578.82) |
| Atotech Developer | (1,569.47) |
| Freight In - Germany | (1,514.05) |
| Plating - HAL | (33,555.94) |
| Plating - OSP | (6,574.60) |
| Plating - Oxide | (32,070.24) |
| Etch/Tin Strip Line (ME Baker) | (17,265.83) |
| QC Outside Testing | (10,312.00) |
| March Plasma Unit | (2,448.56) |
| Flex Material Purchases | (271,867.25) |
| First American Equipment lease | (10,249.70) |
| O/L Viafill | (7,849.72) |
| EMMA #4 | (100.00) |
| Direct Metalization | (350.95) |
| Celtic CML-3691A04 Lease | (85,950.15) |
| Alliance Lease | (100,849.29) |
| DES Line (s/n CC450-30) | (5,397.68) |
| Vertical HAL | (235.00) |
|  | (3,492,053.57) |
| Retained Earnings-Prior Year |  |
| Retained Earnings | (1,804,998.27) |
|  | (1,804,998.27) |
| Tax Distributions |  |
| Tax Dividend Distributions | (4,796,836.01) |
|  | (4,796,836.01) |
| Total: Shareholders Equity | (6,385,148.64) |
| Total: Liabilities & Shareholders Equity | 6,394,484.36 |