# Electrotek Corporation

## Income Statement

As Of December, 2020

*Not Final*

|  | Current Month | Prior Year YTD |
|---|---:|---:|
| **Total Production** | | |
| **Multilayer Production** | | |
| MLB - Sales | 414,131.32 | 9,269,531.60 |
| MLB - Tooling | 3,900.00 | 44,325.00 |
| MLB - Testing | 750.00 | 7,260.00 |
| MLB - Returns & Allowances | (12,166.93) | (1,138,214.97) |
| MLB - WIP Variance | (1,443.00) | (120,177.06) |
|  | 405,171.39 | 8,062,724.57 |
| **Double Sided Production** | | |
| DS - Sales | 194,091.26 | 2,341,616.95 |
| DS - Tooling | 1,675.00 | 4,225.00 |
| DS - Testing | 450.00 | 1,200.00 |
| DS - WIP Variation | (722.00) | (61,598.30) |
|  | 195,494.26 | 2,285,443.65 |
| **Single Sided Production** | | |
| SS - Sales | .00 | 500.00 |
| SS - Testing | .00 | 575.00 |
|  | .00 | 1,075.00 |
| **Subcontracted Parts** | | |
| GSS - Sales | .00 | 2,464.72 |
| GSS - Returns & Allowances | .00 | (1,376.00) |
|  | .00 | 1,088.72 |
|  | 600,665.65 | 10,350,331.94 |
| **Cost of Goods Sold** | | |
| **Direct Labor** | | |
| P.A.R. | .00 | 77.68 |
| Direct Labor | 110,521.17 | 1,629,821.66 |
|  | 110,521.17 | 1,629,899.34 |
| **Outside Labor** | | |
| O/L Viafill | .00 | 7,849.72 |
| O/L - Plating | .00 | 355.00 |
| O/L - Die Blanking | 1,895.09 | 34,772.30 |
| GSS- Outside Purchased Product | .00 | 4,478.00 |
| Outside Service - Engineering | 225.00 | 5,220.00 |
| Outside Service-Miscellaneous | .00 | (97.00) |
| Outside Service - Inspection | 1,156.00 | 183,621.00 |
| O/L - Tensil Strength-Elong. | 1,000.00 | 6,500.00 |
|  | 4,276.09 | 242,699.02 |
| **Material** | | |
| Film Purchases | 2,383.40 | 33,558.34 |
| Multilayer Purchases | 87,740.41 | 1,561,284.86 |
| In-House Consignment Core | .00 | 2,447.79 |
| Laminate Purchases | 9,545.60 | 120,926.44 |
| Flex Material Purchases | 15,423.82 | 271,867.25 |
| BU/E Purchases - Drill Room | 12,936.00 | 169,543.20 |
| Drill Bit Purchases | 1,765.00 | 67,885.62 |
| Drill Bit Resharpening | .00 | 25,671.04 |
| Collet Purchases | .00 | 3,663.39 |
| Dry Film Purchases | 12,976.05 | 179,566.71 |
| Plating - Hard & Soft Gold | 20,381.38 | 214,667.54 |
| Plating - Copper | 8,993.92 | 161,879.79 |
| Plating - ENIG | 12,283.32 | 307,827.18 |
| Plating - Misc. (Reclaim, etc) | 15,760.97 | 82,789.14 |
| Plating - Inversion Silver | 3,748.48 | 22,846.93 |
| Plating - Etching SES & DES | 5,445.70 | 56,684.27 |

**Electrotek Corporation**

*Income Statement*

As Of December, 2020

|  | <---------- Prior Year ----------> | |
|---|---:|---:|
|  | Current Month | YTD |
| Plating - HAL | 404.00 | 33,555.94 |
| Plating - OSP | 1,456.60 | 6,574.60 |
| Plating - Oxide | 3,705.28 | 32,070.24 |
| Plating - PTH | 3,813.10 | 136,680.27 |
| Screening Ink Purchases | 13,106.58 | 183,263.49 |
| PISM Inks Purchases | .00 | 3,570.00 |
| BU/E Purchases - Routing Room | 1,432.50 | 21,743.36 |
| Router Bit Purchases | 3,840.00 | 25,830.00 |
| Router Collet Purchases | .00 | 550.00 |
|  | 237,142.11 | 3,726,947.39 |
| **Indirect Labor** |  |  |
| Production Support & Suprvsn | 35,887.32 | 578,958.09 |
| Materials Management | 4,849.39 | 93,489.66 |
| Engineering | 15,982.02 | 222,971.43 |
| Maintenance | 14,300.02 | 228,816.88 |
| Fringe Benefits | .00 | 250,429.26 |
|  | 71,018.75 | 1,374,665.32 |
| **Production Supplies** |  |  |
| AOI Supplies | .00 | 683.14 |
| Photo Supplies | 1,050.36 | 16,323.10 |
| Multilayer Supplies | 1,812.66 | 39,371.31 |
| Drill Room Supplies | 181.69 | 22,753.64 |
| Print Room Supplies | (455.14) | 6,056.59 |
| Plating Room Supplies | 4,310.62 | 72,077.81 |
| Screening Room Supplies | 7,838.41 | 49,171.68 |
| PISM Room Supplies | .00 | 13,071.69 |
| Routing Room Supplies | .00 | 4,139.11 |
| Shipping Supplies | 1,675.44 | 31,006.77 |
| P.A.R. Supplies | .00 | 1,374.82 |
| Quality A/C Supplies | 8,457.99 | 111,085.83 |
| Quality Control - Plug Gauges | .00 | 931.80 |
| Electrical Test Supplies | .00 | 13,222.56 |
| Waste Treatment Supplies | 2,940.48 | 39,022.19 |
| Wet Lab Supplies | 1,900.58 | 37,219.77 |
| Other Production Supplies | 4,721.23 | 74,167.64 |
|  | 34,434.32 | 531,679.45 |
| **Production Equipment** |  |  |
| Drill Room Equipment | .00 | 2,340.27 |
| Plating Room Equipment | 710.92 | 710.92 |
| Screening Room Equipment | .00 | 284.20 |
| Routing Room Equipment | 615.68 | 1,401.08 |
| Other Equipment | .00 | 2,073.97 |
|  | 1,326.60 | 6,810.44 |
| **Other Production Expenses** |  |  |
| Overtime Premium | 15,718.40 | 172,773.93 |
| Fringe - Direct Labor | .00 | 398,838.57 |
| Health & Safety | 1,652.46 | 70,033.36 |
| Travel | .00 | 2.98 |
| Meals & Entertainment | .00 | 71.28 |
| Uniforms - Cintas | 1,591.18 | 28,911.69 |
| Uniforms - Other | .00 | 859.49 |
| Licenses & Fees | 633.00 | 10,189.47 |
| Shop Forms | .00 | 280.78 |
| Expedited Material Expense | .00 | 1,388.13 |
| Tariff charges | 287.00 | 3,870.23 |
| Production Telephone | 55.00 | 979.78 |
| LDI #2 Maintenance | .00 | 7,222.00 |
| LDI Maintenance Agreemnt | 11,916.65 | 155,778.00 |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 3
01/20/2021 11:24:29 AM

*Income Statement*

As Of December, 2020

|  | <---------- Prior Year ----------> | |
|---|---:|---:|
|  | Current Month | YTD |
| CimNet Software Maint Contract | 5,521.83 | 46,407.14 |
| Polar Maintenance | .00 | 37.38 |
| Genisis Maintenance Contract | 1,255.50 | 28,880.50 |
| Freight-In | 8,257.83 | 177,370.49 |
| Freight In - China | (209.76) | 8,379.70 |
| Freight in - Malaysia | .00 | 1,246.80 |
| Freight In - Mexico | .00 | 180.32 |
| Freight In - Canada | .00 | 6,578.82 |
| Freight In - Germany | .00 | 1,514.05 |
| Freight-Petroleum Surcharge | 257.15 | 5,001.55 |
| Freight-Hazardous Fee | 124.74 | 2,381.56 |
| Freight-Handling Charge | 62.08 | 1,532.70 |
| Freight-Out | 1,912.82 | 99,083.89 |
| Freight out - China | .00 | 418.74 |
| Freight out - Malasyia | .00 | 541.38 |
| Freight out - Canada | .00 | 55.26 |
| Component costs on returns | .00 | 3,247.45 |
| Q/C Callibration | .00 | 38,814.03 |
| QC Outside Testing | .00 | 10,312.00 |
| Celtic CML-3691A01 Lease | 2,230.00 | 26,760.00 |
| Celtic CML-3691A02 lease | 2,578.00 | 30,936.00 |
| Celtic CML-3691A03 lease | 2,959.00 | 35,508.00 |
| First American Equipment lease | .00 | 10,249.70 |
| Tetra Financial Group lease | 17,927.12 | 227,849.38 |
| Celtic CML-3691A04 Lease | 6,899.00 | 85,950.15 |
| Alliance Lease | 8,402.20 | 100,849.29 |
| Other Production Expense | 194.90 | 16,515.40 |
|  | 90,226.10 | 1,817,801.37 |
| **Repairs & Maintenance** | | |
| Air Compressors | 411.46 | 12,856.00 |
| HVAC System South Plant | 1,537.09 | 12,539.62 |
| HVAC System North Plant | 1,409.18 | 2,932.67 |
| HVAC System West | 1,551.50 | 5,020.29 |
| Waste Treatment System | .00 | 38.98 |
| 20 Ton Chiller | .00 | 4,631.80 |
| Drake Chiller | 3,352.37 | 4,958.42 |
| Other Building R & M | 385.50 | 36,710.06 |
| A.O.I. Discovery 1 | 82.50 | 7,116.50 |
| A.O.I. Discovery 2 | 179.88 | 509.88 |
| Plotter | .00 | 58.00 |
| Processor | .00 | 163.00 |
| Other Tooling R&M | 201.00 | 201.00 |
| Brown Oxide Line | .00 | 66.42 |
| TMP Multilayer Press #1 | 557.67 | 2,631.65 |
| TMP Multilayer Press #2 | 710.44 | 3,935.09 |
| Pluritec X-Ray Drill | 4,320.00 | 5,255.74 |
| Pill CobraBond Oxide Line 952 | .00 | 2,851.82 |
| March Plasma Unit | .00 | 2,448.56 |
| Other Multilayer R&M | .00 | 3,108.68 |
| EX200 Drill | .00 | 1,097.46 |
| 689 Drill (S/N 9014) | .00 | 3,964.58 |
| 689 Drill (S/N 9016) | .00 | 12,979.76 |
| CNC5-B Drill (S/N 001) | .00 | 4,849.27 |
| CNC5-C Drill (S/N 773) Leased | .00 | 725.00 |
| Drilling Spindles | 3,894.00 | 30,991.08 |
| Drilling Machine Parts | .00 | 3,499.39 |
| Mark VI Drill (S/N 6612) | .00 | 137.88 |
| 25 HP Dust Collector | 56.85 | 240.15 |
| Other Drilling R&M | .00 | 1,009.24 |
| Dry Film Laminator | .00 | 2,628.03 |
| VCM Developer | 284.24 | 2,798.19 |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 4
01/20/2021 11:24:29 AM

*Income Statement*

As Of December, 2020

|  | <---------- Prior Year ----------> | |
|---|---:|---:|
|  | Current Month | YTD |
| Atotech Developer | .00 | 1,569.47 |
| Dry Film Solder Mask Unit | .00 | 276.97 |
| Cut Sheet Laminator | .00 | 9,510.07 |
| OLEC AT-30 (6KW) | .00 | 3,941.50 |
| Orbotech Laser Direct Imager | .00 | 34.72 |
| Viafill/Planerizer/Rinsedry | 199.68 | 1,435.19 |
| Other Printing R&M | 236.34 | 1,865.93 |
| PTH Plating Line | .00 | 10,313.51 |
| Desmear Line | .00 | 1,610.22 |
| Deep Nickel Tank | .00 | 1,220.76 |
| M.E. Baker Copper Line | 329.34 | 14,527.45 |
| Chemcut Dry Film Stripper | .00 | 3,887.68 |
| Chemcut Dry Rinse (PTH) | .00 | 110.00 |
| Etch/Tin Strip Line (ME Baker) | 899.32 | 17,265.83 |
| Chemcut Dry Rinse (Autocopper) | .00 | 1,548.00 |
| Horizontal HAL | .00 | 12,046.87 |
| HAL PreClean | .00 | 2,882.10 |
| HAL PostClean | .00 | 7,678.08 |
| Vertical HAL | .00 | 235.00 |
| Chemcut Chemical Clean | .00 | 1,444.00 |
| Marseco Deburring Equipment | .00 | 14,099.86 |
| Via Fill | .00 | 46,824.44 |
| OSP Line | .00 | 58.00 |
| ENIG Line | 295.06 | 16,354.08 |
| DES Line | 198.39 | 14,156.44 |
| Direct Metalization | 216.01 | 350.95 |
| DES Line (s/n CC450-30) | 582.22 | 5,397.68 |
| Other Plating Room R&M | 1,353.70 | 12,026.50 |
| Aluminum Chip Reactor | .00 | 1,601.61 |
| Other Waste Treatment R&M | .00 | 441.43 |
| TC120 Tunnel Oven | .00 | 1,390.00 |
| Screen Making Exposure Unit | .00 | 511.00 |
| Screen Reclaiming Booths | .00 | 360.78 |
| DP1500 Screen Press | 66.50 | 8,043.61 |
| Orbotech Sprint 8 Legend Ink | .00 | 3,047.46 |
| Other Screening Room R&M | .00 | 2,042.00 |
| Batch Oven | .00 | 525.58 |
| Union Carbide Photocure System | 184.60 | 184.60 |
| Pumice Scrubber | 2,503.67 | 8,750.58 |
| OLEC AT-30 (8KW) | .00 | 7,013.66 |
| Other PISM R&M | .00 | 1,719.10 |
| Routing Spindles | .00 | 18,230.99 |
| Routing Machine Parts | .00 | 4,603.74 |
| Fab Dust Collector | .00 | 31.65 |
| Fab Arco Wand Dust Collector | .00 | 1,207.47 |
| Mark VI CNC-6 Router(s/n 0151) | .00 | 1,508.65 |
| Other Routing Room R&M | .00 | 54.51 |
| Accuscore Scoring Machine | .00 | 2,895.00 |
| Score Blades | .00 | 1,648.00 |
| Dry Lab Inspection Equipment | .00 | 735.32 |
| Cyclops Unit | .00 | 134.00 |
| EMMA #1 (s/n E8176500) | .00 | 78.00 |
| EMMA #2 (s/n EA276500) | .00 | 233.15 |
| EMMA #3 (s/n FA056400) | .00 | 2,250.00 |
| EMMA #4 | .00 | 100.00 |
| C-II Vacuum Packaging Machine | .00 | 200.00 |
| Kuttler Equipment | .00 | 3.99 |
| Culligan RO/DI System | 2,586.70 | 37,127.07 |
|  | 28,585.21 | 482,298.46 |
| Other Maintenance Expense |  |  |
| Tools | 221.25 | 2,542.03 |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 5
01/20/2021 11:24:29 AM

*Income Statement*

As Of December, 2020

|  | <---------- Prior Year ----------> | |
|---|---:|---:|
|  | Current Month | YTD |
| Supplies | 510.28 | 7,164.74 |
| Electrical Supplies | 11.99 | 1,303.14 |
| Plumbing Supplies | .00 | 1,072.72 |
| Janitorial Supplies | 1,583.51 | 16,997.91 |
| Trash Disposal | 1,624.27 | 20,851.44 |
| Grounds Upkeep | .00 | 14,419.03 |
| Housekeeping | 3,500.00 | 41,850.00 |
| Other Maintenance Expense | 476.70 | 6,539.38 |
|  | 7,928.00 | 112,740.39 |
| Environment & Waste |  |  |
| Licenses & Fees | .00 | 7,974.25 |
| Waste Recovery | 10,000.00 | 102,239.67 |
| Copper Recycle | .00 | 46.92 |
|  | 10,000.00 | 110,260.84 |
| Utilities |  |  |
| Electric | 38,598.58 | 568,615.14 |
| Gas | 3,439.73 | 14,519.10 |
| Water | 12,840.01 | 154,366.00 |
| Sewer | 9,315.74 | 112,014.04 |
|  | 64,194.06 | 849,514.28 |
| Building Expense |  |  |
| Real Estate Tax | (6,645.25) | 40,701.70 |
|  | (6,645.25) | 40,701.70 |
| Depreciation |  |  |
| Depreciation | 35,265.30 | 556,084.80 |
|  | 35,265.30 | 556,084.80 |
|  | 688,272.46 | 11,482,102.80 |
| Gross Profit | (87,606.81) | (1,131,770.86) |
| Operating Expenses |  |  |
| Sales Expenses |  |  |
| Selling Salaries | 8,778.88 | 167,016.97 |
| Fringe Benefits | .00 | 40,104.44 |
|  | 8,778.88 | 207,121.41 |
| Commissions |  |  |
| Sales Commissions Expense | .00 | 12,212.03 |
|  | .00 | 12,212.03 |
| Other Selling Expenses |  |  |
| Meals & Entertainment | .00 | 18.75 |
|  | .00 | 18.75 |
| G&A Salaries and Fringe |  |  |
| Administrative Salaries | 12,590.65 | 340,735.41 |
| Accounting Salaries | 12,024.13 | 201,906.54 |
| MIS Salaries | 6,519.69 | 87,043.99 |
| QA Salaries | 11,440.91 | 227,383.21 |
| Fringe Benefits | .00 | 127,821.73 |
|  | 42,575.38 | 984,890.88 |
| Fringe |  |  |
| Vacation | 18,555.59 | 244,144.97 |
| Holiday Pay | 8,816.33 | 33,388.24 |
| ECSO Pay | .00 | 4,200.00 |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 6
01/20/2021 11:24:29 AM

*Income Statement*

As Of December, 2020

|  | <---------- Prior Year ----------> | |
|---|---:|---:|
|  | Current Month | YTD |
| FICA - Employer | 12,980.96 | 280,681.18 |
| UC - Federal | 69.80 | 4,499.44 |
| UC - State | 1,433.69 | 28,028.71 |
| Life AD&D | .00 | 5,960.69 |
| LTD Premiums | .00 | 19,575.38 |
| Med Ded Reimbursement Admin | .00 | (966.75) |
| Section 125 Plan W/H | .00 | 67.04 |
| Cost of Health Insurance | 31,079.95 | 427,506.57 |
| Cost of Dental Insurance | 2,203.70 | 31,564.68 |
| Health Cost - Diversified | .00 | 1,943.20 |
| Insurance Fees From Employees | (25,136.09) | (235,541.10) |
| Safety Shoes & Glasses | .00 | 795.00 |
| Worker's Compensation | 12,972.90 | 27,921.32 |
| 401k Company Match | .00 | 6,402.26 |
| Fringe Benefit Offset | .00 | (817,194.00) |
|  | 62,976.83 | 62,976.83 |
| **Office Supplies** | | |
| Copier Lease | 997.74 | 16,143.99 |
| Copier Maintenance | .00 | 1,382.73 |
| Copier Supplies | 339.90 | 3,287.79 |
| Telephone Expense - G & A | 979.19 | 10,520.78 |
| Business Forms | .00 | 1,719.04 |
| Postage | .00 | 1,826.72 |
| Postage Meter Rental | 296.41 | 937.50 |
| Other Office Supplies | 921.08 | 7,066.63 |
| ISO 9002/AS9100 | 1,448.00 | 13,715.00 |
|  | 4,982.32 | 56,600.18 |
| **MIS Expenses** | | |
| MIS Software | 6,632.75 | 44,204.84 |
| MIS Hardware | 986.84 | 5,758.90 |
| MIS Supplies | .00 | 10,111.09 |
| MIS Repairs & Maintenance | 1,500.00 | 21,442.99 |
| MIS Subscriptions | .00 | 5,414.00 |
|  | 9,119.59 | 86,931.82 |
| **Human Resources Expenses** | | |
| Payroll - ADP | 2,142.67 | 23,927.30 |
| Parties & Events | 1,138.61 | 3,367.11 |
| Recruitment Advertising | 344.00 | 7,765.20 |
| Drug Testing | 307.50 | 2,446.50 |
| Other Human Resources Expense | 93.45 | 3,004.17 |
| Seminar & Courses | .00 | 1,975.00 |
| Professional Memberships | .00 | 5,186.00 |
| Technical Library Materials | .00 | 1,493.00 |
| Subscriptions | .00 | 27.60 |
|  | 4,026.23 | 49,191.88 |
| **Administrative Costs** | | |
| Audit & Tax Service | 2,644.90 | 36,759.68 |
| Sales Discounts | 118.66 | (7,392.61) |
| Legal Fees | 2,644.90 | 51,980.52 |
| Travel | .00 | 9,454.44 |
| Meals & Entertainment | .00 | 1,264.31 |
| Consulting | 6,650.00 | 29,936.34 |
| Charitable Donations | .00 | 2,500.00 |
| Key Man Life Insurance | .00 | 5,838.27 |
| Business Insurance | .00 | 46,512.53 |
| Use Tax Expense | .00 | 886.16 |
| Sales Tax | 1,980.97 | 20,527.85 |
| First Business Bank Fees | 205.00 | 6,803.74 |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 7
01/20/2021 11:24:29 AM

*Income Statement*

As Of December, 2020

|  | <---------- Prior Year ----------> | |
|---|---:|---:|
|  | Current Month | YTD |
| Other Administrative Costs | 2,981.49 | 46,049.41 |
| Bad Debt Expense | .00 | 3,499.20 |
| Other G&A Expense | .00 | 500.00 |
|  | 17,225.92 | 255,119.84 |
|  | 149,685.15 | 1,715,063.62 |
| Operating Income | (237,291.96) | (2,846,834.48) |
| Other Income/ Expenses | | |
| Interest Expense | | |
| Interest - Insulectro | (3,459.77) | (17,350.09) |
| Interest Exp - Shareholder | (52,792.00) | (627,869.00) |
|  | (56,251.77) | (645,219.09) |
|  | (56,251.77) | (645,219.09) |
| Net Income Before Tax | (293,543.73) | (3,492,053.57) |
| Net Income | (293,543.73) | (3,492,053.57) |

*Not Final*