Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELECTROTEK CORPORATION, | § | CASE NO. 21-30409-MVL |
| | § | CHAPTER 11 |
| Debtor. | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 25, 2021, a true and correct copy of the Notice of Chapter 11 Bankruptcy Case [Docket No. 13] was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

Dated: March 27, 2021.

                                              Respectfully Submitted,

                                              */s/ Joyce W. Lindauer*
                                              Joyce W. Lindauer
                                              State Bar No. 21555700
                                              Kerry S. Alleyne
                                              State Bar No. 24066090
                                              Guy H. Holman
                                              State Bar No. 24095171
                                              Joyce W. Lindauer Attorney, PLLC
                                              1412 Main Street, Suite 500
                                              Dallas, Texas 75202
                                              Telephone: (972) 503-4033
                                              Facsimile: (972) 503-4034
                                              PROPOSED ATTORNEYS FOR DEBTOR

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 21-30409-mvl11<br>Northern District of Texas<br>Dallas<br>Thu Mar 25 19:24:41 CDT 2021 | Electrotek Corporation<br>1430 Century Drive<br>Carrollton, TX 75006-3697 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| A-Z Refrigeration & HVAC<br>840 Midwood Drive<br>Burlington, WI 53105-1361 | AGC  Nelco America Inc.<br>PO Box 392277<br>Pittsburgh, PA 15251-9277 | ALL4-PCB (North America) Inc.<br>345 Mira Loma Avenue<br>Glendale, CA 91204-2912 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | Accusystems<br>140 Independence Lane<br>Chalfont, PA 18914-1842 | Agilent Technologies<br>4187 Collections Center Drive<br>Chicago, IL 60693-0001 |
| Airgas USA LLC<br>PO Box 734445<br>Chicago, IL 60673-4445 | Aismalibar North America<br>79 Milliken Blvd.<br>Unit 4<br>Scarborough, ON CANADA,  M1V 1V3 | Allfavor Technology (Hong Kong)<br>Rm 8, 11/F Wing Fung Ind Bld.<br>40-50 Sha Tsui Road, Tsuen Wan<br>Hong Kong, |
| Allied High Tech Products Inc.<br>2376 E. Pacifica Place<br>PO Box 4608<br>Compton, CA 90224-4608 | Allworld Machinery Supply<br>6164 All World Way<br>Roscoe, IL 61073-7738 | Aluma-Tec Industries<br>W222 N833 Cheaney Road<br>Waukesha, WI 53186-1688 |
| Amazon Capital Services<br>PO Box 035184<br>Seattle, WA 98124-5184 | American Solution for Business<br>8479 Solution Center<br>Chicago, IL 60677-8004 | Anode Products Co. Inc.<br>1022 W. National Avenue<br>Addison, IL 60101-3127 |
| Aptean Inc.<br>PO Box 743722<br>Atlanta, GA 30374-3722 | Arlon Electronic Materials<br>9433 Hyssop Drive<br>Rancho Cucamonga, CA 91730-6107 | Artnet Pro Inc.<br>2315 Paragon Drive<br>San Jose, CA 95131-1309 |
| Atradius Trade Credit<br>7175 Columbia Gateway Drive<br>Lockbox 75786<br>Columbia, MD 21046-2534 | Attorney General of Texas<br>Bankruptcy Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Bearings Incorporated-South<br>PO Box 272<br>Oak Creek, WI 53154-0272 |
| Benchmark Products<br>1008 Momentum Place<br>Chicago, IL 60689-5310 | Brecoflex Co. LLC<br>222 Industrial Way West<br>Eatontown, NJ 07724-2206 | Buehler<br>a Division of Illinois Tool Works, Inc.<br>39343 Treasury Center<br>Chicago, IL 60694-9300 |
| C.A. Picard Inc.<br>5151 East Broadway Blvd.<br>Suite 800<br>Tucson, AZ 85711-3775 | C.R.T. Inc.<br>355 Sackett Point Road<br>Unit 5<br>North Haven, CT 06473-3165 | Carelparts<br>1513 W. Whispering Wind Drive<br>Phoenix, AZ 85085-0691 |

Chema Technology
PO Box 847
Brookfield, WI 53008-0847

Cintas Corporation
PO Box 88005
Chicago, IL 60680-1005

City of Oak Creek
Attn: Treasurer
8040 S. 6th Street
Oak Creek, WI 53154-2996

City of Oak Creek
PO Box 44257
West Allis, WI 53214-7257

Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693-0139

Colonial Life
Attn: Premium Processing
PO Box 903
Columbia, SC 29202-0903

Complete Office of Wisconsin
PO Box 640
Germantown, WI 53022-0640

Crescent Data Dervices LLC
PO Box 4385
Manchester, NH 03108-4385

Current Inc.
30 Tyler Street
PO Box 120183
East Haven, CT 06512-0183

Dallas Cooler Service
12717 Eastgate Drive
Suite 3
Mesquite, TX 75181-2026

De Nora Tech LLC
25577 Network Place
Chicago, IL 60673-1255

Delta Dental of Wisconsin
PO Box 518
Wisconsin Rapids, WI 54495-0518

Digi-Key Electronics
PO Box 150
Thief River Falls, MN 56701-0150

ECEMS
1662 Elm Street
Manchester, NH 03101-1243

Economy Lamp Company
4611 W. National Avenue
Milwaukee, WI 53214-3632

Equipment Technologies Inc.
19 Park Avenue
Hudson, NH 03051-3985

Excellon Acquisition LLC
File No. 57346
Los Angeles, CA 90074-7346

FedEx
PO Box 94515
Palatine, IL 60094-4515

Filter Technology Inc.
7200 S. Leamington Avenue
Chicago, IL 60638-6620

Fisher Scientific
13551 Collections Center Drive
Chicago, IL 60693-0135

Fox O'Neill & Shannon S.C.
622 N. Water Street
Suite 500
Milwaukee, WI 53202-4978

Fred Levine Services Inc.
1415 Redeker Street
Des Plaines, IL 60016-3413

French Oil Mill Machinery
1035 W. Greene Street
PO Box 920
Piqua, OH 45356-0920

G & H Enterprises
11602 Azalia Drive
Adelanto, CA 92301-4267

GPR Wet Process Group
4271 SW 106th Terrace
Fort Lauderdale, FL 33328-2154

Genesis Engineering Solutions
4501 Boston Way
Lanham, MD 20706-4453

Global Laminates Inc.
300 Constitution Avenue
Suite 101
Portsmouth, NH 03801-8623

Global Machine and Maintenance
1131 Delene Road
Jenkintown, PA 19046-3018

Grainger
Dept. 806363891
Palatine, IL 60038-0001

Harrington Industrial Plastics
PO Box 638250
Cincinnati, OH 45263-8250

| | | |
|---|---|---|
| Hitachi High-Tech<br>2 Technology Park Drive<br>2nd Floor<br>Westford, MA 01886-3164 | Hydrite Chemical Co.<br>PO Box 689227<br>Chicago, IL 60695-9227 | ITC Intercircuit<br>5708 Upper 147th Street West<br>Suite 110<br>Apple Valley, MN 55124-7277 |
| Indelco Plastics Corp.<br>6530 Cambridge Street<br>Minneapolis, MN 55426-4484 | Insulectro<br>Attn: Credit Department<br>20362 Windrow Drive<br>Lake Forest, CA 92630-8140 | Internal Revenue Service<br>Centralized Insolvery Operations<br>PO Box 7346<br>Philadelphia, DC 19101-7346 |
| Internal Revenue Service<br>Mail Code DAL - 5020<br>1100 Commerce St<br>Dallas, TX 75242-1100 | JM Brennan Inc.<br>2101 W. St. Paul Avenue<br>Forest River, ND 58233 | James Imaging Systems Inc.<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Jeff's Fast Freight<br>PO Box 371188<br>Milwaukee, WI 53237-2288 | Kinwong Electronic Ltd.<br>19/FL, Block C, Tiely Central Plaza<br>No. 3 Haide Road, Nashan District<br>Shenzhen, China, | Kyocera Precision Tools Inc.<br>PO Box 749982<br>Los Angeles, CA 90074-9982 |
| Laird Technologies Inc.<br>62722 Collections Center Drive<br>Chicago, IL 60693-0627 | Lakeland Supply Inc.<br>N17 W25081 Bluemound Road<br>Pewaukee, WI 53072-4624 | Life Insurance North America<br>PO Box 782447<br>Philadelphia, PA 19178-2447 |
| Linebarger, Goggan Blain & Samspson<br>2777 N. Stemmons Frwy<br>Suite 100<br>Dallas, TX 75207-2502 | MRA the Management Association<br>N19W 24400 Riverwood Drive<br>Waukesha, WI 53188 | Macdermid Inc.<br>Mail Code 5283<br>PO Box 660367<br>Dallas, TX 75266-0367 |
| Mackey Technical Services LLC<br>1985 Maplewood Road<br>Stow, OH 44224-2640 | Matrix USA Inc.<br>3261 Edward Avenue<br>Santa Clara, CA 95054-2340 | McMaster-Carr Supply Co.<br>PO Box 7690<br>Chicago, IL 60680-7690 |
| (p)MEREDITH'S CULLIGAN WATER<br>1531 13TH AVE<br>UNION GROVE WI 53182-1552 | Metalworld Inc.<br>1920 17th Street<br>Racine, WI 53403-2182 | Metrohm USA Inc.<br>PO Box 405562<br>Atlanta, GA 30384-5562 |
| Micronutrients<br>Attn: Accounts Receivable<br>PO Box 8<br>Highland, IL 62249-0008 | Midwest Accurate Grinding Service<br>17211 Morse Street<br>Lowell, IN 46356-1432 | Midwest Printed Circuit Service<br>1741 Circuit Court<br>Round Lake, IL 60073-1315 |
| Midwest Sign & Screen Printing<br>NW 6161<br>PO Box 1450<br>Minneapolis, MN 55485-6161 | Milwaukee County Treasurer's Office<br>901 N. 9th Street<br>Room 102<br>Milwaukee, WI 53233-1425 | Milwaukee Metro Sewerage<br>PO Box 78847<br>Milwaukee, WI 53278-0847 |

| | | |
|---|---|---|
| (p)NASSCO INC<br>ATTN ANGIE HOLLENBACK<br>5365 S MOORLAND ROAD<br>NEW BERLIN WI 53151-7925 | National Technical Systems<br>PO Box 733364<br>Dallas, TX 75373-3364 | Nordson March<br>25033 Network Place<br>Chicago, IL 60673-1250 |
| North Central Insulation<br>PO Box 91<br>Eau Claire, WI 54702-0091 | OSI Environmental Inc.<br>912 Tesch Court<br>Waukesha, WI 53186-1476 | Oak Creek Water & Sewer<br>PO Box 673115<br>Chicago, IL 60695-3215 |
| Occupational Health Centers of the Southwest<br>PO Box 1297<br>Brookfield, WI 53008-1297 | Olsen Safety Equipment Corp.<br>2120 Airport Road<br>PO Box 1373<br>Waukesha, WI 53187-1373 | Orbotech Inc.<br>Dept. LA 24620<br>Pasadena, CA 91185-4620 |
| Owens Industries Inc.<br>7815 South 6th Street<br>Oak Creek, WI 53154-2045 | Patriot Partners LLC<br>7941 S. Cecily Drive<br>Oak Creek, WI 53154-3096 | Payment Processing Center<br>PO Box 815519<br>Dallas, TX 75381-5519 |
| Pieper Electric Inc.<br>PO Box 88601<br>Milwaukee, WI 53288-8601 | Pluritech North America Ltd.<br>1556 Ocean Avenue<br>Suite 18<br>Bohemia, NY 11716-1929 | Praxair Distribution Inc<br>Dept CH 10660<br>Palatine, IL 60055-0660 |
| Quadient Finance USA Inc<br>PO Box 6813<br>Carol Stream, IL 60197-6813 | RMS Quality Service<br>11965 12th Ave S<br>Burnsville, MN 55337-1422 | Recycle Technologies Inc<br>4000 Winnetka Ave N<br>Suite 210<br>Minneapolis, MN 55427-1247 |
| Redishred Acquisition Inc DBA Proshred Secur<br>1425 Commerce Ave<br>Unit C<br>Brookfield, WI 53045-5203 | Rhys Robert Petricek<br>4105 E Barton Rd<br>Oak Creek, WI 53154-6704 | River Run Computers Inc.<br>2320 W Camden Rd<br>Glendale, WI 53209-3712 |
| Rogers Corporation<br>26995 Network Place<br>Chicago, IL 60673-1269 | SAATI Americas Corporation<br>201 Fairview St Extension<br>Fountain Inn, SC 29644-9058 | SPSI Inc.<br>9825 85th Ave N<br>Osseo, MN 55369-4520 |
| ST & S Group<br>Blair Park<br>108 Rosedale Ave<br>Richmond, KY 40475-1039 | Saltco<br>2000 Praire St<br>Suite 212<br>Prairie Du Sac, WI 53578-2048 | Sentry Insurance<br>Sentry Business Products<br>PO Box 8019<br>Stevens Point, WI 54481-8019 |
| Service Filtration Corp<br>PO Box 95367<br>Palatine, IL 60095-5367 | Sid Grinker Restoration Inc<br>1719 Vel R Phillips Ave<br>Milwaukee, WI 53212-3603 | Sigma-Aldrich Inc<br>PO Box 535182<br>Atlanta, GA 30353-5182 |

| | | |
|---|---|---|
| Staples<br>PO Box 661409<br>Dallas, TX 75266-0409 | State of Wisconsin<br>DWD - Unemployment Insurance Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 | State of Wisconsin<br>DWD - Unemployment Insurance Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 |
| TCT Circuit Supply Inc<br>560 S Melrose St<br>Placentia, CA 92870-6327 | (p)TAIYO AMERICA<br>ATTN ACCOUNTING<br>2675 ANTLER DRIVE<br>CARSON CITY NV 89701-1451 | Tapecase LTD<br>150 Gaylord St<br>Elk Grove Village, IL 60007-1107 |
| Tara M Dunn<br>1302 Forrest Lane<br>Fairbault, MN 55021-9262 | Technic Inc<br>Accounts Receivable<br>PO Box 9650<br>Providence, RI 02940-9650 | Test Equity LLC<br>PO Box 515047<br>Los Angeles, CA 90051-5047 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Technologies<br>PO Box 3878<br>Cedar Park, TX 78630-3878 | Texas Workforce Commission<br>101 E 15th St<br>Austin, TX 78778-0001 |
| The Cit Group<br>Commercial Services Inc<br>PO Box 1036<br>Charlotte, SC 28201-1036 | The Tipler Corporation<br>PO Box 400<br>Germantown, WI 53022-0400 | Trester Hoist & Equiptment<br>W136 N4863 Campbell Drive<br>Suite 6<br>Menomonee Falls, WI 53051-7027 |
| Tri State Equiptment<br>6880 South 13th St<br>PO Box 5<br>Oak Creek, WI 53154-0005 | UCAMCO USA<br>1388 Gough St#407<br>San Francisco, CA 94109-6569 | UL LLC<br>75 Remittance Drive<br>Suite 1524<br>Chicago, IL 60675-1524 |
| ULINE<br>Accounts Receivables<br>PO Box 88741<br>Chicago, IL 60680-1741 | UPS Freight<br>28013 Network Place<br>Chicago, IL 60673-1280 | US Attorney General<br>Dept of Justice/ Main Justice Bldg<br>10th & Constitution Ave NW<br>Washington, DC 20530-0001 |
| US Trustee Office<br>1100 Commerce ST<br>Room 976<br>Dallas, TX 75242-0996 | USA Microcraft Inc<br>1247 N Tustin Ave<br>Anaheim, CA 92807-1603 | Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 |
| Ultra Tool & Manafacturing<br>W194 N11811 McCormick Drive<br>Germantown, WI 53022-2464 | United Parcel Service<br>PO Box 809488<br>Chicago, IL 60680-9488 | United States Plastic Corp<br>1390 Neubrecht Road<br>Lima, OH 45801-3196 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Utphall Construction LLC<br>13406 4 Mile Rd<br>Franksville, WI 53126-9133 | Uyemura International Corp<br>PO Box 60217<br>Los Angeles, CA 90060-0217 |

| | | |
|---|---|---|
| VWR International LLC<br>PO Box 640169<br>Pittsburg, PA 15264-0169 | Valley Labs Inc<br>3529 Old Conejo Droad<br>Suite 112<br>Newbury Park, CA 91320-6146 | Ventec USA LLC<br>Dept CH 19171<br>Chicago, IL 60051-9171 |
| Veolia Environmental Services<br>PO Box 73709<br>Chicago, IL 60673-7709 | WE Energies<br>PO Box 90001<br>Milwaukee, WI 53290-0001 | WIPFLI LLC<br>PO Box 3160<br>Milwaukee, WI 53201-3160 |
| Warrender LTD<br>821 Sivert Drvie<br>Wood Dale, IL 60191-2611 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | Whitlock<br>1437 Hamlin Ave<br>Saint Cloud, FL 34771-8576 |
| William/Reid<br>PO Box 397<br>W166 N11965 Fond Du Lac Ave<br>Germantown, WI 53022-0397 | Wiper Tech<br>PO Box 895<br>Germantown, WI 53022-0895 | (p)WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN CIVIL LITIGATION UNIT<br>PO BOX 7857<br>17 WEST MAIN STREET<br>MADISON WI 53703-3960 |
| Woods & Associates<br>2512 Clearbrook Drive<br>Arlington Heights, IL 60005-4624 | Yan Tat Technology Limited<br>co Euler Hermes Collection<br>800 Red Brook Blvd - Ste 400 C<br>Owings Mills, MD 21117-5173 | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 |
| Scott M. Seidel (SBRA V)<br>Seidel Law Firm<br>6505 West Park Blvd, Suite 306<br>Plano, TX 75093-6212 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Meredith's Culligan Water<br>1531 13th Avenue<br>PO Box 373<br>Union Grove, WI 53182 | Nassco Inc.<br>5365 S. Moorland Road<br>New Berlin, WI 53151 | Taiyo America Inc<br>2675 Antler Drive<br>Carson City, NV 89701 |
| Texas Comptroller Of Public Accts<br>Revenue Accting Div. - Banker Section<br>PO Box 13528<br>Austin, TX 78711-3528 | Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53707-7857 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.