**Fill in this information to identify the case:**

Debtor name __Electrotek Corporation__

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): __21-30409-mvl__

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ 100.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase | Checking | 7  3  8  6 | $ 343,765.84 |
| 3.2. | First Business Bank | Checking | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $ _____ |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**  $ 343,865.84

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | WE Energy - Utility Deposit | $ 102,967.00 |
| 7.2. | See continuation sheet | $ 36,022.00 |

Debtor **Electrotek Corporation**
_____
Name

Case number (*if known*) 21-30409-mvl
_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Orbotech -  Balance of quarterly maintenance contract _____ $ 11,917.00 _____

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $ 150,906.00 |

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: 1,143,174.00 − 0.00 = ........→ $ 1,143,174.00

    face amount        doubtful or uncollectible accounts

    11b. Over 90 days old: 266,904.00 − 263,036.00 = ........→ $ 3,868.00

    face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    | $ 1,147,042.00 |

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____ _____ $ _____

    14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1. _____ _____% _____ $ _____

    15.2. _____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____ _____ $ _____

    16.2. _____ _____ $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    | $ _____ |

---

Debtor    Electrotek Corporation                                          Case number *(if known)*   21-30409-mvl
         Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Raw Materials <br> MM / DD / YYYY | | $ 1,290,321.00 | Est. of market value | $ 570,882.00 |
| 20. **Work in progress** <br> Work in Progress  - No value if not completed <br> MM / DD / YYYY | | $ | Estimate of cost | $ 662,286.00 |
| 21. **Finished goods, including goods held for resale** <br> Finished Goods <br> MM / DD / YYYY | | $ 181,148.00 | Sales value | $ 181,663.00 |
| 22. **Other inventory or supplies** <br> Other Inventory <br> MM / DD / YYYY | | $ | Estimate of market valu | $ 20,000.00 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                  $ 1,434,831.00

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☑ Yes. Book value  181,148.00    Valuation method  Est. of market value    Current value  70,602.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Electrotek Corporation
     Name

Case number *(if known)*   21-30409-mvl

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Office Furniture | $_____ | Estimate of market va | $ 20,000.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $_____ | Estimate of market va | $ 20,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 40,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor __Electrotek Corporation__
    Name

Case number (if known) __21-30409-mvl__

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Machinery & Equipment | $ 973,962.00 | September 2019 App | $ 750,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.     **$ 750,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor ___Electrotek Corporation_____     Case number (if known)___21-30409-mvl_____
         Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Manufacturing Facility | | $ 1,947,517.00 | Est based on 06/19 appr | $ 2,500,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ☐ No
- ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>To be provided | $ | | Unknown<br>$ |
| 61. **Internet domain names and websites**<br>www.electrotekcorp.com | $ | | Unknown<br>$ |
| 62. **Licenses, franchises, and royalties**<br>To be provided | $ | | Unknown<br>$ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  Electrotek Corporation
_____
        Name

Case number (*if known*) __21-30409-mvl__

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    $_____
                              Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Receivable from Owner.  Funds transferred to company on 3/29/2    $ 700,000.00

Recyclables    $ 40,000.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 740,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Electrotek Corporation                  Case number *(if known)*   21-30409-mvl
       Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 343,865.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 150,906.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,147,042.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,434,831.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 750,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................➜ | | $ 2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 740,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................91a. | $ 4,606,644.84 | + 91b. $ 2,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................... 7,106,644.84       $ 7,106,644.84

21-30409-mvl

| Debtor 1 | Electrotek Corporation | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| **Celtic – Leasing Deposit** | **$5,000.00** |
| **Alliance – Leasing Deposit** | **$7,507.00** |
| **Tetra – Leasing Deposit** | **$23,515.00** |

**Fill in this information to identify the case:**

Debtor name _____Electrotek Corporation_____

United States Bankruptcy Court for the: __Northern District of Texas__

Case number (If known): ____21-30409-mvl____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** | **Creditor's name**
Dhirajal Babaria

**Describe debtor's property that is subject to a lien**

Column A: $ 6,500,000.00    Column B: $ 7,162,990.00

**Creditor's mailing address**

435 Shady Lane
Southlake, TX 76092

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**   08/06/2020

**Is the creditor an insider or related party?**
- ☐ No
- ☑ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2** | **Creditor's name**
Dhirajal Babaria

**Describe debtor's property that is subject to a lien**

$1,315,000.00    $7,162,990.00

**Creditor's mailing address**

435 Shady Lane
Southlake, TX 76092

**Creditor's email address, if known**

**Describe the lien**

**Date debt was incurred**   12/03/2019

**Is the creditor an insider or related party?**
- ☐ No
- ☑ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $ 9,500,000.00

Debtor  Electrotek Corporation
_____
Name

Case number (if known) 21-30409-mvl
_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Dhirajal Babaria
_____

**Creditor's mailing address**

435 Shady Lane
_____
Southlake, TX 76092
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 01/28/2020
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$1,685,000.00     $7,162,990.00

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** Creditor's name
_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Electrotek Corporation | Case number (if known) | 21-30409-mvl |
|--------|------------------------|------------------------|--------------|
|        | Name                   |                        |              |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |
|                  | Line 2. ___                                                 | _____                               |

**Fill in this information to identify the case:**

Debtor _____Electrotek Corporation_____

United States Bankruptcy Court for the: __Northern District of Texas__

Case number __21-30409-mvl_____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Employee List to be Provided
Unpaid Wages

As of the petition filing date, the claim is: $ 130,080.06          $ 130,080.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.2** Priority creditor's name and mailing address
Employee List to be Provided
Accrued and Unpaid Vacation

As of the petition filing date, the claim is: $ 158,246.14          $ 158,246.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Wages, Salaries, Commissions

Last 4 digits of account
number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4 )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____          $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor  Electrotek Corporation
        Name                                                    Case number (if known)  21-30409-mvl

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>A-Z Refrigeration & HVAC<br>840 Midwood Drive<br>Burlington, WI, 53105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 14,639.04 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Accusystems<br>140 Independence Lane<br>Chalfont, PA, 18914 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 800.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>AGC  Nelco America Inc.<br>PO Box 392277<br><br>Pittsburgh, PA, 15251-9277 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 3.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Agilent Technologies<br>4187 Collections Center Drive<br>Chicago, IL, 60693 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 1,500.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Ahmad & Guerard LLP<br>4915 S. Howell Avenue<br>Suite 300<br>Milwaukee, WI, 53207 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services | $ 0.00 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>Airgas USA LLC<br>PO Box 734445<br>Chicago, IL, 60673-4445 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | $ 2,234.58 |
| | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   Electrotek Corporation
         _____
         Name

Case number (if known)   21-30409-mvl
                         _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.⁷ Nonpriority creditor's name and mailing address**

Aismalibar North America
79 Milliken Blvd.
Unit 4
Scarborough, ON CANADA, M1V 1V3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,568.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.⁸ Nonpriority creditor's name and mailing address**

ALL4-PCB (North America) Inc.
345 Mira Loma Avenue
Glendale, CA, 81204-2912

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 10,375.14

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.⁹ Nonpriority creditor's name and mailing address**

Allfavor Technology (Hong Kong)
Rm 8, 11/F Wing Fung Ind Bld.
40-50 Sha Tsui Road, Tsuen Wan
Hong Kong

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 18,199.46

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.¹⁰ Nonpriority creditor's name and mailing address**

Allied High Tech Products Inc.
2376 E. Pacifica Place
PO Box 4608
Compton, CA, 90220

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,282.02

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.¹¹ Nonpriority creditor's name and mailing address**

Allworld Machinery Supply
6164 All World Way

Roscoe, IL, 61073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,839.00

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor ___Electrotek Corporation_____ Case number (if known) ___21-30409-mvl___
        Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.** **12** **Nonpriority creditor's name and mailing address**

Aluma-Tec Industries
W222 N833 Cheaney Road
Waukesha, WI, 53186

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 109.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **13** **Nonpriority creditor's name and mailing address**

Amazon Capital Services
PO Box 035184

Seattle, WA, 98124-5184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 650.79

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **14** **Nonpriority creditor's name and mailing address**

American Solution for Business
8479 Solution Center
Chicago, IL, 60677-8004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 664.04

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **15** **Nonpriority creditor's name and mailing address**

Anode Products Co. Inc.
1022 W. National Avenue
Addison, IL, 60101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 177.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **16** **Nonpriority creditor's name and mailing address**

Aptean Inc.
PO Box 743722
Atlanta, GA, 30374-3722

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Electrotek Corporation
            Name                                                    Case number (if known)    21-30409-mvl

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.17  Nonpriority creditor's name and mailing address

Arlon Electronic Materials
9433 Hyssop Drive

Rancho Cucamonga, CA, 91730

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 25,423.30

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3.18  Nonpriority creditor's name and mailing address

Artnet Pro Inc.
2315 Paragon Drive
San Jose, CA, 95131

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 20,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3.19  Nonpriority creditor's name and mailing address

AT&T
PO Box 5019

Carol Stream, IL, 60197-5019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 920.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3.20  Nonpriority creditor's name and mailing address

Atradius Trade Credit
7175 Columbia Gateway Drive
Lockbox 75786
Columbia, MD, 21046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,266.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

### 3.21  Nonpriority creditor's name and mailing address

AV Tech / Tetra
11645 S. E Street
Suite 200
Draper, UT, 84020

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor   Electrolesk Corporation
         _____          Case number (if known)   21-30409-mvl
              Name                                                          _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22  **Nonpriority creditor's name and mailing address**

Bearings Incorporated-South
PO Box 272
Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 396.30

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23  **Nonpriority creditor's name and mailing address**

Benchmark Products
1008 Momentum Place
Chicago, IL, 60689-5310

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,612.16

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24  **Nonpriority creditor's name and mailing address**

Blanca's Cleaning Services LLC
1437 W. Foster Avenue
Milwaukee, WI, 53221

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25  **Nonpriority creditor's name and mailing address**

Brecoflex Co. LLC
222 Industrial Way West
Eatontown, NJ, 07724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 167.87

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26  **Nonpriority creditor's name and mailing address**

Buehler
a Division of Illinois Tool Works, Inc.
39343 Treasury Center
Chicago, IL, 60694-9300

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 9,878.20

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Electrotek Corporation
          Name

Case number (*if known*)    21-30409-mvl

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 27**  **Nonpriority creditor's name and mailing address**

C.A. Picard Inc.
5151 East Broadway Blvd.
Suite 800
Tucson, AZ, 85711

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,639.98

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 28**  **Nonpriority creditor's name and mailing address**

C.R.T. Inc.
355 Sackett Point Road
Unit 5
North Haven, CT, 06473

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,012.48

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 29**  **Nonpriority creditor's name and mailing address**

Carelparts
1513 W. Whispering Wind Drive
Phoenix, AZ, 85085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 938.85

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 30**  **Nonpriority creditor's name and mailing address**

Celtic Leasing
Dept. 10295
PO Box 87618
Chicago, IL, 60680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:**  Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 31**  **Nonpriority creditor's name and mailing address**

Chema Technology
PO Box 847
Brookfield, WI, 53008-0847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18,995.25

**Basis for the claim:**  Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Electrolek Corporation
         Name

Case number *(if known)*    21-30409-mvl

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32   **Nonpriority creditor's name and mailing address**

Cintas Corporation
PO Box 88005
Chicago, IL, 60680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,763.06

---

**3.** 33   **Nonpriority creditor's name and mailing address**

Circuit Solutions LLC
3012 Cedar Crossing
Minnetonka, MN, 55305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 34   **Nonpriority creditor's name and mailing address**

City of Oak Creek
PO Box 44257
West Allis, WI, 53214-7257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 17,955.24

---

**3.** 35   **Nonpriority creditor's name and mailing address**

City of Oak Creek
Attn: Treasurer
8040 S. 6th Street
Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.** 36   **Nonpriority creditor's name and mailing address**

Cole-Parmer
13927 Collections Center Drive
Chicago, IL, 60693-0139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 288.46

---

| Debtor | Electrotek Corporation | | Case number _(if known)_ | 21-30409-mvl |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.37**    **Nonpriority creditor's name and mailing address**

Colonial Life
Attn: Premium Processing
PO Box 903
Columbia, SC, 29202-0903

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 789.91

---

**3.38**    **Nonpriority creditor's name and mailing address**

Complete Office of Wisconsin
PO Box 640
Germantown, WI, 53022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 71.16

---

**3.39**    **Nonpriority creditor's name and mailing address**

Crescent Data Devices LLC
PO Box 4385

Manchester, NH, 03108

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 800.00

---

**3.40**    **Nonpriority creditor's name and mailing address**

Current Inc.
30 Tyler Street
PO Box 120183
East Haven, CT, 06512

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,833.13

---

**3.41**    **Nonpriority creditor's name and mailing address**

Dallas Cooler Service
12717 Eastgate Drive
Suite 3
Mesquite, TX, 75181

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 399.77

---

Debtor     Electrotek Corporation
           Name

Case number (if known)     21-30409-mvl

---

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42  **Nonpriority creditor's name and mailing address**

De Nora Tech LLC
25577 Network Place

Chicago, IL, 60673-1255

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 15,000.00

---

**3.** 43  **Nonpriority creditor's name and mailing address**

Delta Dental of Wisconsin
PO Box 518
Wisconsin Rapids, WI, 54495

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,715.06

---

**3.** 44  **Nonpriority creditor's name and mailing address**

Digi-Key Electronics
PO Box 150

Thief River Falls, MN, 56701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 10,082.46

---

**3.** 45  **Nonpriority creditor's name and mailing address**

Douglas C. Jeffery
8212 S. 79th Street
Franklin, WI, 53132

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 46  **Nonpriority creditor's name and mailing address**

ECEMS
1662 Elm Street
Manchester, NH, 03101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 12,338.70

---

Debtor    Electrolek Corporation
          _____
          Name

Case number (*if known*)    21-30409-mvl

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 47   **Nonpriority creditor's name and mailing address**

Economy Lamp Company
4611 W. National Avenue
Milwaukee, WI, 53214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 453.02

---

**3.** 48   **Nonpriority creditor's name and mailing address**

Equipment Technologies Inc.
19 Park Avenue

Hudson, NH, 03051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 480.00

---

**3.** 49   **Nonpriority creditor's name and mailing address**

Excellon Acquisition LLC
File No. 57346

Los Angeles, CA, 90074-7346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 11,172.90

---

**3.** 50   **Nonpriority creditor's name and mailing address**

FedEx
PO Box 94515
Palatine, IL, 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 1,894.37

---

**3.** 51   **Nonpriority creditor's name and mailing address**

Filter Technology Inc.
7200 S. Leamington Avenue
Chicago, IL, 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

$ 378.82

---

Debtor ___Electrotek Corporation___
   Name

Case number (if known) ___21-30409-mvl___

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Fisher Scientific
13551 Collections Center Drive
Chicago, IL, 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  236734-001

$ 5,057.44

**3.53** Nonpriority creditor's name and mailing address

Fox O'Neill & Shannon S.C.
622 N. Water Street
Suite 500
Milwaukee, WI, 53202-4978

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 13,985.60

**3.54** Nonpriority creditor's name and mailing address

Fred Levine Services Inc.
1415 Redeker Street
Des Plaines, IL, 60016-3913

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 710.00

**3.55** Nonpriority creditor's name and mailing address

French Oil Mill Machinery
1035 W. Greene Street
PO Box 920
Piqua, OH, 45356-0920

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,939.63

**3.56** Nonpriority creditor's name and mailing address

G & H Enterprises
11602 Azalia Drive
Adelanto, CA, 92301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 630.00

Debtor ___Electrotek Corporation_____   Case number (*if known*) ___21-30409-mvl__
         Name

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** **57**   **Nonpriority creditor's name and mailing address**

Genesis Engineering Solutions
4501 Boston Way
Lanham, MD, 20706

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 2,000.00

---

**3.** **58**   **Nonpriority creditor's name and mailing address**

Global Laminates Inc.
300 Constitution Avenue
Suite 101
Portsmouth, NH, 03801-8602

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 2,914.50

---

**3.** **59**   **Nonpriority creditor's name and mailing address**

Global Machine and Maintenance
1131 Delene Road
Jenkintown, PA, 19046

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 1,057.40

---

**3.** **60**   **Nonpriority creditor's name and mailing address**

GPR Wet Process Group
4271 SW 106th Terrace
Fort Lauderdale, FL, 33328

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 3,000.00

---

**3.** **61**   **Nonpriority creditor's name and mailing address**

Grainger
Dept. 806363891
Palatine, IL, 60038-0001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
| Last 4 digits of account number | _____ |

$ 584.59

---

Debtor ____Electrotek Corporation_____  Case number (*if known*) ___21-30409-mvl___
    Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Grunau Company
PO Box 74008409
Chicago, IL, 60674-8409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.63** Nonpriority creditor's name and mailing address

Harrington Industrial Plastics
PO Box 638250
Cincinnati, OH, 45263-8250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,495.63

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.64** Nonpriority creditor's name and mailing address

Hitachi High-Tech
2 Technology Park Drive
2nd Floor
Westford, MA, 01886

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,000.00

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.65** Nonpriority creditor's name and mailing address

Humana
500 W. Main St.
Louisville, KY, 40202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

Hydrite Chemical Co.
PO Box 689227
Chicago, IL, 60695-9227

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,401.91

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Electrotek Corporation_____
      Name

Case number _(if known)_ ___21-30409-mvl___

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.**⁶⁷  **Nonpriority creditor's name and mailing address**

IEC USA Inc.
809 Aldo Avenue
Unit 104
Santa Clara, CA, 95054

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.**⁶⁸  **Nonpriority creditor's name and mailing address**

Indelco Plastics Corp.
6530 Cambridge Street
Minneapolis, MN, 55426

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 815.93

---

**3.**⁶⁹  **Nonpriority creditor's name and mailing address**

Insulectro
Attn: Credit Department
20362 Windrow Drive
Lake Forest, CA, 92630

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 76,739.55

---

**3.**⁷⁰  **Nonpriority creditor's name and mailing address**

ITC Intercircuit
5708 Upper 147th Street West
Suite 110
Apple Valley, MN, 55124-7277

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,960.09

---

**3.**⁷¹  **Nonpriority creditor's name and mailing address**

James Imaging Systems Inc.
PO Box 660831

Dallas, TX, 75266-0831

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,197.43

---

Debtor   Electrotek Corporation
         Name

Case number (if known)   21-30409-mvl

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72   Nonpriority creditor's name and mailing address**

Jeff's Fast Freight
PO Box 371188
Milwaukee, WI, 53237-2288

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 63.43

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.73   Nonpriority creditor's name and mailing address**

JM Brennan Inc.
2101 W. St. Paul Avenue
Forest River, ND, 58233

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,916.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74   Nonpriority creditor's name and mailing address**

Kinwong Electronic Ltd.
19/FL, Block C, Tiely Central Plaza
No. 3 Haide Road, Nashan District
Shenzhen, China

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,563,251.89

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75   Nonpriority creditor's name and mailing address**

Kyocera Precision Tools Inc.
PO Box 749982
Los Angeles, CA, 90074-9982

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,925.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76   Nonpriority creditor's name and mailing address**

Laird Technologies Inc.
62722 Collections Center Drive
Chicago, IL, 60693-0627

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 547.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Electrotek Corporation | Case number (if known) | 21-30409-mvl |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.77 Nonpriority creditor's name and mailing address**

Lakeland Supply Inc.
N17 W25081 Bluemound Road
Pewaukee, WI, 53072

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 1,483.80

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.78 Nonpriority creditor's name and mailing address**

Life Insurance North America
PO Box 782447
Philadelphia, PA, 19178-2447

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 2,086.90

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.79 Nonpriority creditor's name and mailing address**

Macdermid Inc.
Mail Code 5283
PO Box 660367
Dallas, TX, 75266-0367

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 36,070.95

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.80 Nonpriority creditor's name and mailing address**

Mackey Technical Services LLC
1985 Maplewood Road
Stow, OH, 44224

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,987.01

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.81 Nonpriority creditor's name and mailing address**

Matrix USA Inc.
3261 Edward Avenue
Santa Clara, CA, 95054

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 13,477.37

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Electrotek Corporation
          Name

Case number (if known)    21-30409-mvl

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** **82**    **Nonpriority creditor's name and mailing address**

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL, 60680-7690

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,587.53

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **83**    **Nonpriority creditor's name and mailing address**

Meredith's Culligan Water
1531 13th Avenue
PO Box 373
Union Grove, WI, 53182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 6,757.24

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **84**    **Nonpriority creditor's name and mailing address**

Metalworld Inc.
1920 17th Street
Racine, WI, 53403

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 399.72

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **85**    **Nonpriority creditor's name and mailing address**

Metrohm  USA Inc.
PO Box 405562
Atlanta, GA, 30384-5562

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,213.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** **86**    **Nonpriority creditor's name and mailing address**

Michael J. Swerdlow
161 W. Trillium Terrace
Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CFO / Annual Salary

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor ___Electrotek Corporation_____ Case number _(if known)_ ___21-30409-mvl____
       Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** **Nonpriority creditor's name and mailing address**

Micronutrients
Attn: Accounts Receivable
PO Box 8
Highland, IL, 62249

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,777.40

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

Midwest Accurate Grinding Service
17211 Morse Street

Lowell, IN, 46356-1432

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 920.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**

Midwest Printed Circuit Service
1741 Circuit Court
Round Lake, IL, 60073

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,020.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**

Midwest Sign & Screen Printing
NW 6161
PO Box 1450
Minneapolis, MN, 55485-6161

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 496.27

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

Milwaukee County Treasurer's Office
901 N. 9th Street
Room 102
Milwaukee, WI, 5233-1462

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Electrotek Corporation
            Name                                                          Case number (if known)   21-30409-mvl

## Part 2:      Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.92** **Nonpriority creditor's name and mailing address**

Milwaukee Metro Sewerage
PO Box 78847
Milwaukee, WI, 53278-0847

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,556.00

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**

MRA the Management Association
N19W 24400 Riverwood Drive
Waukesha, WI, 53188

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 24,183.75

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**

Nassco Inc.
5365 S. Moorland Road
New Berlin, WI, 53151

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 3,509.01

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**

National Technical Systems
PO Box 733364
Dallas, TX, 75373-3364

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,000.00

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**

Nordson March
25033 Network Place
Chicago, IL, 60673-1250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,045.00

**Date or dates debt was incurred**   _____

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Electrotek Corporation
          Name

                                                      Case number (if known)   21-30409-mvl

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.97  Nonpriority creditor's name and mailing address**

North Central Insulation
PO Box 91
Eau Claire, WI, 54702

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 76,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98  Nonpriority creditor's name and mailing address**

Oak Creek Water & Sewer
PO Box 673115
Chicago, IL, 60695-3215

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Utility Services

$ 37,637.18

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99  Nonpriority creditor's name and mailing address**

Occupational Health Centers of the Southwest
P.A.
PO Box 1297
Brookfield, WI, 53008-1297

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 61.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100  Nonpriority creditor's name and mailing address**

Olsen Safety Equipment Corp.
2120 Airport Road
PO Box 1373
Waukesha, WI, 53187

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 422.67

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101  Nonpriority creditor's name and mailing address**

Orbotech Inc.
Dept. LA 24620
Pasadena, CA, 91185-4620

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 38,750.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Electrotek Corporation
          _____
          Name

Case number (*if known*)    21-30409-mvl
                            _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 Nonpriority creditor's name and mailing address**

OSI Environmental Inc.
912 Tesch Court
Waukesha, WI, 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 150.00

---

**3.103 Nonpriority creditor's name and mailing address**

Owens Industries Inc.
7815 South 6th Street
Oak Creek, WI, 53154-2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 9,806.00

---

**3.104 Nonpriority creditor's name and mailing address**

Patriot Partners LLC
7941 S. Cecily Drive
Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 1,000.00

---

**3.105 Nonpriority creditor's name and mailing address**

Pawnee Lease
3801 Automation Way
Suite 207
Fort Collins, CO, 80525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

**3.106 Nonpriority creditor's name and mailing address**

Paycom
7501 W. Memorial Dr.
Oklahoma City, OK, 73142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

$ 0.00

---

| Debtor | Electrotek Corporation | Case number (if known) | 21-30409-mvl |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

Payment Processing Center
PO Box 815519
Dallas, TX, 75381-5519

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 40.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.108** Nonpriority creditor's name and mailing address

Pieper Electric Inc.
PO Box 88601

Milwaukee, WI, 53288-8601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,495.22

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.109** Nonpriority creditor's name and mailing address

Pluritech North America Ltd.
1556 Ocean Avenue
Suite 18
Bohemia, NY, 11716

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 575.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.110** Nonpriority creditor's name and mailing address

Praxair Distribution Inc
Dept CH 10660
Palatine, IL, 60055-0660

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 443.56

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.111** Nonpriority creditor's name and mailing address

Quadient Finance USA Inc
PO Box 6813
Carol Stream, IL, 60197-6813

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 152.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Electrotek Corporation_____ Case number (if known) ___21-30409-mvl___

Name

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.112** Nonpriority creditor's name and mailing address

Recycle Technologies Inc
4000 Winnetka Ave N
Suite 210
Minneapolis, MN, 55427

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 136.95

**3.113** Nonpriority creditor's name and mailing address

Redishred Acquisition Inc DBA Proshred Security
1425 Commerce Ave
Unit C
Brookfield, WI, 53045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 76.30

**3.114** Nonpriority creditor's name and mailing address

Rhys Robert Petricek
4105 E Barton Rd
Oak Creek, WI, 53154

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 373.90

**3.115** Nonpriority creditor's name and mailing address

River Run Computers Inc.
2320 W Camden Rd
Glendale, WI, 53209-3712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,000.00

**3.116** Nonpriority creditor's name and mailing address

RMS Quality Service
11965 12th Ave S
Burnsville, MN, 55337

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,696.82

Debtor    Electrotek Corporation
           Name                                              Case number (if known)    21-30409-mvl

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 117  **Nonpriority creditor's name and mailing address**

Rogers Corporation
26995 Network Place
Chicago, IL, 60673-1269

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 40,580.97

---

**3.** 118  **Nonpriority creditor's name and mailing address**

SAATI Americas Corporation
201 Fairview St Extension
Fountain Inn, SC, 29644

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 471.51

---

**3.** 119  **Nonpriority creditor's name and mailing address**

Saltco
2000 Praire St
Suite 212
Prairie Du Sac, WI, 53578

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 680.17

---

**3.** 120  **Nonpriority creditor's name and mailing address**

Sentry Insurance
Sentry Business Products
PO Box 8019
Stevens Point, WI, 54481-8019

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 6,486.47

---

**3.** 121  **Nonpriority creditor's name and mailing address**

Service Filtration Corp
PO Box 95367
Palatine, IL, 60095-0367

**As of the petition filing date, the claim is:**
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$ 161.12

---

| Debtor | Electrotek Corporation | Case number (if known) | 21-30409-mvl |
|--------|-----------------------|------------------------|--------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

Shenzhen Huafeng EEDM Co LTD
1-4F B, Yuehua Industrial Zone
Yuehua Road, Shangmelin
Futain District Shenzhen

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 22,243.09

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.123** Nonpriority creditor's name and mailing address

Sid Grinker Restoration Inc
1719 Vel R Phillips Ave
Milwaukee, WI, 53212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 117,958.84

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.124** Nonpriority creditor's name and mailing address

Sigma-Aldrich Inc
PO Box 535182
Atlanta, GA, 30353-5182

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 421.69

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.125** Nonpriority creditor's name and mailing address

SPSI Inc.
9825 85th Ave N
Osseo, MN, 55369

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 2,766.54

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.126** Nonpriority creditor's name and mailing address

ST & S Group
Blair Park
108 Rosedale Ave
Richmond, KY, 40475

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 3,350.33

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor _____Electrorek Corporation_____ Case number (if known) __21-30409-mvl__
         Name

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127** Nonpriority creditor's name and mailing address

Staples
PO Box 661409
Dallas, TX, 75266-0409

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 358.59

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.128** Nonpriority creditor's name and mailing address

State of Wisconsin
DWD - Unemployment Insurance Taxes
PO Box 8914
Madison, WI, 53708

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.129** Nonpriority creditor's name and mailing address

State of Wisconsin
DWD - Unemployment Insurance Benefits
PO Box 7888
Madison, WI, 53707

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Only

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.130** Nonpriority creditor's name and mailing address

Steven L. Dutton
1801 E. Ford Drive
Phoenix, AZ, 85048

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Expense Reimbursement

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.131** Nonpriority creditor's name and mailing address

Taiyo America Inc
2675 Antler Drive
Carson City, NV, 89701

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,045.80

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

Debtor    Electrotek Corporation

Name

Case number *(if known)*    21-30409-mvl

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 132   **Nonpriority creditor's name and mailing address**

Tapecase LTD
150 Gaylord St
Elk Grove Village, IL, 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 389.82

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 133   **Nonpriority creditor's name and mailing address**

Tara M Dunn
1302 Forrest Lane
Fairbault, MN, 55021-9262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 860.69

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 134   **Nonpriority creditor's name and mailing address**

TCT Circuit Supply Inc
560 S Melrose St
Placentia, CA, 92870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 15,084.46

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 135   **Nonpriority creditor's name and mailing address**

Technic Inc
Accounts Receivable
PO Box 9650
Providence, RI, 02940-9650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 12,471.77

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 136   **Nonpriority creditor's name and mailing address**

Test Equity LLC
PO Box 515047
Los Angeles, CA, 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 379.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Electrotek Corporation     Case number *(if known)*   21-30409-mvl
   Name

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137**   **Nonpriority creditor's name and mailing address**

Texas Technologies
PO Box 3878
Cedar Park, TX, 78630283.24

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 283.24

---

**3.138**   **Nonpriority creditor's name and mailing address**

The Cit Group
Commercial Services Inc
PO Box 1036
Charlotte, SC, 28201-1036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 282.00

---

**3.139**   **Nonpriority creditor's name and mailing address**

The Robbins Firm
500 14th Street NW
Atlanta, GA, 30318

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.140**   **Nonpriority creditor's name and mailing address**

The Tipler Corporation
PO Box 400
Germantown, WI, 53022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 294.22

---

**3.141**   **Nonpriority creditor's name and mailing address**

TKO Miller, LLC
788 N. Jefferson Street
Milwaukee, WI, 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor ___Electrotek Corporation_____   Case number (if known) __21-30409-mvl__
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 142    **Nonpriority creditor's name and mailing address**

Trester Hoist & Equiptment
W136 N4863 Campbell Drive
Suite 6
Menomonee Falls, WI, 53051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 525.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 143    **Nonpriority creditor's name and mailing address**

Tri State Equiptment
6880 South 13th St
PO Box 5
Oak Creek, WI, 53154

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 147.76

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 144    **Nonpriority creditor's name and mailing address**

UCAMCO USA
1388 Gough St#407
San Francisco, CA, 94109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,250.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 145    **Nonpriority creditor's name and mailing address**

UL LLC
75 Remittance Drive
Suite 1524
Chicago, IL, 60675-1524

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 2,865.75

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 146    **Nonpriority creditor's name and mailing address**

ULINE
Accounts Receivables
PO Box 88741
Chicago, IL, 60680-1741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 5,964.56

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Electrohek Corporation_____  Case number *(if known)* ___21-30409-mvl___
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.147** Nonpriority creditor's name and mailing address

Ultra Tool & Manafacturing
W194 N11811 McCormick Drive
Germantown, WI, 53022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 327.32

**3.148** Nonpriority creditor's name and mailing address

United Parcel Service
PO Box 809488
Chicago, IL, 60680-9488

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,187.01

**3.149** Nonpriority creditor's name and mailing address

United States Plastic Corp
1390 Neubrecht Road
Lima, OH, 45081-3196

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,093.09

**3.150** Nonpriority creditor's name and mailing address

UPS Freight
28013 Network Place
Chicago, IL, 60673-1280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 431.69

**3.151** Nonpriority creditor's name and mailing address

USA Microcraft Inc
1247 N Tustin Ave
Anaheim, CA, 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____
Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,620.00

Debtor    Electrotek Corporation
_____
   Name

Case number *(if known)*    21-30409-mvl
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.**<u>152</u>   **Nonpriority creditor's name and mailing address**

Utphall Construction LLC
13406 4 Mile Rd
Franksville, WI, 53126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 2,513.00

---

**3.**<u>153</u>   **Nonpriority creditor's name and mailing address**

Uyemura International Corp
3990 Concours Street
Suite 425
Ontario, CA, 91764

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 45,918.28

---

**3.**<u>154</u>   **Nonpriority creditor's name and mailing address**

Valley Labs Inc
3529 Old Conejo Droad
Suite 112
Newbury Park, CA, 91320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 20,196.00

---

**3.**<u>155</u>   **Nonpriority creditor's name and mailing address**

Ventec USA LLC
Dept CH 19171
Chicago, IL, 60051-9171

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 170.30

---

**3.**<u>156</u>   **Nonpriority creditor's name and mailing address**

Veolia Environmental Services
PO Box 73709
Chicago, IL, 60673-7709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 25,764.97

---

Debtor    Electrotek Corporation                 Case number *(if known)*    21-30409-mvl
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157**   Nonpriority creditor's name and mailing address

VWR International LLC
PO Box 640169
Pittsburg, PA, 15264-0169

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,072.19

---

**3.158**   Nonpriority creditor's name and mailing address

Warrender LTD
821 Sivert Drvie
Wood Dale, IL, 60191

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 868.40

---

**3.159**   Nonpriority creditor's name and mailing address

Waste Management
PO Box 4648
Carol Stream, IL, 60197-4648

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,630.70

---

**3.160**   Nonpriority creditor's name and mailing address

WE Energies
PO Box 90001
Milwaukee, WI, 53290-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Utility Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 80,454.09

---

**3.161**   Nonpriority creditor's name and mailing address

Whitlock
1437 Hamlin Ave
Saint Cloud, FL, 34771

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,169.97

Debtor   Electrotek Corporation
         Name

Case number (*if known*)   21-30409-mvl

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 162   **Nonpriority creditor's name and mailing address**

William/Reid
PO Box 397
W166 N11965 Fond Du Lac Ave
Germantown, WI, 53022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 244.92

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 163   **Nonpriority creditor's name and mailing address**

Wiper Tech
PO Box 895
Germantown, WI, 53022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 508.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 164   **Nonpriority creditor's name and mailing address**

WIPFLI LLC
PO Box 3160
Milwaukee, WI, 53201-3160

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,400.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 165   **Nonpriority creditor's name and mailing address**

Wisconsin Department of Justice
17 West Main Street
Madison, WI, 53707-7857

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Notice Only

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 166   **Nonpriority creditor's name and mailing address**

Woods & Associates
2512 Clearbrook Drive
Arlington Heights, IL, 60005-4652

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 65,617.47

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

Debtor     Electrotek Corporation
           Name                                                    Case number (if known)    21-30409-mvl

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 167   Nonpriority creditor's name and mailing address

Yan Tat Technology Limited
co Euler Hermes Collection
800 Red Brook Blvd - Ste 400 C
Owings Mills, MD, 21117

As of the petition filing date, the claim is:    $ 74,536.38
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 168   Nonpriority creditor's name and mailing address

Zorn Compressor & Equipment
1335 E. Wisconsin
Pewaukee, WI, 53072

As of the petition filing date, the claim is:    $ 0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** ___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.** ___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor _Electrolek Corporation_        Case number _(if known)_ _21-30409-mvl_

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 288,326.20 |
| 5b. **Total claims from Part 2** | 5b. + | $ 2,859,337.64 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 3,147,663.84 |

**Fill in this information to identify the case:**

Debtor name ___Electrotek Corporation_____

United States Bankruptcy Court for the: __Northern District of Texas___

Case number (If known): ___21-30409-mvl_____ Chapter ___11___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease<br>Lessee | Pawnee Equipment<br>3801 Automation Way<br>Suite 207<br>Fort Collins, CO, 80525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | Celtic Leasing<br>Dept. 10295<br>PO Box 87618<br>Chicago, IL, 60680 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease<br>Lessee | Prime Alliance / Avtech<br>6995 Union Park Center<br>Suite 400<br>Midvale, UT, 84047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  Electrotek Corporation

United States Bankruptcy Court for the:  Northern District of Texas

Case number (If known):  21-30409-mvl

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Dhirajlai J. Babaria | Dhirajlai J. Babaria<br>435 Shady Lane<br>Southlake, TX 76092 | Insulectro | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name ___Electrotek Corporation_____

United States Bankruptcy Court for the: ___Northern District of Texas___
(State)

Case number (If known): ___21-30409-mvl___

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................... $ __2,500,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........................................................ $ __4,606,644.84__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................... $ __7,106,644.84__

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................... $ __9,500,000.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................... $ __288,326.20__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................... +$ __2,859,337.64__

4. **Total liabilities** ........................................................................................... $ __12,647,663.84__
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Electrotek Corporation___

United States Bankruptcy Court for the: ___Northern District of Texas___

Case number (*If known*): ___21-30409-mvl___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/29/2021___
MM / DD / YYYY

✘ /s/ Mike Swerdlow
_____
Signature of individual signing on behalf of debtor

Mike Swerdlow
_____
Printed name

Chief Financial Officer
_____
Position or relationship to debtor