**Fill in this information to identify the case:**

Debtor name _Electrotek Corporation_

United States Bankruptcy Court for the: _Northern District of Texas_

Case number (If known): _21-30409-mvl_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 2,075,411.00 |
   | **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 11,671,698.00 |
   | **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 21,253,067.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021 to Filing date<br>MM / DD / YYYY | | $ 0.00 |
   | **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY   MM / DD / YYYY | | $ 0.00 |
   | **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | | $ 0.00 |

Debtor **Electrotek Corporation**
Name

Case number *(if known)* 21-30409-mvl

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | ALL4-PCB (North America) Inc.<br>Creditor's name<br>345 Mira Loma Avenue<br>Glendale, CA 81204-2912 | Last 90 days | $ 7,277.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Allied High Tech Products Inc.<br>Creditor's name<br>2376 E. Pacifica Place<br>PO Box 4608<br>Compton, CA 90220 | Last 90 days | $ 9,210.41 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br><br>Relationship to debtor | _____ | $_____ | |
| 4.2. | Insider's name<br><br>Relationship to debtor | _____ | $_____ | |

Debtor  Electrotek Corporation
_____
Name

Case number (*if known*) 21-30409-mvl
_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. TKO Miller, LLC<br>_____<br>Creditor's name<br>788 N. Jefferson Street<br>Milwaukee, WI 53202 | Garnishment of bank accounts pursuant to Judgment entered on 02/16/2021 | 02/2021 | $ 165,995.80 |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. TKO Miller, LLC v. Electrotek Corporation | Debt Dispute | Milwaukee County Circuit Court<br><br>Milwaukee, WI | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case number**<br>2021-cv-000091 | | | |
| 7.2. Electrotek Corporation v. Acuity Brands Lighting LLC | | U.S. District Court, Northern District of Georgia<br><br>Atlanta, GA | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>1-20-cv-02472-LMM | | | |

---

Debtor      Electrotek Corporation
         Name

Case number *(if known)* 21-30409-mvl

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____ Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Electrical transformer stopped working after electrical single phase. Needed to replace transformer and some equipment. | 364,786.00 | 02/2020 | $300,000.00 |

Debtor   Electrotek Corporation
_____
         Name

Case number (if known)  21-30409-mvl
_____

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Joyce W.  Lindauer Attorney, PLLC | Included filing fee of $1,738.00 | 03/2021 | $ 11,750.00 |
| **Address** 1412 Main Street Suite 500 Dallas, TX 75202 | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** AJ Babaria | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | | _____ | $_____ |
| **Address** | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |

Debtor     Electrotek Corporation
_____
Name

Case number *(if known)*   21-30409-mvl
_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    Electrotek Corporation
_____
Name

Case number *(if known)* 21-30409-mvl
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

     Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401(k) - Sentry Insurance, Custodian | EIN: 20-1452778 |

     Has the plan been terminated?

     ☑ No

     ☐ Yes

Debtor  Electrotek Corporation
        _____        Case number (*if known*)  21-30409-mvl
        Name

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First Business Bank<br>Name<br>401 Charmany Drive<br>Brookfield, WI 53045 | XXXX–_____ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 10/01/2020 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Debtor    Electrotek Corporation
_____
Name

Case number (*if known*) _21-30409-mvl_

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Debtor    Electrotek Corporation
          _____    Case number (*if known*) 21-30409-mvl
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br>From _____    To _____ |

---

Debtor___Electrotek Corporation_____ Case number (*if known*)___21-30409-mvl___
        Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Mike Swerdlow <br> Name <br> 7745 S. 10th Street, Oak Creek, WI 53154 | From 04/01/1984 <br> To _____ |
| **26a.2.** Wipfli <br> Name <br> 10000 Innovative Drive, Suite 250, Milwaukee, WI 53226 | From 01/01/2009 <br> To 12/31/2018 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Wipfli <br> Name <br> 10000 Innovative Drive, Suie 250, Milwaukee, WI 53226 | From 01/01/2009 <br> To 12/31/2020 |
| **26b.2.** First Business Bank <br> Name <br> 401 Charmany Drive, Madison, WI 53045 | From 01/01/2010 <br> To 10/31/2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** _____ <br> Name | |

---

Debtor    Electrotek Corporation
          _____
          Name

Case number (*if known*) 21-30409-mvl
                         _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
       Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.  First Business Bank
        _____
        Name
        401 Charmany Drive, Madison, WI 53045

| Name and address |
|---|

26d.2. _____
       Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| First Business Bank | _____ | $ 0.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  Audited inventory approx. every 4 months
       _____
       Name
       401 Charmany Drive
       Madison, WI 53045

Debtor  Electrotek Corporation
_____   Case number (*if known*) 21-30409-mvl
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | 01/01/2021 | $0.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  Mike Swerdlow and Dave Dratzke
        Name
        7745 S. 10th
        Oak Creek, WI 53154

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dhirahlai J. Babaria | 435 Shady Lane, Southlake, TX 76092 | Owner and CEO | 30 |
| Ashwin J. Babaria | 1470 N. Kimball Avenue, Southlake, TX 76091 | Owner | 30 |
| Manu J. Babaria | 4491 Soda Ridge Road, Southlake, TX 76092 | Owner | 10 |
| Dalpat J. Babaria | 1212 Costa Azul Drive, Southlake, TX 76092 | Owner | 10 |
| Ajay A. Babaria | 1470 N. Kimball Avenue, Southlake, TX 76092 | Owner | 10 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steven L. Dutton | 1801 E. Fork Drive, Phoenix, AZ 85048 | President | 01/01/2016 To 11/01/2020 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Mike Swerdlow | 95,992.00 | _____ | 2020 Annual Salary |
| Name | | | |
| 161 W. Trillum Terrace | | _____ | |
| Oak Creek, WI 53154 | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| CFO | | _____ | |

Debtor  Electrotek Corporation
      Name

Case number (*if known*) 21-30409-mvl

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | | |
| | Name | | |
| | | | |
| | | | |
| | Relationship to debtor | | |
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 401(k) - Sentry Insurance, Custodian | EIN: 20-1452778 |

**Part 14:**    **Signature and Declaration**

     **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

     I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/29/2021
           MM / DD / YYYY

✗ /s/ Mike Swerdlow                Printed name  Mike Swerdlow
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes

| | |
|---|---|
| Debtor Name | Electrotek Corporation |

Case number *(if known)* 21-30409-mvl

## **Continuation Sheet for Official Form 207**

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Aptean Inc., PO Box 743722, Atlanta, GA 30374-3722 | $10,751.49 | Services |
| Arlon Electronic Materials, 9433 Hyssop Drive, Rancho Cucamonga, CA 91730 | $46,781.90 | Suppliers or vendors |
| Buehler, a Division of Illinois Tool Works, Inc. 39343 Treasury Center, Chicago, IL 60694-9300 | $7,474.35 | Suppliers or vendors |
| Chema Technology, PO Box 847, Brookfield, WI 53008-0847 | $19,861.75 | Suppliers or vendors |
| Cintas Corporation, PO Box 88005, Chicago, IL 60680 | $7,008.00 | Services |
| Delta Dental of Wisconsin, PO Box 518, Wisconsin Rapids, WI 54495 | $10,751.49 | Services |
| Digi-Key Electronics, PO Box 150, Thief River Falls, MN 56701 | $22,709.94 | Suppliers or vendors |
| Excellon Acquisition LLC, File No. 57346, Los Angeles, CA 90074-7346 | $15,874.80 | Suppliers or vendors |
| FedEx, PO Box 94515, Palatine, IL 60094-4515 | $7,032.93 | Services |
| Hydrite Chemical Co., PO Box 689227, Chicago, IL 60695-9227 | $26,275.61 | Suppliers or vendors |
| Insulectro, Attn: Credit Department 20362 Windrow Drive, Lake Forest, CA 92630 | $279,340.48 | Suppliers or vendors |
| Life Insurance North America, PO Box 782447, Philadelphia, PA 19178-2447 | $6,985.13 | Services |
| Macdermid Inc., Mail Code 5283 PO Box 660367, Dallas, TX 75266-0367 | $39,593.38 | Suppliers or vendors |
| Meredith's Culligan | $8,876.40 | Suppliers or vendors |

Debtor Name Electrotek Corporation

Case number (if known) 21-30409-mvl

## Continuation Sheet for Official Form 207

Water, 1531 13th Avenue
PO Box 373, Union Grove,
WI 53182

| | | |
|---|---|---|
| Micronutrients, Attn: Accounts Receivable PO Box 8, Highland, IL 62249 | $6,926.43 | Suppliers or vendors |
| Oak Creek Water & Sewer, PO Box 673115, Chicago, IL 60695-3215 | $69,358.21 | Utility services |
| Orbotech Inc., Dept. LA 24620, Pasadena, CA 91185-4620 | $40,437.50 | Services |
| Owens Industries Inc., 7815 South 6th Street, Oak Creek, WI 53154-2023 | $17,962.00 | Suppliers or vendors |
| Pieper Electric Inc., PO Box 88601, Milwaukee, WI 53288-8601 | $58,995.50 | Suppliers or vendors |
| Rogers Corporation, 26995 Network Place, Chicago, IL 60673-1269 | $10,000.00 | Suppliers or vendors |
| Sentry Insurance, Sentry Business Products PO Box 8019, Stevens Point, WI 54481-8019 | $54,677.45 | Services |
| Taiyo America Inc, 2675 Antler Drive, Carson City, NV 89701 | $38,500.98 | Suppliers or vendors |
| TCT Circuit Supply Inc, 560 S Melrose St, Placentia, CA 92870 | $13,615.98 | Suppliers or vendors |
| Technic Inc, Accounts Receivable PO Box 9650, Providence, RI 02940-9650 | $63,201.32 | Suppliers or vendors |
| Ultra Tool & Manafacturing, W194 N11811 McCormick Drive, Germantown, WI 53022 | $8,509.32 | Suppliers or vendors |
| UPS Freight, 28013 Network Place, Chicago, IL 60673-1280 | $15,613.42 | Services |
| Uyemura International Corp, 3990 Concours Street Suite 425, Ontario, CA 91764 | $115,053.17 | Suppliers or vendors |
| Valley Labs Inc, 3529 | $39,800.00 | Services |

Debtor Name | Electrotek Corporation

Case number *(if known)* | 21-30409-mvl

## Continuation Sheet for Official Form 207

Old Conejo Droad Suite 112, Newbury Park, CA 91320

| | | |
|---|---|---|
| Ventec USA LLC, Dept CH 19171, Chicago, IL 60051-9171 | $14,225.44 | Suppliers or vendors |
| Veolia Environmental Services, PO Box 73709, Chicago, IL 60673-7709 | $21,613.49 | Services |
| WE Energies, PO Box 90001, Milwaukee, WI 53290-0001 | $115,515.93 | Utility services |
| Woods & Associates, 2512 Clearbrook Drive, Arlington Heights, IL 60005-4652 | $66,199.92 | Suppliers or vendors |
| Paycom, 7501 W. Memorial Dr., Oklahoma City, OK 73142 | $787,409.17 | Services |
| Humana, 500 W. Main St., Louisville, KY 40202 | $100,622.08 | Services |
| IEC USA Inc., 809 Aldo Avenue Unit 104, Santa Clara, CA 95054 | $59,562.11 | Suppliers or vendors |
| AV Tech / Tetra, 11645 S. E Street Suite 200, Draper, UT 84020 | $51,893.68 | Services |
| Celtic Leasing, Dept. 10295 PO Box 87618, Chicago, IL 60680 | $43,998.00 | Services |
| Pawnee Lease, 3801 Automation Way Suite 207, Fort Collins, CO 80525 | $25,206.60 | Services |
| Circuit Solutions LLC, 3012 Cedar Crossing, Minnetonka, MN 55305 | $12,200.00 | Suppliers or vendors |
| Ahmad & Guerard LLP, 4915 S. Howell Avenue Suite 300, Milwaukee, WI 53207 | $10,125.00 | Services |
| Blanca's Cleaning Services LLC, 1437 W. Foster Avenue, Milwaukee, WI 53221 | $10,000.00 | Services |
| Steven L. Dutton, 1801 E. Ford Drive, Phoenix, AZ | $9,804.04 | Other |

Debtor Name ___Electrotek Corporation_____  Case number *(if known)*___21-30409-mvl___

## Continuation Sheet for Official Form 207

85048

| | | |
|---|---|---|
| The Robbins Firm, 500 14th Street NW, Atlanta, GA 30318 | $7,869.50 | Services |
| Douglas C. Jeffery, 8212 S. 79th Street, Franklin, WI 53132 | $7,582.50 | Services |
| Grunau Company, PO Box 74008409, Chicago, IL 60674-8409 | $7,087.50 | Suppliers or vendors |
| Zorn Compressor & Equipment, 1335 E. Wisconsin, Pewaukee, WI 53072 | $6,833.51 | Services |
| Michael J. Swerdlow, 161 W. Trillium Terrace, Oak Creek, WI 53154 | | Other |
| JPMorgan Chase, | $9,302.32 | Credit card debt |
| JPMorgan Chase, | $21,751.97 | Credit card debt |

28) Additional people in control of the debtor at the time of the filing of this case

| | | |
|---|---|---|
| Rajan D. Babaria | 435 Shady Lane, Southlake, TX 76092 | 10 |
| Michael J. Swerdlow | 161 W. Trillum Terrace, Oak Creek, WI 53154 | 0 |

**Statement of Financial Affairs for Non-Individuals**