Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ELECTROTEK CORPORATION,** | § | **CASE NO. 21-30409-mvl** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## DISCLOSURE STATEMENT FOR DEBTOR'S
## PLAN OF REORGANIZATION DATED APRIL 26, 2021

## TABLE OF CONTENTS

ARTICLE I – INTRODUCTION ..................................................................................................3

ARTICLE II - REPRESENTATIONS.........................................................................................9

ARTICLE III - FINANCIAL PICTURE OF THE DEBTOR ......................................................11

ARTICLE IV – LIQUIDATION ANALYSIS ..............................................................................13

ARTICLE V- SUMMARY OF THE PLAN ................................................................................14

ARTICLE VI – MEANS FOR IMPLEMENTATION OF PLAN .................................................17

ARTICLE VII – TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES.........................................................................................................................17

ARTICLE VIII – FEASIBILITY OF PLAN ................................................................................18

ARTICLE IX – ALTERNATIVES TO CREDITOR'S PLAN .....................................................18

ARTICLE X - RISKS TO CREDITORS UNDER CREDITOR'S PLAN....................................19

ARTICLE XI - TAX CONSEQUENCES TO THE DEBTOR ....................................................19

ARTICLE XII - PENDING LITIGATION ...................................................................................22

ARTICLE XIII - SUMMARY OF SIGNIFICANT ORDERS ENTERED DURING THE CASE.......................................................................................................................22

EXHIBITS:

      Plan of Reorganization ..................................Exhibit A

      Schedules A/B ...............................................Exhibit B

      Monthly Operating Reports ..........................Exhibit C

      Financial Projections ....................................Exhibit D

# ARTICLE I
# INTRODUCTION

**Identity of the Debtor**

**1.01**    Debtor filed a voluntary petition for reorganization under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. Section 101, et seq. ("Code") on March 8, 2021 in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, initiating the above-styled and referenced bankruptcy proceeding. The Debtor is operating its business as Debtor-in-Possession pursuant to Sections 1107 and 1108 of the Code.

**Capitalized words in this Disclosure Statement shall have the meanings assigned to them in the Debtor's Plan of Reorganization.**

**Purpose of This Disclosure; Source of Information**

**1.02**    The Debtor submits this Disclosure Statement pursuant to Section 1125 of the Code to all known Claimants of Debtor for the purpose of disclosing that information which the Court has determined is material, important, and necessary for Creditors of, and the Members of, Debtor in order to arrive at an intelligent, reasonably informed decision in exercising the right to vote for acceptance or rejection of the Debtor's Plan.  A copy of the Plan is attached hereto as **Exhibit "A"** and incorporated herein by this reference.  The Plan sets forth in detail the repayment arrangement between the Reorganized Debtor and its creditors. This Disclosure Statement describes the operations of the Reorganized Debtor contemplated under the Plan.

The source of information for this Disclosure Statement is the Debtor's management and records and all filings in this case.

**Explanation of Chapter 11**

**1.03**    Chapter 11 is the principal reorganization chapter of the Code.  Pursuant to Chapter 11, a debtor is authorized to reorganize its business for its own benefit and that of its creditors and equity interest holders.  Formulation of a plan of reorganization is the principal purpose of a Chapter 11 reorganization case.  A plan of reorganization sets forth the means for satisfying claims against and interests in the debtor.  After a plan of reorganization has been filed, it must be accepted by holders of claims against, or interests in, the debtor.  Section 1125 of the Code requires full disclosure before solicitation of acceptances of a plan of reorganization.  This Disclosure Statement is presented to Claimants to satisfy the requirements of Section 1125 of the Code.

**Explanation of the Process of Confirmation**

**1.04**    Even if all Classes of Claims accept the plan, its confirmation may be refused by the Court.  Section 1129 of the Code sets forth the requirements for confirmation and, among other things, requires that a plan of reorganization be in the best interests of Claimants.  It generally requires that the value to be distributed to Claimants and Equity Interest Holders may not be less than such parties would receive if the debtor were liquidated under Chapter 7 of the Code.

**1.05** Acceptance of the plan by the Creditors and Equity Interest Holders is important. In order for the plan to be accepted by each class of claims, the creditors that hold at least two thirds (2/3) in amount and more than one-half (2) in number of the allowed claims actually voting on the plan in such class must vote for the plan and the equity interest holders that hold at least two-thirds (2/3) in amount of the allowed interests actually voting on the plan in such class must vote for the plan. Chapter 11 of the Code does not require that each holder of a claim against, or interest in, the debtor vote in favor of the plan in order for it to be confirmed by the Court. The plan, however, must be accepted by: (i) at least the holder of one (1) class of claims by a majority in number and two-thirds (2/3) in amount of those claims of such class actually voting; or (ii) at least the holders of one (1) class of allowed interests by two-thirds (2/3) in amount of the allowed interests of such class actually voting.

**1.06** The Court may confirm the plan even though less than all of the classes of claims and interests accept it. The requirements for confirmation of a plan over the objection of one or more classes of claims or interests are set forth in Section 1129(b) of the Code.

**1.07** Confirmation makes the plan binding upon the Debtor and all claimants, equity interest holders and other parties-in-interest, regardless of whether they have accepted the plan.

**<u>Voting Procedures</u>**

**1.08** **<u>Unimpaired Classes</u>**. Class 6 Equity Interests are not Impaired under the Plan, and are deemed to have accepted the Plan.

**1.09** **<u>Impaired Classes</u>**. The Class 1, 2 and 4 Claimants are Impaired as defined by Section 1124 of the Code and may vote on the Plan. Class 3 and 5 Insider Claims are Impaired and may vote on the Plan, but their votes will not count for or against Confirmation. The Debtor is seeking the acceptance of the Plan by Classes 1, 2 and 4. Each holder of an Allowed Claim in Classes 1, 2 and 4 may vote on the Plan by completing, dating and signing the ballot sent to each holder and filing the ballot as set forth below. One ballot will be sent to each Claimant eligible to vote on the Plan. For all Classes, the ballot must be returned to the Debtor's attorney, Joyce Lindauer, Attorney at Law, 1214 Main St., Suite 500, Dallas, Texas 75202, facsimile at (972) 503-4034 and email at joyce@joycelindauer.com.. In order to be counted, ballots must be **RECEIVED** no later than at the time and on the date stated on the ballot.

**1.10** **<u>Acceptances</u>**. Ballots that are signed and returned but fail to indicate either an acceptance or rejection will not be counted.

**<u>Best Interests of Creditors Test</u>**

**1.11** Section 1129(a)(7) of the Code requires that each impaired class of claims or interests accept the Plan or receive or retain under the Plan on account of such claim or interest, property of a value as of the Effective Date of the Plan, that is not less than the amount that such holder would so receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code. If Section 1111(b)(2) of the Code applies to the claims of such class, each holder of a claim of such class will receive or retain under the Plan, on account of such claim, property of a value,

as of the Effective Date of the Plan, that is not less than the value of such holder's interest in the estate's interest in the property that secures such claims. In order for the Plan to be confirmed, the Court must determine that the Plan is in the best interests of the Debtor's creditors. Accordingly, the proposed plan must provide the Debtor's creditors with more than they would receive in a Chapter 7 liquidation. Since the Plan proposes to pay all Secured creditors in full and pay a 10% dividend to unsecured creditors on their Allowed Claims, the Debtor believes that the creditors are receiving more than they would receive in a Chapter 7 liquidation. Accordingly, the Debtor believes that the Plan satisfies the requirements of Section 1129(a)(7).

### Definition of Impairment

**1.12** As set forth in section 1124 of the Bankruptcy Code, a class of claims or equity interests is impaired under a plan of reorganization unless, with respect to each claim or equity interest of such class, the plan:

> leaves unaltered the legal, equitable, and contractual rights of the holder of such claim or equity interest; or

> notwithstanding any contractual provision or applicable law that entitles the holder of a claim or equity interest to demand or receive accelerated payment of such claim or equity interest after the occurrence of a default:

> cures any such default that occurred before or after the commencement of the case under the Bankruptcy Code, other than a default of a kind specified in section 365(b)(2) of the Bankruptcy Code; reinstates the maturity of such claim or interest as it existed before such default; compensates the holder of such claim or interest for any damages incurred as a result of any reasonable reliance on such contractual provision or such applicable law; and does not otherwise alter the legal, equitable or contractual rights to which such claim or interest entitles the holder of such claim or interest.

### Classification and Treatment of Claims and Interests

**1.13** The Plan classifies Claims separately in accordance with the Bankruptcy Code and provides different treatment for different classes of Claims.

**1.14** Only holders of Allowed Claims are entitled to receive distributions under the Plan. Allowed Claims are Claims that are not in dispute or have been litigated to a Final Order, are not contingent, are liquidated in amount, and are not subject to objection or estimation. Initial distributions or other transfers of Cash or other consideration specified in the Plan otherwise available to the holders of Allowed Claims will be made on the Effective Date, or (b) the date on which such Claim becomes an Allowed Claim), as otherwise provided in the Plan, or as may be ordered by the Bankruptcy Court.

**1.15** In accordance with the Plan, unless otherwise provided in the Plan or the Confirmation Order, the treatment of any Claim under the Plan will be in full satisfaction, settlement, release, and discharge of and in exchange for each and every Claim.

**Requirements for Confirmation of the Plan**

**1.16** At the confirmation hearing, the Bankruptcy Court must determine whether the Bankruptcy Code's requirements for confirmation of the Plan have been satisfied, in which event the Bankruptcy Court will enter an order confirming the Plan. As set forth in section 1129 of the Bankruptcy Code, these requirements are as follows:

The plan complies with the applicable provisions of the Bankruptcy Code.

The proponents of the plan comply with the applicable provisions of the Bankruptcy Code.

The plan has been proposed in good faith and not by any means forbidden by law.

Any payment made or promised by the Debtor, by the plan proponents, or by a person issuing securities or acquiring property under the plan, for services or for costs and expenses in, or in connection with, the case, or in connection with the plan and incident to the case, has been approved by, or is subject to the approval of the Bankruptcy Court as reasonable.

The proponent of the plan has disclosed the identity and affiliations of any individual proposed to serve, after confirmation of the plan, as a director, officer, or voting trustee of the Debtor, an affiliate of the Debtor participating in a joint plan with the Debtor, or a successor to the Debtor under the plan; and (B) the appointment to, or continuance in, such office of such individual, is consistent with the interests of creditors and equity security holders and with public policy; and the proponent of the plan has disclosed the identity of any insider that will be employed or retained by the reorganized Debtor, and the nature of any compensation for such insider.

Any governmental regulatory commission with jurisdiction, after confirmation of the plan, over the rates of the Debtor has approved any rate change provided for in the plan, or such rate change is expressly conditioned on such approval.

With respect to each impaired class of claims or interests:

(i) each holder of a claim or interest of such class has (A) accepted the plan or (B) will receive or retain under the plan on account of such claim or interest property of a value, as of the effective date of the plan, that is not less than the amount that such holder would so receive or retain if the Debtor were liquidated on such date under chapter 7 of the Bankruptcy Code on such date; or (ii) if section 1111(b)(2) of the Bankruptcy Code applies to the claims of such class, the holder of a claim of such class will receive or retain under the plan on account of such claim property of a value, as of the effective date of the plan, that is not less than the value of such holder's interest in the estate's interest in the property that secures such claims.

With respect to each class of claims or interests:

(i) such class has accepted the plan; or

(ii) such class is not impaired under the plan.

Except to the extent that the holder of a particular claim has agreed to a different treatment of such claim, the plan provides that:

(i) with respect to a claim of a kind specified in section 507(a)(1) or 507(a)(2) of the Bankruptcy Code, on the effective date of the plan, the holder of such claim will receive on account of such claim cash equal to the allowed amount of such claim;

(ii) with respect to a class of claims of a kind specified in section 507(a)(3), 507(a)(4), 507(a)(5) or 507(a)(6) of the Bankruptcy Code, each holder of a claim of such class will receive: (i) if such class has accepted the plan, deferred cash payments of a value, as of the effective date of the plan, equal to the allowed amount of such claim; or (ii) if such class has not accepted the plan, cash on the effective date of the plan equal to the allowed amount of such claim; and

(iii) with respect to a claim of a kind specified in section 507(a)(7) of the Bankruptcy Code, the holder of a claim will receive on account of such claim deferred cash payments, over a period not exceeding six years after the date of assessment of such claim, of a value, as of the effective date of the plan, equal to the allowed amount of such claim.

If a class of claims is impaired under the plan, at least one class of claims that is impaired has accepted the plan, determined without including any acceptance of the plan by any insider holding a claim of such class.

Confirmation of the plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the plan, unless such liquidation or reorganization is proposed in the plan.

All fees payable under 28 U.S.C. § 1930, as determined by the Bankruptcy Court at the hearing on confirmation of the plan, have been paid or the plan provides for the payments of all such fees on the effective date of the plan.

The plan provides for the continuation after its effective date of payment of all retiree benefits, as that term is defined in section 1114 of the Bankruptcy Code, at the level established pursuant to subsection (e)(1)(B) or (g) of section 1114, at any time prior to confirmation of the plan, for the duration of the period the Debtor has obligated itself to provide such benefits.

The Debtor believes that the Plan satisfies all the statutory requirements of chapter 11 of the Bankruptcy Code, that The Debtor has complied with or will have complied with all the requirements of chapter 11, and that the Plan is proposed in good faith.

At the Confirmation Hearing, the Bankruptcy Court will determine whether holders of Allowed Claims or Allowed Equity Interests would receive greater distributions under the Plan than they would receive in a liquidation under chapter 7.

The Debtor believes that the feasibility requirement for confirmation of the Plan is satisfied by the fact that the future operating revenues will be sufficient to satisfy the obligations under the Plan in addition to supporting sustainable growth of the enterprise. These facts and others demonstrating the confirmability of the Plan will be shown at the Confirmation Hearing.

### **Cramdown**

**1.17** The bankruptcy court may confirm a plan of reorganization even though fewer than all the classes of impaired claims and interests accept it. For a plan of reorganization to be confirmed despite its rejection by a class of impaired claims or interests, the proponents of the plan must show, among other things, that the plan does not "discriminate unfairly" and that the plan is "fair and equitable" with respect to each impaired class of claims or interests that has not accepted the plan.

**1.18** "Fair and equitable" has different meanings with respect to the treatment of secured and unsecured claims. As set forth in section 1129(b)(2) of the Bankruptcy Code, those meanings are as follows:

With respect to a class of secured claims, the plan provides:

(a)(i) that the holders of such claims retain the liens securing such claims, whether the property subject to such liens is retained by the Debtor or transferred to another entity, to the extent of the allowed amount of such claims; and

(ii) that each holder of a claim of such class receive on account of such claim deferred cash payments totaling at least the allowed amount of such claim, of a value, as of the effective date of the plan, of at least the value of such holder's interest in the estate's interest in such property;

(b) for the sale, subject to section 363(k) of the Bankruptcy Code, of any property that is subject to the liens securing such claims, free and clear of such liens, with such liens to attach to the proceeds of such sale, and the treatment of such liens on proceeds under clause (a) and (b) of this subparagraph; or

(c) the realization by such holders of the "indubitable equivalent" of such claims.

With respect to a class of unsecured claims, the plan provides(a) that each holder of a claim of such class receive or retain on account of such claim property of a value, as of the effective date of the plan, equal to the allowed amount of such claim; or

(b) the holder of any claim or interest that is junior to the claims of such class will not receive or retain under the plan on account of such junior claim or interest any property, except that in a case in which the debtor is an individual, the debtor may retain property included in the estate under section 1115 subject to the requirements that a) the value, as of effective date of the plan, of the property to be distributed under the plan on account of such claim is not less than the amount of such claim; or (b) the value of property to be distributed under the plan is not less than the projected disposable income of the debtor (as defined in section 1325(b)(2)) to be received during the 5-year period beginning on the date that the first payment is due under the plan, or during the period for which the plan provides payments, whichever is longer.

With respect to a class of interests, the plan provides:

(a) that each holder of an interest of such class receive or retain on account of such interest property of a value, as of the effective date of the plan, equal to the greatest of the allowed amount of any fixed liquidation preference to which such holder is entitled, any fixed redemption price to which such holder is entitled or the value of such interest; or

(b) that the holder of any interest that is junior to the interests of such class will not receive or retain under the plan on account of such junior interest any property.

**1.19** In the event that one or more classes of Impaired Claims reject the Plan, the Bankruptcy Court will determine at the Confirmation Hearing whether the Plan is fair and equitable with respect to, and does not discriminate unfairly against, any rejecting Impaired class of Claims. The absolute priority rule requires that prior to the Debtor retaining or receiving any non-exempt property the senior classes of claims must be paid in full or vote to accept the Plan.

The Debtor believes the Plan does not discriminate unfairly against, and is fair and equitable with respect to, each Impaired class of Claims.

## ARTICLE II
## <u>REPRESENTATIONS</u>

**2.01** This Disclosure Statement is provided pursuant to Section 1125 of the Code to all the Debtor's known Creditors and other parties in interest in connection with the solicitation of acceptance of its Plan of reorganization, as amended or modified. The purpose of this Disclosure Statement is to provide such information as will enable a hypothetical, reasonable investor, typical of the holders of Claims, to make an informed judgment in exercising its rights either to accept or reject the Plan.

**2.02** The information contained in this Disclosure Statement has been derived from information submitted by the Debtor, unless specifically stated to be from other sources.

**2.03** No representations concerning the Debtor are authorized by the Debtor other than those set forth in this Disclosure Statement. The Debtor recommends that any representation or inducement made to secure your acceptance or rejection of the Plan which is not contained in this Disclosure Statement should not be relied upon by you in reaching your decision on how to vote on the Plan. Any representation or inducement made to you not contained herein should be reported to the attorneys for the Debtor who shall deliver such information to the Court for such action as may be appropriate.

**2.04** ANY BENEFITS OFFERED TO THE CREDITORS ACCORDING TO THE PLAN WHICH MAY CONSTITUTE "SECURITIES" HAVE NOT BEEN APPROVED OR DISAPPROVED BY THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION ("SEC"), THE TEXAS SECURITIES BOARD, OR ANY OTHER RELEVANT GOVERNMENTAL AUTHORITY IN ANY STATE OF THE UNITED STATES. IN ADDITION, NEITHER THE SEC, NOR ANY OTHER GOVERNMENTAL AUTHORITY HAS PASSED UPON THE ACCURACY OR ADEQUACY OF THIS DISCLOSURE OR UPON THE MERITS OF THE PLAN. ANY REPRESENTATIONS TO THE CONTRARY MAY BE A CRIMINAL OFFENSE.

**2.05** THE INFORMATION CONTAINED HEREIN HAS NOT BEEN SUBJECT TO A CERTIFIED AUDIT. FOR THE FOREGOING REASON, AS WELL AS BECAUSE OF THE IMPOSSIBILITY OF MAKING ASSUMPTIONS, ESTIMATES AND PROJECTIONS INTO THE FUTURE WITH ACCURACY, THE DEBTOR IS UNABLE TO WARRANT OR REPRESENT THAT THE INFORMATION CONTAINED HEREIN IS COMPLETELY ACCURATE, ALTHOUGH EVERY REASONABLE EFFORT HAS BEEN MADE TO ENSURE THAT SUCH INFORMATION IS ACCURATE. THE APPROVAL BY THE COURT OF THIS DISCLOSURE DOES NOT CONSTITUTE AN ENDORSEMENT BY THE COURT OF THE PLAN OR GUARANTEE THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED HEREIN.

**2.06** THE DEBTOR BELIEVES THAT THE PLAN WILL PROVIDE CLAIMANTS WITH MORE THAN THEY WOULD RECEIVE IN A LIQUIDATION OF THE DEBTOR'S ASSETS, AND SHOULD BE ACCEPTED. CONSEQUENTLY, THE DEBTOR URGES THAT CLAIMANTS VOTE FOR THE PLAN.

**2.07** THE DEBTOR DOES NOT WARRANT OR REPRESENT THAT THE INFORMATION CONTAINED HEREIN IS CORRECT, ALTHOUGH GREAT EFFORT HAS BEEN MADE TO BE ACCURATE. THE STATEMENTS CONTAINED IN THIS DISCLOSURE ARE MADE AS OF THE DATE HEREOF UNLESS ANOTHER TIME IS SPECIFIED HEREIN.

### ARTICLE III
### FINANCIAL PICTURE OF THE DEBTOR

**3.01    History and Background of the Debtor, Events Leading to Bankruptcy Case**

Electrotek is a manufacturer and supplier of printed circuit boards, operating since 1968. The Debtor's plant and daily operations are located in Oak Creek, Wisconsin, and its principal offices are located in Carrollton, Texas.

In February 2021, a judgment was entered against the Debtor in the case of *TKO Miller, LLC v. Electrotek Corporation*, Case No. 2021-cv-000091 in Milwaukee County Circuit Court, Milwaukee, Wisconsin. This judgement resulted in a garnishment of the Debtor's bank accounts in the amount of $165,995.80.

The Debtor's business has been negatively affected by COVID, litigation, supply chain delays.

**3.02    Assets.**

The Debtor scheduled the following Assets owned as of the Petition Date:

| | |
|---|---|
| Real property | $2,500,000 |
| Cash on hand and in bank accounts | $343,866 |
| Deposits and prepayments | $150,906 |
| Accounts receivable | $1,147,002 |
| Inventory | $1,434,831 |
| Office furniture, fixtures, and equipment | $40,000 |
| Machinery and equipment | $750,000 |
| All other assets | $740,000 |
| Total Assets | $7,106,605 |

Such Assets are listed in detail on the Debtor's Schedule B, which is attached hereto as **Exhibit "B"**.

**3.03    Liabilities.**

According to the Debtor's Schedules and the Proofs of Claim filed in his Case, the Debtor's liabilities, both Disputed and undisputed (excluding Administrative Expense Claims) totaled $12,647,663.84 as of the Petition Date.

The Debtor' liabilities are further described as follows:

**a.        Administrative Expense Claims.**

The Estates will be liable for certain Administrative Expense Claims pursuant to Bankruptcy Code §503(b) through the Confirmation Date, including Fee Claims of Joyce W.

Lindauer Attorney, PLLC as the Debtor's bankruptcy counsel. Before the Debtor pays any Fee Claims, the Bankruptcy Court will have determined the reasonableness of such fees and expenses.

McMaster-Carr Supply Company filed an Administrative Expense Claim for $989.89.

### b.       Priority Tax Claims.

The Internal Revenue Service filed a Priority Tax Claim in the amount of $2,339.07.

### c.       Priority Wage Claims.

The Debtor scheduled Priority Wage Claims in the amount of $288,326.00.

A Priority Wage Claim was filed by Valley Labs, Inc. in the amount of $13,650.00. However, Valley Labs, Inc. does not qualify as a Priority Wage Claimant.

### d.       Other Priority Claims.

Uline filed a Priority Claim of an unspecified type in the amount of $8,270.46.

### e.       Secured Claims.

The Debtor scheduled Dhirajal Babaria with three Secured Claims totaling $9,500,000.00. Mr. Babaria is an owner and the CEO of the Debtor and is an Insider.

The Carrollton-Farmers Branch Independent School District filed a Secured Claim for $6,147.14.

### f.       General Unsecured Claims.

According to the Schedules and Proofs of Claims on file, the Debtor owes total Unsecured Claims of $2,978,197.00 as of the Petition Date.

### Current Operations

**3.04**    The Debtor's current operations are reflected in its monthly operating reports filed with the Court, which are attached hereto as **Exhibit "C"**.

### Future Income and Expenses Under the Plan

**3.05**    The Debtor's projections of Plan payments are set forth on **Exhibit "D"** attached hereto.

Future management of the Debtor shall consist of the Debtor's current management and staff.

**Source of Information for Disclosure Statement**

**3.06** The source of information for this Disclosure Statement is the Debtor and its records, as well as the filings in this case.

**ARTICLE IV**
**LIQUIDATION ANALYSIS**

Section 1129(a)(7) of the Bankruptcy Code requires that a Chapter 11 plan of reorganization must provide at least as much value to each Impaired Creditor as could be realized in a liquidation under Chapter 7 of the Bankruptcy Code.

In determining whether the requirements of Section 1129(a)(7) of the Bankruptcy Code have been met, the first step is to determine the dollar amount that would be generated from a hypothetical liquidation of the Debtor's assets in Chapter 7. Such amounts must then be reduced by the costs and expenses of the liquidation. Further reductions would be required to eliminate cash and asset liquidation proceeds that would be applied to Secured Claims and amounts necessary to satisfy Priority Claims that are senior to general Unsecured Claims (and Administrative Expense Claims that may result from the termination of the Debtor's business and the liquidation of its assets).

**Liquidation Analysis**

Liabilities shown below are as scheduled by the Debtor, unless the Claimant has filed a proof of claim stating a different amount.

The Debtor estimates that the value of the Real Property in a forced liquidation sale, such as a foreclosure under Texas law, would yield net proceeds of approximately 75% of the market value as scheduled by the Debtor.

The Debtor estimates that the value of all personal property, i.e., receivables, furniture, fixtures, machinery, equipment and inventory, would be approximate one-half of market value as scheduled by the Debtor.

**Assets**

| | |
|---|---|
| Real property  (75% market value) | $1,875,000 |
| Cash on hand and in bank accounts | $343,866 |
| Deposits and prepayments | $150,906 |
| All personal property (1/2 market value) | $ 2,055,917 |
| Less 5% liquidation costs for real property | <u><$93,750.00></u> |
| | |
| **Total Assets** | **$ 4,331,939.00** |

**Liabilities**

| | |
|---|---|
| Administrative Expenses and UST Fees | $10,000[1] |
| Priority Tax Claims | $2,339 |
| Priority Wage Claims | $288,326 |
| Other Priority Claims | $8,270 |
| Secured Claims of Dhirajal Babaria | $9,500,000 |
| Secured Claims of Carrollton/FB ISD | $6,147 |
| General Unsecured Claims | $2,978,197 |
| Equity Interests | |
| **Total Liabilities** | **$ 12,793,279** |

**TOTAL ASSETS LESS TOTAL LIABILITIES**              **<$ 8,461,340>**

***NOTE:*** **Under the above liquidation analysis, only Administrative, Priority and Secured Claims would receive distributions in a Chapter 7 case.  Unsecured Claims would receive nothing in Chapter 7.  Under this Plan; however, Unsecured Claimants will receive 20% of their Claims. This Plan does not contemplate a liquidation of the Assets.**

## ARTICLE V
## SUMMARY OF THE PLAN

The Debtor designates the following Classes of Claims and Interests pursuant to Bankruptcy Code Section 1123:

**Class 1 Claims:**  Allowed Priority Claims other than Priority Tax or Wage Claims.

**Class 2 Claims:**  Allowed Secured Claims of Carrollton/Farmers Branch ISD.

**Class 3 Claims:**  Allowed Secured Claim of  DJ Barbaria.

**Class 4 Claims:**  Allowed General Unsecured Claims.

**Class 5 Claims:** Allowed Insider Claims.

**Class 6 Equity Interests:** Equity Interest Holders.

## TREATMENT OF CLAIMS AND INTERESTS

*A. **NON-CLASSIFIED CLAIMS.*** The following Claims are not classified, pursuant to Bankruptcy Code Section 1123:

---

1 Debtor's estimate.

**a.** **Administrative Expense Claims.** Each holder of an Administrative Expense Claim under Bankruptcy Code § 503 shall receive either: (i) with respect to Administrative Expense Claims which are Allowed Claims on the Effective Date, the amount of such holder's Allowed Claim in one cash payment, within ten (10) days after the Effective Date, from the Debtor; (ii) with respect to Administrative Expense Claims which become Allowed Claims after the Effective Date, the amount of such holder's Allowed Claim, in one cash payment from the Debtor within ten (10) days after such Claim becomes an Allowed Administrative Expense Claim; or (iii) such other treatment agreed upon by the Debtor and such holder.

**1.** Fee Claims. Each professional person whose retention with respect to  this Case has been approved by the Bankruptcy Court or who holds, or asserts, an Administrative Expense Claim that is a Fee Claim shall be required to file with the Bankruptcy Court a final fee application within sixty (60) days after the Effective Date and to serve notice thereof on all parties entitled to such notice. The failure to file timely any such application as required shall result in the Fee Claim being forever barred and discharged. A Fee Claim, with respect to which a Fee Application has been properly filed, shall become an Administrative Expense Claim only to the extent allowed by Final Order. Fee Claims shall be paid either: (i) with respect to Fee Claims which are Allowed Claims on the Effective Date, the amount of such holder's Allowed Claim in one cash payment, within ten (10) days after the Effective Date, from the Debtor; (ii) with respect to Fee Claims which become Allowed Claims after the Effective Date, the amount of such holder's Allowed Claim, in one cash payment from the Debtor within ten (10) days after such Claim becomes an Allowed Fee Claim; or (iii) such other treatment agreed upon by the Debtor and such holder.

**2.** Administrative Expense Claims Bar Date. Any other person or entity who claims to hold an Administrative Expense Claim (other than a Fee Claim) shall be required to file with the Bankruptcy Court an application within sixty (60) days after the Effective Date and to serve notice thereof on all parties entitled to such notice. The failure to file timely the application as required under this section) of this Plan shall result in the Claim being forever barred and discharged. An Administrative Expense Claim with respect to which an application has been properly filed and to which no timely objection has been filed or an objection has been filed but overruled by the Bankruptcy Court, shall become an Allowed Claim to the extent such Claim is allowed by Final Order.

**b.** **Priority Tax Claims.** Priority Tax Claims shall be paid in full over the time period from the commencement of payments to the expiration of five (5) years from the Petition Date, with interest thereon at the rate of interest of 12% per annum.  The Claims will be paid in equal monthly installments of principal and interest, commencing on the first day of the first month following the Effective Date and continuing on the first day of each month thereafter. Interest shall begin to accrue as of the Petition Date.  These Claimants shall retain their pre- and post-Petition Date statutory Liens securing this Claim until it is paid in full.

     c.     **Priority Wage Claims.** Any holder of an Allowed Priority Wage Claim within the meaning of Bankruptcy Code § 507(a)(4) will be paid in full in three (3) equal monthly installments of principal and interest at the rate of 2% per annum.  Payments will commence on the first day of the first month following the Effective Date and continue on the first day of each month thereafter until paid in full.

     **Title 28 U.S.C. Section 1930 Fees.** The Reorganized Debtor shall pay all post-Confirmation fees assessed by the Office of the United States Trustee until this Case is closed by the Court or the Reorganized Debtor is otherwise released from such obligations by the Court.

     *B. **CLASSIFIED CLAIMS.***  The following Claims are classified pursuant to Bankruptcy Code Section 1123, and are treated as follows:

**General Provisions Regarding Treatment of Claims.**

     All Allowed Secured Claimants shall retain all their liens on any property securing their Claims.

     No Claimant shall be entitled to a pre-payment penalty if their Claim is paid early.

     Should the value of the Collateral securing a Secured Claim be less than the amount of the Claim, the Claim will be bifurcated into a Secured Claim equal to the value of the Collateral and an Unsecured Claim for the remainder.

     **Class 1: Allowed Priority Claims other than Priority Tax or Wage Claims.** These Claims, if any, will be paid in full in 36 equal monthly installments of principal and interest at the rate of 2% per annum.  Payments will commence on the first day of the first month following the Effective Date and continue on the first day of each month thereafter until paid in full.  These Claims are Impaired and entitled to vote on the Plan.

     **Class 2: Allowed Secured Claims of Carrollton/Farmers Branch ISD**. This Claim shall be paid in full over the time period from the commencement of payments to the expiration of five (5) years from the Petition Date, with interest thereon at the rate of interest of 12% per annum. The Claim will be paid in equal monthly installments of principal and interest, commencing on the first day of the first month following the Effective Date and continuing on the first day of each month thereafter. Interest shall begin to accrue as of the Petition Date.  This Claimant shall retain its pre- and post-Petition Date statutory Liens securing this Claim until it is paid in full.  These Claims are Impaired and entitled to vote on the Plan.

     **Class 3: Allowed Secured Claim of DJ Barbaria**. This Claim shall not be paid anything until all Allowed Non-Insider Creditor Claims in other classes are paid as provided for in this Plan. Only then shall this Claim be entitled to payment from the Debtor. The Allowed Secured Claim shall accrue interest at 4.25% per annum from and after the Effective Date.  This Claim shall retain its liens under this Plan.

     **Class 4: Allowed General Unsecured Claims:** Class 4 Claimants shall receive 10% (ten per cent) of the amount of their Allowed Claims, payable over 12 months in equal monthly

installments commencing on the first day of the first month following the Effective Date and continuing on the first day of each month thereafter. These Claims are Impaired and entitled to vote on the Plan.

**Class 5: Allowed Insider Claims.** Class 5 shall consist of the Allowed Claims of Insiders of the Debtor. Class 5 Claims shall not be paid under this Plan. Class 5 Claimants are Impaired and are deemed to have rejected the Plan, but their claims will not be counted for or against Confirmation.

**Class 6: Equity Interests.** Class 5 Equity Interests shall be retained and are not Impaired under the Plan.

## ARTICLE VI
## MEANS FOR IMPLEMENTATION OF PLAN

6.01 <u>**Implementation of Plan**</u>. This Plan will be substantially consummated by the commencement of payments as called for above.

This Plan will be substantially consummated by the commencement of payments as called for above. The Debtor will make all payments required under the Plan from available cash and income from its ongoing business operations.

The Debtor's projections for sources and uses of cash, including payments to be made under the Plan, are attached hereto as **Exhibit D**.

## ARTICLE VII
## TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

7.01 <u>**Rejection of Executory Contracts and Unexpired Leases**</u>. All of the Debtor's unexpired leases of real property and executory contracts are hereby deemed rejected as of the Effective Date of the Plan unless specifically assumed by separate motion and order prior to the Confirmation Date or as part of Confirmation of a Plan in this case.

7.02 <u>**Reservation of Rights**</u>. The Debtor shall have the right to assume or reject, pursuant to Bankruptcy Code Section 365, prior to the Confirmation Date, any executory contract or unexpired lease of real property (to the extent permitted under the Bankruptcy Code) and to the terms of this Plan.

7.03 <u>**Bar Date for Claims Based on Rejection**</u>. If the rejection of an executory contract or an unexpired lease results in damages to the other party or parties to such contract or lease, a Claim for such damages shall be forever barred and shall not be enforceable against the Reorganized Debtor or its properties or agents, successors, or assigns, unless a proof of Claim is filed with the Bankruptcy Court and served upon the Debtor, by the earlier of (a) the end of the month following the period in which the Effective Date occurs or (b) such other deadline as the Court may set for asserting a Claim for such damages. Any Rejection Claim arising from the

rejection of an unexpired lease or executory contract shall be treated as a General Unsecured Claim; *provided, however*, that any Rejection Claim based upon the rejection of an unexpired lease of real property either prior to the Confirmation Date or upon the entry of the Confirmation Order shall be limited in accordance with section 502(b)(6) of the Bankruptcy Code and state law mitigation requirements. Nothing contained herein shall be deemed an admission that such rejection gives rise to or results in a Claim or shall be deemed a waiver of any objections to such Claim if asserted.

## ARTICLE VIII
## FEASIBILITY OF PLAN

**8.01** The Debtor asserts that its Plan is feasible based on **Exhibit "D"**. The funds necessary to fund the Plan will come from the revenue generated by the ongoing business operations of the Debtor. All causes of action shall remain fully vested in the Reorganized Debtor. The failure to identify a claim or cause of action is not specifically a waiver of such claim or cause of action. To the extent of any recovery on claims and causes of action that belong to the Reorganized Debtor as disclosed herein, if any, such funds will be contributed by the Reorganized Debtor (less costs and expenses associated with any litigation) to pay General Unsecured Creditors with Allowed Claims.

### Procedure for Filing Proofs of Claims and Proofs of Interests

**8.02** All proofs of claims and proofs of interests must be filed by those Claimants and Equity Interest Holders who have not filed such instruments on or before the Bar Date fixed by the Court.

**8.03** If Claimants have already filed a proof of claim with the Court or are listed in the Debtor's Schedules as holding non-contingent, liquidated and undisputed claims, a proof of claim need not be filed. The schedules and amendments thereto are on file with the Court and are open for inspection during regular Court hours. If the equity security interest of an Equity Interest Holder is properly reflected in the book and records of the Debtor, a proof of interest need not be filed.

## ARTICLE IX
## ALTERNATIVES TO DEBTOR'S PLAN

**9.01** If this Plan is not confirmed, the Debtor's bankruptcy case may be converted to a case under Chapter 7 of the Code, in which case a trustee would be appointed to liquidate the assets of the Debtor for distribution to its Creditors in accordance with the priorities of the Code. It is also possible that the Debtor's case may be dismissed if this Plan is not confirmed.

## ARTICLE X
## RISKS TO CREDITORS UNDER THE PLAN

**10.01** Claimants should be aware that there are a number of substantial risks involved in consummation of the Plan. The Debtor does not "guarantee" that the income and expenses will equal those in the projections; however, the Debtor believes that the projections are reasonable. The Debtor anticipates that the Reorganized Debtor will meet its projections and will be able to pay back its creditors as set forth herein.

## ARTICLE XI
## TAX CONSEQUENCES TO THE DEBTOR

**11.01** TO ENSURE COMPLIANCE WITH U.S. TREASURY DEPARTMENT CIRCULAR 230, HOLDERS OF CLAIMS ARE HEREBY NOTIFIED THAT: (A) ANY DISCUSSION OF UNITED STATES FEDERAL TAX ISSUES IN THIS DISCLOSURE STATEMENT IS NOT INTENDED OR WRITTEN TO BE USED OR RELIED UPON, AND CANNOT BE USED OR RELIED UPON, BY HOLDERS OF CLAIMS OR INTERESTS OR ANY OTHER PERSONS FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED ON HOLDERS OF CLAIMS OR ANY OTHER PERSONS UNDER THE INTERNAL REVENUE CODE; (B) SUCH DISCUSSION IS INCLUDED HEREIN IN CONNECTION WITH THE PROMOTION OR MARKETING (WITHIN THE MEANING OF U.S. TREASURY DEPARTMENT CIRCULAR 230) OF THE TRANSACTIONS OR MATTERS ADDRESSED HEREIN; AND (C) HOLDERS OF CLAIMS AND INTERESTS SHOULD SEEK ADVICE BASED ON THEIR PARTICULAR CIRCUMSTANCES FROM AN INDEPENDENT TAX ADVISER.

A. Introduction

The following discussion summarizes certain material U.S. federal income tax consequences of the Plan to the Debtor and holders of Claims and Interests. The summary is provided for general informational purposes only and is based on the United States Internal Revenue Code of 1986, as amended (the "Tax Code"), the treasury regulations promulgated thereunder, judicial authority and current administrative rulings and practice, all as in effect as of the date hereof (except as otherwise noted below with regard to the American Recovery and Reinvestment Act of 2009), and all of which are subject to change, possibly with retroactive effect. Changes in any of these authorities or in their interpretation could cause the United States federal income tax consequences of the Plan to differ materially from the consequences described below. The United States federal income tax consequences of the Plan are complex and in important respects uncertain. No ruling has been requested from the Internal Revenue Service (the "Service"); no opinion has been requested from Debtors' or The Debtor's counsel concerning any tax consequence of the Plan; and no tax opinion is given by this Disclosure Statement.

The following discussion does not address all aspects of federal income taxation that may be relevant to a particular holder of a Claim or Interest in light of its particular facts and circumstances or to particular types of holders of Claims subject to special treatment under the Tax Code. For example, the discussion does not address issues of concern to broker-dealers or other dealers in

securities, or foreign (non-U.S.) persons, nor does it address any aspects of state, local, or foreign (non-U.S.) taxation, or the taxation of holders of Interests in a Debtor. In addition, a substantial amount of time may elapse between the Confirmation Date and the receipt of a final distribution under the Plan. Events subsequent to the date of this Disclosure Statement, such as the enactment of additional tax legislation, court decisions or administrative changes, could affect the federal income tax consequences of the Plan and the transactions contemplated hereunder.

**THE DISCUSSION THAT FOLLOWS IS NOT A SUBSTITUTE FOR CAREFUL TAX PLANNING AND PROFESSIONAL TAX ADVICE BASED ON THE INDIVIDUAL CIRCUMSTANCES OF EACH HOLDER OF A CLAIM OR INTEREST. EACH HOLDER OF A CLAIM OR INTEREST IS URGED TO CONSULT WITH ITS TAX ADVISORS REGARDING THE FEDERAL, STATE, LOCAL AND NON-U.S. TAX CONSEQUENCES OF THE PLAN.**

B. Certain Definitions

Except as expressly otherwise provided or unless the context otherwise requires, all capitalized terms not otherwise defined herein or in the Plan shall have the respective meanings assigned to them in this Article.

"***COD***" shall mean cancellation of indebtedness income.
"***NOL***" shall mean net operating loss.

C. Certain Material Federal Income Tax Consequences to the Debtor

Cancellation of a debtor's debt is generally taxable income to the Debtor. COD is the amount by which the indebtedness of a debtor discharged exceeds any consideration given in exchange therefore. Cancellation of a debt may not necessarily be COD, however. To the extent that a debtor is insolvent, or if a Debtor is in bankruptcy, as is the case here, the Tax Code permits the debtor to exclude the COD from its gross income. The statutory exclusion for COD in a title 11 case generally excludes COD from gross income if the discharge is granted by a court to a debtor under its jurisdiction in a title 11 case, as is sought herein.

The price for the bankruptcy COD exclusion (as well as the insolvency exclusion) is reduction of the debtor's tax attributes to the extent of the COD income, generally in the following order: NOLs for the year of the discharge and NOL carryovers from prior years; general business tax credit carryovers; minimum tax credit available as of the beginning of the year following the year of discharge; net capital loss for the year of discharge and capital loss carryovers from prior years; basis of the debtor's assets; passive activity loss and credit carryovers from the year of discharge; and foreign tax credit carryovers to or from the year of discharge. The reduction of attributes does not occur until after the end of the debtor's tax year in which the COD occurred, so they are available to the debtor in determining the amount of its income, loss and tax liability for the year of discharge.

As a result of the implementation of the Plan, the Debtor may have COD and potential attribute reduction. Because any reduction in tax attributes does not effectively occur until the first day of

the taxable year following the taxable year in which the COD is incurred, any resulting COD, on its own, should not impair the ability of the Debtor to use their tax attributes (to the extent otherwise available) to reduce their tax liability, if any, otherwise resulting from the implementation of the Plan.

Under section 382 of the Tax Code, if a corporation undergoes an "ownership shift," the amount of its Pre-Change Losses that may be utilized to offset future taxable income generally is subject to an annual limitation. The Plan calls for an ownership change and as such any current owner of the Debtor should consult his own tax adviser concerning the effect of the Plan.

The United States federal income tax consequences of payment of Allowed Claims pursuant to the Plan will depend on, among other things, the consideration received, or deemed to have been received, by the holder of the Allowed Claim, whether such holder reports income on the accrual or cash method, whether such holder receives distributions under the Plan in more than one taxable year, whether such holder's Claim is allowed or disputed at the Effective Date, whether such holder has taken a bad debt deduction or worthless security deduction with respect to its Claim.

In general, a holder of a Claim should recognize gain or loss equal to the amount realized under the Plan in respect of its Claim less the amount of such holder's basis in its Claim. Any gain or loss recognized in the exchange may be long-term or short-term capital gain or loss or ordinary income or loss, depending upon the nature of the Claim and the holder, the length of time the holder held the Claim and whether the Claim was acquired at a market discount. If the holder realizes a capital loss, its deduction of the loss may be subject to limitations under the Tax Code. The holder's aggregate tax basis for any property received under the Plan generally will equal the amount realized. The amount realized by a holder generally will equal the sum of the cash and the fair market value of any other property received (or deemed received) by the holder under the Plan on the Effective Date and/or any subsequent distribution date, less the amount (if any) allocable to Claims for interest. All holders of Allowed Claims are urged to consult their tax advisors. A holder of a Claim constituting an installment obligation for tax purposes may be required to recognize currently any gain remaining with respect to the obligation if, pursuant to the Plan, the obligation is considered to be satisfied at other than its face value, distributed, transmitted, sold or otherwise disposed of within the meaning of Section 453B of the Tax Code.

If the creditors give up all or a portion of their debt in return for stock the Company would change the debt to equity on its books and the Creditor would own their stock with a cost basis equal to the amount of debt given up to purchase it.

D. Importance of Obtaining Professional Tax Assistance

The foregoing discussion is intended only as a summary of certain U.S. federal income tax consequences of the Plan, and is not a substitute for careful tax planning with a tax professional. The above discussion is for general information purposes only and is not tax advice. The tax consequences are in many cases uncertain and may vary depending on a holder's individual circumstances.

HOLDERS OF CLAIMS ARE URGED TO CONSULT WITH THEIR TAX ADVISORS ABOUT THE FEDERAL, STATE, LOCAL AND NON-U.S. TAX CONSEQUENCES OF THE PLAN.

## ARTICLE XII
## PENDING LITIGATION

**12.01**    There is no pending litigation in the Case.

## ARTICLE XIII
## SUMMARY OF SIGNIFICANT ORDERS ENTERED DURING THE CASE

**13.01**    As of the date of the filing of this case no significant orders have been entered in this case.  On April 15, 2021, the Debtor filed an amended voluntary petition to rescind its prior election to be treated under Subchapter V of Chapter 11 of the Bankruptcy Code.

Dated: April 26, 2021.

Respectfully Submitted By:

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR THE DEBTOR**


*/s/ Mike Swerdlow*
Mike Swerdlow in his capacity as Chief
Financial Officer of the Debtor

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ELECTROTEK CORPORATION,** | § | **CASE NO. 21-30409-mvl** |
| | § | **Chapter 11** |
| Debtor. | § | |

### DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 26, 2021

COMES NOW Electrotek Corporation, the debtor in this Bankruptcy Case (the "Debtor"), and files this its Plan of Reorganization (the "Plan"). Electrotek is a manufacturer and supplier of printed circuit boards, operating since 1968. The Debtor's plant and daily operations are located in Oak Creek, Wisconsin, and its principal headquarters and business offices are located in Carrolton, Texas.

The sources and uses of income to fund the Plan are described in more detail in the Disclosure Statement accompanying this Plan. Periodic financial reports will be filed with the Court, as required by the Bankruptcy Code, covering the profitability, projections of cash receipts and disbursements for a reasonable period. These reports shall be available on the Court's PACER site using the Debtor's name and/or case number as referenced above or can be also obtained from Debtor's counsel by written request.

**EXHIBIT "A"**

## <u>TABLE OF CONTENTS</u>

ARTICLE I - DEFINITIONS AND USE OF TERMS .................................................................. 3

ARTICLE II - CONCEPT OF THE PLAN ................................................................................ 6

ARTICLE III - GENERAL TERMS AND CONDITIONS ........................................................... 6

ARTICLE IV - DESIGNATION OF CLASSES OF CLAIMS AND INTERESTS...................... 7

ARTICLE V- TREATMENT OF CLAIMS AND INTERESTS ................................................... 7

ARTICLE VI - MEANS FOR IMPLEMENTATION OF PLAN ............................................... 10

ARTICLE VII - TREATMENT OF EXECUTORY CONTRACTS
    AND UNEXPIRED LEASES ....................................................................... 10

ARTICLE VIII - ENFORCEMENT, SETTLEMENT, OR ADJUSTMENT OF CLAIMS ........ 11

ARTICLE IX - EFFECT OF CONFIRMATION........................................................................ 11

ARTICLE X - MISCELLANEOUS PROVISIONS.................................................................... 12

ARTICLE XI - MODIFICATION OF THE PLAN .................................................................... 14

ARTICLE XII - RETENTION OF JURISDICTION .................................................................. 15

# ARTICLE I
## DEFINITIONS AND USE OF TERMS

**1.01** **Defined Terms**. Unless the context otherwise requires, capitalized terms shall have the meanings set forth in this section 1.01.

"**Administrative Expense Claim**" means an administrative expense or claim described in Bankruptcy Code § 503 and entitled to administrative priority pursuant to Bankruptcy Code § 507(a)(1), including, but not limited to, Fee Claims.

"**Allowed Amount**" means the amount of any Allowed Claim.

"**Allowed Claim**" means a Claim against the Debtor allowable under the Bankruptcy Code to the extent that: (i) a Proof of Claim or request for payment was timely filed, or, with leave of the Bankruptcy Court, late filed, and as to which no objection has been timely filed with the Bankruptcy Court, or, if filed, is allowed by a Final Order, unless otherwise provided in this Plan; (ii) the Claim is scheduled and not listed as disputed, contingent, or unliquidated, and no objection has been timely filed or, if filed, is allowed by a Final Order; or (iii) with respect to an Administrative Expense Claim or Fee Claim, the Administrative Expense Claim or Fee Claim has been approved by a Final Order upon notice and application to the Bankruptcy Court.

"**Assets**" means property of the Estate.

"**Avoidance Actions**" means any and all rights, claims, and causes of action which a trustee, Debtor, or other appropriate party in interest would be able to assert on behalf of the Estate under applicable state statutes or the avoidance provisions of chapter 5 of the Bankruptcy Code, including actions under one or more of the provisions of Bankruptcy Code §§ 506, 542-551, and 553.

"**Bankruptcy Case**" or "**Case**" means this bankruptcy case: Case No. 21-30409 in the name of Electrotek Corporation, pending before the Bankruptcy Court.

"**Bankruptcy Code**" or "**Code**" means the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.*, as amended.

"**Bankruptcy Court**" or "**Court**" means the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, or other such court that may have jurisdiction with respect to the reorganization of the Debtor pursuant to Chapter 11 of the Bankruptcy Code.

"**Bankruptcy Rules**" means the Federal Rules of Bankruptcy Procedure, as amended, and "**Bankruptcy Rule**" refers to a specific rule therein.

"**Bar Date**" means May 17, 2021, the deadline established by the Bankruptcy Court pursuant to Bankruptcy Rule 3003(c)(3), after which any Proof of Claim may not be timely filed, except Claims held by governmental agencies.

"**Business Day**" shall mean any day that is not a Saturday, Sunday, or one of the legal holidays listed in Bankruptcy Rule 9006(a).

"**Claim**" shall have the meaning set forth in Bankruptcy Code § 101(5).

"**Claimant**" or "**Creditor**" means the holder of a Claim.

"**Class**" means any class into which Claims are classified pursuant to the Plan. Each subclass of a class shall be treated as a separate class.

"**Collateral**" means the real or personal property securing a Secured Claim.

"**Confirmation**" means the Bankruptcy Court's entry of the Confirmation Order.

"**Confirmation Date**" means the date on which the Order confirming this Plan is entered.

"**Confirmation Hearing**" means the hearing or hearings held before the Bankruptcy Court in which the Debtors will seek Confirmation of this Plan.

"**Confirmation Order**" means the Order confirming this Plan.

"**Contested**" when used with respect to a Claim, means a Claim against the Debtor: (i) that is listed in the Debtor's Schedules of Assets and Liabilities as disputed, contingent, or unliquidated; (ii) that is listed in the Debtor's Schedules of Assets and Liabilities as undisputed, liquidated, and not contingent and as to which a Proof of Claim has been filed with the Bankruptcy Court, to the extent the Proof of Claim amount exceeds the scheduled amount; (iii) that is the subject of a pending action in a forum other than the Bankruptcy Court unless such Claim has been determined by Final Order in such other forum and Allowed by Final Order of the Bankruptcy Court; or (iv) as to which an objection has been or may be timely filed and has not been denied by Final Order. To the extent an objection relates to the allowance of only a part of a Claim, such Claim shall be a Contested Claim only to the extent of the objection.

"**Debtor**" means Electrotek Corporation, the Debtor herein. Where the context so requires, "**Debtor**" shall also include the Reorganized Debtor.

"**Disputed**" with respect to a Claim means either: (i) a Claim which has been objected to by the Debtor; or (ii) a Claim that is listed on the Debtor's bankruptcy schedules as "disputed, contingent or unliquidated" and for which such Creditor or Interest holder has not filed a Proof of Claim.

"**Effective Date**" means the thirtieth (30th) day after the Confirmation Date.

"**Estate**" means the bankruptcy estate of the Debtor in this Case.

"**Fee Claim**" means a Claim under Bankruptcy Code §§ 330 or 503 for allowance of compensation and reimbursement of expenses to professionals in this Bankruptcy Case.

"**Fee Application**" means an application filed with the Bankruptcy Court for allowance of a Fee Claim.

"**Final Order**" means an Order as to which any appeal that has been taken has not been stayed following the expiration of the time for appeal or has been resolved, or as to which the time for appeal has expired.

"**Impaired**" means the treatment of an Allowed Claim or Interest pursuant to the Plan unless, with respect to such Claim or Interest, either: (i) the Plan leaves unaltered the legal, equitable and contractual rights to which such Claim or Interest entitles the holder of such Claim or Interest; (ii) notwithstanding any contractual provision or applicable law that entitles the holder of such Claim or Interest to demand or receive accelerated payment of such Claim or Interest after occurrence of a default, the Debtor (A) cures any default that occurred before or after the commencement of the Chapter 11 Case on the Petition Date, other than default of the kind specified in § 365(b)(2) of the Bankruptcy Code; (B) reinstates the maturity of such Claim or Interest as such maturity existed before such default; (C) compensates the holder of such Claim or Interest for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law; and (D) does not otherwise alter the legal, equitable or contractual rights to which such Claim or Interest entitles the holder of such Claim or Interest; or (iii) the Plan provides that on the Effective Date, the holder of such Claim or Interest receives, on account of such Claim or Interest, cash equal to the Allowed Amount of such Claim or Interest.

"**Insider**" has the meaning provided by § 101(31) of the Bankruptcy Code.

"**Interest**" means any equity or ownership interest in the Debtor.

"**Lien**" means any charge against or interest in property to secure payment of debt or performance of an obligation and includes a judicial lien, security interest, and deed of trust, mortgage and property tax lien.

"**Order**" means an Order of the Bankruptcy Court.

"**Petition Date**" means March 8, 2021, the date on which the Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code.

"**Plan**" means this *Plan of Reorganization*, including any amendments, modifications or corrections made thereto pursuant to the Bankruptcy Code.

"**Priority Tax Claim**" means a Claim entitled to priority pursuant to Bankruptcy Code § 507(a)(8).

"**Priority Wage Claim**" means a Claim entitled to priority pursuant to Bankruptcy Code § 507(a)(4).

"**Priority Unsecured Claim**" means an Unsecured Claim entitled to priority under Bankruptcy Code § 507(a), except Priority Tax Claims and Priority Wage Claims.

"**Proof of Claim**" means a written statement setting forth a Creditor's Claim filed in this Case and conforming substantially to the appropriate official form.

"**Reorganized Debtor**" means the Debtor as it exists after Confirmation of the Plan.

"**Schedules and Statements**" means the Debtor's bankruptcy schedules A/B, D-H and the Statement of Financial Affairs.

"**Secured Claim**" means a Claim that is secured within the meaning of Bankruptcy Code §506(a). Should the value of the Collateral securing a Secured Claim be less than the amount of the Claim, the Claim will be bifurcated into a Secured Claim equal to the value of the Collateral and a general Unsecured Claim for the remainder, pursuant to Bankruptcy Code §506(d).

"**Unsecured Claim**" means any Claim that is not a Secured Claim or an Administrative Expense Claim and that is not entitled to priority treatment under Bankruptcy Code § 507.

## ARTICLE II
## CONCEPT OF THE PLAN

**2.01**    The Plan is a Plan of Reorganization. Electrotek is a manufacturer and supplier of printed circuit boards, operating since 1968. The Debtor's plant and daily operations are located in Oak Creek, Wisconsin, and its principal offices are located in Carrolton, Texas. Pursuant to the Plan, the Debtor will make payments to creditors from available cash and income from its ongoing business operations.

**2.02**    The Plan proposes to pay Secured Claims in full and pay a 20% return to Allowed Unsecured Claims over 12 months. The details of the Plan are set out in Article VI of this document.

## ARTICLE III
## GENERAL TERMS AND CONDITIONS

**3.01**    **Treatment of Claims**. This Plan is intended to resolve all Claims against the Debtor and/or property of the Debtor of whatever character, whether contingent or liquidated, or whether allowed by the Bankruptcy Court pursuant to Bankruptcy Code Section 502(a). However, only Allowed Claims will receive payments under the Plan. The Plan is designed to ensure that Claimants shall receive at least as much pursuant to this Plan as they would receive in a liquidation pursuant to Chapter 7 of the Bankruptcy Code.

**3.02**    **Time for Filing Claims**. The holder of any Administrative Claim other than (i) a Fee Claim, (ii) a liability incurred and paid in the ordinary course of business by the Debtor, or (iii) an Allowed Administrative Claim, must file with the Bankruptcy Court and serve on the Debtor and its respective counsel, notice of such Administrative Claim within thirty (30) days after the Effective Date. At a minimum, such notice must identify (i) the name of the holder of such Claim, (ii) the amount of such Claim, and (iii) the basis of such Claim. Failure to file this notice timely and properly shall result in the Administrative Claim being forever barred and discharged.

Each Person asserting an Administrative Expense that is a Fee Claim incurred before the Effective Date shall be required to file with the Bankruptcy Court, and serve on the Debtor's counsel and the U. S. Trustee, a Fee Application within sixty (60) days after the Effective Date.

A person who is found to have received a voidable transfer shall have thirty (30) days following the date upon which the order ruling that such transfer is avoidable becomes a Final Order in which to file a Claim in the amount of such avoided transfer.

Liabilities incurred from the Petition Date through the Effective Date in the ordinary course of business shall be paid in the ordinary course of business by the Debtor.

**3.03** **Modification to the Plan**. In accordance with Bankruptcy Rule 3019, to the extent applicable, this Plan may be modified or amended upon application of the Debtor, or corrected prior to the Confirmation Date, provided that notice and an opportunity for hearing have been given to any affected party. The Plan may be modified at any time after Confirmation and before the Effective Date, provided that the Plan, as modified, meets the requirements of sections 1122 and 1123 of the Bankruptcy Code and the Bankruptcy Court, after notice and a hearing, confirms the Plan, as modified, under section 1129 of the Bankruptcy Code, the circumstances warrant such modification and Debtor consents thereto in writing.

**ARTICLE IV**
**DESIGNATION OF CLASSES OF CLAIMS AND INTERESTS**

The Debtor designates the following Classes of Claims and Interests pursuant to Bankruptcy Code Section 1123.

**Class 1 Claims:** Allowed Priority Claims other than Priority Tax or Wage Claims.

**Class 2 Claims:** Allowed Secured Claims of Carrollton/Farmers Branch ISD.

**Class 3 Claims:** Allowed Secured Claim of DJ Barbaria.

**Class 4 Claims:** Allowed General Unsecured Claims.

**Class 5 Claims:** Allowed Insider Claims.

**Class 6 Equity Interests:** Equity Interest Holders.

**ARTICLE V**
**TREATMENT OF CLAIMS AND INTERESTS**

*A. NON-CLASSIFIED CLAIMS.* The following Claims are not classified, pursuant to Bankruptcy Code Section 1123:

a. **Administrative Expense Claims.** Each holder of an Administrative Expense Claim under Bankruptcy Code § 503 shall receive either: (i) with respect to

Administrative Expense Claims which are Allowed Claims on the Effective Date, the amount of such holder's Allowed Claim in one cash payment, within ten (10) days after the Effective Date, from the Debtor; (ii) with respect to Administrative Expense Claims which become Allowed Claims after the Effective Date, the amount of such holder's Allowed Claim, in one cash payment from the Debtor within ten (10) days after such Claim becomes an Allowed Administrative Expense Claim; or (iii) such other treatment agreed upon by the Debtor and such holder.

1.     Fee Claims. Each professional person whose retention with respect to this Case has been approved by the Bankruptcy Court or who holds, or asserts, an Administrative Expense Claim that is a Fee Claim shall be required to file with the Bankruptcy Court a final fee application within sixty (60) days after the Effective Date and to serve notice thereof on all parties entitled to such notice. The failure to file timely any such application as required shall result in the Fee Claim being forever barred and discharged. A Fee Claim, with respect to which a Fee Application has been properly filed, shall become an Administrative Expense Claim only to the extent allowed by Final Order. Fee Claims shall be paid either: (i) with respect to Fee Claims which are Allowed Claims on the Effective Date, the amount of such holder's Allowed Claim in one cash payment, within ten (10) days after the Effective Date, from the Debtor; (ii) with respect to Fee Claims which become Allowed Claims after the Effective Date, the amount of such holder's Allowed Claim, in one cash payment from the Debtor within ten (10) days after such Claim becomes an Allowed Fee Claim; or (iii) such other treatment agreed upon by the Debtor and such holder.

2.     Administrative Expense Claims Bar Date. Any other person or entity who claims to hold an Administrative Expense Claim (other than a Fee Claim) shall be required to file with the Bankruptcy Court an application within sixty (60) days after the Effective Date and to serve notice thereof on all parties entitled to such notice. The failure to file timely the application as required under this section) of this Plan shall result in the Claim being forever barred and discharged. An Administrative Expense Claim with respect to which an application has been properly filed and to which no timely objection has been filed or an objection has been filed but overruled by the Bankruptcy Court, shall become an Allowed Claim to the extent such Claim is allowed by Final Order.

b.     **Priority Tax Claims.** Priority Tax Claims shall be paid in full over the time period from the commencement of payments to the expiration of five (5) years from the Petition Date, with interest thereon at the rate of interest of 12% per annum. The Claims will be paid in equal monthly installments of principal and interest, commencing on the first day of the first month following the Effective Date and continuing on the first day of each month thereafter. Interest shall begin to accrue as of the Petition Date. These Claimants shall retain their pre- and post-Petition Date statutory Liens securing this Claim until it is paid in full.

c.     **Priority Wage Claims.** Any holder of an Allowed Priority Wage Claim within the meaning of Bankruptcy Code § 507(a)(4) will be paid in full in three (3) equal

monthly installments of principal and interest at the rate of 2% per annum. Payments will commence on the first day of the first month following the Effective Date and continue on the first day of each month thereafter until paid in full.

**Title 28 U.S.C. Section 1930 Fees.** The Reorganized Debtor shall pay all post-Confirmation fees assessed by the Office of the United States Trustee until this Case is closed by the Court or the Reorganized Debtor is otherwise released from such obligations by the Court.

**B. *CLASSIFIED CLAIMS.*** The following Claims are classified pursuant to Bankruptcy Code Section 1123, and are treated as follows:

**General Provisions Regarding Treatment of Claims.**

All Allowed Secured Claimants shall retain all their liens on any property securing their Claims.

No Claimant shall be entitled to a pre-payment penalty if their Claim is paid early.

Should the value of the Collateral securing a Secured Claim be less than the amount of the Claim, the Claim will be bifurcated into a Secured Claim equal to the value of the Collateral and an Unsecured Claim for the remainder.

**Class 1: Allowed Priority Claims other than Priority Tax or Wage Claims.** These Claims, if any, will be paid in full in 36 equal monthly installments of principal and interest at the rate of 2% per annum. Payments will commence on the first day of the first month following the Effective Date and continue on the first day of each month thereafter until paid in full. These Claims are Impaired and entitled to vote on the Plan.

**Class 2: Allowed Secured Claims of Carrollton/Farmers Branch ISD**. This Claim shall be paid in full over the time period from the commencement of payments to the expiration of five (5) years from the Petition Date, with interest thereon at the rate of interest of 12% per annum. The Claim will be paid in equal monthly installments of principal and interest, commencing on the first day of the first month following the Effective Date and continuing on the first day of each month thereafter. Interest shall begin to accrue as of the Petition Date. This Claimant shall retain its pre- and post-Petition Date statutory Liens securing this Claim until it is paid in full. These Claims are Impaired and entitled to vote on the Plan.

**Class 3: Allowed Secured Claim of DJ Barbaria**. This Claim shall not be paid anything until all Allowed Non-Insider Creditor Claims in other classes are paid as provided for in this Plan. Only then shall this Claim be entitled to payment from the Debtor. The Allowed Secured Claim shall accrue interest at 4.25% per annum from and after the Effective Date. This Claim shall retain its liens under this Plan.

**Class 4: Allowed General Unsecured Claims:** Class 4 Claimants shall receive 10% (ten per cent) of the amount of their Allowed Claims, payable over 12 months in equal monthly installments commencing on the first day of the first month following the Effective Date and

continuing on the first day of each month thereafter. These Claims are Impaired and entitled to vote on the Plan.

**Class 5: Allowed Insider Claims.** Class 5 shall consist of the Allowed Claims of Insiders of the Debtor. Class 5 Claims shall not be paid under this Plan. Class 5 Claimants are Impaired and are deemed to have rejected the Plan, but their claims will not be counted for or against Confirmation.

**Class 6: Equity Interests.** Class 5 Equity Interests shall be retained and are not Impaired under the Plan.

## ARTICLE VI
## MEANS FOR IMPLEMENTATION OF PLAN

**6.01** <u>**Implementation of Plan**</u>. This Plan will be substantially consummated by the commencement of payments as called for above. The Debtor will make all payments required under the Plan from available cash and income from its ongoing business operations. Nothing shall prevent the Debtor from paying the Creditors with Allowed Claims early.

Upon the Effective Date, all property of the Debtor and its Estate shall vest in the Reorganized Debtor, subject to the Allowed Secured Claims described in this Plan.

## ARTICLE VII
## TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**7.01** <u>**Rejection of Executory Contracts and Unexpired Leases**</u>. All executory contracts and unexpired leases not assumed by the Debtor as of the Confirmation Date shall be deemed as rejected by this Plan.

**7.02** <u>**Reservation of Rights**</u>. The Debtor shall have the right to assume or reject, pursuant to Bankruptcy Code Section 365, prior to the Confirmation Date, any executory contract or unexpired lease of real property (to the extent permitted under the Bankruptcy Code).

**7.03** <u>**Bar**</u> <u>**Date**</u> <u>**for**</u> <u>**Claims**</u> <u>**Based**</u> <u>**on**</u> <u>**Rejection**</u>. If the rejection of an executory contract or an unexpired lease results in damages to the other party or parties to such contract or lease, a Claim for such damages shall be forever barred and shall not be enforceable against the Plan Proponent or their properties or agents, successors, or assigns, unless a proof of Claim is filed with the Bankruptcy Court and served upon the Reorganized Debtor, by the earlier of (a) the end of the month following the period in which the Effective Date occurs or (b) such other deadline as the Court may set for asserting a Claim for such damages. Any Rejection Claim arising from the rejection of an unexpired lease or executory contract shall be treated as a General Unsecured Claim; *provided, however*, that any Rejection Claim based upon the rejection of an unexpired lease of real property either prior to the Confirmation Date or upon the entry of the Confirmation Order shall be limited in accordance with section 502(b)(6) of the Bankruptcy Code and state law mitigation requirements. Nothing contained herein shall be deemed an admission that such rejection gives rise to or results in a Claim or shall be deemed a waiver of any objections to such Claim if asserted.

## ARTICLE VIII
## ENFORCEMENT, SETTLEMENT, OR ADJUSTMENT OF CLAIMS

**8.01    The Debtor's Causes of Action.**  Except as otherwise released pursuant to the Plan, all Claims recoverable under Section 550 of the Bankruptcy Code, all Claims against third parties on account of an indebtedness, and all other Claims of any kind or character whatsoever owed to or in favor of the Debtor or Reorganized Debtor or the Estate to the extent not specifically compromised and released pursuant to this Plan or any agreement referred to and incorporated herein, are hereby preserved and retained for enforcement by the Reorganized Debtor for the benefit of the Creditors subsequent to the Effective Date.  This Plan shall not estop the Debtor or Reorganized Debtor from asserting any claim or cause of action whether disclosed or not.

**8.02    Objections to Claims.**  Any party authorized by the Bankruptcy Code may object to the allowance of Pre-Petition Date Claims at any time prior to sixty (60) days after the Effective Date and, as to Rejection Claims, at any time prior to sixty (60) days after the filing of any such Rejection Claim. Any proof of Claim filed after the Court sets bar dates shall be of no force and effect and shall be deemed disallowed.  All Contested Claims shall be litigated to Final Order; *provided, however,* that the Debtor or Reorganized Debtor may compromise and settle any Contested Claim, subject to the approval of the Bankruptcy Court.  Notwithstanding the foregoing, a person who is found to have received a voidable transfer shall have thirty (30) days following the date upon which the order ruling that such transfer is avoidable becomes a Final Order in which to file a Claim in the amount of such avoided transfer.

No distributions under this Plan shall be made to the holder of a Claim that is in dispute, unless and until such Claim becomes an Allowed Claim.  If a Claim is Disputed in whole or in part because the Debtor or Reorganized Debtor asserts a right of offset against such Claim or recoupment against the holder of such Claim, then, if and to the extent the Claim giving rise to the offset or recoupment is sustained by Final Order, the Claim in dispute shall be reduced or eliminated and, if applicable, the holder of such Claim shall be required to pay the amount of such offset or recoupment, less the amount of its Allowed Claim.  In addition, any party authorized by the Bankruptcy Code, at any time, may request that the Court estimate any contingent, disputed or unliquidated Claim pursuant to Section 502(c) of the Bankruptcy Code, regardless of any prior objections.

## ARTICLE IX
## EFFECT OF CONFIRMATION

**9.01    Discharge and Release of Debtor**.  Pursuant to Bankruptcy Code Section 1141(d), confirmation of this Plan does discharge the Debtor.

**9.02    Legal Binding Effect**.  The provisions of this Plan, pursuant to the Bankruptcy Code Section 1141 shall bind the Debtor and all Creditors, whether or not they accept this Plan. The distributions provided for Claimants shall not be subject to any Claim by another creditor or interest holder by reason of any assertion of a contractual right of subordination.

**9.03** **Discharge**. Confirmation of the Plan shall result in the inability to commence or continue any judicial, administrative, or other action or proceeding on account of any Pre-Petition Date Claims against the Debtor or Reorganized Debtor.

Except as provided in the Plan, from and after the Confirmation Date, all holders of Claims against the Debtor are restrained and enjoined by the Confirmation of the Plan: (a) from commencing or continuing in any manner, any action or other proceeding of any kind with respect to any such Claim against the Debtor or Reorganized Debtor, or its property; (b) from enforcing, attaching, collecting, or recovering by any manner or means, any judgment, award, decree, or order against the Assets or the Debtor or Reorganized Debtor on account of such Claims; (c) from creating, perfecting, or enforcing any encumbrance of any kind against the Assets, or the Debtor or Reorganized Debtor on account of such Claims; (d) from asserting any setoff, right of subrogation, or recoupment of any kind against any obligation due the Debtor or Reorganized Debtor on account of such Claims; and (e) from performing any act, in any manner, in any place whatsoever, that does not conform to or comply with the provisions of the Plan on account of such Claims; provided, however, that each holder of a Contested Claim may continue to prosecute its proof of Claim in the Bankruptcy Court and all holders of Claims shall be entitled to enforce its rights under the Plan and any agreements executed or delivered pursuant to or in connection with the Plan. Creditors shall not pursue Claims against non-debtor third parties at the same time as their Claims are being paid through the Plan.

**9.04** **Satisfaction of Claims and Interests**

Except as otherwise provided by the Plan, the consideration distributed under the Plan shall be in complete satisfaction of all Claims of any Creditor against the Debtor, including Claims arising prior to the Effective Date.

**9.05** **Temporary Injunction**

Except as otherwise expressly provided in, or permitted under, this Plan, the Confirmation Order shall provide, among other things, that all Creditors and persons who have held, hold, or may hold Claims or Interests against the Debtor, are enjoined on and after the Effective Date as long as the Plan is not in default and has not been completed against the: (i) commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtor or any third-party guarantor on account of Claims against the Debtor; (ii) enforcement, attachment, collection, or recovery by any manner or means of any judgment, award, decree, or order against the Debtor or any third-party guarantor or any assets or property of same; or (iii) creation, perfection, or enforcement of any encumbrance of any kind against the Debtor or any third-party guarantor arising from a Claim. Such injunction expires at the end of the Plan term at which time all Allowed Claims will have been paid in accordance with the terms of the Plan.

### ARTICLE X
### MISCELLANEOUS PROVISIONS

**10.01** **Request for Relief Under Bankruptcy Code Section 1129**. In the event any Impaired Class shall fail to accept this Plan in accordance with Bankruptcy Code Section 1129(a),

the Debtor reserves the right to, and does hereby request the Bankruptcy Court to confirm the Plan in accordance with Bankruptcy Code Section 1129(b).

**10.02** **Revocation**.  The Debtor reserves the right to revoke and withdraw this Plan at any time prior to the Confirmation Date.

**10.03** **Effect** **of** **Withdrawal** **or** **Revocation**.  If the Debtor revokes or withdraws this Plan prior to the Confirmation Date, or if the Confirmation Date or the Effective Date does not occur, then this Plan shall be deemed null and void.  In such event, nothing contained herein shall be deemed to constitute a waiver or release of any Claims by or against the Debtor or any other person or to prejudice in any manner the rights of the Debtor or any person in any further proceedings involving the Debtor.

**10.04** **Due** **Authorization** **by** **Creditors**.  Each and every Claimant who elects to participate in the distributions provided herein warrants that it is authorized to accept in consideration of its Claim against the Debtor the distributions provided in the Plan and that there are no outstanding commitments, agreements, or understandings, express or implied, that may or can in any way defeat or modify the rights conveyed or obligations undertaken by it under this Plan.

**10.05** **Entire** **Agreement**.  This Plan, as described herein, the Confirmation Order, and all other documents and instruments to effectuate this Plan provided for herein, constitute the entire agreement and understanding among the parties hereto relating to the subject matter hereof and supersedes all prior discussions and documents.

**10.06** **Section** **1146** **Exemption.**  Pursuant to Section 1146 of the Bankruptcy Code, the issuance, transfer or exchange or any security under this Plan or the making or delivery of any instrument or transfer pursuant to, in implementation of or as contemplated by this Plan or the transfer of any property pursuant to this Plan shall not be taxed under any federal, state or local law imposing a stamp, transfer or similar tax or fee.

**10.07** **Provisions** **Governing** **Distributions.**  All payments and distributions under the Plan shall be made by the Reorganized Debtor as indicated.  Any payments or distributions to be made by the Reorganized Debtor pursuant to the Plan shall be made as soon as reasonably practicable after the Effective Date, except as otherwise provided for in the Plan, or as may be ordered by the Bankruptcy Court.  Any payment or distribution by the Reorganized Debtor pursuant to the Plan, to the extent delivered by the United States Mail, shall be deemed made when deposited into the United States Mail.

Payments of Cash to be made by the Reorganized Debtor pursuant to the Plan shall be made by check drawn on a domestic bank or by wire transfer from a domestic bank.

Distributions and deliveries to holders of Allowed Claims shall be made at the addresses set forth on the proofs of Claim or proofs of interest filed by such holders (or at the last known addresses of such holders if no proof of Claim or proof of interest is filed).  All Claims for undeliverable distributions shall be made on or before the second anniversary of the Effective

Date. After such date, all unclaimed property shall remain the property of the Reorganized Debtor and the Claim of any other holder with respect to such unclaimed property shall be discharged and forever barred.

Checks issued by the Reorganized Debtor in respect of Allowed Claims shall be null and void if not cashed within ninety (90) days of the date of delivery thereof. Requests for reissuance of any check shall be made directly to the Reorganized Debtor by the holder of the Allowed Claim to whom such check originally was issued. Any claim in respect of such a voided check within ninety (90) days after the date of delivery of such check. After such date, all Claims in respect of void checks shall be discharged and forever barred, and the amount of such checks shall become Unclaimed Property and returned to the Reorganized Debtor.

No interest shall be paid on any Claim unless, and only to the extent that, the Plan specifically provides otherwise.

**10.08** **Governing Law.** Unless a rule of law or procedure supplied by federal law (including the Bankruptcy Code and Bankruptcy Rules) is applicable, or a specific choice of law provision is provided, the internal laws of the State of Texas shall govern the construction and implementation of the Plan and any agreements, documents, and instruments executed in connection with the Plan, without regard to conflicts of law.

**10.09** **Default**. In the event of a default under the Plan, the affected Claimant or its counsel shall provide notice to counsel for the Debtor/Reorganized Debtor. The Debtor/Reorganized Debtor shall have twenty (20) days to cure the default. In the event the Debtor/Reorganized Debtor fails to cure the default within 20 days after receipt of notice, the Claimant shall be entitled to pursue collection of all amounts owed pursuant to state law outside of the Bankruptcy Court. The Debtor/Reorganized Debtor shall only be entitled to two notices of default. In the event of a third default, the Claimant shall be entitled to pursue collection of all amounts owed pursuant to state law outside the Bankruptcy Court without further notice.

**10.10** **Notices.**

All notices, requests, elections, or demands in connection with the Plan shall be in writing and shall be deemed to have been given when received or, if mailed, five (5) days after the date of mailing provided such writing shall have been sent by registered or certified mail, postage prepaid, return receipt requested. A copy of all notices provided to the Debtor under this Plan shall be sent to: (i) the Debtor at 1430 Century Drive, Carrollton, Texas 75006, and (ii) the Debtor' attorney, Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 1412 Main Street. Suite 500 Dallas TX 75202 Telephone: (972) 503-4033; Fax: (972) 503-4034; Email: joyce@joycelindauer.com.

## ARTICLE XI
## MODIFICATION OF THE PLAN

**11.01** The Debtor may propose amendments to or modifications of this Plan at any time prior to Confirmation, upon notice to all parties-in-interest. After Confirmation, the Reorganized Debtor may, with approval of the Court and so long as it does not materially or adversely affect the interest of creditors, modify to remedy any defect or omission or reconcile any inconsistencies

in the Confirmation Order in such manner as may be necessary to carry out the purposes and effect of this Plan.

## ARTICLE XII
## RETENTION OF JURISDICTION

Notwithstanding confirmation of the Plan or the Effective Date having occurred, the Court will retain jurisdiction for the following purposes:

**12.01** **Allowance of Claims**. To hear and determine the allowability of all Claims upon objections to such Claims.

**12.02** **Executory Contracts and Unexpired Leases Proceedings**. To act with respect to proceedings regarding the assumption of any executory contract or unexpired lease of the Debtor pursuant to Section 365 and 1123 of the Code and Article VII of the Plan.

**12.03** **Plan Interpretation**. To resolve controversies and disputes regarding the interpretation of the Plan.

**12.04** **Plan Implementation**. To implement and enforce the provisions of the Plan and enter orders in aid of confirmation and implementation of the Plan.

**12.05** **Plan Modification**. To modify the Plan pursuant to Section 1127 of the Code and applicable Bankruptcy Rules.

**12.06** **Adjudication of Controversies**. To adjudicate such contested matters and adversary proceedings as may be pending or subsequently initiated in the Court against the Debtor.

**12.07** **Injunctive Relief**. To issue any injunction or other relief as appropriate to implement the intent of the Plan, and to enter such further orders enforcing any injunctions or other relief issued under the Plan or in the Confirmation Order.

**12.08** **Interpleader Action**. To entertain interpleader actions concerning assets to be distributed or other assets of the Estate.

**12.09** **Correct Minor Defects**. To correct any defect, cure any omission or reconcile any inconsistency or ambiguity in the Plan, the Confirmation Order or any document executed or to be executed in connection therewith, as may be necessary to carry out the purposes and intent of the Plan, provided that the rights of any holder or an Allowed Claim are not materially and adversely affected thereby.

**12.10** **Authorization of Fees and Expenses**. To review and authorize payment of professional fees incurred prior to the Effective Date.

**12.11** __Post-Confirmation__ __Orders__ __Regarding__ __Confirmation__.  To enter and implement such orders as may be appropriate in the event the Confirmation Order is, for any reason, stayed, reversed, revoked, modified, or vacated.

**12.12** __Final__ __Decree__.  To enter a final decree closing the Case pursuant to Bankruptcy Rule 3022.

Dated: April 26, 2021.

Respectfully Submitted,

   _/s/ Joyce W. Lindauer_
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St. Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
**ATTORNEYS FOR THE DEBTOR**

   _/s/ Mike Swerdlow_
Mike Swerdlow in his capacity as Chief
Financial Officer of the Debtor

**Fill in this information to identify the case:**

Debtor name  Electrotek Corporation

United States Bankruptcy Court for the: Northern District of Texas

Case number (If known):  21-30409-mvl

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. Cash on hand**    $ 100.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase | Checking | 7  3  8  6 | $ 343,765.84 |
| 3.2. | First Business Bank | Checking | | $ 0.00 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____    $_____
4.2. _____    $_____

**5. Total of Part 1**    $ 343,865.84

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1. WE Energy - Utility Deposit    $ 102,967.00
7.2. See continuation sheet    $ 36,022.00

EXHIBIT "B"

Debtor     Electrotek Corporation                                  Case number *(if known)*   21-30409-mvl
         Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

8.1. Orbotech -  Balance of quarterly maintenance contract                      $ 11,917.00

8.2.                                                      $

**9. Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                      $ 150,906.00

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

                                                           **Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:   1,143,174.00   –   0.00       = ........➔    $ 1,143,174.00
                        face amount            doubtful or uncollectible accounts

11b. Over 90 days old:   266,904.00   –   263,036.00      = ........➔    $ 3,868.00
                     face amount            doubtful or uncollectible accounts

**12. Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 1,147,042.00

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

                                           **Valuation method used for current value**     **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

14.1.                                                          $

14.2.                                                          $

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                         % of ownership:

15.1.                               %                         $

15.2.                               %                         $

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

16.1.                                                          $

16.2.                                                         $

**17. Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.               $

---

Debtor   Electrotek Corporation
         Name

Case number *(if known)* 21-30409-mvl

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> Raw Materials | _____ MM / DD / YYYY | $ 1,290,321.00 | Est. of market value | 570,882.00 |
| **20. Work in progress** <br> Work in Progress - No value if not completed | _____ MM / DD / YYYY | $ | Estimate of cost | 662,286.00 |
| **21. Finished goods, including goods held for resale** <br> Finished Goods | _____ MM / DD / YYYY | $ 181,148.00 | Sales value | 181,663.00 |
| **22. Other inventory or supplies** <br> Other Inventory | _____ MM / DD / YYYY | $ | Estimate of market valu | 20,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 1,434,831.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes. Book value 181,148.00    Valuation method Est. of market value    Current value 70,602.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

Debtor    Electrotek Corporation
          _____          Case number (if known)   21-30409-mvl
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>Office Furniture | $ _____ | Estimate of market va | $ 20,000.00 |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $ _____ | Estimate of market va | $ 20,000.00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | · $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 40,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor __Electrotek Corporation_____    Case number *(if known)* _____
         Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Machinery & Equipment

| | | | |
|---|---|---|---|
| | $ 973,962.00 | September 2019 App | $ 750,000.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 750,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  Electrotek Corporation
Name

Case number *(if known)*

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Manufacturing Facility | | $ 1,947,517.00 | Est based on 06/19 appr | $ 2,500,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 2,500,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** To be provided | $ | | Unknown $ |
| 61. **Internet domain names and websites** www.electrotekcorp.com | $ | | Unknown $ |
| 62. **Licenses, franchises, and royalties** To be provided | $ | | Unknown $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

Debtor  Electrotek Corporation
Name

Case number *(if known)*  21-30409-mvl

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜  $ _____
                   Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $ _____
_____   Tax year _____   $ _____
_____   Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____                         $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                         $ _____

Nature of claim      _____
Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                         $ _____

Nature of claim      _____
Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____                         $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

Receivable from Owner. Funds transferred to company on 3/29/2   $ 700,000.00

Recyclables                                                     $ 40,000.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.       $ 740,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor     Electrotek Corporation
           Name                                                    Case number (if known)

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 343,865.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 150,906.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,147,042.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 1,434,831.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 750,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 2,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 740,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 4,606,644.84 | + 91b. $ 2,500,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..........................  7,106,644.84   $ 7,106,644.84

| Debtor 1 | Electrotek Corporation | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## <u>Continuation Sheet for Official Form 206 A/B</u>

**7) Deposits, including security deposits and utility deposits**

| | |
|---|---|
| **Celtic – Leasing Deposit** | $5,000.00 |
| **Alliance – Leasing Deposit** | $7,507.00 |
| **Tetra – Leasing Deposit** | $23,515.00 |

Fill in this information to identify the case:

Debtor Name **Electrotek Corporation**

United States Bankruptcy Court for the: Northern District of Texas

Case number: **21-30409 mvl11**

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: **Mar 8 - Mar 31, 2021**          Date report filed: **04/19/2021**
                                                          MM / DD / YYYY

Line of business: **Manufacture Circuit Boards**          NAISC code: **334412**

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          **Electrotek Corporation**

Original signature of responsible party

Printed name of responsible party          **Michael J Swerdlow**

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Did you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

# EXHIBIT "C"

Debtor Name  Electrotek Corporation                          Case number  21-30409 mvl11

17.  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 343,765.84

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 274,239.16

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ 579,793.69

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 694,445.47

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 038,211.00

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

$ 58,525.93

*(Exhibit E)*

Debtor Name  Electrotek Corporation

Case number 21-30409 mvl11

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25.  **Total receivables**                                                                       $ 1,705,148.27

*(Exhibit F)*

---

### 5. Employees

26.  What was the number of employees when the case was filed?                                     75

27.  What is the number of employees as of the date of this monthly report?                        74

---

### 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?       $      0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $      0.00

30.  How much have you paid this month in other professional fees?                                 $      0.00

31.  How much have you paid in total other professional fees since filing the case?               $      0.00

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33.  **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34.  **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35.  Total projected cash receipts for the next month:                                         $ 475,000.00

36.  Total projected cash disbursements for the next month:                                   – $ 925,000.00

37.  Total projected net cash flow for the next month:                                         = $ -450,000.00

---

Debtor Name Electrotek Corporation

Case number 21-30409 mvl11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Electrotek Corporation**
**CASH RECEIPTS**

Exhibit C
1 of 6

ID: SPOON
F0143 Page: 1
04/15/2021 11:44:22 AM

DATE FROM 03/08/2021 TO 03/31/2021

| CUSTOMER | | CHECK NO | CHECK DATE | ENT DATE | CHECK AMOUNT | DEBIT AMOUNT | REFERENCE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1139 | ADCO Circuits | 60462 | 03/25/2021 | 03/25/2021 | 8,020.00 | 0.00 | INV-101516 | Invoice | 0.00 | 8,020.00 |
| | | | | | 8,020.00 | 0.00 | | | | 8,020.00 |
| 1084 | ATEK Products LLC | 1004598 | 03/29/2021 | 03/29/2021 | 1,804.32 | 0.00 | INV-101448 | Invoice | 0.00 | 1,804.32 |
| | | | | | 1,804.32 | 0.00 | | | | 1,804.32 |
| 1754 | Almtron Systems, LLC | w 03/29/21 | 03/29/2021 | 03/29/2021 | 1,970.92 | 0.00 | INV-101599 | Invoice | 0.00 | 1,970.92 |
| | | | | | 1,970.92 | 0.00 | | | | 1,970.92 |
| 1254 | Avionics Interface Tech | w 03/12/21 | 03/12/2021 | 03/12/2021 | 1,492.01 | 0.00 | INV-101392 | Invoice | 0.00 | 1,492.01 |
| | | | | | 1,492.01 | 0.00 | | | | 1,492.01 |
| 8655 | Avtec, Inc. | 34320 | 03/29/2021 | 03/29/2021 | 4,158.52 | 0.00 | INV-101502 | Invoice | 0.00 | 4,158.52 |
| | | | | | 4,158.52 | 0.00 | | | | 4,158.52 |
| 2429 | Aztalan Engineering Inc. | 63838 | 03/11/2021 | 03/11/2021 | 2,157.30 | 0.00 | INV-101370 | Invoice | 0.00 | 2,157.30 |
| | | | | | 2,157.30 | 0.00 | | | | 2,157.30 |
| 8430 | BW Papersystems | 551951 | 03/08/2021 | 03/08/2021 | 15,350.00 | 0.00 | INV-101357 | Invoice | 0.00 | 4,700.00 |
| | | | | | | | INV-101445 | Invoice | 0.00 | 10,650.00 |
| | | 552455 | 03/23/2021 | 03/23/2021 | 1,872.00 | 0.00 | INV-101395 | Invoice | 0.00 | 1,872.00 |
| | | | | | 17,222.00 | 0.00 | | | | 17,222.00 |

Copyright © 1988 - 2021 Aptean

Paradigm® Version 4.0

**Electrotek Corporation**
*CASH RECEIPTS*

DATE FROM 03/08/2021 TO 03/31/2021

| CUSTOMER | CHECK NO | CHECK DATE | ENT DATE | CHECK AMOUNT | DEBIT AMOUNT | REFERENCE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1702 Benchmark Electronics (Suzhou) | w 03/25/21 | 03/25/2021 | 03/25/2021 | 8,985.00 | 0.00 | INV-101383<br>INV-101390 | Invoice<br>Invoice | 0.00<br>15.00 | 1,250.00<br>7,735.00 |
| | | | | 8,985.00 | 0.00 | | | 15.00 | 8,985.00 |
| 1878 Bird Technologies | w 03/31/21 | 03/31/2021 | 03/31/2021 | 1,754.80 | 0.00 | INV-101358 | Invoice | 0.00 | 1,754.80 |
| | | | | 1,754.80 | 0.00 | | | 0.00 | 1,754.80 |
| 1138 CDR Manufacturing, Inc | 363145 | 03/16/2021 | 03/16/2021 | 1,188.44 | 0.00 | INV-101391 | Invoice | 0.00 | 1,188.44 |
| | | | | 1,188.44 | 0.00 | | | 0.00 | 1,188.44 |
| 2132 Circuit Technology, Inc | 24034 | 03/29/2021 | 03/29/2021 | 5,411.70 | 0.00 | INV-101497 | Invoice | 0.00 | 5,411.70 |
| | | | | 5,411.70 | 0.00 | | | 0.00 | 5,411.70 |
| 8535 Creation Technologies WI Inc | 530023694 | 03/08/2021 | 03/08/2021 | 1,620.00 | 0.00 | INV-101354 | Invoice | 0.00 | 1,620.00 |
| | | | | 1,620.00 | 0.00 | | | 0.00 | 1,620.00 |
| 1473 Creative Foam Corporation | w 03/15/21 | 03/15/2021 | 03/15/2021 | 7,045.50 | 0.00 | INV-101362<br>INV-101378 | Invoice<br>Invoice | 0.00<br>0.00 | 4,790.94<br>2,254.56 |
| | | | | 7,045.50 | 0.00 | | | 0.00 | 7,045.50 |
| 1389 DRS Training & Control Systems | 106129 | 03/08/2021 | 03/08/2021 | 1,207.16 | 0.00 | INV-101189 | Invoice | 0.00 | 1,207.16 |
| | | | | 1,207.16 | 0.00 | | | 0.00 | 1,207.16 |

Exhibit C
2 of C

Copyright © 1988 - 2021 Aptean

Paradigm® Version 4.0

**Electrotek Corporation**
*CASH RECEIPTS*

ID: SPOON
F0143 Page: 3
04/15/2021 11:44:22 AM

Exhibit C
3 of 6

DATE FROM 03/08/2021 TO 03/31/2021

| CUSTOMER | CHECK NO | CHECK DATE | ENT DATE | CHECK AMOUNT | DEBIT AMOUNT | REFERENCE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8332  East West Wisconsin, LLC | | | | | | | | | |
| | 11933 | 03/11/2021 | 03/11/2021 | 1,372.00 | 0.00 | INV-101300 | Invoice | 0.00 | 1,372.00 |
| | 12025 | 03/16/2021 | 03/16/2021 | 6,880.53 | 0.00 | INV-101333 | Invoice | 0.00 | 6,880.53 |
| | 12106 | 03/22/2021 | 03/22/2021 | 2,791.41 | 0.00 | INV-101372 | Invoice | 0.00 | 2,791.41 |
| | | | | 11,043.94 | 0.00 | | | 0.00 | 11,043.94 |
| 9900  Electrotek Corporation | | | | | | | | | |
| | w 03/08/21 | 03/08/2021 | 03/08/2021 | 411.96 | 0.00 | Knowles Refund | | | |
| | 231634705 | 03/11/2021 | 03/11/2021 | 73.92 | 0.00 | United States Treasury | | | |
| | 231564716 | 03/11/2021 | 03/11/2021 | 1,350.80 | 0.00 | United States Treasury | | | |
| | 231648224 | 03/11/2021 | 03/11/2021 | 1,321.85 | 0.00 | United States Treasury | | | |
| | 216890059 | 03/11/2021 | 03/11/2021 | 5,380.54 | 0.00 | United States Treasury | | | |
| | 216890015 | 03/11/2021 | 03/11/2021 | 2,541.26 | 0.00 | United States Treasury | | | |
| | 216890026 | 03/11/2021 | 03/11/2021 | 773.83 | 0.00 | United States Treasury | | | |
| | 216891048 | 03/11/2021 | 03/11/2021 | 3,689.11 | 0.00 | United States Treasury | | | |
| | 216891037 | 03/11/2021 | 03/11/2021 | 2,327.07 | 0.00 | United States Treasury | | | |
| | 16136959 | 03/11/2021 | 03/11/2021 | 416.41 | 0.00 | UPS | | | |
| | 16106237 | 03/11/2021 | 03/11/2021 | 5,993.97 | 0.00 | UPS | | | |
| | 94997383 | 03/24/2021 | 03/24/2021 | 121,096.22 | 0.00 | Travelers Insurance | | | |
| | 6099780 | 03/26/2021 | 03/26/2021 | 30.25 | 0.00 | FedEx | | | |
| | w 03/29/21 | 03/29/2021 | 03/29/2021 | 700,000.00 | 0.00 | DJ Babaria | | | |
| | | | | 847,407.19 | 0.00 | | | 0.00 | 0.00 |
| 1758  Forester, Inc | | | | | | | | | |
| | 2643 | 03/17/21 | 03/17/2021 | 7,750.00 | 0.00 | INV-101443 | Invoice | 0.00 | 7,750.00 |
| | | | | 7,750.00 | 0.00 | | | 0.00 | 7,750.00 |
| 1821  General Dynamics Land Systems | | | | | | | | | |
| | w 03/25/21 | 03/25/21 | 03/25/2021 | 6,449.94 | 0.00 | INV-101549 | Invoice | 0.00 | 6,449.94 |
| | | | | 6,449.94 | 0.00 | | | 0.00 | 6,449.94 |
| 7078  Grayhill | | | | | | | | | |
| | 813798 | 03/17/2021 | 03/17/2021 | 1,188.00 | 0.00 | | Invoice | 0.00 | 1,188.00 |
| | 813986 | 03/22/2021 | 03/22/2021 | 1,660.44 | 0.00 | INV-101505 | Invoice | 12.00 | 1,188.00 |

Copyright © 1988 – 2021 Aptean

**Electrotek Corporation**
**CASH RECEIPTS**

*Exhibit C*
*4 of 6*

DATE FROM 03/08/2021 TO 03/31/2021

| CUSTOMER | CHECK NO | CHECK DATE | BNT DATE | CHECK AMOUNT | DEBIT AMOUNT | REFERENCE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1489 Jabil Circuit – Florida | w 03/17/21 | 03/17/2021 | 03/17/2021 | 51,949.72 | 0.00 | INV-101398 | Invoice | 0.00 | 14,356.60 |
| | | | | | | INV-101399 | Invoice | 0.00 | 4,665.85 |
| | | | | | | INV-101401 | Invoice | 0.00 | 18,600.00 |
| | | | | | | INV-101403 | Invoice | 0.00 | 5,246.64 |
| | | | | | | INV-101405 | Invoice | 0.00 | 1,674.54 |
| | | | | | | INV-101410 | Invoice | 0.00 | |
| | | | | | | INV-101433 | Invoice | 0.00 | 7,406.09 |
| | | | | 51,949.72 | 0.00 | | | 0.00 | 51,949.72 |
| | 816196 | 03/29/2021 | 03/29/2021 | 1,660.44 | 0.00 | INV-101543 | Invoice | 16.77 | 1,660.44 |
| | 816196 | 03/29/2021 | 03/29/2021 | 1,423.12 | 0.00 | INV-101558 | Invoice | 14.38 | 1,423.12 |
| | | | | 4,271.56 | 0.00 | | | 43.15 | 4,271.56 |
| 1780 Kauffman Engineering | w 03/08/21 | 03/08/2021 | 03/08/2021 | 5,992.49 | 0.00 | INV-101307 | Invoice | 0.00 | 5,992.49 |
| | w 03/19/21 | 03/19/2021 | 03/19/2021 | 8,159.16 | 0.00 | INV-101460 | Invoice | 0.00 | 8,159.16 |
| | | | | 14,151.65 | 0.00 | | | 0.00 | 14,151.65 |
| 1049 MTI Electronics | 227529 | 03/17/2021 | 03/17/2021 | 20,107.32 | 0.00 | INV-101330 | Invoice | 0.00 | 20,107.32 |
| | 227587 | 03/29/2021 | 03/29/2021 | 37,817.44 | 0.00 | INV-101428 | Invoice | 0.00 | 37,817.44 |
| | | | | 57,924.76 | 0.00 | | | 0.00 | 57,924.76 |
| 2455 Marian Milwaukee | 79871 | 03/08/2021 | 03/08/2021 | 14,850.00 | 0.00 | INV-101351 | Invoice | 0.00 | 6,250.00 |
| | | | | | | INV-101373 | Invoice | 0.00 | 8,600.00 |
| | | | | 14,850.00 | 0.00 | | | 0.00 | 14,850.00 |
| 1787 Northlake Engineering | 20006192 | 03/25/2021 | 03/25/2021 | 3,402.00 | 0.00 | INV-101495 | Invoice | 0.00 | 3,402.00 |

Copyright © 1988 - 2021 Aptean

Paradigm® Version 4.0

**Electrotek Corporation**
**CASH RECEIPTS**

D SPOON
F0143 Page: 5
04/15/2021 11:44:22 AM

Exhibit C
5 of 6

DATE FROM 03/08/2021 TO 03/31/2021

| CUSTOMER | CHECK NO | CHECK DATE | ENT DATE | CHECK AMOUNT | DEBIT AMOUNT | REFERENCE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1378  OAI Electronics, LLC | 111379 | 03/29/2021 | 03/29/2021 | 2,240.20 | 0.00 | INV-101523 | Invoice | 0.00 | 2,240.20 |
| | | | | 2,240.20 | 0.00 | | | 0.00 | 2,240.20 |
| 8612  Optical Cable Corporation | 100065 | 03/17/2021 | 03/17/2021 | 4,084.08 | 0.00 | INV-101396 | Invoice | 0.00 | 4,084.08 |
| | | | | 4,084.08 | 0.00 | | | 0.00 | 4,084.08 |
| 1894  Plexus Corporation - Illinois | w 03/15/21 | 03/15/2021 | 03/15/2021 | 12,181.95 | 0.00 | INV-101416 | Invoice | 0.00 | 12,181.95 |
| | | | | 12,181.95 | 0.00 | | | 0.00 | 12,181.95 |
| 8666  Plexus/Electronic Assemb | w 03/15/21 | 03/15/2021 | 03/15/2021 | 50,200.00 | 0.00 | INV-101427 | Invoice | 0.00 | 5,006.20 |
| | | | | | | INV-101424 | Invoice | 0.00 | 4,905.80 |
| | | | | | | INV-101423 | Invoice | 0.00 | 5,443.20 |
| | | | | | | INV-101418 | Invoice | 0.00 | 5,027.40 |
| | | | | | | INV-101434 | Invoice | 0.00 | 10,999.80 |
| | | | | | | INV-101431 | Invoice | 0.00 | 5,518.80 |
| | | | | | | INV-101436 | Invoice | 0.00 | 1,108.80 |
| | | | | | | INV-101386 | Invoice | 0.00 | 250.00 |
| | | | | | | INV-101415 | Invoice | 0.00 | 11,940.00 |
| | w 03/08/21 | 03/08/2021 | 03/08/2021 | 80,570.85 | 0.00 | INV-101389 | Invoice | 0.00 | 27,931.20 |
| | | | | | | INV-101393 | Invoice | 0.00 | 1,328.65 |
| | | | | | | INV-101394 | Invoice | 0.00 | 9,903.60 |
| | | | | | | INV-101407 | Invoice | 0.00 | 945.00 |
| | | | | | | INV-101340 | Invoice | 0.00 | 375.00 |
| | | | | | | INV-101411 | Invoice | 0.00 | 4,857.60 |
| | | | | | | INV-101412 | Invoice | 0.00 | 7,106.40 |
| | | | | | | INV-101397 | Invoice | 0.00 | 8,013.60 |
| | | | | | | INV-101388 | Invoice | 0.00 | 15,762.60 |
| | | | | | | INV-101408 | Invoice | 0.00 | 4,347.00 |
| | | | | | 130,770.85 | 0.00 | | | 0.00 | 130,770.85 |
| | | | | 130,770.85 | 0.00 | | | 0.00 | 130,770.85 |

**Electrotek Corporation**
*CASH RECEIPTS*

Exhibit C
6 of 6

DATE FROM 03/08/2021 TO 03/31/2021

| CUSTOMER | CHECK NO | CHECK DATE | ENT DATE | CHECK AMOUNT | DEBIT AMOUNT | REFERENCE | DESCRIPTION | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1837  Spartan Brooksville LLC | 2139 | 03/11/2021 | 03/11/2021 | 974.15 | 0.00 | INV-101241 | Invoice | 0.00 | 974.15 |
|  |  |  |  | 974.15 | 0.00 |  |  | 0.00 | 974.15 |
| 1665  Sparrtronics | 277064 | 03/08/2021 | 03/08/2021 | 12,819.72 | 0.00 | INV-101405 | Invoice | 0.00 | 7,496.22 |
|  |  |  |  |  |  | INV-101419 | Invoice | 0.00 | 5,323.50 |
|  | 277211 | 03/17/2021 | 03/17/2021 | 7,371.00 | 0.00 | INV-101422 | Invoice | 0.00 | 850.50 |
|  |  |  |  |  |  | INV-101455 | Invoice | 0.00 | 6,520.50 |
|  | 277354 | 03/22/2021 | 03/22/2021 | 2,708.31 | 0.00 | INV-101475 | Invoice | 0.00 | 2,708.31 |
|  |  |  |  | 22,899.03 | 0.00 |  |  | 0.00 | 22,899.03 |
| 8036  Teledyne Advanced Elect. Sol. | w 03/29/21 | 03/29/2021 | 03/29/2021 | 16,849.67 | 0.00 | INV-101315 | Invoice | 0.00 | 8,873.40 |
|  |  |  |  |  |  | INV-101318 | Invoice | 0.00 | 2,218.85 |
|  |  |  |  |  |  | INV-101325 | Invoice | 0.00 | 5,750.42 |
|  |  |  |  | 16,849.67 | 0.00 |  |  | 0.00 | 16,849.67 |
| 1693  Zentech Manufacturing Inc | 61015 | 03/08/2021 | 03/08/2021 | 1,000.80 | 0.00 | INV-101268 | Invoice | 0.00 | 1,000.80 |
|  |  |  |  | 1,000.80 | 0.00 |  |  | 0.00 | 1,000.80 |
| GRAND TOTAL |  |  |  | 1,274,239.16 | 0.00 |  |  | 58.15 | 426,831.97 |

| Details | Posting Date | Description | Amount | Type | Check or Slip # | Cut | Vendor | Purpose |
|---|---|---|---|---|---|---|---|---|
| CHECK | 03/09/2021 | CHECK 3915 | -184.50 | CHECK_PAID | 3915 | 02/23/2021 | OCCUPATIONAL HEALTH CENTERS | Employee Drug Screening |
| CHECK | 03/09/2021 | CHECK 3938 | -1,165.25 | CHECK_PAID | 3938 | 02/23/2021 | RMS QUALITY SERVICE | Quality Verification |
| CHECK | 03/09/2021 | CHECK 3945 | -2,136.68 | CHECK_PAID | 3945 | 02/23/2021 | TCT CIRCUIT SUPPLY INC | Material/Supplies |
| CHECK | 03/08/2021 | CHECK 3963 | -1,489.59 | CHECK_PAID | 3963 | 03/01/2021 | VENTEC USA LLC | Material/Supplies |
| CHECK | 03/08/2021 | CHECK 3965 | -5,631.30 | CHECK_PAID | 3965 | 03/01/2021 | TAIYO AMERICA INC | Material/Supplies |
| CHECK | 03/11/2021 | CHECK 3992 | -6,657.80 | CHECK_PAID | 3992 | 03/02/2021 | MACDERMID INC. | Material/Supplies |
| CHECK | 03/15/2021 | CHECK 3995 | -79.80 | CHECK_PAID | 3995 | 03/02/2021 | ROBIN MUELLER-CLINE | Expense Reimbursement |
| CHECK | 03/15/2021 | CHECK 4020 | -51.00 | CHECK_PAID | 4020 | 03/05/2021 | AUTO MACHINE TECHNOLOGIES | Repairs |
| CHECK | 03/23/2021 | CHECK 4023 | -466.50 | CHECK_PAID | 4023 | 03/05/2021 | NELSON CONTAINER CORPORATION | Material/Supplies |
| CHECK | 03/19/2021 | CHECK 4025 | -1,592.00 | CHECK_PAID | 4025 | 03/09/2021 | CIRCUIT SOLUTIONS LLC | Material/Supplies |
| CHECK | 03/17/2021 | CHECK 4026 | -129.58 | CHECK_PAID | 4026 | 03/12/2021 | N & M TRANSFER CO INC | Transportation |
| CHECK | 03/22/2021 | CHECK 4027 | -728.00 | CHECK_PAID | 4027 | 03/12/2021 | ZORN COMPRESSOR & EQUIPMENT | Repairs |
| CHECK | 03/19/2021 | CHECK 4029 | -3,120.15 | CHECK_PAID | 4029 | 03/16/2022 | SPECIALTY COATING SYSTEMS INC | Material/Supplies |
| CHECK | 03/22/2021 | CHECK 4031 | -1,995.11 | CHECK_PAID | 4031 | 03/17/2021 | VENTEC USA LLC | Material/Supplies |
| CHECK | 03/22/2021 | CHECK 4032 | -242.92 | CHECK_PAID | 4032 | 03/17/2021 | TAPECASE LTD | Material/Supplies |
| CHECK | 03/23/2021 | CHECK 4033 | -2,789.00 | CHECK_PAID | 4033 | 03/17/2021 | EXCELLON ACQUISITION LLC | Repairs |
| CHECK | 03/18/2021 | CHECK 4034 | -50.03 | CHECK_PAID | 4034 | 03/17/2021 | MIKE SWERDLOW | Expense Reimbursement |
| CHECK | 03/17/2021 | CHECK 4035 | -433.97 | CHECK_PAID | 4035 | 03/17/2021 | MICHELLE HORTON | Expense Reimbursement |
| CHECK | 03/23/2021 | CHECK 4036 | -362.50 | CHECK_PAID | 4036 | 03/17/2021 | INTEGRATED PROCESS SYSTEMS | Material/Supplies |
| CHECK | 03/19/2021 | CHECK 4037 | -1,276.50 | CHECK_PAID | 4037 | 03/18/2021 | ECEMS | Repairs |
| CHECK | 03/22/2021 | CHECK 4038 | -4,255.90 | CHECK_PAID | 4038 | 03/18/2021 | TRESTER HOIST & EQUIPMENT | Repairs |
| CHECK | 03/23/2021 | CHECK 4039 | -461.45 | CHECK_PAID | 4039 | 03/18/2021 | LAKELAND SUPPLY INC | Material/Supplies |
| CHECK | 03/22/2021 | CHECK 4040 | -5,846.72 | CHECK_PAID | 4040 | 03/18/2021 | WOODS & ASSOCIATES | Material/Supplies |
| CHECK | 09/22/2021 | CHECK 4041 | -1,820.00 | CHECK_PAID | 4041 | 03/19/2021 | DLM TECHNOLOGIES | Repairs |
| CHECK | 03/22/2021 | CHECK 4042 | -1,676.00 | CHECK_PAID | 4042 | 03/22/2021 | CHEMA TECHNOLOGY | Material/Supplies |
| CHECK | 03/26/2021 | CHECK 4044 | -123.00 | CHECK_PAID | 4044 | 03/22/2021 | OCCUPATIONAL HEALTH CENTERS | Employee Drug Screening |
| CHECK | 05/26/2021 | CHECK 4045 | -236.00 | CHECK_PAID | 4045 | 03/22/2021 | FEDEX | Transportation |
| CHECK | 03/24/2021 | CHECK 4046 | -360.56 | CHECK_PAID | 4046 | 03/22/2021 | GRAINGER | Material/Supplies |
| CHECK | 05/29/2021 | CHECK 4047 | -282.00 | CHECK_PAID | 4047 | 03/22/2021 | THE CIT GROUP | Material/Supplies |
| CHECK | 03/26/2021 | CHECK 4048 | -2,650.00 | CHECK_PAID | 4048 | 03/22/2021 | DOUGLAS C. JEFFERY | Engineering Contactor |
| CHECK | 03/29/2021 | CHECK 4049 | -319.20 | CHECK_PAID | 4049 | 03/22/2021 | ROBIN MUELLER-CLINE | Expense Reimbursement |
| CHECK | 03/24/2021 | CHECK 4050 | -463.42 | CHECK_PAID | 4050 | 03/22/2021 | NASSCO INC. | Material/Supplies |
| CHECK | 03/29/2021 | CHECK 4051 | -94.55 | CHECK_PAID | 4051 | 03/22/2021 | RMS QUALITY SERVICE | Quality Verification |
| CHECK | 03/26/2021 | CHECK 4052 | -1,367.00 | CHECK_PAID | 4052 | 03/22/2021 | ROBERT SZRAMEK | Repairs |
| CHECK | 03/26/2021 | CHECK 4053 | -7,359.62 | CHECK_PAID | 4053 | 03/22/2021 | STEVEN SCHWED & ASSOCIATES | Insurance Reimbursement Service |
| CHECK | 03/24/2021 | CHECK 4054 | -6,486.39 | CHECK_PAID | 4054 | 03/22/2021 | SENTRY INSURANCE | Insurance |
| CHECK | 03/26/2021 | CHECK 4055 03/26 | -360.00 | CHECK_PAID | 4055 | 03/22/2021 | VALLEY LABS INC | Quality Verification |
| CHECK | 03/30/2021 | CHECK 4056 | -55.00 | CHECK_PAID | 4056 | 03/22/2021 | SABRINA G. WILLIAMSON | Expense Reimbursement |
| CHECK | 03/24/2021 | CHECK 4057 | -4,926.90 | CHECK_PAID | 4057 | 03/22/2021 | WOODS & ASSOCIATES | Material/Supplies |
| CHECK | 03/26/2021 | CHECK 4059 | -1,592.00 | CHECK_PAID | 4059 | 03/23/2021 | CIRCUIT SOLUTIONS LLC | Material/Supplies |
| CHECK | 03/25/2021 | CHECK 4060 | -1,130.50 | CHECK_PAID | 4060 | 03/24/2021 | CHEMA TECHNOLOGY | Material/Supplies |
| CHECK | 03/30/2021 | CHECK 4061 | -91.75 | CHECK_PAID | 4061 | 03/24/2021 | BEARINGS INCORPORATED-SOUTH | Repairs |
| CHECK | 03/30/2021 | CHECK 4062 | -1,033.00 | CHECK_PAID | 4062 | 03/25/2021 | MATHAS DIE COMPANY INC | Material/Supplies |
| CHECK | 03/26/2021 | CHECK 4063 | -2,506.92 | CHECK_PAID | 4063 | 03/25/2021 | WOODS & ASSOCIATES | Material/Supplies |
| CHECK | 03/30/2021 | CHECK 4064 | -1,722.76 | CHECK_PAID | 4064 | 03/26/2021 | REVERE ELECTRIC | Repairs |
| CHECK | 03/29/2021 | CHECK 4065 | -129.58 | CHECK_PAID | 4065 | 03/26/2021 | N & M TRANSFER CO INC | Transportation |
| CHECK | 03/26/2021 | CHECK 4066 | -2,037.39 | CHECK_PAID | 4066 | 03/26/2021 | MIKE SWERDLOW | Expense Reimbursement |
| CHECK | 03/31/2021 | CHECK 4071 | -301.87 | CHECK_PAID | 4071 | 03/29/2021 | BENCHMARK PRODUCTS | Material/Supplies |
| CHECK | 03/31/2021 | CHECK 4082 | -469.55 | CHECK_PAID | 4082 | 03/29/2021 | MCMASTER-CARR SUPPLY CO | Material/Supplies |
| CHECK | 03/31/2021 | CHECK 4084 | -1,458.12 | CHECK_PAID | 4084 | 03/29/2021 | NASSCO INC. | Material/Supplies |

*(handwritten at bottom: "Exhibit D", "1 of 8")*

| Type | Date | Description | Amount | Trans Type | | Cat Date | Payee | Category |
|---|---|---|---|---|---|---|---|---|
| CHECK | 03/31/2021 | CHECK 4089 | -867.21 | CHECK_PAID | 4089 | 03/29/2021 | RIVER RUN COMPUTERS INC. | IT Consultant |
| CHECK | 03/31/2021 | CHECK 4094 | -8,977.62 | CHECK_PAID | 4094 | 03/29/2021 | CITY OF OAK CREEK | Taxes |
| DEBIT | 03/10/2021 | Online ACH Payment 5280586060 To IEC (_#####5000 | -2,820.20 | ACH_PAYMENT | ACH | 03/10/2021 | IEC | Material/Supplies |
| DEBIT | 03/12/2021 | Online ACH Payment 5280898377 To IEC (_#####5000 | -254.09 | ACH_PAYMENT | ACH | 03/12/2021 | IEC | Material/Supplies |
| DEBIT | 03/16/2021 | Online ACH Payment 5281229127 To All4PCB (_####### | -4,687.49 | ACH_PAYMENT | ACH | 03/15/2021 | All4PCB | Repairs |
| DEBIT | 03/16/2021 | Online ACH Payment 5281233552 To Insulectro (_####### | -17,660.60 | ACH_PAYMENT | ACH | 03/16/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/17/2021 | Online ACH Payment 5281343548 To IEC (_#####5000 | -1,876.60 | ACH_PAYMENT | ACH | 03/17/2021 | IEC | Material/Supplies |
| DEBIT | 03/17/2021 | Online ACH Payment 5281343831 To MacDermid (_### | -3,670.63 | ACH_PAYMENT | ACH | 03/17/2021 | MacDermid | Material/Supplies |
| DEBIT | 03/17/2021 | Online ACH Payment 5281372628 To Insulectro (_### | -531.00 | ACH_PAYMENT | ACH | 03/17/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/18/2021 | Online ACH Payment 5281525537 To Hydrite (_###### | -1,663.75 | ACH_PAYMENT | ACH | 03/18/2021 | Hydrite | Material/Supplies |
| DEBIT | 03/18/2021 | Online ACH Payment 5281526857 To Insulectro (_### | -8,595.68 | ACH_PAYMENT | ACH | 03/18/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/19/2021 | Online ACH Payment 5281525599 To Insulectro (_### | -64.40 | ACH_PAYMENT | ACH | 03/18/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/19/2021 | Online ACH Payment 5281526857 To Technic(_####### | -3,172.00 | ACH_PAYMENT | ACH | 03/18/2021 | Technic | Material/Supplies |
| DEBIT | 03/19/2021 | Online ACH Payment 5281799677 To Insulectro (_### | -4,125.00 | ACH_PAYMENT | ACH | 03/19/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/19/2021 | Online ACH Payment 5281688376 To MacDermid (_## | -2,147.39 | ACH_PAYMENT | ACH | 03/19/2021 | MacDermid | Material/Supplies |
| DEBIT | 03/19/2021 | Online ACH Payment 5281688473 To Uline (_###2456) | -271.20 | ACH_PAYMENT | ACH | 03/19/2021 | Uline | Material/Supplies |
| DEBIT | 03/22/2021 | Online ACH Payment 5281701238 To Chemcut (_#### | -2,952.35 | ACH_PAYMENT | ACH | 03/19/2021 | Chemcut | Material/Supplies |
| DEBIT | 03/22/2021 | Online ACH Payment 5281751679 To Hydrite (_##### | -1,430.12 | ACH_PAYMENT | ACH | 03/22/2021 | Hydrite | Material/Supplies |
| DEBIT | 03/22/2021 | Online ACH Payment 5281814627 To Culligan (_#4561 | -9,000.00 | ACH_PAYMENT | ACH | 03/22/2021 | Culligan | Material/Supplies |
| DEBIT | 03/22/2021 | Online ACH Payment 5281834507 To Uyemura (_#### | -20,403.63 | ACH_PAYMENT | ACH | 03/22/2021 | Uyemura | Material/Supplies |
| DEBIT | 03/23/2021 | Online ACH Payment 5281147432 To Uyemura (_#### | -3,912.00 | ACH_PAYMENT | ACH | 03/23/2021 | Uyemura | Material/Supplies |
| DEBIT | 03/23/2021 | Online ACH Payment 5281949989 To Chemcut (_### | -1,035.25 | ACH_PAYMENT | ACH | 03/23/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/23/2021 | Online ACH Payment 5282000481 To Insulectro (_### | -4,365.63 | ACH_PAYMENT | ACH | 03/23/2021 | Chemcut | Material/Supplies |
| DEBIT | 03/23/2021 | Online ACH Payment 5282061513 To Taiyo (_###### | -1,791.00 | ACH_PAYMENT | ACH | 03/23/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/24/2021 | Online ACH Payment 5282060483 To Insulectro (_### | -1,860.00 | ACH_PAYMENT | ACH | 03/23/2021 | Taiyo | Material/Supplies |
| DEBIT | 03/25/2021 | Online ACH Payment 5282384187 To Chemcut (_##### | -403.75 | ACH_PAYMENT | ACH | 03/24/2021 | Taiyo | Material/Supplies |
| DEBIT | 03/25/2021 | Online ACH Payment 5282323085 To Buehler (_#####837 | -533.80 | ACH_PAYMENT | ACH | 03/25/2021 | Buehler | Material/Supplies |
| DEBIT | 03/26/2021 | Online ACH Payment 5282284180 To Chemcut (_##### | -913.60 | ACH_PAYMENT | ACH | 03/25/2021 | Buehler | Material/Supplies |
| DEBIT | 03/26/2021 | Online ACH Payment 5282380588 To Chemcut (_### | -2,688.25 | ACH_PAYMENT | ACH | 03/25/2021 | Chemcut | Material/Supplies |
| DEBIT | 03/26/2021 | Online ACH Payment 5282383418 To Insulectro (_### | -3,703.20 | ACH_PAYMENT | ACH | 03/26/2021 | Chemcut | Material/Supplies |
| DEBIT | 03/29/2021 | Online ACH Payment 5282584554 To AGC Nelco Ameri | -25,468.92 | ACH_PAYMENT | ACH | 03/26/2021 | Nelco | Material/Supplies |
| DEBIT | 03/29/2021 | Online ACH Payment 5282593322 To Digi Key (_##596 | -512.40 | ACH_PAYMENT | ACH | 03/29/2021 | Digikey | Material/Supplies |
| DEBIT | 03/29/2021 | Online ACH Payment 5282591113 To Hawkins (_#### | -1,230.72 | ACH_PAYMENT | ACH | 03/29/2021 | Hawkins | Material/Supplies |
| DEBIT | 03/30/2021 | Online ACH Payment 5282608690 To Insulectro (_### | -1,290.00 | ACH_PAYMENT | ACH | 03/29/2021 | Insulectro | Material/Supplies |
| DEBIT | 03/30/2021 | Online ACH Payment 5282745715 To Taiyo (_####### | -3,273.06 | ACH_PAYMENT | ACH | 03/30/2021 | Taiyo | Material/Supplies |
| DEBIT | 03/30/2021 | Online ACH Payment 5282745151 To IEC (_#####5000 | -7,799.42 | ACH_PAYMENT | ACH | 03/30/2021 | IEC | Material/Supplies |
| DEBIT | 03/31/2021 | Online ACH Payment 5282783360 To MacDermid (_## | -3,522.85 | ACH_PAYMENT | ACH | 03/30/2021 | MacDermid | Material/Supplies |
| DEBIT | 03/31/2021 | Online ACH Payment 5282887200 To Buehler (_#####837 | -1,105.00 | ACH_PAYMENT | ACH | 03/31/2021 | Buehler | Material/Supplies |
| DEBIT | 03/16/2021 | ONLINE DOMESTIC WIRE TRANSFER A/C: IPC INTERNAT | -4,350.00 | WIRE_OUTGOING | ACH | 03/31/2021 | Buehler | Material/Supplies |
| DEBIT | 03/29/2021 | ONLINE DOMESTIC WIRE TRANSFER A/C: IPC INTERNAT | -980.00 | WIRE_OUTGOING | ACH | 03/16/2021 | IPC | Training Supplies |
| DEBIT | 03/30/2021 | ONLINE INTERNATIONAL WIRE TRANSFER VIA: BANK OF | -1,323.76 | WIRE_OUTGOING | ACH | 04/29/2021 | Exact | Software |
| DEBIT | 03/08/2021 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: LLOYDS | ORIG ID:14214 | WIRE_OUTGOING | ACH | 03/29/2021 | Fried Enterprise | Material/Supplies |
| DEBIT | 03/24/2021 | ONLINE ACH:CINTASCORPORATIO ACCOUNT SERVICES | ORIG ID:1311 | WIRE_OUTGOING | ACH | 03/30/2021 | Account Services | Material/Supplies |
| DEBIT | 03/25/2021 | ORIG CO NAME:DENTAL SELECT IT ORIG ID:1870461 | -635.36 | ACH_DEBIT | ACH | 03/08/2021 | Cintas | Uniforms |
| DEBIT | 03/17/2021 | ORIG CO NAME:INSULECTRO5581 ORIG ID:133050 | -3,834.70 | ACH_DEBIT | ACH | 03/24/2021 | Dental Select | Insurance |
| DEBIT | 03/18/2021 | ORIG CO NAME:MOBILE MINI ORIG ID:18607483 | -477.65 | ACH_DEBIT | ACH | 03/25/2021 | Insulectro | Insurance |
| DEBIT | 03/31/2021 | ORIG CO NAME:MOBILE MINI ORIG ID:18607483 | -190.17 | ACH_DEBIT | ACH | 03/18/2021 | Mobile Mini | Storage |
| DEBIT | 03/15/2021 | ORIG CO NAME:PAWNEE EQUIPMENT ORIG ID:1847 | -58.03 | ACH_DEBIT | ACH | 03/18/2021 | Mobile Mini | Storage |
| DEBIT | 03/15/2021 | ORIG CO NAME:PAWNEE EQUIPMENT ORIG ID:1847 | -8,051.70 | ACH_DEBIT | ACH | 03/31/2021 | Pawnee | Leased Equipment |
| DEBIT | 03/25/2021 | ORIG CO NAME:PAWNEE EQUIPMENT ORIG ID:1847 | -350.50 | ACH_DEBIT | ACH | 03/25/2021 | Pawnee | Leased Equipment |
| DEBIT | 03/10/2021 | ORIG CO NAME:PAYCOM ORIG ID:1260302458 | -130,080.06 | ACH_DEBIT | ACH | 03/10/2021 | Paycom | Payroll |

| Type | Date | ORIG CO NAME | ORIG ID | Amount | | Channel | Date | Payee | Category |
|---|---|---|---|---|---|---|---|---|---|
| DEBIT | 03/24/2021 | ORIG CO NAME:PAYCOM | ORIG ID:1260320240 | -125,884.02 | ACH_DEBIT | ACH | 03/24/2021 | Paycom | Payroll |
| DEBIT | 03/12/2021 | ORIG CO NAME:Sentry Life Ins | ORIG ID:SENTRYINS01 | -4,884.58 | ACH_DEBIT | ACH | 03/12/2021 | SENTRY INSURANCE | Insurance |
| DEBIT | 03/25/2021 | ORIG CO NAME:Sentry Life Ins | ORIG ID:SENTRYINS01 | -4,978.25 | ACH_DEBIT | ACH | 03/26/2021 | SENTRY INSURANCE | Insurance |
| DEBIT | 03/30/2021 | ORIG CO NAME:U. P. S. | ORIG ID:2159207043 D | -1,999.90 | ACH_DEBIT | ACH | 03/30/2021 | UPS | Transportation |
| DEBIT | 03/16/2021 | ORIG CO NAME:U. P. S. | ORIG ID:2159207043 D | -1,898.54 | ACH_DEBIT | ACH | 03/16/2021 | UPS | Transportation |
| DEBIT | 03/09/2021 | ORIG CO NAME:U. P. S. | ORIG ID:2159207043 D | -1,187.01 | ACH_DEBIT | ACH | 03/09/2021 | UPS | Transportation |
| DEBIT | 03/23/2021 | ORIG CO NAME:U. P. S. | ORIG ID:2159207043 D | -1,781.77 | ACH_DEBIT | ACH | 03/23/2021 | UPS | Transportation |
| DEBIT | 03/30/2021 | ORIG CO NAME:U. P. S. | ORIG ID:4159207043 D | -88.53 | ACH_DEBIT | ACH | 03/30/2021 | UPS | Transportation |
| DEBIT | 03/16/2021 | ORIG CO NAME:U. P. S. | ORIG ID:4159207043 D | -240.00 | ACH_DEBIT | ACH | 03/16/2021 | UPS | Transportation |
| DEBIT | 03/08/2021 | ORIG CO NAME:WASTE MANAGEMENT | ORIG ID:90( | -1,579.58 | ACH_DEBIT | ACH | 03/08/2021 | Waste Management | Waste Pickup |

-548,358.07

3 of 4

Exhibit G

Exhibit D

4 of 4

BANK : Chase Bank                    Date From : 03/01/2021 To : 03/31/2021

| CHECK NUMBER | CHECK DATE | AMOUNT | PAY TO | STATUS | |
|---|---|---|---|---|---|
| 2601 | 08/06/2020 | 486.84 | ACUITY BRAND LIGHTING INC | Open | Tariff Refund |
| 3909 | 02/23/2021 | 2,000.00 | APTEAN INC | Open | Software |
| 4028 | 03/15/2021 | 606.02 | GLOBAL CUSTOM MACHINE | Open | Repairs |
| 4067 | 03/29/2021 | 360.00 | ACCURATE MACHINE SERVICE | Open | Repairs |
| 4068 | 03/29/2021 | 937.45 | AIRGAS USA LLC | Open | Material/Supplies |
| 4069 | 03/29/2021 | 190.35 | ALLIED HIGH TECH PRODUCTS INC | Open | Material/Supplies |
| 4070 | 03/29/2021 | 908.70 | AT&T | Open | Utility |
| 4072 | 03/29/2021 | 50.00 | BRENNTAG GREAT LAKES LLC | Open | Material/Supplies |
| 4073 | 03/29/2021 | 255.00 | BUEHLER A DIVISION OF | Open | Material/Supplies |
| 4074 | 03/29/2021 | 170.00 | C.R.T. INC | Open | Material/Supplies |
| 4075 | 03/29/2021 | 96.50 | CHEMA TECHNOLOGY | Open | Material/Supplies |
| 4076 | 03/29/2021 | 120.00 | DIETZ ELECTRIC COMPANY | Open | Repairs |
| 4077 | 03/29/2021 | 833.44 | DLM TECHNOLOGIES | Open | Repairs |
| 4078 | 03/29/2021 | 84.00 | FRED LEVINE SERVICES INC | Open | Material/Supplies |
| 4079 | 03/29/2021 | 1,041.88 | HARRINGTON INDUSTRIAL PLASTICS | Open | Material/Supplies |
| 4080 | 03/29/2021 | 410.00 | KYOCERA PRECISION TOOLS INC | Open | Material/Supplies |
| 4081 | 03/29/2021 | 2,405.65 | MACDERMID INC. | Open | Material/Supplies |
| 4083 | 03/29/2021 | 399.21 | MIDWEST SIGN & SCREEN PRINTING | Open | Material/Supplies |
| 4085 | 03/29/2021 | 68.25 | ORBOTECH INC | Open | Repairs |
| 4086 | 03/29/2021 | 1,792.20 | PRECIOUS METAL PROCESSING | Open | Material/Supplies |
| 4087 | 03/29/2021 | 76.30 | REDISHRED ACQUISITION INC | Open | Material/Supplies |
| 4088 | 03/29/2021 | 85.51 | QUADIENT LEASING USA INC | Open | Material/Supplies |
| 4090 | 03/29/2021 | 35.00 | SALTCO | Open | Material/Supplies |
| 4091 | 03/29/2021 | 1,610.00 | ST & S GROUP | Open | Quality Verification |
| 4092 | 03/29/2021 | 264.00 | TCT CIRCUIT SUPPLY INC | Open | Material/Supplies |
| 4093 | 03/29/2021 | 514.53 | TEXAS TECHNOLOGIES | Open | Material/Supplies |
| 4095 | 03/29/2021 | 73.50 | ULINE | Open | Material/Supplies |
| 4096 | 03/29/2021 | 360.00 | VALLEY LABS INC | Open | Quality Verification |
| 4097 | 03/29/2021 | 159.48 | VENTEC USA LLC | Open | Material/Supplies |
| 4098 | 03/29/2021 | 9,420.23 | VEOLIA ENVIRONMENTAL SERVICES | Open | Waste Pickup |
| 4099 | 03/29/2021 | 55.00 | SABRINA G. WILLIAMSON | Open | Expense Reimbursement |
| 4101 | 03/30/2021 | 1,175.00 | G & H ENTERPRISES | Open | Material/Supplies |
| 4102 | 03/30/2021 | 284.00 | WIPER TECH | Open | Material/Supplies |
| 4103 | 03/30/2021 | 362.50 | INTEGRATED PROCESS SYSTEMS | Open | Material/Supplies |
| 4104 | 03/30/2021 | 96.96 | BEARINGS INCORPORATED-SOUTH | Open | Material/Supplies |
| 4105 | 03/30/2021 | 728.00 | PIEPER ELECTRIC INC | Open | Repairs |
| 4106 | 03/31/2021 | 2,920.12 | WOODS & ASSOCIATES | Open | Material/Supplies |
| | | 31,435.62 | | | |

+ 548,358.07

$579,793.69

| INVOICE / DEBIT | AIRNO | STATUS | DATE | DUE DATE | PO/REF NUM | TOTAL DUE |
|---|---|---|---|---|---|---|
| SUPPLIER: 9111155970 | AIRNO AIRGAS | Active | USA LLC 03/18/2021 | 04/17/2021 PO-095892 | STATUS: | 3,432.59 Material/Supply |
| SUPPLIER: 3599913 | AMERA ASSOCIA | Active | TED RACK CO RPORATION 03/19/2021 | 04/18/2021 | STATUS: | 40.00 Material/Supply |
| SUPPLIER: G220435 | ASSOC ASSOCIA | Active | TED BAG COM PANY 03/16/2021 | 04/15/2021 PO-100274 | STATUS: | 38.54 Material/Supply |
| SUPPLIER: 8899 | ATOZR A TO Z | Active | REFRIGERATI ON & HVAC 03/29/2021 | 04/28/2021 | STATUS: | 780.86 Repairs |
| SUPPLIER: 1022 | BLANC BLANCA' | Active | S CLEANING SERVICES LL C 03/29/2021 | 03/29/2021 | STATUS: | 3,500.00 Cleaning Service |
| SUPPLIER: 407893425 4079647243 | CINTA CINTAS Active Active | Active | CORPORATION #447 03/18/2021 03/25/2021 | 04/17/2021 04/24/2021 | STATUS: | 616.12 Uniforms 590.56 Uniforms |
| SUPPLIER: 5457049-03 | COLON COLONIA 11363 | Active | L LIFE 03/25/2021 | 04/10/2021 | STATUS: | 1,168.78 Insurance |
| SUPPLIER: 7879781 | COMPO COMPOSI | Active | TES ONE LLC 03/26/2021 | 03/26/2021 PO-100338 | STATUS: | 453.20 Material/Supply |
| SUPPLIER: 740880 | CULLI MEREDIT | Active | H'S CULLIGA N WATER 03/30/2021 | 04/29/2021 | STATUS: | 424.50 Material/Supply |
| SUPPLIER: 73320 | DLMTE DLM TEC | Active | HNOLOGIES 03/14/2021 | 04/13/2021 PO-100175 | STATUS: | 418.50 Material/Supply |
| SUPPLIER: 436334272-1 | ECHO ECHO GLO | Active | BAL LOGISTI CS INC 03/26/2021 | 04/25/2021 | STATUS: | 219.07 Transportation |
| SUPPLIER: 7-316-4319 7-324-3962 | FEDEX FEDEX Active Active | Active | 03/24/2021 03/31/2021 | 04/08/2021 04/15/2021 | STATUS: | 196.50 Transportation 178.82 Transportation |

Exhibit E

1 of 4

| Supplier | Vendor | Status | Description | Date | Status / PO | Amount | Category |
|---|---|---|---|---|---|---|---|
| SUPPLIER: 348251. | FILTE FILTER | Active | TECHNOLOGY INC | 03/16/2021 | STATUS: PO-099995 | 273.95 | Material/Supply |
| SUPPLIER: 695617.1 / 8000374 | FISHE FISHER | Active / Active | SCIENTIFIC | 03/16/2021 / 03/24/2021 | STATUS: PO-100146 / PO-100146 | 201.26 / 341.77 | Material/Supply |
| SUPPLIER: 110385 | FLORI FLORIDA | Active | CIRTECH | 03/30/2021 | STATUS: 04/29/2021 PO-100340 | 462.00 | Material/Supply |
| SUPPLIER: HARIN 4826799 / 4826808 / 4826856 / 4826857 | HARRING | Active / Active / Active / Active | TON INDUSTR IAL PLASTIC S | 03/18/2021 / 03/19/2021 / 03/26/2021 / 03/26/2021 | STATUS: 04/17/2021 PO-100233 / 04/18/2021 PO-100233 / 04/25/2021 PO-100092 / 04/25/2021 PO-100170 | 2,340.39 / 439.94 / 429.55 / 379.84 | Material/Supply |
| SUPPLIER: 692629 HTMSE | HTM SEN | Active | SORS | 03/23/2021 | STATUS: 04/22/2021 PO-100331 | 185.25 | Material/Supply |
| SUPPLIER: 1000486569 INSUL | INSULEC | Active | TRO | 03/30/2021 | STATUS: 04/29/2021 PO-100263 | 31.20 | Material/Supply |
| SUPPLIER: JEFFE 03/27/21 e | DOUGLAS | Active | C. JEFFERY | 03/27/2021 | STATUS: | 3,175.00 | Contracted Temp |
| SUPPLIER: JMBRE SALES00012 / 7905 | JM BREN | Active | NAN INC | 03/19/2021 | STATUS: 04/18/2021 PO-099995 | 1,036.01 | Repair |
| SUPPLIER: JPTEC | JP TECH | | | 03/10/2021 | 04/09/2021 PO-100208 | | STATUS: |
| SUPPLIER: 2021-24403 | | Active | | | | 3,247.66 | Material/Supply |
| SUPPLIER: LEVIN 21-3-39 | FRED LE | Active | VINE SERVIC ES INC | 03/16/2021 | STATUS: 04/15/2021 PO-100272 | 160.00 | Material/Supply |
| SUPPLIER: 9693002138 MARCH | NORDSON MARCH | | | 03/25/2021 | STATUS: 04/24/2021 PO-100280 | 296.00 | Material/Supply |

Exhibit
2 of 4

SUPPLIER: MCMAS
55082545 — MCMASTE CAPITAL Active — R-CARR SUPP LY CO — STATUS:
03/17/2021 04/16/2021 PO-100282
55356766 — Active — 03/23/2021 04/22/2021 PO-100322
596.44 Material/Supply
641.84 Material/Supply

SUPPLIER: MENAR
03/09/21_c harges Active — ONE COMMER CIAL — STATUS:
03/22/21_c harges Active
03/09/2021 04/08/2021
03/22/2021 04/22/2021
122.47 Material/Supply
55.36 Material/Supply

SUPPLIER: METRO
281-580031 — METROHM 574 Active — USA INC — STATUS:
03/18/2021 04/17/2021 PO-100267
2,862.40 Material/Supply

SUPPLIER: MICRN
999210505 — MICRONU Active — TRIENTS — STATUS:
03/17/2021 04/30/2021 PO-100217
2,126.85 Material/Supply

SUPPLIER: MILME
IW-065-21 — MILWAUK Active — EE METRO SE WERAGE — STATUS:
03/31/2021 04/30/2021
1,211.00 Material/Supply

SUPPLIER: NEFFE
21739535 — NEFF GR Active — OUP DISTRIB UTORS — STATUS:
03/30/2021 04/29/2021 PO-100281
144.90 Material/Supply

SUPPLIER: OAKCR
783.9042.0 — OAK CRE 1 Active — EK WATER & SEWER — STATUS:
783.9042.0 — 2 Active
03/15/2021 04/20/2021
03/15/2021 04/20/2021 PO-100231
1,371.92 Utility
2,659.23 Utility

SUPPLIER: PRAXA
62511010 — PRAXAIR Active — DISTRIBUTI ON INC — STATUS:
03/23/2021 04/22/2021
215.62 Material/Supply

SUPPLIER: ROTOR
320820 — ROTO-RO Active — OTER — STATUS:
03/15/2021 04/14/2021 PO-100231
40.09 Material/Supply

SUPPLIER: SAFET
85548805 — SAFETY- Active — KLEEN SYSTE MS INC — STATUS:
03/18/2021 04/17/2021
387.47 Material/Supply

SUPPLIER: SERFI
288329 — SERFI SERVICE Active — FILTRATION CORP — STATUS:
03/22/2021 04/21/2021 PO-100238
1,489.36 Material/Supply

Exhibit H
3 of 4

| SUPPLIER | Invoice | Active | Name | Date | Date | Status/PO | Amount |
|---|---|---|---|---|---|---|---|
| SWERD | 03/30/21 e xp rpt | | MIKE SW ERDLOW | 03/30/2021 | 04/04/2021 | STATUS: | 819.33 Material/Supply |
| TAIYO | 2021-94704 | 0 Active | TAIYO A MERICA INC | 03/10/2021 | 04/24/2021 PO-100223 | | 991.26 Material/Supply |
| | 2021-94736 | 0 Active | | 03/11/2021 | 04/25/2021 PO-100244 | | 2,977.47 Material/Supply |
| | 2021-94767 | 0 Active | | 03/11/2021 | 04/25/2021 PO-100252 | | 334.73 Material/Supply |
| | DBM-009254 | | | 03/30/2021 | 5282745716 | | -1,290.00 Material/Supply |
| TCTQI | INV368913 | Active | TCT CIR CUIT SUPPLY | 03/12/2021 | 05/11/2021 PO-100265 | | 348.00 Material/Supply |
| | INV369254 | Active | | 03/23/2021 | 04/22/2021 PO-100312 | | 754.00 Material/Supply |
| TECHU | IN2721942 | Active | TECHNIC A USA | 03/25/2021 | 04/24/2021 PO-100333 | | 203.28 Material/Supply |
| | IN2721984 | Active | | 03/29/2021 | 04/28/2021 PO-100201 | | 289.05 Material/Supply |
| TREST | 7254783 | Active | TRESTER HOIST & EQ UIPMENT | 03/26/2021 | 04/25/2021 PO-100049 | | 26.76 Material/Supply |
| UNITE | 583782131 | Active | UNITED PARCEL SERV ICE | 03/27/2021 | 04/05/2021 | STATUS: | 2,020.51 Material/Supply |
| UPSFR | 623596352 | Active | UPS FRE IGHT | 03/22/2021 | 04/02/2021 | STATUS: | 139.39 Transportation |
| VEOLI | 106619216 | Active | VEOLIA ENVIRONMENT AL SERVICES | 03/22/2021 | 04/21/2021 PO-099905 | | 8,072.94 Environmental |
| | 107218240 | Active | | 03/25/2021 | 04/24/2021 PO-100086 | | 3,475.88 Environmental |
| WACO | S1194834.0 | 1 Active | WILKENS- ANDERSON | 03/25/2021 | 04/24/2021 PO-100336 | STATUS: | 337.32 Material/Supply |
| WARRE | 0057263-IN | Active | WARREND ER LTD | 03/18/2021 | 04/17/2021 PO-100173 | STATUS: | 99.20 Material/Supply |

58,525.93

Exhibit E
4 of 7

Exhibit F

| CUSTOMER NAME | CUSTOMER CODE | OVER 0 DAYS <= 30 Days | 31-60 Days | 61-90 Days | OVER & 0.20 BALANCE > 90 Days | TOTAL | Terms |
|---|---|---|---|---|---|---|---|
| ATEK Products LLC | 1084 | 2,731.52 | | | | 2,731.52 | Net 30 |
| Acuity Brands Lighting Inc/GGS | 2307A | | | | 260,243.45 | 260,243.45 | Net 30 |
| Adtran,Inc | 2189 | 11,163.50 | 3,627.00 | | | 14,790.50 | Net 30 |
| Amtron Systems, LLC | 1754 | 2,695.00 | | | | 2,695.00 | Net 30 |
| Avionics Interface Tech | 1254 | | 7,680.00 | | | 7,680.00 | Net 30 |
| Circuit Technology, Inc | 2132 | -323.4 | | | | -323.4 | Net 30 |
| Computrex | 2391 | | 8,839.02 | | | 8,839.02 | Net 30 |
| Connor Winfield Corporation | 1227 | | 1,829.99 | | | 1,829.99 | Net 30 |
| Creation Technologies WI inc | 8535 | 1,248.00 | | | | 1,248.00 | Net 30 |
| Creative Foam Corporation | 1473 | 7,892.00 | | | | 7,892.00 | Net 30 |
| Crown | 1840 | -4,697.00 | | 402.00 | 2,793.00 | 1,064.00 | Net 30 |
| DRS Training & Control Systems | 1389 | 1,851.30 | 1,196.02 | | | 3,047.32 | Net 30 |
| Delta Group Electronics Inc. | 2992 | 15,663.54 | | | | 15,663.54 | Net 30 |
| Dmmco Med. Device | 2143 | 17,324.00 | -150.64 | | | 17,173.36 | Net 30 |
| Ducommun Inc-DX | 8601 | 36,179.00 | 10,130.12 | | | 46,309.12 | Net 30 |
| EEI MANUFACTURING SERVICES | 2468 | 1,552.00 | | | | 1,552.00 | Net 30 |
| East West Wisconsin, LLC | 8332 | | 4,295.65 | | | 4,295.65 | Net 30 |
| Ensign Power Systems,inc | 2256 | 21,108.80 | | | | 21,108.80 | Net 30 |
| Extreme Engineering Solutions | 1127 | 13,646.38 | | | | 13,646.38 | Net 30 |
| Flextronics Sales Marketing No | 1593 | 64,017.59 | 39,562.50 | 27,282.84 | | 130,862.93 | Net 30 |
| GE Healthcare | 8696 | | | | | 27,282.84 | Net 30 |
| General Cable | 2497 | 1,745.70 | | 1,163.80 | | 2,909.50 | Net 30 |
| General Dynamics Land Systems | 1821 | 3,202.00 | | | | 3,202.00 | Net 30 |
| Grayhill | 7078 | 27,682.79 | | | -148.95 | 27,533.84 | Net 30 |
| Jabil Circuit - Florida | 1489 | -2,110.90 | | | -1,179.97 | -3,290.87 | Net 30 |
| Jabil Circuit Sdn Bhd | 1670 | 255,242.02 | | 65,258.74 | -128,561.26 | 185,267.50 | Net 30 |
| Kaufman Engineering | 1780 | 5,440.60 | | | | 5,440.60 | Net 30 |
| LeeMah Electronics, Inc | 1662 | 4,578.52 | 21,525.38 | | | 26,103.90 | Net 30 |
| MTI Electronics | 1049 | | 1,300.03 | | | 1,300.03 | Net 30 |
| Marian Milwaukee | 2455 | 46,517.06 | 9,991.06 | | | 56,508.12 | Net 30 |
| Molex, LLC | 1949 | 13,092.00 | | | | 13,092.00 | Net 30 |
| NRI Electronics, Inc. | 1097 | 4,375.00 | | | 3,868.00 | 8,243.00 | Net 30 |
| Nexok Inc. | 1156 | 1,200.18 | | | | 1,200.18 | Net 30 |
| Optical Cable Corporation | 8612 | 23,680.28 | 14,302.40 | | | 37,982.68 | Net 30 |
| Orbital Sciences Corporation | 2617 | | 7,560.00 | | | 7,560.00 | Net 30 |
| Plexus (Xiamen) Co., Ltd. | 1330 | | | | -3,331.73 | -3,331.73 | Net 30 |
| Plexus Manufacturing SDN BHD | 2126 | 97,203.70 | 8,088.23 | | | 102,268.40 | Net 30 |
| Plexus-Boise | 1891 | 10,727.17 | -513.19 | | -7,504.99 | 2,708.99 | Net 30 |
| Plexus/Electronic Assemb | 8666 | 4,039.10 | 87,876.35 | | | 90,100.13 | Net 30 |
| SFO Technologies Pvt Ltd | 1434 | 115,339.50 | 145,744.95 | | -2,838.00 | 258,246.45 | Net 30 |
| SMTC/MC ASSEMBLY | 1105 | | -39,000.00 | | | -39,000.00 | Net 30 |
| Salhe Llectronics,Inc | 1256 | | 7,330.92 | | | 7,330.92 | Net 30 |
| Siemens Healthcare Gmbh | 1773 | 120,184.89 | 25,188.45 | 12,234.35 | | 157,607.73 | Net 30 |
| Smiths Interconnect Americas | 1763 | 48,561.86 | 12,854.46 | | | 61,416.32 | Net 30 |
| Sparttonics | 1665 | | 2,250.00 | | | 2,250.00 | Net 30 |
| Systems Technology, Inc | 1591 | 23,679.42 | | | -3,249.00 | 20,430.33 | Net 30 |
| Tecnova Electronics, Inc | 1528 | | 2,669.17 | | | 2,669.17 | Net 30 |
| Teledyne Advanced Elect. Sol. | 8036 | 4,016.30 | | | | 4,016.30 | Net 30 |
| Varitron Technologies | 2039 | 19,252.74 | 72,730.44 | | | 91,983.18 | Net 30 |
| Zenteon Manufacturing Inc | 1603 | 820 | 1,455.50 | | | 2,275.50 | Net 30 |
| | | 1,006,590.28 | 543,399.62 | 31,375.54 | 125,782.83 | 1,705,148.27 | |

*Bank Statement*

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 27, 2021 through March 31, 2021
Account Number: _____.7386



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00122843 DRE 201 210 09121 NNNNNNNNNNN 1 000000000 80 0000
ELECTROTEK CORPORATION
DEBTOR-IN-POSSESSION 21-30409
7745 S 10TH ST
OAK CREEK WI 53154

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$267,691.07** |
| Deposits and Additions | 31 | 1,625,851.30 |
| Checks Paid | 111 | -228,514.03 |
| Electronic Withdrawals | 80 | -595,101.41 |
| Fees | 2 | -280.00 |
| **Ending Balance** | **224** | **$1,069,646.93** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Lockbox No: 734899 For 4 Items At 16:00 5 Trn: 2100127060Lb | $42,259.45 |
| 03/01 | Orig CO Name:Prysmian      Orig ID:1000007995 Desc Date:210301 CO Entry Descr:Payments  Sec:CTX   Trace#:021000029730316 Eed:210301  Ind ID:2100000977 Ind Name:0008Electrotek Corpo Trn: 0609730316Tc | 5,037.00 |
| 03/01 | Orig CO Name:Aimtron Systems      Orig ID:P814658636 Desc Date:210301 CO Entry Descr:ACH    Sec:CCD   Trace#:071926659730326 Eed:210301  Ind ID:Electrotek Team      Ind Name:Electrotek Corporation 0034190837 Trn: 0609730326Tc | 2,015.76 |
| 03/02 | Lockbox No: 734899 For 2 Items At 16:00 5 Trn: 2100444061Lb | 15,213.62 |
| 03/02 | Orig CO Name:Plexus Corp.      Orig ID:2391344447 Desc Date:      CO Entry Descr:Corp Pmt Sec:CTX   Trace#:111000025639204 Eed:210302  Ind ID:3573Pt658889 Ind Name:0012Electrotek Corpo Trn: 0615639204Tc | 87,551.36 |
| 03/03 | Chips Credit Via: Hsbc Bank USA, N.A./0108 B/O: Plexus (Xiamen) CO., Ltd Ree Trade Zone Fujian China/Cn Ref: Nbnf=Electrotek Corporation Oak Creek WI 53154-1997 US/Ac-000000005873 Org=/Cnhsbc003012598055 Ree Trade Zone Fujian China/Cn Ogb=Ie Hsbc Ba Nk China A/C Pudong Shanghai 200120 China Obi=1563447Pk66896 5 Ssn: 0185741 Trn: 4160900062Fc | 114,090.62 |

Page 1 of 10

**CHASE**

February 27, 2021 through March 31, 2021

Account Number: 7386

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Orig CO Name:Jabil Defense &  Orig ID:9502138032 Desc Date:210302 CO Entry Descr:Payments Sec:CTX  Trace#:021000020832446 Eed:210303  Ind ID:2000058812 Ind Name:0015Electrotek Corpo Trn: 0620832446Tc | 52,684.20 |
| 03/05 | Lockbox No: 734899 For 1 Items At 16:00 5 Trn: 2100916064Lb | 32,760.13 |
| 03/08 | Lockbox No: 734899 For 7 Items At 16:00 5 Trn: 2101519067Lb | 47,259.64 |
| 03/08 | Orig CO Name:Plexus Corp.  Orig ID:2391344447 Desc Date:  CO Entry Descr:Corp Pmt Sec:CTX  Trace#:111000024875701 Eed:210308  Ind ID:3573Pt659457 Ind Name:0012Electrotek Corpo Trn: 0674875701Tc | 80,570.85 |
| 03/08 | Orig CO Name:Kauffman Enginee  Orig ID:4270422086 Desc Date:  CO Entry Descr:Vendor Pmtsec:CCD  Trace#:121140394875699 Eed:210308  Ind ID:24597 Ind Name:Electrotek Corporation 1397 Trn: 0674875699Tc | 5,992.49 |
| 03/11 | Lockbox No: 734899 For 13 Items At 16:00 5 Trn: 2101053070Lb | 30,372.21 |
| 03/12 | Orig CO Name:Teradyne Inc  Orig ID:1042272148 Desc Date:  CO Entry Descr:Corp Pmt Sec:CCD  Trace#:051000014714751 Eed:210312  Ind ID:324190 Ind Name:Electrotek Corporation Trn: 0714714751Tc | 1,492.01 |
| 03/15 | Orig CO Name:Plexus Corp.  Orig ID:2391344447 Desc Date:  CO Entry Descr:Corp Pmt Sec:CTX  Trace#:111000021501410 Eed:210315  Ind ID:3573Pt660120 Ind Name:0012Electrotek Corpo Trn: 0741501410Tc | 62,381.95 |
| 03/15 | Orig CO Name:Crfoco1449  Orig ID:1381905349 Desc Date:  CO Entry Descr:Corp Pay Sec:CCD  Trace#:072000091501408 Eed:210315  Ind ID:Electrotek Ind Name:Electrotek Corporation Trn: 0741501408Tc | 7,045.50 |
| 03/16 | Lockbox No: 734899 For 2 Items At 16:00 5 Trn: 2101218075Lb | 8,068.97 |
| 03/17 | Lockbox No: 734899 For 5 Items At 16:00 5 Trn: 2100721076Lb | 40,500.40 |
| 03/17 | Orig CO Name:Jabil Defense &  Orig ID:9502138032 Desc Date:210316 CO Entry Descr:Payments Sec:CTX  Trace#:021000023391072 Eed:210317  Ind ID:2000059031 Ind Name:0013Electrotek Corpo Trn: 0763391072Tc | 51,949.72 |
| 03/19 | Orig CO Name:Kauffman Enginee  Orig ID:4270422086 Desc Date:  CO Entry Descr:Vendor Pmtsec:CCD  Trace#:121140396279867 Eed:210319  Ind ID:24726 Ind Name:Electrotek Corporation 1397 Trn: 0786279867Tc | 8,159.16 |
| 03/22 | Lockbox No: 734899 For 3 Items At 16:00 5 Trn: 2101212081Lb | 7,160.16 |
| 03/23 | Lockbox No: 734899 For 1 Items At 16:00 5 Trn: 2100737082Lb | 1,872.00 |
| 03/24 | Lockbox No: 734899 For 1 Items At 16:00 5 Trn: 2100444083Lb | 121,096.22 |
| 03/25 | Book Transfer Credit B/O: Agricultural Bank of China Limited Beijing China 10003-7 Cn Org:/10551314040009407 1/Benchmark Electronics (Suzhou) Ogb: Agricultural Bank of China, The Suzhou China Cn Ref: Goods/Chgs/USD0,/Chgs/USD15,00/Ocmt/USD9000,/ Trn: 5231156084Fs | 8,985.00 |
| 03/25 | Lockbox No: 734899 For 2 Items At 16:00 5 Trn: 2101000084Lb | 11,422.00 |
| 03/25 | Orig CO Name:Gdls Accounts PA  Orig ID:1540582680 Desc Date:  CO Entry Descr:EDI Pymntssec:CCD  Trace#:091000014315753 Eed:210325  Ind ID:81013299 Ind Name:Electrotek Corporation EDI Trn: 0844315753Tc | 6,449.94 |
| 03/26 | Lockbox No: 734899 For 1 Items At 16:00 5 Trn: 2100804085Lb | 30.25 |
| 03/29 | Lockbox No: 734899 For 6 Items At 16:00 5 Trn: 2100590088Lb | 52,855.30 |
| 03/29 | Online Transfer From Chk ...9690 Transaction#: 11469321518 | 700,000.00 |
| 03/29 | Orig CO Name:Teledyne Ems  Orig ID:1251843385 Desc Date:  CO Entry Descr:Trade Pay Sec:CCD  Trace#:111000028582339 Eed:210329  Ind ID: Ind Name:Electrotek Corporation Trn: 0888582339Tc | 16,849.67 |
| 03/29 | Orig CO Name:Aimtron Systems  Orig ID:P814658636 Desc Date:210329 CO Entry Descr:ACH  Sec:CCD  Trace#:071926658582341 Eed:210329  Ind ID:Electrotek Team  Ind Name:Electrotek Corporation 0034190837 Trn: 0888582341Tc | 1,970.92 |
| 03/31 | Orig CO Name:Bird Tech. Group  Orig ID:1340926595 Desc Date:210330 CO Entry Descr:Payments Sec:CCD  Trace#:041001038512632 Eed:210331  Ind ID:42865 Ind Name:Electrotek Corporation  Payment# EFT49853 $1,754.80 Trn: 0908512632Tc | 1,754.80 |
| | **Total Deposits and Additions** | **$1,625,851.30** |



**CHASE** ◆

February 27, 2021 through March 31, 2021
Account Number: •••••••• ••7386



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3831 ^ | | 03/01 | $400.00 |
| 3836 * ^ | | 03/01 | 371.88 |
| 3837 ^ | | 03/01 | 2,239.89 |
| 3843 * ^ | | 03/05 | 246.00 |
| 3849 * ^ | | 03/01 | 2,000.00 |
| 3853 * ^ | | 03/01 | 696.98 |
| 3854 ^ | | 03/01 | 400.00 |
| 3858 * ^ | | 03/01 | 543.90 |
| 3860 * ^ | | 03/01 | 132.60 |
| 3867 * ^ | | 03/05 | 1,000.00 |
| 3873 * ^ | | 03/02 | 900.00 |
| 3874 ^ | | 03/02 | 520.82 |
| 3878 * ^ | | 03/03 | 4,000.00 |
| 3906 * ^ | | 03/02 | 583.95 |
| 3907 ^ | | 03/02 | 2,383.80 |
| 3908 ^ | | 03/02 | 334.53 |
| 3910 * ^ | | 03/01 | 1,470.20 |
| 3911 ^ | | 03/01 | 924.85 |
| 3912 ^ | | 03/01 | 317.21 |
| 3913 ^ | | 03/01 | 3,750.00 |
| 3915 * ^ | | 03/09 | 184.50 |
| 3916 ^ | | 03/02 | 2,265.45 |
| 3917 ^ | | 03/02 | 7,500.00 |
| 3918 ^ | | 03/02 | 364.07 |
| 3919 ^ | | 03/03 | 2,277.67 |
| 3920 ^ | | 03/01 | 280.19 |
| 3921 ^ | | 03/01 | 1,503.15 |
| 3923 * ^ | | 03/02 | 244.63 |
| 3924 ^ | | 03/03 | 400.00 |
| 3925 ^ | | 03/01 | 88.29 |
| 3926 ^ | | 03/05 | 3,016.12 |
| 3927 ^ | | 03/01 | 516.11 |
| 3928 ^ | | 03/02 | 8.16 |
| 3929 ^ | | 03/02 | 9,608.80 |
| 3930 ^ | | 03/03 | 6,000.00 |
| 3931 ^ | | 03/01 | 1,000.00 |
| 3932 ^ | | 03/03 | 10,000.00 |
| 3933 ^ | | 03/03 | 329.00 |
| 3934 ^ | | 03/05 | 2,000.00 |
| 3935 ^ | | 03/04 | 4.38 |
| 3936 ^ | | 03/05 | 1,500.00 |
| 3938 * ^ | | 03/09 | 1,165.25 |
| 3939 ^ | | 03/03 | 672.00 |
| 3940 ^ | | 03/05 | 1,332.50 |
| 3941 ^ | | 03/05 | 326.53 |
| 3942 ^ | | 03/03 | 236.94 |
| 3943 ^ | | 03/01 | 6,486.43 |
| 3944 ^ | | 03/02 | 5,449.32 |
| 3945 ^ | | 03/09 | 2,136.68 |
| 3946 ^ | | 03/04 | 720.61 |



February 27, 2021 through March 31, 2021
Account Number:　(　7386

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3947 ^ | | 03/02 | 479.29 |
| 3949 * ^ | | 03/02 | 2,215.00 |
| 3951 * ^ | | 03/03 | 3,786.00 |
| 3952 ^ | | 03/01 | 8,609.78 |
| 3953 ^ | | 03/01 | 338.32 |
| 3955 * ^ | | 03/03 | 254.00 |
| 3956 ^ | | 03/03 | 9,483.58 |
| 3960 * ^ | | 03/01 | 406.50 |
| 3961 ^ | | 03/05 | 15,480.04 |
| 3963 * ^ | | 03/08 | 1,489.59 |
| 3965 * ^ | | 03/08 | 6,631.30 |
| 3971 * ^ | | 03/03 | 3,500.00 |
| 3987 * ^ | 03/03 | 03/03 | 2,700.00 |
| 3992 * ^ | | 03/11 | 5,637.80 |
| 3995 * ^ | | 03/15 | 79.80 |
| 4020 * ^ | | 03/23 | 51.00 |
| 4022 * ^ | | 03/05 | 2,450.00 |
| 4023 ^ | | 03/08 | 406.50 |
| 4025 * ^ | | 03/17 | 1,592.00 |
| 4026 ^ | | 03/12 | 129.58 |
| 4027 ^ | | 03/22 | 3,120.15 |
| 4029 * ^ | | 03/19 | 728.00 |
| 4031 * ^ | | 03/22 | 1,995.11 |
| 4032 ^ | | 03/22 | 242.92 |
| 4033 ^ | | 03/23 | 2,289.00 |
| 4034 ^ | | 03/19 | 50.03 |
| 4035 ^ | | 03/17 | 433.97 |
| 4036 ^ | | 03/23 | 362.50 |
| 4037 ^ | | 03/19 | 1,276.50 |
| 4038 ^ | | 03/22 | 4,255.90 |
| 4039 ^ | | 03/23 | 461.45 |
| 4040 ^ | | 03/22 | 5,846.72 |
| 4041 ^ | | 03/22 | 1,820.00 |
| 4042 ^ | | 03/26 | 1,676.00 |
| 4044 * ^ | | 03/26 | 123.00 |
| 4045 ^ | | 03/29 | 236.00 |
| 4046 ^ | | 03/24 | 360.56 |
| 4047 ^ | | 03/26 | 282.00 |
| 4048 ^ | | 03/23 | 2,650.00 |
| 4049 ^ | | 03/29 | 319.20 |
| 4050 ^ | | 03/24 | 463.42 |
| 4051 ^ | | 03/29 | 94.95 |
| 4052 ^ | | 03/26 | 1,367.00 |
| 4053 ^ | | 03/26 | 7,359.62 |
| 4054 ^ | | 03/24 | 6,486.39 |
| 4055 ^ | | 03/26 | 360.00 |
| 4056 ^ | | 03/30 | 55.00 |
| 4057 ^ | | 03/24 | 4,926.90 |
| 4059 * ^ | | 03/26 | 1,592.00 |
| 4060 ^ | | 03/26 | 1,130.50 |



**CHASE** ⬡

February 27, 2021 through March 31, 2021
Account Nu                    7386

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 4061 ^ | | 03/30 | 91.75 |
| 4062 ^ | | 03/30 | 1,033.00 |
| 4063 ^ | | 03/26 | 2,506.92 |
| 4064 ^ | | 03/30 | 1,722.76 |
| 4065 ^ | | 03/29 | 129.58 |
| 4066 ^ | | 03/26 | 2,037.39 |
| 4071 * ^ | | 03/31 | 301.87 |
| 4082 * ^ | | 03/31 | 469.55 |
| 4084 * ^ | | 03/31 | 1,458.12 |
| 4089 * ^ | | 03/31 | 867.21 |
| 4094 * ^ | | 03/31 | 8,977.62 |

**Total Checks Paid** **$228,514.03**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/01 | Orig CO Name:Prime Alliance B Orig ID:1200736982 Desc Date: CO Entry Descr:Lease Pymtsec:CCD Trace#:124303080787838 Eed:210301 Ind ID:3906256 Ind Name:Electrotek Corporation Trn: 0600787838Tc | $18,463.56 |
| 03/01 | Orig CO Name:We Energies Orig ID:13904762We Desc Date:210226 CO Entry Descr:Payment Sec:Web Trace#:042000010787836 Eed:210301 Ind ID:071094999800003 Ind Name:Electrotek Corporation Payment Trn: 0600787836Tc | 15,000.00 |
| 03/01 | Orig CO Name:Celtic Leasing C Orig ID:1330427626 Desc Date: CO Entry Descr:Rent For Msec:PPD Trace#:242071750787834 Eed:210301 Ind ID:3691A04 Ind Name:Electrotek Corporation 01 Trn: 0600787834Tc | 6,899.00 |
| 03/01 | Orig CO Name:Celtic Leasing C Orig ID:1330427626 Desc Date: CO Entry Descr:Rent For Msec:PPD Trace#:242071750787833 Eed:210301 Ind ID:3691A03 Ind Name:Electrotek Corporation 01 Trn: 0600787833Tc | 2,959.00 |
| 03/01 | Orig CO Name:Celtic Leasing C Orig ID:1330427626 Desc Date: CO Entry Descr:Rent For Msec:PPD Trace#:242071750787832 Eed:210301 Ind ID:3691A02 Ind Name:Electrotek Corporation 01 Trn: 0600787832Tc | 2,578.00 |
| 03/01 | Orig CO Name:Celtic Leasing C Orig ID:1330427626 Desc Date: CO Entry Descr:Rent For Msec:PPD Trace#:242071750787831 Eed:210301 Ind ID:3691A01 Ind Name:Electrotek Corporation 01 Trn: 0600787831Tc | 2,230.00 |
| 03/01 | 03/01 Online ACH Payment 5279468783 To Iec (_#####5006) | 7,438.54 |
| 03/01 | 03/01 Online ACH Payment 5279468910 To Uyemura (_#####6308) | 12,685.32 |
| 03/01 | 03/01 Payment To Chase Card Ending IN 5851 | 11,145.98 |
| 03/01 | 03/01 Payment To Chase Card Ending IN 1676 | 4,339.55 |
| 03/02 | Orig CO Name:Insulectro6581 Orig ID:1330507970 Desc Date: CO Entry Descr:Pcp 3.1 Sec:CCD Trace#:121137526291120 Eed:210302 Ind ID:14467 Ind Name:Electrotek Corporation Trn: 0616291120Tc | 13,869.26 |
| 03/02 | Orig CO Name:U. P. S. Orig ID:2193070436 Desc Date: CO Entry Descr:UPS Bill Sec:CCD Trace#:091000016291111 Eed:210302 Ind ID:210510000583782 Ind Name:X Resubmit Trn: 0616291111Tc | 1,885.87 |

# CHASE ⬡

February 27, 2021 ** ** rch 31, 2021

Account Number:                    ,7386

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/02 | Orig CO Name:Cintascorporatio      Orig ID:1311188630 Desc Date:      CO Entry Descr:De001    Sec:CCD   Trace#:242071756291118 Eed:210302  Ind ID:1000840114 Ind Name:Electrotek Corp Tm: 0616291118Tc | 507.11 |
| 03/02 | Orig CO Name:U. P. S.        Orig ID:4193070436 Desc Date:       CO Entry Descr:UPS Bill Sec:CCD    Trace#:091000016291109 Eed:210302  Ind ID:210540000583782         Ind Name:000001456961477 Resubmit Tm: 0616291109Tc | 216.47 |
| 03/02 | Orig CO Name:Praxair         Orig ID:3941693764 Desc Date:210301 CO Entry Descr:Ebillpymtssec:CCD   Trace#:043000266291122 Eed:210302  Ind ID:4055880 Ind Name:Electrotek Corporation 2103021 Tm: 0616291122Tc | 215.55 |
| 03/02 | Orig CO Name:UPS Parcel Frt      Orig ID:9099085701 Desc Date:210302 CO Entry Descr:Payments Sec:CCD   Trace#:021000026291114 Eed:210302  Ind ID:042501760 Ind Name:Rhys Petricek Tm: 0616291114Tc | 140.63 |
| 03/02 | Orig CO Name:UPS Parcel Frt      Orig ID:9099085701 Desc Date:210302 CO Entry Descr:Payments Sec:CCD   Trace#:021000026291115 Eed:210302  Ind ID:052867183 Ind Name:Rhys Petricek Tm: 0616291115Tc | 140.63 |
| 03/02 | Orig CO Name:UPS Parcel Frt      Orig ID:9099085701 Desc Date:210302 CO Entry Descr:Payments Sec:CCD   Trace#:021000026291116 Eed:210302  Ind ID:220475846 Ind Name:Rhys Petricek Tm: 0616291116Tc | 129.16 |
| 03/02 | Orig CO Name:UPS Parcel Frt      Orig ID:9099085701 Desc Date:210302 CO Entry Descr:Payments Sec:CCD   Trace#:021000026291113 Eed:210302  Ind ID:840710113 Ind Name:Rhys Petricek Tm: 0616291113Tc | 128.47 |
| 03/03 | Orig CO Name:Humana,  Inc.       Orig ID:9040604802 Desc Date:210301 CO Entry Descr:Ins Pymt Sec:PPD   Trace#:028000081417355 Eed:210303  Ind ID:246433403001246 Ind Name:433764Electrotek Tm: 0621417355Tc | 36,444.05 |
| 03/03 | 03/03 Online ACH Payment 5279812290 To Iec (_######5006) | 791.75 |
| 03/08 | Orig CO Name:Waste Management      Orig ID:9049038216 Desc Date:210305 CO Entry Descr:Internet Sec:Web  Trace#:043305135834315 Eed:210308  Ind ID:043000091675722 Ind Name:Petricek Rhys                              Telechk 800-697-9263 Tm: 0675834315Tc | 1,579.58 |
| 03/08 | Orig CO Name:Account Services      Orig ID:1421425592 Desc Date:      CO Entry Descr:Web Pymnt Sec:Web   Trace#:111000025834317 Eed:210308  Ind ID:218226212         Ind Name:Electrotek Corporation Tm: 0675834317Tc | 1,323.76 |
| 03/09 | Orig CO Name:U. P. S.        Orig ID:2193070436 Desc Date:      CO Entry Descr:UPS Bill Sec:CCD    Trace#:091000018280148 Eed:210309  Ind ID:210580000583782         Ind Name:X 0688280148Tc | 1,187.01 |
| 03/10 | Orig CO Name:Paycom        Orig ID:1260302465 Desc Date:      CO Entry Descr:Paycom Paysec:CCD   Trace#:021000026766942 Eed:210310  Ind ID:Ai21 Ind Name:Electrotek Corporation Tm: 0696766942Tc | 130,080.06 |
| 03/10 | 03/10 Online ACH Payment 5280586060 To Iec (_######5006) | 2,820.20 |
| 03/12 | Orig CO Name:Sentry Life Ins     Orig ID:Sentryins5 Desc Date:031121 CO Entry Descr:401K Pmt  Sec:CCD   Trace#:091000015352260 Eed:210312  Ind ID:102974603          Ind Name:Electrotek 401(K) Plan                 401K_O Tm: 0715352260Tc | 4,884.58 |
| 03/12 | 03/12 Online ACH Payment 5280898377 To Iec (_######5006) | 254.09 |
| 03/15 | Orig CO Name:Pawnee Equipment     Orig ID:1842939737 Desc Date:031221 CO Entry Descr:Lease Pmt Sec:CCD   Trace#:021000022482739 Eed:210315  Ind ID:369611 Ind Name:Electrotek Corporation Tm: 0742482739Tc | 8,051.70 |
| 03/16 | Orig CO Name:U. P. S.        Orig ID:2193070436 Desc Date:      CO Entry Descr:UPS Bill Sec:CCD    Trace#:091000017251840 Eed:210316  Ind ID:210650000583782         Ind Name:X 0757251840Tc | 1,898.54 |
| 03/16 | Orig CO Name:U. P. S.        Orig ID:4193070436 Desc Date:      CO Entry Descr:UPS Bill Sec:CCD    Trace#:091000017251838 Eed:210316  Ind ID:210630000583782         Ind Name:000001459202424 Resubmit Tm: 0757251838Tc | 240.00 |
| 03/16 | 03/16 Online ACH Payment 5281229122 To All4Pcb (_#####6079) | 4,687.49 |
| 03/16 | 03/16 Online ACH Payment 5281233552 To Insulectro (_#####6581) | 17,660.80 |



**CHASE** ○

February 27, 2021 through March 31, 2021

Account Numb              ;7386

## ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/16 | 03/16 Online Domestic Wire Transfer A/C: Ipc International Inc Bannockburn IL 60015-1249 US Trn: 3368531075Es | 1,105.00 |
| 03/17 | Orig CO Name:Insulectro6581     Orig ID:1330507970 Desc Date:     CO Entry Descr:Pcp 3.18  Sec:CCD   Trace#:121137523947981 Eed:210317  Ind ID:14500          Ind Name:Electrotek Corporation Trn: 0763947981Tc | 477.65 |
| 03/17 | 03/17 Online ACH Payment 5281343548 To Iec (_######5006) | 1,876.60 |
| 03/17 | 03/17 Online ACH Payment 5281343831 To Macdermid (_###3943) | 3,670.33 |
| 03/17 | 03/17 Online ACH Payment 5281372628 To Insulectro (_######6581) | 531.00 |
| 03/18 | Orig CO Name:Mobile Mini     Orig ID:1860748362 Desc Date:A21076 CO Entry Descr:8004561751Sec:PPD   Trace#:091000014849140 Eed:210318  Ind ID:2Mqfjdf8R0F5Fue      Ind Name:Electrotek Corp Trn: 0774849140Tc | 190.17 |
| 03/18 | 03/18 Online ACH Payment 5281525537 To Hydrite (_#####5743) | 1,663.75 |
| 03/18 | 03/18 Online ACH Payment 5281525699 To Insulectro (_######6581) | 8,595.68 |
| 03/18 | 03/18 Online ACH Payment 5281526857 To Technic (_#####8434) | 64.40 |
| 03/19 | 03/19 Online ACH Payment 5281679867 To Insulectro (_######6581) | 3,172.00 |
| 03/19 | 03/19 Online ACH Payment 5281688376 To Iec (_######5006) | 4,125.00 |
| 03/19 | 03/19 Online ACH Payment 5281688473 To Macdermid (_###3943) | 2,147.93 |
| 03/19 | 03/19 Online ACH Payment 5281701238 To Uline (_##2466) | 271.50 |
| 03/19 | 03/19 Online ACH Payment 5281712855 To Chemcut (_#####3594) | 271.20 |
| 03/19 | 03/19 Online ACH Payment 5281716174 To Hydrite (_#####5743) | 2,952.35 |
| 03/22 | 03/22 Online ACH Payment 5281834627 To Culligan (_##3612) | 1,410.12 |
| 03/22 | 03/22 Online ACH Payment 5281848984 To Uyemura (_######6308) | 9,000.00 |
| 03/22 | 03/22 Online ACH Payment 5281883452 To Insulectro (_######6581) | 11,124.42 |
| 03/23 | Orig CO Name:U. P. S.     Orig ID:2193070436 Desc Date:     CO Entry Descr:UPS Bill Sec:CCD   Trace#:091000019215502 Eed:210323  Ind ID:210720000583782          Ind Name:X                                        Resubmit Trn: 0829215502Tc | 1,781.77 |
| 03/23 | 03/23 Online ACH Payment 5281947432 To Uyemura (_######6308) | 20,401.89 |
| 03/23 | 03/23 Online ACH Payment 5281947507 To Insulectro (_######6581) | 3,912.00 |
| 03/23 | 03/23 Online ACH Payment 5281949989 To Chemcut (_#####3594) | 1,035.25 |
| 03/23 | 03/23 Online ACH Payment 5281984667 To Iec (_######5006) | 4,365.63 |
| 03/23 | 03/23 Online ACH Payment 5282004881 To Insulectro (_######6581) | 1,791.00 |
| 03/24 | Orig CO Name:Paycom     Orig ID:1260302465 Desc Date:     CO Entry Descr:Paycom Paysec:CCD   Trace#:021000028673033 Eed:210324  Ind ID:Ai21          Ind Name:Electrotek Corporation Trn: 0838673033Tc | 125,884.02 |
| 03/24 | Orig CO Name:Cintascorporatio     Orig ID:1311188630 Desc Date:     CO Entry Descr:De001    Sec:CCD   Trace#:242071758673031 Eed:210324  Ind ID:1000847424          Ind Name:Electrotek Corp Trn: 0838673031Tc | 635.36 |
| 03/24 | 03/24 Online ACH Payment 5282061515 To Taiyo (_######1509) | 1,860.00 |
| 03/25 | Orig CO Name:Dental Select It     Orig ID:1870482115 Desc Date:210325 CO Entry Descr:Epay    Sec:PPD   Trace#:021000024857513 Eed:210325  Ind ID:3/25/2021          Ind Name:Electrotek Corp Trn: 0844857513Tc | 3,814.70 |
| 03/25 | Orig CO Name:Pawnee Equipment     Orig ID:1842939737 Desc Date:032421 CO Entry Descr:Lease Pmt Sec:CCD   Trace#:021000024857515 Eed:210325  Ind ID:369611          Ind Name:Electrotek Corporation Trn: 0844857515Tc | 350.50 |
| 03/25 | 03/25 Online ACH Payment 5282230085 To Buehler (_###8378) | 403.75 |
| 03/25 | 03/25 Online ACH Payment 5282284187 To Chemcut (_#####3594) | 533.80 |
| 03/26 | Orig CO Name:Sentry Life Ins     Orig ID:Sentryins5 Desc Date:032521 CO Entry Descr:401K Pmt  Sec:CCD   Trace#:091000013230433 Eed:210326  Ind ID:103951225          Ind Name:Electrotek 401(K) Plan                          401K_O Trn: 0853230433Tc | 4,978.25 |
| 03/26 | 03/26 Online ACH Payment 5282380588 To Chemcut (_#####3594) | 913.60 |
| 03/26 | 03/26 Online ACH Payment 5282383418 To Insulectro (_######6581) | 2,688.25 |
| 03/26 | 03/26 Online ACH Payment 5282443514 To Agc Nelco America (_#####4461) | 3,703.20 |



February 27, 2021 through March 31, 2021
Account Number: 7386

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/29 | 03/29 Online International Wire Transfer A/C: Lloyds Bank Plc Birmingham B1 2Ab United Kingdom Gb Ben:/Gb25Loyd30981511885367 Xact Pcb Ltd Ref: Inv 21/3089 Invoice Payment Trn: 3301971088Es | 4,350.00 |
| 03/29 | 03/29 Online ACH Payme____ .3322 To Digi Key (_##5967) | 25,468.92 |
| 03/29 | 03/29 Online ACH Payme _____ J1113 To Hawkins (_#######9469) | 512.40 |
| 03/30 | Orig CO Name:U. P. S.        Orig ID:2193070436 Desc Date:      CO Entry Descr:UPS Bill Sec:CCD  Trace#:091000013371080 Eed:210330  Ind ID:210790000583782        Ind Name:X 0893371080Tc | 1,999.90 |
| 03/30 | Orig CO Name:U. P. S.        Orig ID:4193070436 Desc Date:      CO Entry Descr:UPS Bill Sec:CCD  Trace#:091000013371078 Eed:210330  Ind ID:210780000583782        Ind Name:000001463001348 Resubmit Trn: 089337107ᵇTc | 88.53 |
| 03/30 | 03/30 Online ACH Paymen_____ .0690 To Insulectro (_######6581) | 1,230.72 |
| 03/30 | 03/30 Online International Wire Transfer Via: Bank of America, N.A./0959 A/C: The Toronto Dominion Bank Toronto 1, Canada Ben: T Friedl Enterprises Inc Toronto On M1V1V3 CA Ref: PO-100369 Invoice Payment Ssn: 0404722 Trn: 3224851089Es | 980.00 |
| 03/30 | 03/30 Online ACH Paym_____ 45716 To Taiyo (_######1509) | 1,290.00 |
| 03/30 | 03/30 Online ACH Payme_____ ᵢ151 To Iec (_#####5006) | 3,223.06 |
| 03/30 | 03/30 Online ACH Payment 5282763360 To Macdermid (_####3943) | 7,799.42 |
| 03/31 | Orig CO Name:Mobile Mini     Orig ID:1860748362 Desc Date:A21089 CO Entry Descr:8004561751Sec:PPD   Trace#:091000019073486 Eed:210331  Ind ID:2Mstwzc0W7H9Ssy        Ind Name:Electrotek Corp Trn: 0909073486Tc | 58.03 |
| 03/31 | 03/31 Online ACH Payment 5282887200 To Buehler (_###8378) | 3,522.85 |
| **Total Electronic Withdrawals** | | **$595,101.41** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/01 | Service Charges For The Month of February | $205.00 |
| 03/03 | Legal Processing Fee | 75.00 |
| **Total Fees** | | **$280.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/01 | $200,583.05 | 03/11 | 353,318.80 | 03/23 | 390,950.40 |
| 03/02 | 253,257.06 | 03/12 | 349,542.56 | 03/24 | 371,429.97 |
| 03/03 | 339,081.89 | 03/15 | 410,838.51 | 03/25 | 393,184.16 |
| 03/04 | 338,356.90 | 03/16 | 393,315.65 | 03/26 | 362,496.68 |
| 03/05 | 343,765.84 | 03/17 | 477,184.22 | 03/29 | 1,103,061.52 |
| 03/08 | 466,158.09 | 03/18 | 466,670.22 | 03/30 | 1,083,547.38 |
| 03/09 | 461,484.65 | 03/19 | 459,834.87 | 03/31 | 1,069,646.93 |
| 03/10 | 328,584.39 | 03/22 | 428,179.69 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $205.00 |
| **Total Service Charges** | **$205.00**  Will be assessed on 4/1/21 |



**CHASE**

February 27, 2021 through March 31, 2021
Account Numb                    7386

## SERVICE CHARGE SUMMARY *(continued)*

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL



| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 17 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 149 | 500 | 0 | $0.40 | $0.00 |
| **Electronic Credits** | | | | | |
| Domestic Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| International Incoming Wire Fee | 1 | Unlimited | 0 | $15.00 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Online US Dollar Intl Wire Fee | 2 | 2 | 0 | $40.00 | $0.00 |
| Online Domestic Wire Fee | 1 | 2 | 0 | $25.00 | $0.00 |
| **Cash Management Services** | | | | | |
| Online ACH Payments Maint | 2 | 0 | 2 | $25.00 | $50.00 |
| Online ACH Payments Trans | 9 | 25 | 0 | $0.00 | $0.00 |
| R1 Economy Lockbox With Image Maintenance | 1 | 0 | 1 | $155.00 | $155.00 [1] |
| Cms Economy Lockbox With Image Items | 25 | 100 | 0 | $1.55 | $0.00 [1] |
| Subtotal Other Service Charges (Will be assessed on 4/1/21) | | | | | $0.00 |
| | | | | | $205.00 |

**ACCOUNT** 000000587317386

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 17 |
| **Credits** | |
| Non-Electronic Transactions | 149 |
| **Electronic Credits** | |
| Domestic Incoming Wire Fee | 1 |
| International Incoming Wire Fee | 1 |
| **Miscellaneous Fees** | |
| Online US Dollar Intl Wire Fee | 2 |
| Online Domestic Wire Fee | 1 |
| **Cash Management Services** | |
| Online ACH Payments Maint | 2 |
| Online ACH Payments Trans | 9 |
| R1 Economy Lockbox With Image Maintenance | 1 |
| Cms Economy Lockbox With Image Items | 25 |

[1] This charge represents a service provided in a previous month.



February 27, 2021 through March 31, 2021

Account Number ⋅ 7386

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call** us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact** the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Bank Rec.

## Chase Bank - March 2021

Beginning Cash Balance: 267,691.07

| Date | Balance | Lockbox | Incoming Wires |
|---|---|---|---|
| 01-Mar-21 | 200,583.05 | 42,259.45 | 7,052.76 |
| 02-Mar-21 | 253,257.06 | 15,213.62 | 87,551.36 |
| 03-Mar-21 | 339,081.89 | | 166,774.82 |
| 04-Mar-21 | 336,356.90 | | |
| 05-Mar-21 | 343,765.84 | 32,760.13 | |
| 06-Mar-21 | 343,765.84 | | |
| 07-Mar-21 | 343,765.84 | | |
| 08-Mar-21 | 466,158.09 | 47,259.64 | 86,563.34 |
| 09-Mar-21 | 461,484.65 | | |
| 10-Mar-21 | 328,584.39 | | |
| 11-Mar-21 | 353,318.80 | 30,372.21 | |
| 12-Mar-21 | 349,542.56 | | 1,492.01 |
| 13-Mar-21 | 349,542.56 | | |
| 14-Mar-21 | 349,542.56 | | |
| 15-Mar-21 | 410,838.51 | | 69,427.45 |
| 16-Mar-21 | 393,315.65 | 8,068.97 | |
| 17-Mar-21 | 477,184.22 | 40,500.40 | 51,949.72 |
| 18-Mar-21 | 466,670.22 | | |
| 19-Mar-21 | 459,834.87 | | 8,159.16 |
| 20-Mar-21 | 459,834.87 | | |
| 21-Mar-21 | 459,834.87 | | |
| 22-Mar-21 | 428,179.69 | 7,160.16 | |
| 23-Mar-21 | 390,950.40 | 1,872.00 | |
| 24-Mar-21 | 371,429.97 | 121,096.22 | |
| 25-Mar-21 | 393,184.16 | 11,422.00 | 15,434.94 |
| 26-Mar-21 | 362,496.68 | 30.25 | |
| 27-Mar-21 | 362,496.68 | | |
| 28-Mar-21 | 362,496.68 | | |
| 29-Mar-21 | 1,103,061.52 | 52,855.30 | 718,820.59 |
| 30-Mar-21 | 1,083,547.38 | | |
| 31-Mar-21 | 1,069,646.93 | | 1,754.80 |
| | | 410,870.35 | 1,214,980.95 |

Previous month o/s checks    135,154.25

Checks cut but not cleared    31,435.82

| Payroll Entry | Great-West Trust | 9,862.83 | |
| Payroll Entry | P/R on Main Account | 255,964.08 | |
| | | | |
| 01-100-01041 | Outstanding Checks | 31,435.62 | |
| 01-200-02111 | Outstanding Checks | | 31,435.62 |
| | | | |
| 01-100-23020 | AGC Nelco America - inventory | 3,703.20 | |
| 01-400-34520 | Aismalibar | 980.00 | |
| 01-100-63000 | All4-PBC - o-rins & hooks | 847.32 | |
| 01-500-25300 | All4-PBC - brushes | 3,500.00 | |
| 01-500-43056 | All4-PBC - tank heaters | 340.17 | |
| 01-100-23020 | Arlon - inventory | 0.00 | |
| 01-500-25500 | Ascensus Specialties LLC | 0.00 | |
| 01-500-25450 | Buehler Ltd | 3,926.60 | |
| 01-500-30871 | Celtic Leasing - 3691A01 | 2,230.00 | |
| 01-500-30872 | Celtic Leasing - 3691A02 | 2,578.00 | |
| 01-500-30873 | Celtic Leasing - 3691A03 | 2,959.00 | |
| 01-500-30877 | Celtic Leasing - 3691A04 | 6,899.00 | |
| 01-200-02119 | Chase Credit Card | 15,485.53 | |
| 01-500-43087 | Chemcut Corporation | 2,753.85 | |
| 01-700-10751 | Dental Select | 3,814.70 | |
| 01-100-23020 | Digi-Key | 25,468.92 | |
| 01-100-23060 | Hawkins - inventory | 512.40 | |
| 01-700-10750 | Humana | 36,444.05 | |
| 01-100-23060 | Hydrite - inventory | 1,176.00 | |
| 01-500-25300 | Hydrite - inventory | 1,564.75 | |
| 01-500-25500 | Hydrite - inventory | 481.00 | |
| 01-500-25900 | Hydrite - inventory | 1,196.35 | |
| 01-500-30500 | Hydrite - shipping | 198.00 | |
| 01-100-23020 | IEC USA INC - inventory | 10,880.32 | |
| 01-100-23060 | IEC USA INC - inventory | 7,961.95 | |
| 01-100-23065 | IEC USA INC - inventory | 4,132.60 | |
| 01-500-25900 | IEC USA INC - inventory | 0.00 | |
| 01-500-30900 | IEC USA INC - Inventory | 389.80 | |
| 01-500-30500 | IEC USA INC - shipping | 1,530.20 | |
| 01-100-23020 | Insulectro - inventory | 30,588.57 | |
| 01-100-23030 | Insulectro - Inventory | 5,816.60 | |
| 01-100-23035 | Insulectro - inventory | 6,524.00 | |
| 01-100-23040 | Insulectro - inventory | 648.00 | |
| 01-100-23060 | Insulectro - inventory | 4,244.70 | |
| 01-100-23080 | Insulectro - inventory | 585.00 | |
| 01-400-31510 | Insulectro - inventory | 1,335.00 | |
| 01-500-25100 | Insulectro - inventory | 964.00 | |
| 01-700-44025 | IPC | 1,105.00 | |
| 01-700-49000 | ITAR | 0.00 | |
| 01-500-43054 | Jackwin Intl - parts | 0.00 | |
| 01-500-30501 | Jackwin Intl - shipping | 0.00 | |
| 01-100-23060 | MacDermid Inc - inventory | 1,054.90 | |
| 01-100-23064 | MacDermid Inc - inventory | 4,885.42 | |
| 01-100-23068 | MacDermid Inc - inventory | 1,390.72 | |
| 01-100-23069 | MacDermid Inc - inventory | 5,484.85 | |
| 01-400-33519 | MacDermid Inc - cu surcharge | 132.00 | |
| 01-500-30520 | MacDermid Inc - petroleum surcharge | 258.98 | |
| 01-500-30500 | MacDermid Inc - shipping | 410.81 | |
| 01-100-23020 | Matrix - inventory | 0.00 | |
| 01-500-30500 | Matrix - shipping | 0.00 | |
| 01-700-45900 | Mobile Mini - rent | 235.26 | |
| 01-700-45410 | Mobile Mini - tax | 12.94 | |
| 01-500-43087 | Orlandi parts | 0.00 | |
| 01-500-30500 | Orlandi shipping | 0.00 | |
| 01-500-30878 | Pawnee Leasing | 8,402.20 | |
| 01-500-41560 | Pill GmbH Technology - parts | 0.00 | |
| 01-500-30506 | Pill GmbH Technology - shipping | 0.00 | |
| 01-700-45430 | Service Fee | 205.00 | |

| | | | |
|---|---|---|---|
| 01-100-23020 | Showa Denko Materials (America) Inc | 0.00 | |
| 01-100-23070 | Taiyo - Ink inventory | 3,150.00 | |
| 01-500-30500 | Taiyo - shipping | 0.00 | |
| 01-100-23061 | Technic - inventory | 33.65 | |
| 01-500-30500 | Technic - shipping | 30.75 | |
| 01-100-31012 | Tetra Financial Group | 18,463.56 | |
| 01-500-25400 | Uline - inventory | 242.00 | |
| 01-500-25900 | Uline - inventory | 28.00 | |
| 01-500-30500 | Uline - shipping | 1.50 | |
| 01-500-30500 | UPS autopay | 4,657.42 | |
| 01-500-30600 | UPS autopay | 4,095.67 | |
| 01-500-30501 | UPS Supply Chain Solutions auto pay | 545.00 | |
| 01-700-10500 | Unum - Life | 0.00 | |
| 01-700-10450 | Unum - AD&D | 0.00 | |
| 01-100-23060 | Uyemura - inventory | 5,575.00 | |
| 01-100-23062 | Uyemura - inventory | 1,725.00 | |
| 01-100-23063 | Uyemura - inventory | 22,101.69 | |
| 01-700-35000 | XACT PCB Ltd | 0.00 | |
| 01-700-45430 | Fee for filing by TKO Miller | 75.00 | |
| 01-100-01041 | Chase - auto withdrawls | | 276,961.90 |

BANK : Chase Bank                          Date From : 03/01/2021 To : 03/31/2021

| CHECK NUMBER | CHECK DATE | AMOUNT | PAY TO | STATUS | |
|---|---|---|---|---|---|
| 2601 | 08/06/2020 | 486.84 | ACUITY BRAND LIGHTING INC | Open | Tariff Refund |
| 3909 | 02/23/2021 | 2,000.00 | APTEAN INC | Open | Software |
| 4028 | 03/15/2021 | 606.02 | GLOBAL CUSTOM MACHINE | Open | Repairs |
| 4067 | 03/29/2021 | 360.00 | ACCURATE MACHINE SERVICE | Open | Repairs |
| 4068 | 03/29/2021 | 937.45 | AIRGAS USA LLC | Open | Material/Supplies |
| 4069 | 03/29/2021 | 190.35 | ALLIED HIGH TECH PRODUCTS INC | Open | Material/Supplies |
| 4070 | 03/29/2021 | 908.70 | AT&T | Open | Utility |
| 4072 | 03/29/2021 | 50.00 | BRENNTAG GREAT LAKES LLC | Open | Material/Supplies |
| 4073 | 03/29/2021 | 255.00 | BUEHLER A DIVISION OF | Open | Material/Supplies |
| 4074 | 03/29/2021 | 170.00 | C.R.T. INC | Open | Material/Supplies |
| 4075 | 03/29/2021 | 96.50 | CHEMA TECHNOLOGY | Open | Material/Supplies |
| 4076 | 03/29/2021 | 120.00 | DIETZ ELECTRIC COMPANY | Open | Repairs |
| 4077 | 03/29/2021 | 833.44 | DLM TECHNOLOGIES | Open | Repairs |
| 4078 | 03/29/2021 | 84.00 | FRED LEVINE SERVICES INC | Open | Material/Supplies |
| 4079 | 03/29/2021 | 1,041.88 | HARRINGTON INDUSTRIAL PLASTICS | Open | Material/Supplies |
| 4080 | 03/29/2021 | 410.00 | KYOCERA PRECISION TOOLS INC | Open | Material/Supplies |
| 4081 | 03/29/2021 | 2,405.65 | MACDERMID INC. | Open | Material/Supplies |
| 4083 | 03/29/2021 | 399.21 | MIDWEST SIGN & SCREEN PRINTING | Open | Material/Supplies |
| 4085 | 03/29/2021 | 68.25 | ORBOTECH INC | Open | Repairs |
| 4086 | 03/29/2021 | 1,792.20 | PRECIOUS METAL PROCESSING | Open | Material/Supplies |
| 4087 | 03/29/2021 | 76.30 | REDISHRED ACQUISITION INC | Open | Material/Supplies |
| 4088 | 03/29/2021 | 85.51 | QUADIENT LEASING USA INC | Open | Material/Supplies |
| 4090 | 03/29/2021 | 35.00 | SALTCO | Open | Material/Supplies |
| 4091 | 03/29/2021 | 1,610.00 | ST & S GROUP | Open | Quality Verification |
| 4092 | 03/29/2021 | 264.00 | TCT CIRCUIT SUPPLY INC | Open | Material/Supplies |
| 4093 | 03/29/2021 | 514.53 | TEXAS TECHNOLOGIES | Open | Material/Supplies |
| 4095 | 03/29/2021 | 73.50 | ULINE | Open | Material/Supplies |
| 4096 | 03/29/2021 | 360.00 | VALLEY LABS INC | Open | Quality Verification |
| 4097 | 03/29/2021 | 159.48 | VENTEC USA LLC | Open | Material/Supplies |
| 4098 | 03/29/2021 | 9,420.23 | VEOLIA ENVIRONMENTAL SERVICES | Open | Waste Pickup |
| 4099 | 03/29/2021 | 55.00 | SABRINA G. WILLIAMSON | Open | Expense Reimbursement |
| 4101 | 03/30/2021 | 1,175.00 | G & H ENTERPRISES | Open | Material/Supplies |
| 4102 | 03/30/2021 | 284.00 | WIPER TECH | Open | Material/Supplies |
| 4103 | 03/30/2021 | 362.50 | INTEGRATED PROCESS SYSTEMS | Open | Material/Supplies |
| 4104 | 03/30/2021 | 96.96 | BEARINGS INCORPORATED-SOUTH | Open | Material/Supplies |
| 4105 | 03/30/2021 | 728.00 | PIEPER ELECTRIC INC | Open | Repairs |
| 4106 | 03/31/2021 | 2,920.12 | WOODS & ASSOCIATES | Open | Material/Supplies |
| | | 31,435.62 | | | |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 1
04/16/2021 3:20:00 PM

*Income Statement*

As Of March, 2021

| | <---------- Current Year ----------> | |
| | Current Month | YTD |
|---|---|---|
| **Total Production** | | |
| Multilayer Production | | |
| MLB - Sales | 994,404.07 | 2,557,304.52 |
| MLB - Tooling | 3,800.00 | 8,550.00 |
| MLB - Testing | 825.00 | 2,175.00 |
| MLB - Returns & Allowances | (135,017.48) | (171,452.07) |
| MLB - WIP Variance | 123,776.00 | 152,483.00 |
| | 987,787.59 | 2,549,060.45 |
| Double Sided Production | | |
| DS - Sales | 172,724.50 | 506,393.61 |
| DS - Tooling | 825.00 | 1,650.00 |
| DS - Testing | 150.00 | 485.00 |
| DS - WIP Variation | 60,421.00 | 74,774.00 |
| | 234,120.50 | 583,302.61 |
| | 1,221,908.09 | 3,132,363.06 |
| **Cost of Goods Sold** | | |
| Direct Labor | | |
| Direct Labor | 112,873.91 | 327,051.15 |
| | 112,873.91 | 327,051.15 |
| Outside Labor | | |
| O/L - Plating | .00 | 1,020.00 |
| O/L - Die Blanking | 1,023.00 | 1,350.32 |
| Outside Service - Engineering | 380.00 | 1,165.00 |
| Outside Service-Miscellaneous | 100.00 | 200.00 |
| Outside Service - Inspection | 7,636.00 | 23,203.00 |
| O/L - Tensil Strength-Elong. | .00 | 1,000.00 |
| | 9,139.00 | 27,938.32 |
| Material | | |
| Film Purchases | 5,243.48 | 10,010.28 |
| Multilayer Purchases | 100,350.23 | 345,211.18 |
| Laminate Purchases | 17,027.40 | 56,042.77 |
| Flex Material Purchases | 11,561.01 | 63,031.00 |
| BU/E Purchases - Drill Room | 7,905.75 | 31,561.75 |
| Drill Bit Purchases | 1,102.00 | 9,629.00 |
| Drill Bit Resharpening | 1,431.58 | 7,143.66 |
| Dry Film Purchases | 20,846.58 | 51,830.33 |
| Plating - Hard & Soft Gold | 6,819.80 | 39,113.25 |
| Plating - Copper | 6,095.00 | 33,196.32 |
| Plating - ENIG | 10,739.94 | 41,476.17 |
| Plating - Misc. (Reclaim, etc) | (2,878.34) | (9,908.25) |
| Plating - Inversion Silver | 6,759.66 | 11,790.86 |
| Plating - Etching SES & DES | 4,162.15 | 12,385.45 |
| Plating - HAL | 712.50 | 2,342.00 |
| Plating - Oxide | 1,738.40 | 5,909.33 |
| Plating - PTH | 13,228.32 | 37,673.48 |
| Screening Ink Purchases | 14,091.71 | 44,160.93 |
| PISM Inks Purchases | .00 | 1,275.00 |
| BU/E Purchases - Routing Room | 1,669.75 | 4,382.05 |
| Router Bit Purchases | 410.00 | 4,525.00 |
| | 229,016.92 | 802,781.56 |
| Indirect Labor | | |
| Production Support & Suprvsn | 39,250.03 | 113,490.14 |
| Materials Management | 5,870.32 | 15,058.64 |
| Engineering | 21,613.95 | 59,337.31 |
| Maintenance | 20,810.49 | 51,240.04 |
| Fringe Benefits | 26,807.14 | 79,083.52 |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 2
04/16/2021 3:20:00 PM

*Income Statement*

As Of March,2021

| | <---------- Current Year ----------> | |
| --- | --- | --- |
| | Current Month | YTD |
| | 114,351.93 | 318,209.65 |
| **Production Supplies** | | |
| AOI Supplies | 68.25 | 68.25 |
| Photo Supplies | 1,675.11 | 4,146.31 |
| Multilayer Supplies | 3,022.00 | 10,107.25 |
| Drill Room Supplies | 1,113.95 | 5,656.52 |
| Print Room Supplies | 357.50 | 2,837.89 |
| Plating Room Supplies | 7,495.07 | 14,892.66 |
| Screening Room Supplies | 6,632.03 | 9,709.16 |
| PISM Room Supplies | 818.10 | 3,510.06 |
| Routing Room Supplies | 418.50 | 1,218.50 |
| Shipping Supplies | 2,698.20 | 9,560.23 |
| P.A.R. Supplies | 57.36 | 57.36 |
| Quality A/C Supplies | 8,311.39 | 19,225.10 |
| Electrical Test Supplies | .00 | 1,620.00 |
| Waste Treatment Supplies | 277.48 | 8,707.28 |
| Wet Lab Supplies | 1,410.25 | 10,277.39 |
| Other Production Supplies | 3,426.22 | 16,663.02 |
| | 37,781.41 | 118,256.98 |
| **Production Equipment** | | |
| Drill Room Equipment | 80.00 | 458.00 |
| Plating Room Equipment | .00 | 1,058.80 |
| Wet Lab Equipment | 2,847.00 | 9,741.00 |
| | 2,927.00 | 11,257.80 |
| **Other Production Expenses** | | |
| Overtime Premium | 7,437.70 | 33,736.01 |
| Fringe - Direct Labor | 43,563.35 | 128,515.88 |
| Health & Safety | 429.33 | 1,634.11 |
| Uniforms - Cintas | 1,297.69 | 4,619.11 |
| Uniforms - Other | .00 | 420.80 |
| Licenses & Fees | 1,211.00 | 5,632.75 |
| Expedited Material Expense | 159.69 | 170.49 |
| Tariff charges | 315.00 | 1,105.00 |
| Production Telephone | 110.00 | 275.00 |
| LDI Maintenance Agreemnt | 11,916.65 | 35,749.95 |
| CimNet Software Maint Contract | (16,319.88) | (8,159.94) |
| Genisis Maintenance Contract | 1,255.50 | 3,766.50 |
| Freight-In | 12,083.15 | 39,694.54 |
| Freight In - China | .04 | (2,380.70) |
| Freight In - Italy | 38.23 | 3,155.83 |
| Freight In - Germany | .00 | 231.28 |
| Freight-Petroleum Surcharge | 591.48 | 1,592.17 |
| Freight-Hazardous Fee | 165.31 | 408.86 |
| Freight-Handling Charge | 86.30 | 367.25 |
| Freight-Out | 3,585.37 | 8,824.10 |
| Component costs on returns | 331.20 | 2,492.58 |
| Q/C Callibration | 90.00 | 7,934.43 |
| Celtic CML-3691A01 Lease | 2,230.00 | 6,690.00 |
| Celtic CML-3691A02 lease | 2,578.00 | 7,734.00 |
| Celtic CML-3691A03 lease | 2,959.00 | 8,877.00 |
| Tetra Financial Group lease | 18,463.56 | 55,510.68 |
| Celtic CML-3691A04 Lease | 6,899.00 | 20,697.00 |
| Alliance Lease | 8,402.20 | 25,206.60 |
| Other Production Expense | 424.80 | 1,399.30 |
| | 110,303.67 | 395,900.58 |
| **Repairs & Maintenance** | | |
| Air Compressors | 3,542.79 | 11,290.94 |
| HVAC System South Plant | 3,250.72 | 11,556.14 |

Copyright © 1988 - 2021 Aptean

**Electrotek Corporation**

ID: SPOON
F0367F Page: 3
04/16/2021 3:20:00 PM

*Income Statement*

As Of March, 2021

| | <---------- Current Year ----------> | |
| | Current Month | YTD |
|---|---|---|
| HVAC System North Plant | 434.16 | 877.99 |
| HVAC System West | 334.83 | 779.68 |
| Drake Chiller | .00 | 61.05 |
| Other Building R & M | 906.69 | 1,465.68 |
| A.O.I. Discovery 1 | .00 | 82.50 |
| A.O.I. Discovery 2 | .00 | 82.50 |
| Processor | .00 | 87.04 |
| Other Tooling R&M | .00 | 48.80 |
| Optiline Post Etch Punch | 360.00 | 360.00 |
| TMP Multilayer Press #1 | .00 | 75.08 |
| TMP Multilayer Press #2 | .00 | 517.38 |
| Pluritec X-Ray Drill | .00 | 575.00 |
| Pill CobraBond Oxide Line 952 | .00 | 525.32 |
| March Plasma Unit | 296.00 | 3,734.30 |
| Other Multilayer R&M | 106.97 | 308.37 |
| EX200 Drill | 810.00 | 810.00 |
| 689 Drill (S/N 9014) | 410.60 | 410.60 |
| 689 Drill (S/N 9016) | .00 | 3,726.66 |
| CNC5-B Drill (S/N 001) | 1,182.50 | 1,182.50 |
| Drilling Spindles | 1,030.50 | 4,914.90 |
| Mark VI Drill (S/N 6612) | 144.90 | 144.90 |
| Other Drilling R&M | 887.50 | 887.50 |
| VCM Developer | 70.56 | 297.80 |
| Atotech Developer | 728.00 | 728.00 |
| Dry Film Solder Mask Unit | .00 | 463.08 |
| Cut Sheet Laminator | .00 | 1,947.32 |
| OLEC AT-30 (6KW) | .00 | 3,995.00 |
| Viafill/Planerizer/Rinsedry | 3,948.94 | 4,994.43 |
| PTH Plating Line | 3,496.78 | 3,827.20 |
| M.E. Baker Copper Line | 3,464.60 | 4,779.86 |
| Inner Layer Etch Strip Line | .00 | 4.57 |
| Chemcut Dry Film Stripper | .00 | 459.01 |
| Etch/Tin Strip Line (ME Baker) | .00 | 604.90 |
| Horizontal HAL | 243.40 | 1,443.40 |
| Chemcut Chemical Clean | 240.00 | 2,615.77 |
| Marseco Deburring Equipment | 548.48 | 548.48 |
| ENIG Line | 607.93 | 6,606.04 |
| DES Line | .00 | 215.00 |
| Direct Metalization | 373.76 | 5,493.76 |
| DES Line (s/n CC450-30) | 4,979.23 | 14,809.79 |
| Other Plating Room R&M | 2,064.42 | 2,589.42 |
| Other Waste Treatment R&M | .00 | 541.41 |
| Screen Making Exposure Unit | 69.38 | 69.38 |
| Orbotech Sprint 8 Legend Ink | 57.75 | 89.76 |
| Other Screening Room R&M | .00 | 2.52 |
| Pumice Scrubber | 273.72 | 624.93 |
| OLEC (8KW) | .00 | 815.00 |
| OLEC AT-30 (8KW) | 2,897.00 | 3,467.00 |
| Other PISM R&M | 43.17 | 166.37 |
| Routing Spindles | 1,970.00 | 1,970.00 |
| Routing Machine Parts | 23.63 | 23.63 |
| Fab Dust Collector | 120.00 | 120.00 |
| Fab Arco Wand Dust Collector | 550.00 | 550.00 |
| Mark VI CNC-6 Router(s/n 0151) | 630.00 | 630.00 |
| Mark VI CNC-6 Router(s/n 0174) | 637.50 | 637.50 |
| Other Routing Room R&M | 77.40 | 209.80 |
| Score Blades | .00 | 920.00 |
| Cyclops Unit | .00 | 80.00 |
| Other Quality A/C R&M | .00 | 66.49 |
| Culligan RO/DI System | 2,202.35 | 12,786.35 |
| | | |
| | 44,016.16 | 124,697.80 |

**Electrotek Corporation**

*Income Statement*

As Of March, 2021

ID: SPOON
F0367F Page: 4
04/16/2021 3:20:00 PM

| | <---------- Current Year ----------> | |
| --- | ---: | ---: |
| | Current Month | YTD |
| **Other Maintenance Expense** | | |
| Tools | 197.48 | 673.90 |
| Supplies | 1,224.04 | 1,922.07 |
| Electrical Supplies | 81.90 | 115.88 |
| Plumbing Supplies | .00 | 158.59 |
| Janitorial Supplies | 1,713.91 | 4,944.51 |
| Trash Disposal | 1,630.70 | 4,891.91 |
| Grounds Upkeep | .00 | 5,815.27 |
| Housekeeping | 3,500.00 | 10,000.00 |
| Other Maintenance Expense | 480.94 | 1,466.12 |
| | 8,828.97 | 29,988.25 |
| **Environment & Waste** | | |
| Licenses & Fees | 1,087.05 | 3,642.43 |
| Waste Recovery | 9,651.62 | 29,589.30 |
| Miscellaneous Recycle | .00 | 150.00 |
| | 10,738.67 | 33,381.73 |
| **Utilities** | | |
| Electric | 52,760.51 | 131,532.28 |
| Gas | 5,196.07 | 12,923.37 |
| Water | 2,103.94 | 24,708.75 |
| Sewer | 1,555.36 | 18,364.37 |
| | 61,615.88 | 187,528.77 |
| **Building Expense** | | |
| Real Estate Tax | 4,693.88 | 12,857.14 |
| Property Tax | 81.05 | 81.05 |
| | 4,774.93 | 12,938.19 |
| **Depreciation** | | |
| Depreciation | 45,061.22 | 123,428.56 |
| | 45,061.22 | 123,428.56 |
| | 791,429.67 | 2,513,359.34 |
| **Gross Profit** | 430,478.42 | 619,003.72 |
| **Operating Expenses** | | |
| **Sales Expenses** | | |
| Selling Salaries | 12,957.84 | 33,361.07 |
| Fringe Benefits | 4,380.43 | 12,922.67 |
| | 17,338.27 | 46,283.74 |
| **G&A Salaries and Fringe** | | |
| Administrative Salaries | 15,865.26 | 43,548.27 |
| Accounting Salaries | 16,019.84 | 46,069.88 |
| MIS Salaries | 7,109.01 | 22,839.48 |
| QA Salaries | 9,391.37 | 41,378.82 |
| Fringe Benefits | 13,961.40 | 41,187.40 |
| | 62,346.88 | 195,023.85 |
| **Fringe** | | |
| Vacation | 13,859.08 | 42,910.35 |
| Holiday Pay | 11,828.57 | 32,399.99 |
| ECSO Pay | .00 | 1,400.00 |
| FICA - Employer | 20,532.72 | 62,434.21 |
| UC - Federal | 397.78 | 3,046.74 |
| UC - State | 6,773.18 | 21,824.57 |
| Life AD&D | .00 | 1,030.75 |
| LTD Premiums | .00 | 5,240.22 |

**Electrotek Corporation**

*Income Statement*

As Of March,2021

ID: SPOON
F0367F Page: 5
04/16/2021 3:20:00 PM

| | <--------- Current Year ---------> | |
| | Current Month | YTD |
| --- | ---: | ---: |
| Cost of Health Insurance | 36,444.05 | 106,667.04 |
| Cost of Dental Insurance | 3,814.70 | 7,529.76 |
| Insurance Fees From Employees | (12,181.58) | (43,990.17) |
| Safety Shoes & Glasses | .00 | 149.00 |
| Worker's Compensation | 6,486.39 | 19,459.29 |
| 401k Company Match | 757.43 | 1,607.72 |
| Fringe Benefit Offset | (88,712.32) | (261,709.47) |
| | (.00) | .00 |
| **Office Supplies** | | |
| Copier Lease | 1,008.67 | 3,783.99 |
| Copier Supplies | .00 | 339.90 |
| Telephone System Expense | .00 | 652.00 |
| Telephone Expense - G & A | 34.86 | 2,907.04 |
| Business Forms | 76.16 | 598.40 |
| Postage | 141.85 | 539.73 |
| Postage Meter Rental | 296.41 | 296.41 |
| Other Office Supplies | 528.13 | 1,081.78 |
| | 2,086.08 | 10,199.25 |
| **MIS Expenses** | | |
| MIS Software | 4,592.99 | 6,257.49 |
| MIS Hardware | .00 | 985.32 |
| MIS Repairs & Maintenance | 822.00 | 822.00 |
| | 5,414.99 | 8,064.81 |
| **Human Resources Expenses** | | |
| Payroll - ADP | 1,430.16 | 6,623.81 |
| Parties & Events | 750.97 | 750.97 |
| Recruitment Advertising | 319.20 | 663.20 |
| Drug Testing | 61.50 | 369.00 |
| Other Human Resources Expense | 233.27 | 1,259.25 |
| Seminar & Courses | 5,165.00 | 5,165.00 |
| | 7,960.10 | 14,831.23 |
| **Administrative Costs** | | |
| Audit & Tax Service | 3,379.59 | 9,257.15 |
| Sales Discounts | 108.57 | 360.52 |
| Legal Fees | 3,379.59 | 9,257.15 |
| Travel | .00 | 11.20 |
| Meals & Entertainment | .00 | 390.36 |
| Consulting | 8,775.00 | 19,929.38 |
| Business Insurance | .00 | .01 |
| Use Tax Expense | .00 | 239.01 |
| Sales Tax | 1,399.54 | 3,822.83 |
| First Business Bank Fees | 280.00 | 690.00 |
| Other Administrative Costs | 2,384.67 | 8,032.65 |
| | 19,706.96 | 51,990.26 |
| | 114,853.28 | 326,393.14 |
| **Operating Income** | 315,625.14 | 292,610.58 |
| **Other Income/ Expenses** | | |
| **Interest Expense** | | |
| Interest - Insulectro | (1,470.21) | (6,228.66) |
| Interest Exp - Shareholder | (65,125.00) | (137,248.00) |
| | (66,595.21) | (143,476.66) |
| | (66,595.21) | (143,476.66) |

**Electrotek Corporation**

ID: SPOON
F0367F Page: 6
04/16/2021 3:20:00 PM

*Income Statement*

As Of March, 2021

| | <---------- Current Year ----------> | |
| | Current Month | YTD |
|---|---|---|
| Net Income Before Tax | 249,029.93 | 149,133.92 |
| Net Income | 249,029.93 | 149,133.92 |

**Electrotek Corporation**

*Balance Sheet*

As of March, 2021

ID: SPOON
F0367E Page: 1
04/16/2021 3:19:37 PM

| | Current Year Current Month |
|---|---|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| Petty Cash | 400.00 |
| Cash - Chase Bank | 1,069,646.93 |
| | 1,070,046.93 |
| **Accounts Receivable** | |
| Accounts Receivable | 1,705,148.27 |
| Allowance For Doubtful Account | (60,000.00) |
| | 1,645,148.27 |
| **Other Receivables** | |
| Scrap Receivable | 51,500.00 |
| P/R Clearing-Garnishments | 944.63 |
| P/R-Temporary Holding Acct | (3,134.77) |
| P/R Clearing-AFLAC-Life | 47.40 |
| P/R Clearing-AFLAC-Health | (815.33) |
| P/R Clearing-Colonial Life | 1,470.00 |
| | 50,011.93 |
| **Finished Goods/WIP Inventory** | |
| Finished Goods Inventory | 5,708.00 |
| Finished Goods - PP | 75,511.00 |
| Work-In-Process Inventory | 975,121.00 |
| Finished Goods Over Run Value | 342,085.00 |
| | 1,398,425.00 |
| **Inventory** | |
| Multilayer Inventory | 641,681.59 |
| Laminate Inventory | 70,004.52 |
| Photo Tooling Inventory | 1,144.10 |
| Drill Room BU/E Inventory | 31,842.26 |
| Print Room Inventory | 15,216.83 |
| Plating Room Inventory | 38,538.13 |
| Screening Room Inventory | 19,497.30 |
| Routing Room Inventory | 3,616.67 |
| Plating Rm Inv-H&S Gold&Nickl | 311,359.55 |
| Plating Room Inv-Copper | 20,324.36 |
| Plating Inv- ENIG | 57,414.60 |
| Plating Room - Inv Silver | 218.67 |
| Plating Inv-Etching (SES&DES) | 8,584.15 |
| Plating Inv-HAL | 6,029.24 |
| Plating Inv-OSP | 853.00 |
| Plating Inv-Oxide | 5,749.00 |
| Plating Inv - PTH | 16,765.04 |
| Flex Material Inventory | 28,142.17 |
| | 1,276,981.18 |
| **Total: Current Assets** | 5,440,613.31 |
| **Other Assets** | |
| **Prepaid Expenses** | |
| Transformer Power Outage Costs | 174,206.41 |
| Prepaid and Deposits | 308,628.06 |
| Travelers Transformer Reimburs | (485,891.85) |
| Transformer Consultant Reimbur | 35,043.99 |
| | 31,986.61 |
| **Land and Building** | |
| Land | 186,000.00 |
| Building | 3,237,572.88 |

Copyright © 1988 - 2021 Aptean

**Electrotek Corporation**

ID: SPOON
F0367E Page: 2
04/16/2021 3:19:37 PM

*Balance Sheet*

As of March, 2021

|  | Current Year Current Month |
|---|---:|
| Land Improvements | 21,227.00 |
| Accum Deprec - Building | (1,502,915.05) |
|  | 1,941,884.83 |
| **M&E/F&F** |  |
| Machinery & Equipment | 10,073,025.71 |
| Furniture & Fixtures | 663,091.79 |
| Accum Deprec - M&E | (9,119,805.36) |
| Accum Deprec - F&F | (662,733.11) |
|  | 953,579.03 |
| Total: Other Assets | 2,927,450.47 |
| **Total: Assets** | **8,368,063.78** |
| **Liabilities** |  |
| Current Liabilities |  |
| Accounts Payable |  |
| Accounts Payable | 2,977,826.52 |
| Accrued Accounts Payable | 183,875.33 |
| Credit Card Accrued Payable | 25,561.73 |
| Account Payable - Checks Cut | 31,435.62 |
| Electro Plate | 1,027,252.91 |
|  | 4,245,952.11 |
| Accrued Expenses - Other |  |
| Accrued Wages | 90,978.03 |
| Accrued Holiday Pay | 20,949.87 |
| Accrued Real Estate Taxes | 12,857.14 |
| Accrued Legal & Audit Fees | 8,607.40 |
| Reserve Tariff Reimbursement | 45,705.29 |
| Accrued FICA | 6,959.82 |
| Accrued Vacation Pay | 159,198.45 |
| Accrued Interest - Shareholder | 868,542.00 |
|  | 1,213,798.00 |
| Current Portion of LT Debt |  |
| Note Payable Insulectro | 338,840.68 |
|  | 338,840.68 |
| Total: Current Liabilities | 5,798,590.79 |
| Long-Term Liabilities |  |
| Long Term Debt |  |
| Texas Champion Bank - PPP #2 | 1,188,252.00 |
| Texas Champion Bank - PPP #1 | 1,316,935.71 |
| Shareholder Loan - Chase | 300.00 |
| Shareholder Note #1 | 1,100,000.00 |
| Shareholder Note #2 | 5,200,000.00 |
|  | 8,805,487.71 |
| Total: Long-Term Liabilities | 8,805,487.71 |
| **Total: Liabilities** | **14,604,078.50** |
| Shareholders Equity |  |
| Shareholders Equity |  |
| Common Stock |  |

**Electrotek Corporation**

*Balance Sheet*

As of March, 2021

ID: SPOON
F0367E Page: 3
04/16/2021 3:19:37 PM

|  | Current Year Current Month |
|---|---:|
| Common Stock - Class A | 33,872.31 |
|  | 33,872.31 |
| Additional Paid In Capital | |
| Paid-In-Capital | 3,674,866.90 |
|  | 3,674,866.90 |
| Retained Earnings Current Year | |
|  | 149,133.92 |
| Retained Earnings-Prior Year | |
| Retained Earnings | (5,297,051.84) |
|  | (5,297,051.84) |
| Tax Distributions | |
| Tax Dividend Distributions | (4,796,836.01) |
|  | (4,796,836.01) |
| Total: Shareholders Equity | (6,236,014.72) |
| Total: Liabilities & Shareholders Equity | 8,368,063.78 |

## CHAPTER 11 DEBTOR PROJECTIONS
## Electrotek Corporation

| | | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 |
|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | |
| | | Income | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| | | Legal Retainer | 11,750.00 | | | | |
| | | **NET INCOME** | 361,750.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| **EXPENSES** | | | | | | | |
| | | Expenses | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| | | **TOTAL EXPENSES** | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| **PLAN PAYMENTS** | **Class** | | | | | | |
| | | Administrative Claims | 11,750.00 | | | | |
| | 1 | Priority Claims, other than Priority Tax or Wage Claims | 0.00 | | | | |
| | 2 | Secured Claims of Carrollton/Farmers Branch ISD | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| | 3 | Secured Claim of DJ Barbaria | | | | | |
| | 4 | General Unsecured Claims | 31,735.83 | 31,735.83 | 31,735.83 | 31,735.83 | 31,735.83 |
| | 5 | Insider Claims | | | | | |
| | 6 | Equity Interests | | | | | |
| | | | 43,622.57 | 31,872.57 | 31,872.57 | 31,872.57 | 31,872.57 |
| **NET INCOME** | | | 43,127.43 | 43,127.43 | 43,127.43 | 43,127.43 | 43,127.43 |
| **CUMULATIVE INCOME** | | | 43,127.43 | 86,254.86 | 129,382.29 | 172,509.72 | 215,637.15 |

# EXHIBIT "D"

| Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 |
|---|---|---|---|---|---|---|---|---|---|
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 31,735.83 | 31,735.83 | 31,735.83 | 31,735.83 | 31,735.83 | 31,735.83 | 31,735.83 | | | |
| 31,872.57 | 31,872.57 | 31,872.57 | 31,872.57 | 31,872.57 | 31,872.57 | 31,872.57 | 136.74 | 136.74 | 136.74 |
| 43,127.43 | 43,127.43 | 43,127.43 | 43,127.43 | 43,127.43 | 43,127.43 | 43,127.43 | 74,863.26 | 74,863.26 | 74,863.26 |
| 258,764.58 | 301,892.01 | 345,019.44 | 388,146.87 | 431,274.30 | 474,401.73 | 517,529.16 | 592,392.42 | 667,255.68 | 742,118.94 |

| Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 |
|---|---|---|---|---|---|---|---|---|---|
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 |
| 816,982.20 | 891,845.46 | 966,708.72 | 1,041,571.98 | 1,116,435.24 | 1,191,298.50 | 1,266,161.76 | 1,341,025.02 | 1,415,888.28 | 1,490,751.54 |

| Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 |
|---|---|---|---|---|---|---|---|---|---|
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 |
| 1,565,614.80 | 1,640,478.06 | 1,715,341.32 | 1,790,204.58 | 1,865,067.84 | 1,939,931.10 | 2,014,794.36 | 2,089,657.62 | 2,164,520.88 | 2,239,384.14 |

| Month 36 | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|---|---|---|
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 |
| 2,314,247.40 | 2,389,110.66 | 2,463,973.92 | 2,538,837.18 | 2,613,700.44 | 2,688,563.70 | 2,763,426.96 | 2,838,290.22 | 2,913,153.48 | 2,988,016.74 |

| Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 | Month 55 |
|---|---|---|---|---|---|---|---|---|---|
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 |
| 3,062,880.00 | 3,137,743.26 | 3,212,606.52 | 3,287,469.78 | 3,362,333.04 | 3,437,196.30 | 3,512,059.56 | 3,586,922.82 | 3,661,786.08 | 3,736,649.34 |

| Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 | 350,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 | 275,000.00 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 136.74 | 136.74 | 136.74 | 136.74 | 136.74 |
| 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 | 74,863.26 |
| 3,811,512.60 | 3,886,375.86 | 3,961,239.12 | 4,036,102.38 | 4,110,965.64 |

**Electrotek Corporation**
**Creditor Matrix by Class**

Class

| | | |
|---|---|---|
| 1 | Allowed Priority Claims other than Priority Tax or Wage Claims. | $ 28,561.92 |
| 2 | Allowed Secured Claims of Carrollton/Farmers Branch ISD. | $ 6,147.14 |
| 3 | Allowed Secured Claim of DJ Barbaria. | $ 9,500,000.00 |
| 4 | Allowed General Unsecured Claims. | $ 3,808,299.66 |
| 5 | Allowed Insider Claims. | |
| 6 | Equity Interest Holders. | |

| | | | | | Proof of Claim | Scheduled Claims | | | (C)ontingent (U)nliquidated (D)isputed | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ser. No. | Sched./POC Item No. | Creditor | Class | POC No. | POC Claim Amount | Secured | Pri (P) NonPri (N) | Unsecured | (N)/A | Notes | Claims | Class Total |
| 107 | 3.82 | McMaster-Carr Supply Co. | 1 | 10 | 3,098.92 | | P/N | 2,587.53 | N | Note: $989.89 is Priority Amount on POC | 3,098.92 | |
| 179 | 3.154 | Valley Labs Inc. | 1 | 15 | 25,463.00 | | P/N | 20,196.00 | N | Note: $13,650.00 is Priority Amount on POC | 25,463.00 | 28,561.92 |
| 3 | POC 03 | Carrollton-Farmers Branch ISD | 2 | 3 | | 6,147.14 | | | N | | 6,147.14 | 6,147.14 |
| 23 | 2.03 | Dhirajral Babaria 1/28/2020 | 3 | | | 1,685,000.00 | | | N | | 1,685,000.00 | |
| 22 | 2.02 | Dhirajral Babaria 12/3/2019 | 3 | | | 1,315,000.00 | | | N | | 1,315,000.00 | |
| 21 | 2.01 | Dhirajral Babaria 8/6/2020 | 3 | | | 6,500,000.00 | | | N | | 6,500,000.00 | 9,500,000.00 |
| 171 | 3.146 | ULINE | 4 | 1 | 8,270.00 | | P/N | 5,964.56 | N | Note: $1870 is Priority Amount on POC | 8,270.00 | |
| 165 | 3.140 | The Tipler Corporation | 4 | 2 | 294.22 | | P | 294.22 | N | | 294.22 | |
| 4 | POC 04 | IRS | 4 | 4 | 2,339.07 | | P | | N | | 2,339.07 | |
| 152 | 3.127 | Staples | 4 | 5 | 358.59 | | N | 358.59 | N | | 358.59 | |
| 6 | POC 06 | CAB Assignee of Hua Feng (Shenzhen) Co. | 4 | 6 | 22,243.07 | | N | | N | | 22,243.07 | |
| 7 | POC 07 | JP Morgan Chase Bank, NA | 4 | 7 | 2,578.35 | | N | | N | | 2,578.35 | |
| 8 | POC 08 | Allen Woods & Associates | 4 | 8 | 73,467.41 | | N | | N | | 73,467.41 | |
| 148 | 3.123 | Sid Grinker Restoration Inc. | 4 | 9 | 130,586.37 | | N | 117,958.84 | N | | 130,586.37 | |
| 11 | POC 11 | JP Morgan Chase Bank, NA | 4 | 11 | 10,325.29 | | N | | N | | 10,325.29 | |
| 56 | 3.31 | Chema Technology | 4 | 12 | 23,807.75 | | N | 18,995.25 | N | | 23,807.75 | |
| 47 | 3.22 | Bearings Incorporated - South | 4 | 13 | 396.30 | | N | 396.30 | N | | 396.30 | |
| 102 | 3.77 | Lakeland Supply inc. | 4 | 14 | 2,234.56 | | N | 1,483.80 | N | | 2,234.56 | |
| 121 | 3.96 | Nordson Corp / Nordson March | 4 | 16 | 1,807.50 | | N | 1,045.00 | N | | 1,807.50 | |
| 31 | 3.06 | Airgas USA, LLC | 4 | 17 | 5,254.33 | | N | 2,234.58 | N | | 5,254.33 | |
| 18 | POC 18 | Hagen Decorators, Inc. | 4 | 18 | 76,000.00 | | N | | N | | 76,000.00 | |
| 119 | 3.94 | Nassco Inc. | 4 | 19 | 3,806.76 | | N | 3,509.01 | N | | 3,806.76 | |
| 189 | 3.164 | WIPFLI LLC | 4 | 20 | 10,400.00 | | N | 9,400.00 | N | | 10,400.00 | |
| 27 | 3.02 | Accusystems | 4 | | | | N | 800.00 | N | | 800.00 | |
| 28 | 3.03 | AGC Nelco America Inc. | 4 | | | | N | 3.00 | N | | 3.00 | |
| 29 | 3.04 | Agilent Technologies | 4 | | | | N | 1,500.00 | N | | 1,500.00 | |
| 30 | 3.05 | Ahmad & Guerard, LLP | 4 | | | | N | 0.00 | N | | 0.00 | |
| 32 | 3.07 | Aismalibar North America | 4 | | | | N | 1,568.00 | N | | 1,568.00 | |
| 33 | 3.08 | ALL4-PCB (North America) Inc. | 4 | | | | N | 10,375.14 | N | | 10,375.14 | |
| 34 | 3.09 | Allfavor Technology (Hong Kong) | 4 | | | | N | 18,199.46 | N | | 18,199.46 | |
| 35 | 3.10 | Allied High Tech Products, Inc. | 4 | | | | N | 6,282.02 | N | | 6,282.02 | |
| 36 | 3.11 | Allworld Machinery Supply | 4 | | | | N | 2,839.00 | N | | 2,839.00 | |
| 37 | 3.12 | Aluma-Tec Industries | 4 | | | | N | 109.00 | N | | 109.00 | |
| 38 | 3.13 | Amazon Capital Services | 4 | | | | N | 650.79 | N | | 650.79 | |
| 39 | 3.14 | American Solution for Business | 4 | | | | N | 664.04 | N | | 664.04 | |
| 40 | 3.15 | Anode Products Co. Inc. | 4 | | | | N | 177.50 | N | | 177.50 | |
| 41 | 3.16 | Aptean Inc. | 4 | | | | N | 6,000.00 | N | | 6,000.00 | |
| 42 | 3.17 | Arlon Electornic Materials | 4 | | | | N | 25,423.30 | N | | 25,423.30 | |
| 43 | 3.18 | Artnet Pro Inc. | 4 | | | | N | 20,000.00 | N | | 20,000.00 | |
| 44 | 3.19 | AT&T | 4 | | | | N | 920.00 | N | | 920.00 | |
| 45 | 3.20 | Atradius Trade Credit | 4 | | | | N | 6,266.00 | N | | 6,266.00 | |
| 46 | 3.21 | AV Tech / Tetra | 4 | | | | N | 0.00 | N | | 0.00 | |
| 26 | 3.01 | A-Z Refrigeration & HVAC | 4 | | | | N | 14,639.04 | N | | 14,639.04 | |
| 48 | 3.23 | Benchmark Products | 4 | | | | N | 1,612.16 | N | | 1,612.16 | |
| 49 | 3.24 | Blanca's Cleaning Services, LLC | 4 | | | | N | 0.00 | N | | 0.00 | |
| 50 | 3.25 | Brecoflex Co, LLC | 4 | | | | N | 167.87 | N | | 167.87 | |
| 51 | 3.26 | Buehler | 4 | | | | N | 9,878.20 | N | | 9,878.20 | |
| 52 | 3.27 | CA Picard, Inc. | 4 | | | | N | 5,639.98 | N | | 5,639.98 | |
| 54 | 3.29 | Carelparts | 4 | | | | N | 938.85 | N | | 938.85 | |
| 55 | 3.30 | Celtic Leasing | 4 | | | | N | 0.00 | N | | 0.00 | |
| 57 | 3.32 | Cintas Corporation | 4 | | | | N | 6,763.06 | N | | 6,763.06 | |
| 58 | 3.33 | Circuit Solutions, LLC | 4 | | | | N | 0.00 | N | | 0.00 | |
| 59 | 3.34 | City of Oak Creek | 4 | | | | N | 17,955.24 | N | | 17,955.24 | |
| 60 | 3.35 | City of Oak Creek | 4 | | | | N | 0.00 | N | | 0.00 | |
| 61 | 3.36 | Cole-Parmer | 4 | | | | N | 288.46 | N | | 288.46 | |
| 62 | 3.37 | Colonial Life | 4 | | | | N | 789.91 | N | | 789.91 | |
| 63 | 3.38 | Complete Office of Wisconsin | 4 | | | | N | 81.60 | N | | 81.60 | |
| 64 | 3.39 | Crescent Data Devices, LLC | 4 | | | | N | 800.00 | N | | 800.00 | |
| 53 | 3.28 | CRT Inc. | 4 | | | | N | 1,012.48 | N | | 1,012.48 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 3.40 | Current Inc. | 4 | | | | N | 1,833.13 | N | | 1,833.13 |
| 66 | 3.41 | Dallas Cooler Service | 4 | | | | N | 399.77 | N | | 399.77 |
| 68 | 3.43 | Delta Dental of Wisconsin | 4 | | | | N | 3,715.06 | N | | 3,715.06 |
| 67 | 3.42 | DeNora Tech LLC | 4 | | | | N | 15,000.00 | N | | 15,000.00 |
| 69 | 3.44 | Digi-Key Electronics | 4 | | | | N | 10,082.46 | N | | 10,082.46 |
| 70 | 3.45 | Douglas C. Jeffery | 4 | | | | N | 0.00 | N | | 0.00 |
| 71 | 3.46 | ECEMS | 4 | | | | N | 12,338.70 | N | | 12,338.70 |
| 72 | 3.47 | Economy Lamp Co. | 4 | | | | N | 453.02 | N | | 453.02 |
| 73 | 3.48 | Equipment Technologies Inc. | 4 | | | | N | 480.00 | N | | 480.00 |
| 74 | 3.49 | Excellon Acquisition LLC | 4 | | | | N | 11,172.90 | N | | 11,172.90 |
| 75 | 3.50 | FedEX | 4 | | | | N | 1,894.37 | N | | 1,894.37 |
| 76 | 3.51 | Filter Technology, Inc. | 4 | | | | N | 378.82 | N | | 378.82 |
| 77 | 3.52 | Fisher Scientific | 4 | | | | N | 5,057.44 | N | | 5,057.44 |
| 78 | 3.53 | Fox O'Neill & Shannon, SC | 4 | | | | N | 13,985.60 | N | | 13,985.60 |
| 79 | 3.54 | Fred Levine Services Inc. | 4 | | | | N | 710.00 | N | | 710.00 |
| 80 | 3.55 | French Oil Mill Machinery | 4 | | | | N | 10,939.63 | N | | 10,939.63 |
| 81 | 3.56 | G&H Enterprises | 4 | | | | N | 630.00 | N | | 630.00 |
| 82 | 3.57 | Genesis Engineering Solutions | 4 | | | | N | 2,000.00 | N | | 2,000.00 |
| 83 | 3.58 | Global Laminates Inc | 4 | | | | N | 2,914.50 | N | | 2,914.50 |
| 84 | 3.59 | Global Machine and Maintenance | 4 | | | | N | 1,057.40 | N | | 1,057.40 |
| 85 | 3.60 | GPR Wet Process Group | 4 | | | | N | 3,000.00 | N | | 3,000.00 |
| 86 | 3.61 | Grainger | 4 | | | | N | 584.59 | N | | 584.59 |
| 87 | 3.62 | Grunau Co. | 4 | | | | N | 0.00 | N | | 0.00 |
| 88 | 3.63 | Harrington Industrial Plastics | 4 | | | | N | 2,495.63 | N | | 2,495.63 |
| 89 | 3.64 | Hitachi High-Tech | 4 | | | | N | 4,000.00 | N | | 4,000.00 |
| 90 | 3.65 | Humana | 4 | | | | N | 0.00 | N | | 0.00 |
| 91 | 3.66 | Hydrite Chemical Co. | 4 | | | | N | 14,401.91 | N | | 14,401.91 |
| 92 | 3.67 | IEC USA Inc. | 4 | | | | N | 0.00 | N | | 0.00 |
| 93 | 3.68 | Indelco Plastics Corp | 4 | | | | N | 815.93 | N | | 815.93 |
| 94 | 3.69 | Insulectro | 4 | | | | N | 76,739.55 | N | | 76,739.55 |
| 95 | 3.70 | ITC intercircuit | 4 | | | | N | 2,960.09 | N | | 2,960.09 |
| 96 | 3.71 | James Imaging Systems Inc. | 4 | | | | N | 1,197.43 | N | | 1,197.43 |
| 97 | 3.72 | Jeff's Fast Freight | 4 | | | | N | 63.43 | N | | 63.43 |
| 98 | 3.73 | JM Brennan Inc. | 4 | | | | N | 3,916.27 | N | | 3,916.27 |
| 99 | 3.74 | Kinwong Electronic Ltd. | 4 | | | | N | 1,563,251.89 | N | | 1,563,251.89 |
| 100 | 3.75 | Kyocera Precision Tools, Inc. | 4 | | | | N | 2,925.00 | N | | 2,925.00 |
| 101 | 3.76 | Laird Technologies, Inc. | 4 | | | | N | 547.20 | N | | 547.20 |
| 103 | 3.78 | Life Insurance North America | 4 | | | | N | 2,086.90 | N | | 2,086.90 |
| 104 | 3.79 | Macdermid Inc. | 4 | | | | N | 36,070.95 | N | | 36,070.95 |
| 105 | 3.80 | Mackey Technical Services LLC | 4 | | | | N | 3,987.01 | N | | 3,987.01 |
| 106 | 3.81 | Matrix USA Inc. | 4 | | | | N | 13,477.37 | N | | 13,477.37 |
| 108 | 3.83 | Meridith's Culligan Water | 4 | | | | N | 6,757.24 | N | | 6,757.24 |
| 109 | 3.84 | Metalworld, Inc. | 4 | | | | N | 399.72 | N | | 399.72 |
| 110 | 3.85 | Metrohm USA Inc. | 4 | | | | N | 5,213.00 | N | | 5,213.00 |
| 111 | 3.86 | Michael J. Swerdlow | 4 | | | | N | 0.00 | N | | 0.00 |
| 112 | 3.87 | Micronutrients | 4 | | | | N | 3,777.40 | N | | 3,777.40 |
| 114 | 3.89 | Midwest Printed Circuit Service | 4 | | | | N | 1,020.00 | N | | 1,020.00 |
| 115 | 3.90 | Midwest Sign and Screen Printing | 4 | | | | N | 496.27 | N | | 496.27 |
| 116 | 3.91 | Milwaukee County Treasurer's Office | 4 | | | | N | 0.00 | N | | 0.00 |
| 117 | 3.92 | Milwaukee metro Sewerage | 4 | | | | N | 1,556.00 | N | | 1,556.00 |
| 113 | 3.88 | Modwest Accurate Grinding Service | 4 | | | | N | 920.00 | N | | 920.00 |
| 118 | 3.93 | MRA the Management Association | 4 | | | | N | 24,183.75 | N | | 24,183.75 |
| 120 | 3.95 | National Technical Systems | 4 | | | | N | 1,000.00 | N | | 1,000.00 |
| 122 | 3.97 | North Central Insulation | 4 | | | | N | 76,000.00 | N | | 76,000.00 |
| 123 | 3.98 | Oak Creek Water & Sewer | 4 | | | | N | 37,637.18 | N | | 37,637.18 |
| 124 | 3.99 | Occupational Health Centers of the Southwest | 4 | | | | N | 61.50 | N | | 61.50 |
| 125 | 3.100 | Olsen Safety Equipment Corp. | 4 | | | | N | 422.67 | N | | 422.67 |
| 126 | 3.101 | Orbotech Inc. | 4 | | | | N | 38,750.00 | N | | 38,750.00 |
| 127 | 3.102 | OSI Environmental Inc. | 4 | | | | N | 150.00 | N | | 150.00 |
| 128 | 3.103 | Owens Indstries Inc. | 4 | | | | N | 9,806.00 | N | | 9,806.00 |
| 129 | 3.104 | Patriot Partners LLC | 4 | | | | N | 1,000.00 | N | | 1,000.00 |
| 130 | 3.105 | Pawnee Lease | 4 | | | | N | 0.00 | N | | 0.00 |
| 131 | 3.106 | Paycom | 4 | | | | N | 0.00 | N | | 0.00 |
| 132 | 3.107 | Payment Processing Center | 4 | | | | N | 40.00 | N | | 40.00 |
| 133 | 3.108 | Pieper Electric Inc. | 4 | | | | N | 21,495.22 | N | | 21,495.22 |
| 134 | 3.109 | Pluritech North America Ltd. | 4 | | | | N | 575.00 | N | | 575.00 |
| 135 | 3.110 | Praxair Distributoin Inc. | 4 | | | | N | 443.56 | N | | 443.56 |
| 136 | 3.111 | Quadient Finance USA Inc. | 4 | | | | N | 152.80 | N | | 152.80 |
| 137 | 3.112 | Recycle Technologies, Inc. | 4 | | | | N | 136.95 | N | | 136.95 |
| 138 | 3.113 | Redishred Acquisition Inc. DBA Proshred Security | 4 | | | | N | 76.30 | N | | 76.30 |
| 139 | 3.114 | Rhys Robert Petricek | 4 | | | | N | 373.90 | N | | 373.90 |
| 140 | 3.115 | River Run Computers Inc. | 4 | | | | N | 1,000.00 | N | | 1,000.00 |
| 141 | 3.116 | RMS Quality Service | 4 | | | | N | 6,696.82 | N | | 6,696.82 |
| 142 | 3.117 | Rogers Corporation | 4 | | | | N | 40,580.97 | N | | 40,580.97 |
| 143 | 3.118 | SAATI Americas Coporation | 4 | | | | N | 471,351.00 | N | | 471,351.00 |
| 144 | 3.119 | Saltco | 4 | | | | N | 680.17 | N | | 680.17 |
| 145 | 3.120 | Sentry Insurance | 4 | | | | N | 6,486.47 | N | | 6,486.47 |
| 146 | 3.121 | Service Filtration Corp | 4 | | | | N | 161.12 | N | | 161.12 |
| 147 | 3.122 | Shenzhen HuaFeng EEDM Co. LTD | 4 | | | | N | 22,243.09 | N | | 22,243.09 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 149 | 3.124 | Sigma-Aldrich Inc | 4 | | | | N | 421.69 | N | | 421.69 | |
| 150 | 3.125 | SPSI Inc | 4 | | | | N | 2,766.54 | N | | 2,766.54 | |
| 151 | 3.126 | ST&S Group | 4 | | | | N | 3,350.33 | N | | 3,350.33 | |
| 153 | 3.128 | State of Wisconsin | 4 | | | | N | 0.00 | N | | 0.00 | |
| 154 | 3.129 | State of Wisconsin | 4 | | | | N | 0.00 | N | | 0.00 | |
| 155 | 3.130 | Steven L. Dutton | 4 | | | | N | 0.00 | N | | 0.00 | |
| 156 | 3.131 | Taiyo America, Inc. | 4 | | | | N | 19,045.80 | N | | 19,045.80 | |
| 157 | 3.132 | Tapecase Ltd. | 4 | | | | N | 389.82 | N | | 389.82 | |
| 158 | 3.133 | Tara M. Dunn | 4 | | | | N | 860.69 | N | | 860.69 | |
| 159 | 3.134 | TCT Circuit Supply Inc. | 4 | | | | N | 15,084.46 | N | | 15,084.46 | |
| 160 | 3.135 | Technic Inc. | 4 | | | | N | 12,471.77 | N | | 12,471.77 | |
| 161 | 3.136 | Test Equity, LLC | 4 | | | | N | 379.11 | N | | 379.11 | |
| 162 | 3.137 | Texas Technologies | 4 | | | | N | 283.24 | N | | 283.24 | |
| 163 | 3.138 | The Cit Group | 4 | | | | N | 282.00 | N | | 282.00 | |
| 164 | 3.139 | The Robbins Firm | 4 | | | | N | 0.00 | N | | 0.00 | |
| 166 | 3.141 | TKO Miller, LLC | 4 | | | | N | 0.00 | N | | 0.00 | |
| 167 | 3.142 | Trester Hoist & Equipment | 4 | | | | N | 525.00 | N | | 525.00 | |
| 168 | 3.143 | Tri State Equipment | 4 | | | | N | 147.76 | N | | 147.76 | |
| 169 | 3.144 | UCAMCO USA | 4 | | | | N | 1,250.00 | N | | 1,250.00 | |
| 170 | 3.145 | UL LLC | 4 | | | | N | 2,865.75 | N | | 2,865.75 | |
| 172 | 3.147 | Ultra Tool & Manufacturing | 4 | | | | N | 327.32 | N | | 327.32 | |
| 173 | 3.148 | United Parcel Service | 4 | | | | N | 1,187.01 | N | | 1,187.01 | |
| 174 | 3.149 | Unites States Plastic Corp | 4 | | | | N | 1,093.09 | N | | 1,093.09 | |
| 175 | 3.150 | UPS Freight | 4 | | | | N | 431.69 | N | | 431.69 | |
| 176 | 3.151 | USA Microcraft Inc. | 4 | | | | N | 1,620.00 | N | | 1,620.00 | |
| 177 | 3.152 | Utphall Construction LLC | 4 | | | | N | 2,513.00 | N | | 2,513.00 | |
| 178 | 3.153 | Uyemura International Corp | 4 | | | | N | 45,918.28 | N | | 45,918.28 | |
| 180 | 3.155 | Ventec USA LLC | 4 | | | | N | 170.30 | N | | 170.30 | |
| 181 | 3.156 | Veolia Environmental Services | 4 | | | | N | 25,764.97 | N | | 25,764.97 | |
| 182 | 3.157 | VWR International LLC | 4 | | | | N | 9,072.19 | N | | 9,072.19 | |
| 183 | 3.158 | Warrender Ltd | 4 | | | | N | 868.40 | N | | 868.40 | |
| 184 | 3.159 | Waste Management | 4 | | | | N | 1,630.70 | N | | 1,630.70 | |
| 185 | 3.160 | WE Energies | 4 | | | | N | 80,454.09 | N | | 80,454.09 | |
| 186 | 3.161 | Whitlock | 4 | | | | N | 2,169.97 | N | | 2,169.97 | |
| 187 | 3.162 | William/Reid | 4 | | | | N | 244.92 | N | | 244.92 | |
| 188 | 3.163 | Wiper Tech | 4 | | | | N | 508.00 | N | | 508.00 | |
| 190 | 3.165 | Wisconsin Department of Justice | 4 | | | | N | 0.00 | N | | 0.00 | |
| 191 | 3.166 | Woods & Associates | 4 | | | | N | 65,617.47 | N | | 65,617.47 | |
| 192 | 3.167 | Yan Tat Technology Limited | 4 | | | | N | 74,536.38 | N | | 74,536.38 | |
| 193 | 3.168 | Zorn Compressor & Equipment | 4 | | | | N | 0.00 | N | | 0.00 | |
| 25 | 2.02 | Accrued unpaid vacation | 4 | | | | P | 158,246.14 | N | | 158,246.14 | |
| 24 | 2.01 | Unpaid employee wages | 4 | | | | P | 130,080.06 | N | | 130,080.06 | 3,808,299.66 |