Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELECTROTEK CORPORATION, | § | CASE NO. 21-30409-mvl |
| | § | Chapter 11 |
| Debtor. | § | |

### NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the *Debtor's Plan of Reorganization Dated April 26, 2021* [Docket No. 27] (the "Plan") has been scheduled for **August 3, 2021, at 2:00 p.m.** before the Honorable Michelle V. Larson, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. Parties may attend the hearing via WebEx Video Conference or in person. Debtor's counsel and witnesses are requested to appear in person, if possible. The WebEx Video Conference link may be accessed here: https://us-courts.webex.com/meet/larson. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that objections to confirmation of the Plan are due no later than **July 27, 2021**.

**PLEASE TAKE FURTHER NOTICE** that ballots accepting or rejecting the Plan must be received by the undersigned no later than **July 27, 2021.**

Dated: June 25, 2021.

Respectfully submitted,

   */s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor