Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| ELECTROTEK CORPORATION, | § § | CASE NO. 21-30409-mvl |
| | § | Chapter 11 |
| Debtor. | § | |

## AMENDED NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the *Debtor's Plan of Reorganization Dated April 26, 2021* [Docket No. 27] (the "Plan") has been rescheduled to **August 6, 2021, at 10:00 a.m.** before the Honorable Michelle V. Larson, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. Parties may attend the hearing via WebEx Video Conference or in person. Debtor's counsel and witnesses are requested to appear in person, if possible. The WebEx Video Conference link may be accessed here: https://us-courts.webex.com/meet/larson. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

**PLEASE TAKE FURTHER NOTICE** that objections to confirmation of the Plan are due no later than **July 27, 2021**.

**PLEASE TAKE FURTHER NOTICE** that ballots accepting or rejecting the Plan must be received by the undersigned no later than **July 27, 2021.**

Dated: July 9, 2021.

        Respectfully submitted,

         */s/ Joyce W. Lindauer*
        Joyce W. Lindauer
        State Bar No. 21555700
        Kerry S. Alleyne
        State Bar No. 24066090
        Guy H. Holman
        State Bar No. 24095171
        Joyce W. Lindauer Attorney, PLLC
        1412 Main Street, Suite 500
        Dallas, Texas 75202
        Telephone: (972) 503-4033
        Facsimile: (972) 503-4034
        Attorneys for Debtor

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

         */s/ Joyce W. Lindauer*
        Joyce W. Lindauer

```
Label Matrix for local noticing         Carrollton-Farmers Branch ISD          Electrotek Corporation
0539-3                                  c/o Perdue Brandon Fielder et al       1430 Century Drive
Case 21-30409-mvl11                     1919 S. Shiloh Road                    Carrollton, TX 75006-3697
Northern District of Texas              Suite 310, LB 40
Dallas                                  Garland, TX 75042-8234
Fri Jul  9 12:23:27 CDT 2021

Hitachi Capital America Corp            1100 Commerce Street                   A to Z Refrigeration & HVAC, Inc.
c/o Amish R. Doshi, Esq.                Room 1254                              840 Midwood Drive
DOSHI LEGAL GROUP, P.C.                 Dallas, TX 75242-1305                  Burlington, WI 53105-1361
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042-1022

A-Z Refrigeration & HVAC                AGC  Nelco America Inc.                ALL4-PCB (North America) Inc.
840 Midwood Drive                       PO Box 392277                          345 Mira Loma Avenue
Burlington, WI 53105-1361               Pittsburgh, PA 15251-9277              Glendale, CA 91204-2912


AT&T                                    Accusystems                            Acuity Brands Lighting, Inc.
PO Box 5019                             140 Independence Lane                  Ashley R. Ray
Carol Stream, IL 60197-5019             Chalfont, PA 18914-1842                Scroggins & Williamson, P.C.
                                                                               4401 Northside Parkway, Suite 450
                                                                               Atlanta, GA 30327-3011

Agilent Technologies                    Airgas USA LLC                         Airgas USA LLC
4187 Collections Center Drive           6055 Rockside Woods Blvd.              PO Box 734445
Chicago, IL 60693-0001                  Independence, OH 44131-2301            Chicago, IL 60673-4445


Aismalibar North America                (p)ALL WORLD MACHINERY SUPPLY  INC     Allen Woods & Associates, Inc.
79 Milliken Blvd.                       ATTN TONY TROXELL                      2515 Clearbrook Dr.
Unit 4                                  6164 ALL WORLD WAY                     Arlington Heights, IL  60005
Scarborough, ON CANADA,  M1V 1V3        ROSCOE IL 61073-7738                   1024 Bonita Dr
                                                                               Park Ridge, IL 60068-5140

Allfavor Technology (Hong Kong)         Allied High Tech Products Inc.         Aluma-Tec Industries
Rm 8, 11/F Wing Fung Ind Bld.           2376 E. Pacifica Place                 W222 N833 Cheaney Road
40-50 Sha Tsui Road, Tsuen Wan          PO Box 4608                            Waukesha, WI 53186-1688
Hong Kong,                              Compton, CA 90224-4608


Amazon Capital Services                 American Solution for Business         Anode Products Co. Inc.
PO Box 035184                           8479 Solution Center                   1022 W. National Avenue
Seattle, WA 98124-5184                  Chicago, IL 60677-8004                 Addison, IL 60101-3127



Aptean Inc.                             Arlon Electronic Materials             Artnet Pro Inc.
PO Box 743722                           9433 Hyssop Drive                      2315 Paragon Drive
Atlanta, GA 30374-3722                  Rancho Cucamonga, CA 91730-6107        San Jose, CA 95131-1309



Atradius Trade Credit                   Attorney General of Texas              Bearings Incorporated-South
7175 Columbia Gateway Drive             Bankruptcy Division                    601 Nathan Lane
Lockbox 75786                           PO Box 12548                           Elkhorn, WI 53121-9588
Columbia, MD 21046-2534                 Austin, TX 78711-2548
```

| | | |
|---|---|---|
| Benchmark Products<br>1008 Momentum Place<br>Chicago, IL 60689-5310 | Brecoflex Co. LLC<br>222 Industrial Way West<br>Eatontown, NJ 07724-2206 | Buehler<br>a Division of Illinois Tool Works, Inc.<br>41 Waukegan Road<br>Lake Bluff, IL 60044-1691 |
| C.A. Picard Inc.<br>5151 East Broadway Blvd.<br>Suite 800<br>Tucson, AZ 85711-3775 | C.R.T. Inc.<br>355 Sackett Point Road<br>Unit 5<br>North Haven, CT 06473-3165 | CAB assignee of Hua Feng (Shenzhen) Co Ltd<br>14226 Ventura Blvd.<br>Sherman Oaks, CA 91423-2715 |
| Carelparts<br>1513 W. Whispering Wind Drive<br>Phoenix, AZ 85085-0691 | Chema Technology<br>PO Box 847<br>Brookfield, WI 53008-0847 | Cintas Corporation<br>PO Box 88005<br>Chicago, IL 60680-1005 |
| City of Oak Creek<br>Attn: Treasurer<br>8040 S. 6th Street<br>Oak Creek, WI 53154-2996 | City of Oak Creek<br>PO Box 44257<br>West Allis, WI 53214-7257 | Cole-Parmer<br>13927 Collections Center Drive<br>Chicago, IL 60693-0139 |
| Colonial Life<br>Attn: Premium Processing<br>PO Box 903<br>Columbia, SC 29202-0903 | Complete Office of Wisconsin<br>PO Box 640<br>Germantown, WI 53022-0640 | Crescent Data Dervices LLC<br>PO Box 4385<br>Manchester, NH 03108-4385 |
| Current Inc.<br>30 Tyler Street Ext.<br>East Haven, CT 06512-3025 | Dallas Cooler Service<br>12717 Eastgate Drive<br>Suite 3<br>Mesquite, TX 75181-2026 | De Nora Tech LLC<br>25577 Network Place<br>Chicago, IL 60673-1255 |
| Delta Dental of Wisconsin<br>PO Box 518<br>Wisconsin Rapids, WI 54495-0518 | Digi-Key Electronics<br>PO Box 150<br>Thief River Falls, MN 56701-0150 | ECEMS<br>1662 Elm Street<br>Manchester, NH 03101-1243 |
| Economy Lamp Company<br>4611 W. National Avenue<br>Milwaukee, WI 53214-3632 | Equipment Technologies Inc.<br>19 Park Avenue<br>Hudson, NH 03051-3985 | Excellon Acquisition LLC<br>File No. 57346<br>Los Angeles, CA 90074-7346 |
| FedEx<br>PO Box 94515<br>Palatine, IL 60094-4515 | FedEx Corporate Services Inc.<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Filter Technology Inc.<br>7200 S. Leamington Avenue<br>Chicago, IL 60638-6620 |
| Fisher Scientific<br>13551 Collections Center Drive<br>Chicago, IL 60693-0135 | Fox O'Neill & Shannon S.C.<br>622 N. Water Street<br>Suite 500<br>Milwaukee, WI 53202-4978 | Fred Levine Services Inc.<br>1415 Redeker Street<br>Des Plaines, IL 60016-3413 |

| | | |
|---|---|---|
| French Oil Mill Machinery<br>1035 W. Greene Street<br>PO Box 920<br>Piqua, OH 45356-0920 | G & H Enterprises<br>11602 Azalia Drive<br>Adelanto, CA 92301-4267 | GPR Wet Process Group<br>4271 SW 106th Terrace<br>Fort Lauderdale, FL 33328-2154 |
| Genesis Engineering Solutions<br>4501 Boston Way<br>Lanham, MD 20706-4453 | Global Laminates Inc.<br>Attn: Bruce Hurley<br>300 Constitution Avenue<br>Portsmouth, NH 03801-8609 | Global Machine and Maintenance<br>1131 Delene Road<br>Jenkintown, PA 19046-3018 |
| Grainger<br>Dept. 806363891<br>Palatine, IL 60038-0001 | GreatAmerica Financial Services Corporation<br>P.O. Box 609<br>Cedar Rapids, IA 52406-0609 | Hagen Decorators, Inc.<br>Attn:  Tom Hagen<br>P.O. Box 91<br>Eau Claire, WI 54702-0091 |
| Harrington Industrial Plastics<br>PO Box 638250<br>Cincinnati, OH 45263-8250 | Hitachi Capital America Corp<br>c/o Mark F. Magnozzi, Esq.<br>The Magnozzi Law Firm, P.C.<br>23 Green Street, Suite 302<br>Huntington, NY 11743-3336 | Hitachi High-Tech<br>2 Technology Park Drive<br>2nd Floor<br>Westford, MA 01886-3164 |
| Hydrite Chemical Co.<br>Attn: Diane Zancanaro, Credit Mgr.<br>300 N. Patrick Blvd.<br>Brookfield, WI 53045-5816 | ITC Intercircuit North America<br>5708 Upper 147th Street West<br>Suite 110<br>Apple Valley, MN 55124-7277 | Indelco Plastics Corp.<br>6530 Cambridge Street<br>Minneapolis, MN 55426-4484 |
| Insulectro<br>20362 Windrow Drive<br>Lake Forest, CA 92630-8140 | Internal Revenue Service<br>Centralized Insolvery  Operations<br>PO Box 7346<br>Philadelphia, DC 19101-7346 | Internal Revenue Service<br>Mail Code DAL - 5020<br>1100 Commerce St<br>Dallas, TX 75242-1100 |
| JM Brennan Inc.<br>2101 W. St. Paul Avenue<br>Forest River, ND 58233 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | James Imaging Systems Inc.<br>PO Box 660831<br>Dallas, TX 75266-0831 |
| Jeff's Fast Freight<br>PO Box 371188<br>Milwaukee, WI 53237-2288 | Kinwong Electronic Ltd.<br>19/FL, Block C, Tiely Central Plaza<br>No. 3 Haide Road, Nashan District<br>Shenzhen, China, | Kinwong Electronic Technollogy Co Ltd<br>Brown & Joseph, LLC c/o Peter Geldes<br>PO Box 249<br>Itasca, IL 60143-0249 |
| Kyocera Precision Tools Inc.<br>PO Box 749982<br>Los Angeles, CA 90074-9982 | Laird Technologies Inc.<br>62722 Collections Center Drive<br>Chicago, IL 60693-0627 | Lakeland Supply Inc.<br>N17 W25081 Bluemound Road<br>Pewaukee, WI 53072-4624 |
| Life Insurance North America<br>PO Box 782447<br>Philadelphia, PA 19178-2447 | Linebarger, Goggan Blain & Samspson<br>2777 N. Stemmons Frwy<br>Suite 100<br>Dallas, TX 75207-2502 | MRA-The Management Association<br>N19W 2440 Riverwood Drive<br>Waukesha, WI 53188 |

```
Macdermid Inc.                           Mackey Technical Services LLC           Matrix USA Inc.
Mail Code 5283                           1985 Maplewood Road                     3261 Edward Avenue
PO Box 660367                            Stow, OH 44224-2640                     Santa Clara, CA 95054-2340
Dallas, TX 75266-0367


McMaster-Carr Supply Co.                 McMaster-Carr Supply Company            (p)MEREDITH'S CULLIGAN WATER
PO Box 7690                              P O Box 4355                            1531 13TH AVE
Chicago, IL 60680-7690                   P O Box 4355                            UNION GROVE WI 53182-1552
                                         Chicago, IL 60680-4355


Metalworld Inc.                          Metrohm  USA Inc.                       Michael M. Zizza, Esq.
1920 17th Street                         PO Box 405562                           Orbotech, Inc.
Racine, WI 53403-2182                    Atlanta, GA 30384-5562                  44 Manning Road
                                                                                 Billerica, MA 01821-3990


Micronutrients                           Midwest Accurate Grinding Service       Midwest Printed Circuit Service
Attn: Accounts Receivable                17211 Morse Street                      1741 Circuit Court
PO Box 8                                 Lowell, IN 46356-1432                   Round Lake, IL 60073-1315
Highland, IL 62249-0008


Midwest Sign & Screen Printing           Milwaukee County Treasurer's Office     Milwaukee Metro Sewerage
NW 6161                                  901 N. 9th Street                       PO Box 78847
PO Box 1450                              Room 102                                Milwaukee, WI 53278-0847
Minneapolis, MN 55485-6161               Milwaukee, WI 53233-1425


(p)NASSCO INC                            National Technical Systems              Nordson Corp.
ATTN ANGIE HOLLENBACK                    PO Box 733364                           Attn: Kandis Taylor
5365 S MOORLAND ROAD                     Dallas, TX 75373-3364                   300 Nordson Drive
NEW BERLIN WI 53151-7925                                                         Amherst, OH 44001-2422


North Central Insulation                 OSI Environmental Inc.                  Oak Creek Water & Sewer
PO Box 91                                912 Tesch Court                         PO Box 673115
Eau Claire, WI 54702-0091                Waukesha, WI 53186-1476                 Chicago, IL 60695-3215


Occupational Health Centers of the Southwest    Olsen Safety Equipment Corp.    Orbotech Inc.
PO Box 1297                              2120 Airport Road                       Dept. LA 24620
Brookfield, WI 53008-1297                PO Box 1373                             Pasadena, CA 91185-4620
                                         Waukesha, WI 53187-1373


Orbotech, Inc.                           Owens Industries Inc.                   (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
44 Manning Road                          7815 South 6th Street                   3801 AUTOMATION WAY
Billerica, MA 01821-3990                 Oak Creek, WI 53154-2045                STE 207
                                                                                 FORT COLLINS CO 80525-5735


Patriot Partners LLC                     Payment Processing Center               Pieper Electric Inc.
7941 S. Cecily Drive                     PO Box 815519                           PO Box 88601
Oak Creek, WI 53154-3096                 Dallas, TX 75381-5519                   Milwaukee, WI 53288-8601
```

| | | |
|---|---|---|
| Pluritech North America Ltd.<br>1556 Ocean Avenue<br>Suite 18<br>Bohemia, NY 11716-1929 | Praxair Distribution Inc<br>Dept CH 10660<br>Palatine, IL 60055-0660 | Quadient Finance USA Inc<br>PO Box 6813<br>Carol Stream, IL 60197-6813 |
| RMS Quality Service<br>11965 12th Ave S<br>Burnsville, MN 55337-1422 | Recycle Technologies Inc<br>4000 Winnetka Ave N<br>Suite 210<br>Minneapolis, MN 55427-1247 | Redishred Acquisition Inc DBA Proshred Secur<br>1425 Commerce Ave<br>Unit C<br>Brookfield, WI 53045-5203 |
| Rhys Robert Petricek<br>4105 E Barton Rd<br>Oak Creek, WI 53154-6704 | River Run Computers Inc.<br>2320 W Camden Rd<br>Glendale, WI 53209-3712 | Rogers Corporation<br>26995 Network Place<br>Chicago, IL 60673-1269 |
| SAATI Americas Corporation<br>201 Fairview St Extension<br>Fountain Inn, SC 29644-9058 | SPSI Inc.<br>9825 85th Ave N<br>Osseo, MN 55369-4520 | ST & S Group<br>Blair Park<br>108 Rosedale Ave<br>Richmond, KY 40475-1039 |
| Saltco<br>2000 Praire St<br>Suite 212<br>Prairie Du Sac, WI 53578-2048 | Sentry Insurance<br>Sentry Business Products<br>PO Box 8019<br>Stevens Point, WI 54481-8019 | Service Filtration Corp<br>PO Box 95367<br>Palatine, IL 60095-5367 |
| Sid Grinker Restoration Inc<br>1719 Vel R Phillips Ave<br>Milwaukee, WI 53212-3603 | Sid Grinker Restoration, Inc.<br>c/o Caleb Holzaepfel<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402-2059 | Sigma-Aldrich Inc<br>PO Box 535182<br>Atlanta, GA 30353-5182 |
| Staples<br>PO Box 661409<br>Dallas, TX 75266-0409 | Staples, Inc<br>7 Technology Circle<br>Columbia, SC 29203-9591 | State of Wisconsin<br>DWD - Unemployment Insurance Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 |
| State of Wisconsin<br>DWD - Unemployment Insurance Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 | TCF National Bank<br>11100 Wayzata Blvd, Suite 801<br>Minnetonka, MN 55305-5503 | TCT Circuit Supply Inc<br>560 S Melrose St<br>Placentia, CA 92870-6327 |
| TKO Miller, LLC<br>ATTN: Steve Yahnke<br>788 N Jefferson St., STE 550<br>Milwaukee, WI 53202-3762 | (p)TAIYO AMERICA<br>ATTN ACCOUNTING<br>2675 ANTLER DRIVE<br>CARSON CITY NV 89701-1451 | Tapecase LTD<br>150 Gaylord St<br>Elk Grove Village, IL 60007-1107 |
| Tara M Dunn<br>1302 Forrest Lane<br>Fairbault, MN 55021-9262 | Technic Inc<br>Accounts Receivable<br>PO Box 9650<br>Providence, RI 02940-9650 | Technic Inc<br>Sarah Botham<br>47 Molter St<br>Cranston, RI 02910-1011 |

| | | |
|---|---|---|
| Test Equity LLC<br>PO Box 515047<br>Los Angeles, CA 90051-5047 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Technologies<br>PO Box 3878<br>Cedar Park, TX 78630-3878 |
| Texas Workforce Commission<br>101 E 15th St<br>Austin, TX 78778-0001 | The Cit Group<br>Commercial Services Inc<br>PO Box 1036<br>Charlotte, SC 28201-1036 | The Tipler Corporation<br>PO Box 400<br>Germantown, WI 53022-0400 |
| Trester Hoist & Equiptment<br>W136 N4863 Campbell Drive<br>Suite 6<br>Menomonee Falls, WI 53051-7027 | Tri State Equiptment<br>6880 South 13th St<br>PO Box 5<br>Oak Creek, WI 53154-0005 | UCAMCO USA<br>1388 Gough St#407<br>San Francisco, CA 94109-6569 |
| UL LLC<br>75 Remittance Drive<br>Suite 1524<br>Chicago, IL 60675-1524 | ULINE<br>Accounts Receivables<br>PO Box 88741<br>Chicago, IL 60680-1741 | UPS Freight<br>28013 Network Place<br>Chicago, IL 60673-1280 |
| US Attorney General<br>Dept of Justice/ Main Justice Bldg<br>10th & Constitution Ave NW<br>Washington, DC 20530-0001 | US Trustee Office<br>1100 Commerce ST<br>Room 976<br>Dallas, TX 75242-0996 | USA Microcraft Inc<br>1247 N Tustin Ave<br>Anaheim, CA 92807-1603 |
| Uline<br>12575 Uline Drive<br>Pleasant Prairie, WI 53158-3686 | Ultra Tool & Manafacturing<br>W194 N11811 McCormick Drive<br>Germantown, WI 53022-2464 | United Parcel Service<br>PO Box 809488<br>Chicago, IL 60680-9488 |
| United States Plastic Corp<br>1390 Neubrecht Road<br>Lima, OH 45801-3196 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Utphall Construction LLC<br>13406 4 Mile Rd<br>Franksville, WI 53126-9133 |
| Uyemura International Corp<br>3990 Concours Street<br>Suite 425<br>Ontario, CA 91764-7981 | VWR International LLC<br>PO Box 640169<br>Pittsburg, PA 15264-0169 | VWR International, LLC.<br>Building One, Suite 200, 100 Matsonford<br>Radnor, PA 19087-4558 |
| Valley Labs Inc<br>3529 Old Conejo Droad<br>Suite 112<br>Newbury Park, CA 91320-6146 | Ventec USA LLC<br>Dept CH 19171<br>Chicago, IL 60051-9171 | Veolia Environmental Services<br>PO Box 73709<br>Chicago, IL 60673-7709 |
| Veolia Es Technical Solutions, LLC<br>700 E. Butterfield Road, No. 201<br>Lombard, IL 60148-5671 | WE Energies<br>PO Box 90001<br>Milwaukee, WI 53290-0001 | WIPFLI LLC<br>PO Box 3160<br>Milwaukee, WI 53201-3160 |

| | | |
|---|---|---|
| Warrender LTD<br>821 Sivert Drvie<br>Wood Dale, IL 60191-2611 | Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197-4648 | Whitlock<br>1437 Hamlin Ave<br>Saint Cloud, FL 34771-8576 |
| William/Reid<br>PO Box 397<br>W166 N11965 Fond Du Lac Ave<br>Germantown, WI 53022-0397 | Wiper Tech<br>PO Box 895<br>Germantown, WI 53022-0895 | Wipfli LLP<br>11 Scott Street Ste 10<br>Wausau, WI 54403-4887 |
| (p)WISCONSIN DEPARTMENT OF JUSTICE<br>ATTN CIVIL LITIGATION UNIT<br>PO BOX 7857<br>17 WEST MAIN STREET<br>MADISON WI 53703-3960 | Woods & Associates<br>2512 Clearbrook Drive<br>Arlington Heights, IL 60005-4624 | Yan Tat Technology Limited<br>co Euler Hermes Collection<br>800 Red Brook Blvd - Ste 400 C<br>Owings Mills, MD 21117-5173 |
| Guy H. Holman<br>Joyce W. Lindauer, Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street<br>Suite 500<br>Dallas, TX 75202-4042 | Kerry S. Alleyne<br>1412 Main Street, Suite 500<br>Dallas, TX 75202-4042 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| All World Machinery Supply, Inc.<br>6164 All World Way<br>Roscoe, IL 61073 | Meredith's Culligan Water<br>1531 13th Avenue<br>PO Box 373<br>Union Grove, WI 53182 | Nassco Inc.<br>5365 S. Moorland Road<br>New Berlin, WI 53151 |
| PAWNEE LEASING CORPORATION<br>3801 AUTOMATION WAY STE 207<br>FORT COLLINS, CO 80525 | Taiyo America Inc<br>2675 Antler Drive<br>Carson City, NV 89701 | Texas Comptroller Of Public Accts<br>Revenue Accting Div. - Banker Section<br>PO Box 13528<br>Austin, TX 78711-3528 |
| Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53707-7857 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Carrollton-Farmers Branch ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 310, LB 40<br>Garland, TX 75042-8234 | (u)Shenzhen Huafeng EEDM Co LTD<br>1-4F B, Yuehua Industrial Zone<br>Yuehua Road, Shangmelin<br>Futain District Shenzhen, | End of Label Matrix<br>Mailable recipients   191<br>Bypassed recipients     2<br>Total                  193 |