United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1088

Nancy Resnick
TX No. 00790135

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| **Electrotek Corporation,** | § | Case No. 21-30409-mvl-11 |
| | § | |
| **Debtor.** | § | |

**Amended Appointment
of the Official Unsecured Creditors' Committee**

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee amends its appointment to the Official Unsecured Creditors' Committee in the above-referenced case. The Official Creditors' Committee is as follows:

**Sid Grinker Restoration, Inc.
c/o Jeff Oscarson, CFO
1719 Vel R. Phillips Avenue
Milwaukee, WI  53212
414-264-7470
414-263-1316 (fax)
jeff@sidgrinker.com**

**Taiyo America, Inc.**
**c/o Nick Smith, Staff Accountant**
**2675 Antler Drive**
**Carson City, NV  89701**
**775-885-9959**
**nicks@taiyo-america.com**

**Uyemura International Corp.**
**c/o Mark Eonta, VP Sales**
**3990 Concours Street, Ste. 425**
**Ontario, CA  91764-7981**
**763-257-7177**
**909-466-5177 (fax)**
**meonta@uyemura.com**

Dated:  July 26, 2021

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Nancy Sue Resnick*
Nancy Sue Resnick
Office of the United States Trustee
1100 Commerce St., Room 976
Dallas, TX  75242
(214) 767-1088
nancy.s.resnick@usdoj.gov