Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ELECTROTEK CORPORATION,** | § | **CASE NO. 21-30409-MVL** |
| | § | **CHAPTER 11** |
| | § | |
| **Debtor.** | § | |

## BALLOT TALLY

Electrotek Corporation (the "Debtor"), submits the following tally of Ballots received in connection with confirmation of its Plan of Reorganization:

**Class 1 Claim: Allowed Priority Claims other than Priority Tax or Wage Claims**

No votes received.

**Class 2 Claim: Allowed Secured Claims of Carrollton/Farmers Branch ISD**

Carrollton/Farmers Branch ISD voted to accept the Plan. The amount of Carrollton/Farmers Branch ISD's claim is $6,147.14.

Class 2 voted to accept the Plan.

**Class 3 Claim: Allowed Secured Claim of DJ Barbaria**

DJ Babaria voted to accept the Plan. The amount of DJ Babaria's claim is $6,500,000.00.

Class 3 voted to accept the Plan

**Class 4 Claim: Allowed General Unsecured Claims**

A to Z Refrigeration & HVAC, Inc. voted to accept the Plan. The amount of A to Z Refrigeration & HVAC, Inc.'s claim is $10,251.69.

All4-PCB voted to accept the Plan.  The amount of All4-PCB's claim is $10,375.14.

Allen Woods & Associates, Inc. voted to accept the Plan.  The amount of Allen Woods & Associates, Inc.'s claim is $73,467.41.

Allied High Tech Products, Inc. voted to accept the Plan.  The amount of allied High Tech Products, Inc.'s claim is $6,784.60.

Carbide Related Technologies, Inc. voted to accept the Plan.  The amount of Carbide Related Technologies, Inc.'s claim is $2,131.52.

Chematechnology voted to accept the Plan.  The amount of Chematechnology's claim is $23,567.75.

Creditors Adjustment Bureau, assignee of Allfavor Circuits (Shenzhen) Co Ltd. voted to reject the Plan.  The amount of Creditors Adjustment Bureau's claim is $17,076.08.

Current, Inc. voted to reject the Plan.  The amount of Current, Inc.'s claim is $1,833.13.

De Nora Tech, LLC voted to accept the Plan.  The amount of DeNora Teech, LLC's claim is $22,985.77.

Digi-Key Corporation voted to accept the Plan.  The amount of Digi-Key Corporation's claim is $15,242.83.

DJ Babaria voted to accept the Plan.  The amount of DJ Babaria's claim is $450,000.00.

Electro Plate Covering, Inc. voted to accept the Plan.  The amount of Electro Plate Covering, Inc.'s claim is $727,252.91.

Euler Hermes, N.A. voted to accept the Plan.  The amount of Euler Hermes, N.A.'s claim is $74,536.31.

Excellon Acquisition LLC voted to reject the Plan.  The amount of Excellon Acquisition LLC's claim is $13,202.65.

G & H Enterprises voted to accept the Plan.  The amount of G & H Enterprises' claim is $1,425.00.

Hydrite Chemical Co. voted to accept the Plan.  The amount of Hydrite Chemical Co.'s claim is $18,244.03.

Insulectro voted to accept the Plan. The amount of Insulectro's claim is $449,644.31.

Macdermid Inc. voted to accept the Plan. The amount of Macdermid Inc.'s claim is $44,135.89.

Matrix Electronics voted to accept the Plan. The amount of Matrix Electronics' claim is $13,477.37.

Meredith Culligan Water voted to accept the Plan. The amount of Meredith Culligan Water's claimis $8,591.86.

Metalworld, Inc. voted to accept the Plan. The amount of Metalworld, Inc.'s claim is $399.72.

Midwest Printed Circuit Services, Inc. voted to reject the Plan. The amount of Midwest Printed Circuit Services, Inc.'s claim is $1,020.00.

MRA – The Management Association Inc. voted to accept the Plan. The amount of MRA – The Management Association Inc.'s claim is $21,883.75.

Owens Industries Inc. voted to accept the Plan. The amount of Owens Industries Inc.'s claim is $9,806.00.

Patriot Partners SCM LLC voted to accept the Plan. The amount of Patriot Partners SCM LLC's claim is $1,500.00.

Pawnee Leasing Corporation voted to reject the Plan. The amount of Pawnee Leasing Corporation's claim is $121,183.52. Executory Contract - Lease to be assumed. **Vote not counted.**

RMS Quality Services voted to reject the Plan. The amount of RMS Quality Services' claim is $6,696.82.

Rogers Corporation voted to accept the Plan. The amount of Rogers Corporation's claim is $40,580.97.

Sid Grinker Restoration voted to reject the Plan. The amount of Sid Grinker Restoration's claim is $130,586.37.

Staples Business Advantage voted to reject the Plan. The amount of Staples Business Advantages' claim is $358.59.

Taiyo America, Inc. voted to reject the Plan. The amount of Taiho America, Inc.'s claim is $25,841.58.

TCT Circuit Supply, Inc. voted to accept the Plan. The amount of TCT Circuit Supply, Inc.'s claim is $17,415.66.

Technic Inc. voted to reject the Plan. The amount of Technic Inc.'s claim is $12,767.18.

TKO Miller, LLC voted to reject the Plan. The amount of TKO Miller, LLC's claim is $165,995.00.

Uline voted to reject the Plan. The amount of Uline's claim is $8,196.96.

Ultra Tool & Manufacturing, Inc. voted to reject the Plan. The amount of Ultra Tool & Manufacturing, Inc.'s claim is $327.32.

United States Plastic Corp. voted to accept the Plan. The amount of United States Plastic Corp.'s claim is $1,093.09.

Uyemura International Corp. voted to accept the Plan. The amount of Uyemura International Corp.'s claim is $45,918.28.

| | | | | |
|---|---|---|---|---|
| Total Votes Received: | 37 | Total Dollars Voting: | $2,595,797.06 |
| Votes Accepting Plan: | 25 | Total Dollars Accepting: | $2,211,895.38 |
| Votes Rejecting Plan: | 12 | Total Dollars Rejecting: | $383,901.68 |

2/3 of Dollars Voting = $1,730,531.37
1/2 of Votes Received = 18

Class 4 voted to accept the Plan.

**Class 5 Claim: Allowed Insider Claims**

No votes received.

**Class 6 Claim: Equity Interest Holders**

No votes received.

Dated: October 15, 2021.

Respectfully submitted,

  /s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171

Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 15, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Amish R. Doshi on behalf of Creditor Hitachi Capital America Corp
amish@doshilegal.com

Guy H. Holman on behalf of Debtor Electrotek Corporation
guy@joycelindauer.com,
deann@joycelindauer.com;dian@joycelindauer.com;12112@notices.nextchapterbk.com;
joyce@joycelindauer.com

Caleb T. Holzaepfel on behalf of Creditor Official Committee of Unsecured Creditors
caleb.holzaepfel@huschblackwell.com

James Wallace King on behalf of Creditor Hitachi Capital America Corp
jking@offermanking.com

Buffey E. Klein on behalf of Creditor Official Committee of Unsecured Creditors
buffey.klein@huschblackwell.com, legalsupportteam-dreamteam-
DAL@huschblackwell.com;tanya.adams@huschblackwell.com;buffey-klein-
8494@ecf.pacerpro.com;ryan.weger@huschblackwell.com

Joyce W. Lindauer on behalf of Debtor Electrotek Corporation
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Joyce W. Lindauer on behalf of Plaintiff Electrotek Corporation
joyce@joycelindauer.com,
dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Linda D. Reece on behalf of Creditor Carrollton-Farmers Branch ISD
lreece@pbfcm.com

Nancy Sue Resnick on behalf of U.S. Trustee United States Trustee
ustpregion06.da.ecf@usdoj.gov, nancy.s.resnick@usdoj.gov

Scott M. Seidel on behalf of Trustee Scott M. Seidel (SBRA V)
scott@scottseidel.com, susan.seidel@earthlink.net;sms01@trustesolutions.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov


                                           */s/ Joyce W. Lindauer*
                                           Joyce W. Lindauer