Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| ELECTROTEK CORPORATION, | § | CASE NO. 21-30409-MVL |
| | § | CHAPTER 11 |
| Debtor. | § | |

### SUPPLEMENT TO DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now Electrotek Corporation, debtor in the above-styled and numbered bankruptcy case ("Debtor"), and files this its Supplement to Debtor's Witness and Exhibit List for the hearings scheduled on October 20, 2021.

### Exhibits

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 4 | First Modification to Debtor's Plan of Reorganization [Docket No. 123] | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Supplement Debtor's Witness and Exhibit List
Page 1

Dated: October 18, 2021.

        Respectfully Submitted

        */s/ Joyce W. Lindauer*
        Joyce W. Lindauer
        State Bar No. 21555700
        Guy H. Holman
        State Bar No. 24095171
        Kerry S. Alleyne
        State Bar No. 24066090
        Joyce W. Lindauer Attorney, PLLC
        1412 Main Street, Suite 500
        Dallas, Texas 75202
        Telephone: (972) 503-4033
        Facsimile: (972) 503-4034
        ATTORNEYS FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 18, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case listed below.

Amish R. Doshi
amish@doshilegal.com

Guy H. Holman
guy@joycelindauer.com, deann@joycelindauer.com; dian@joycelindauer.com; 12112@notices.nextchapterbk.com; joyce@joycelindauer.com

Caleb T. Holzaepfel
caleb.holzaepfel@huschblackwell.com

James Wallace King
jking@offermanking.com

Buffey E. Klein
buffey.klein@huschblackwell.com, legalsupportteam-dreamteam-DAL@huschblackwell.com; tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com; ryan.weger@huschblackwell.com

Joyce W. Lindauer
joyce@joycelindauer.com, dian@joycelindauer.com; deann@joycelindauer.com; 12113@notices.nextchapterbk.com

Linda D. Reece
lreece@pbfcm.com

Nancy Sue Resnick
ustpregion06.da.ecf@usdoj.gov, nancy.s.resnick@usdoj.gov

Scott M. Seidel
scott@scottseidel.com, susan.seidel@earthlink.net; sms01@trustesolutions.net

United States Trustee
ustpregion06.da.ecf@usdoj.gov

 

                                                                    */s/ Joyce W. Lindauer*
                                                                   Joyce W. Lindauer