**Mark Stromberg**
**STROMBERG STOCK, PLLC**
**8350 N Central Expwy., Suite 1225**
**Dallas, Texas 75206**
**Telephone: (972) 458-5353**
**Facsimile:  (972) 861-5339**
**E-mail:** mark@strombergstock.com
*Attorney for Dhirajal Babaria*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ELECTROTEK CORPORATION, § | CASE NO: 21-30409-MVL |
| Debtor. § | |

**COMES NOW, Mark Stromberg, of Stromberg Stock, PLLC**, counsel for Dhirajal Babaria, appearing in the above-styled cause, and requesting that copies of all notices, formal and informal, and pleadings pursuant to Rules 9010(b), 2002(a) and (b), and 3017(a) of the Bankruptcy Rules be served at the above address.

Respectfully submitted,

**STROMBERG STOCK, PLLC**

By: /s/ *Mark Stromberg*
Mark Stromberg
TX Bar Number 1408830

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon the Debtor via Debtor's counsel, the Trustee and the U.S. Trustee and all persons requesting notice via ECF on this the 20th day of October, 2021.

 /s/ *Mark Stromberg*
Mark Stromberg

**NOTICE OF APPEARANCE - Page 1**