**In re Electrotek Corporation**
**Case No. 21-30409 (United States Bankruptcy Court - Northern District of Texas**
**Liquidation Analysis**

| ASSETS | |
|---|---:|
| Real property (75% market value) | $ 1,875,000.00 |
| Cash on hand and in bank accounts | $ 1,425,334.93 |
| Deposits and prepayments | $ 150,906.00 |
| Accounts Receivable | $ 600,000.00 |
| Raw Materials | $ 425,000.00 |
| Finished Goods | $ 313,000.00 |
| Work in Progress | $ 200,000.00 |
| Furniture and Fixtures | $ 40,000.00 |
| Machinery | $ 750,000.00 |
| PPP (60%) | $ (600,000.00) |
| **TOTAL ASSETS** | $ 5,179,240.93 |
| | |
| **LIABILITIES** | |
| Costs of Liquidation (10% of RP+PP value) | $ 577,924.09 |
| Administrative Expenses and UST Fees | $ 150,000.00 |
| Priority Tax Claims | $ 2,339.00 |
| Priority Wage Claims | $ 158,246.14 |
| Other Priority Claims | $ 8,270.00 |
| Secured Claims of Dhirajal Babaria | $ 6,500,000.00 |
| Secured Claims of Carrollton/FB ISD | $ 6,147.00 |
| General Unsecured Claims | $ 2,859,337.64 |
| Environmental Clean Up | $ 1,446,803.00 |
| **TOTAL LIABILITIES** | **$ 11,709,066.87** |
| | |
| TOTAL ASSETS | $ 5,179,240.93 |
| TOTAL LIABILITIES | $ 11,709,066.87 |
| **NET ASSETS (W/ REMOVAL OF OWNER DEBT)** | $ (6,529,825.94) |
| | |
| **RETURN TO UNSECURED CREDITORS** | 0% |

**EXHIBIT "30"**