**In re Electrotek Corporation**
**Case No. 21-30409 (United States Bankruptcy Court - Northern District of Texas)**
**Return to Unsecured Creditors**

| ASSETS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Real property (75% market value) | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 | $ 1,875,000.00 |
| Cash on hand and in bank accounts | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 | $ 1,425,334.93 |
| Deposits and prepayments | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 | $ 150,906.00 |
| Accounts Receivable | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 | $ 600,000.00 |
| Raw Materials | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 | $ 425,000.00 |
| Finished Goods | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 | $ 313,000.00 |
| Work in Progress | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 | $ 200,000.00 |
| Furniture and Fixtures | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 |
| Machinery | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 | $ 750,000.00 |
| PPP (60%) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) | $ (600,000.00) |
| TOTAL ASSETS | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 |
| | | | | | | | | | |
| **LIABILITIES** | | | | | | | | | |
| Costs of Liquidation (10% of RP+PP value) | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 | $ 577,924.09 |
| Administrative Expenses and UST Fees | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 |
| Priority Tax Claims | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 | $ 2,339.00 |
| Priority Wage Claims | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 | $ 158,246.14 |
| Other Priority Claims | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 | $ 8,270.00 |
| Secured Claims of Dhirajal Babaria | $ 6,500,000.00 | $ 5,500,000.00 | $ 4,500,000.00 | $ 3,500,000.00 | $ 2,500,000.00 | $ 1,500,000.00 | $ 1,000,000.00 | $ 500,000.00 | $ - |
| Secured Claims of Carrollton/FB ISD | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 | $ 6,147.00 |
| General Unsecured Claims | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 | $ 2,859,337.64 |
| Environmental Clean Up | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 | $ 1,446,803.00 |
| **TOTAL LIABILITIES** | $ 11,709,066.87 | $ 10,709,066.87 | $ 9,709,066.87 | $ 8,709,066.87 | $ 7,709,066.87 | $ 6,709,066.87 | $ 6,209,066.87 | $ 5,709,066.87 | $ 5,209,066.87 |
| | | | | | | | | | |
| TOTAL ASSETS | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 | $ 5,179,240.93 |
| TOTAL LIABILITIES | $ 11,709,066.87 | $ 10,709,066.87 | $ 9,709,066.87 | $ 8,709,066.87 | $ 7,709,066.87 | $ 6,709,066.87 | $ 6,209,066.87 | $ 5,709,066.87 | $ 5,209,066.87 |
| NET ASSETS (W/ REMOVAL OF OWNER DEBT) | $ (6,529,825.94) | $ (5,529,825.94) | $ (4,529,825.94) | $ (3,529,825.94) | $ (2,529,825.94) | $ (1,529,825.94) | $ (1,029,825.94) | $ (529,825.94) | $ (29,825.94) |
| | | | | | | | | | |
| RETURN TO UNSECURED CREDITORS | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |

EXHIBIT "31"