| | |
|---|---|
| Buffey Klein (TX Bar 24032515)<br>HUSCH BLACKWELL LLP<br>1900 N. Pearl Street, Suite 1800<br>Dallas, TX 75201<br>Telephone:  (214) 999-6100<br>Facsimile: (214) 999-6170<br>Email: buffey.klein@huschblackwell.com | Caleb T. Holzaepfel (admitted *pro hac vice*)<br>HUSCH BLACKWELL LLP<br>736 Georgia Avenue, Suite 300<br>Chattanooga, TN 37402<br>Telephone:  (423) 266-5500<br>Facsimile: (423) 266-5499<br>Email:<br>caleb.holzaepfel@huschblackwell.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>Electrotek Corporation,<br><br>Debtor. | Chapter 11<br>Case No. 21-30409-mvl-11 |

## AMENDED NOTICE OF HEARING
(Docket No. 118)

**PLEASE TAKE NOTICE** that a hybrid hearing to consider the *Motion of the Official Committee of Unsecured Creditors of Electrotek, Corporation to Appoint Chapter 11 Trustee* (the "Motion") [Dkt. No. 118] filed by the Official Committee of Unsecured Creditors of Electrotek Corporation (the "Committee") on will be held on **November 15, 2021 at 9:30 a.m. (Central Time).** Parties may appear in person **or** via WebEx conference before the Honorable Michelle V. Larson, United States Bankruptcy Judge for the Northern District of Texas, Dallas Division.

Parties wishing to participate via WebEx Video Conference must connect via the following link: https://us-courts.webex.com/meet/larson. Parties wishing to participate via WebEx Telephonic Conference must dial-in at 1-650-479-3207 and enter conference access code 160

135 6015.  A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A** for further instructions and details regarding a WebEx participation.

Parties wishing to attend the hearing on the Motion is person shall appear before the Honorable Michelle V. Larson, at the **United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242**.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: October 21, 2021

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Caleb T. Holzaepfel*
Buffey Klein (TX Bar No. 24032515)
1900 N Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 Facsimile
buffey.klein@huschblackwell.com

Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
Telephone:  (423) 266-5500
Facsimile: (423) 266-5499
caleb.holzaepfel@huschblackwell.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served electronically on all creditors, parties in interest or their attorneys of record, according to the Court's notice of electronic filing on October 21, 2021.

*/s/ Caleb T. Holzaepfel*
Caleb T. Holzaepfel