BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Electrotek Corporation<br><br>DEBTOR | [81] Motion for leave /Emergency Motion for Order Enjoining Counsel for the Unsecured Creditors' Committee from Engaging in Negative Solicitation as to Debtor's Plan and Other Relief; [106],[107],[108],[109] Motion to assume executory contract or unexpired lease | Case # 21−30409−mvl11 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Electrotek Corporation<br>**PLAINTIFF / MOVANT** | *VS* | **DEFENDANT / RESPONDENT** |
| Joyce W. Lindauer<br>–Joyce W. Lindauer Attorney, PLLC<br>**ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

DEBTOR EXHIBITS 2–4, 6,7,10–14 AND 30(AMENDED) SEE DKTS 122,132 AND 134.

| | | |
|---|---|---|
| Hawaii Jeng<br>REPORTED BY | 10/20/2021<br>HEARING DATE | Michelle V. Larson<br>JUDGE PRESIDING |