Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELECTROTEK CORPORATION, | § | CASE NO. 21-30409-mvl |
| | § | Chapter 11 |
| Debtor. | § | |

### NOTICE OF CONTINUED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the *Debtor's Plan of Reorganization Dated April 26, 2021* [Docket No. 27] (the "Plan") has been rescheduled for **November 15, 2021, at 9:30 a.m.** before the Honorable Michelle V. Larson, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242. Parties may attend the hearing via WebEx Video Conference or in person. Debtor's counsel and witnesses are requested to appear in person, if possible. The WebEx Video Conference link may be accessed here: https://us-courts.webex.com/meet/larson. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

Dated: October 22, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Attorneys for Debtor

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case listed below.

Amish R. Doshi on behalf of Creditor Hitachi Capital America Corp
amish@doshilegal.com

Guy H. Holman on behalf of Debtor Electrotek Corporation
guy@joycelindauer.com, deann@joycelindauer.com;dian@joycelindauer.com;12112@notices.nextchapterbk.com; joyce@joycelindauer.com

Caleb T. Holzaepfel on behalf of Creditor Official Committee of Unsecured Creditors
caleb.holzaepfel@huschblackwell.com

James Wallace King on behalf of Creditor Hitachi Capital America Corp
jking@offermanking.com

Buffey E. Klein on behalf of Creditor Official Committee of Unsecured Creditors
buffey.klein@huschblackwell.com, christine.deacon@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;ryan.weger@huschblackwell.com

Joyce W. Lindauer on behalf of Debtor Electrotek Corporation
joyce@joycelindauer.com, dian@joycelindauer.com;deann@joycelindauer.com;12113@notices.nextchapterbk.com

Linda D. Reece on behalf of Creditor Carrollton-Farmers Branch ISD
lreece@pbfcm.com

Nancy Sue Resnick on behalf of U.S. Trustee United States Trustee
ustpregion06.da.ecf@usdoj.gov, nancy.s.resnick@usdoj.gov

Scott M. Seidel on behalf of Trustee Scott M. Seidel (SBRA V)
scott@scottseidel.com, susan.seidel@earthlink.net;sms01@trustesolutions.net

Mark Stromberg on behalf of Creditor Dhirajal Babaria
mark@strombergstock.com, sarah@strombergstock.com;sfishman@strombergstock.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

                         _/s/ Joyce W. Lindauer_
                         Joyce W. Lindauer

**EXHIBIT "A"**

**WebEx Hearing Instructions**
**Judge Michelle V. Larson**

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Michelle V. Larson are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. <u>During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing</u>. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will <u>not</u> be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing <u>must</u> file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a <u>separate, individual</u> <u>attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party <u>must</u> also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

<u>IMPORTANT: For all hearings that will be conducted by WebEx only</u>:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF, <u>select "at https://us-</u>

courts.webex.com/meet/larson" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.