IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELECTROTEK CORPORATION, | § | CASE NO. 21-30409-mvl |
| | § | Chapter 11 |
| Debtor. | § | |

## NOTICE OF WITHDRAWAL OF BALLOT

COMES Now Pawnee Leasing Corporation and files this its Notice of Withdrawal of its Ballot based on the assumption of its contract by the Debtor

Pawnee Leasing Corporation

By _/s/ Jennifer Schmidt_

Its  Jennifer Schmidt,

Executive VP, CPO

Date   11/15/2021