

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 1, 2022

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Electrotek Corporation, | ) | Case No. 21-30409-mvl-11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FINAL FEE APPLICATION OF HUSCH BLACKWELL LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 13, 2021 THROUGH DECEMBER 14, 2021**

Upon consideration of the *Final Fee Application of Husch Blackwell LLP for Allowance of Compensation and Reimbursement of Expenses for the Period July 13, 2021 Through December 14, 2021* (the "Application"); and due and proper notice of the Application having been provided as required under the Bankruptcy Code and Bankruptcy Rules;[1] and upon the consideration of the Debtor's objections to the Application and the response to such objections; upon the hearing of the Application before this Court on January 28, 2022 (the "Hearing"); upon the statements of counsel and this Court at such hearing; upon the voluntary reductions of Husch

---

[1] Capitalized terms used herein, not otherwise defined, shall be assigned the same meaning as provided in the Application.

HB: 4885-5180-3398.1

Blackwell LLP and the additional reductions of this Court as announced at the Hearin; and sufficient cause having been shown therefor:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Application is granted as provided herein.

2. Husch Blackwell is awarded an allowance of its fees and expenses for the Application Period in the total amount of $125,780.29, consisting of $124,868.50 of compensation for professional services rendered and $911.79 of actual and necessary expenses incurring during the Application Period.

3. The Debtor is directed to pay Husch Blackwell the total amount of $125,780.29 pursuant to the Chapter 11 Plan confirmed in this case.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**### END OF ORDER ###**

HB: 4885-5180-3398.1

Submitted by:

Buffey E. Klein
Texas State Bar No. 24032515
1900 N. Pearl, Suite 1800
Dallas, TX 75201
(214) 999-6100
(214) 999-6170 (fax)
buffey.klein@huschblackwell.com

Caleb T. Holzaepfel (admitted *pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, TN 37402
(423) 266-5500
(423) 266-5499 (fax)
caleb.holzaepfel@huschblackwell.com

**COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS OF ELECTROTEK
CORPORATION**